**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANICE THOMAS,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**<br>**Defendant.** | **DOCKET NO. 2:19-CV-12133**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAGISTRATE KAREN WELLS ROBY** |

# EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

**NOW INTO COURT**, comes Defendant, Liberty Life Assurance Company of Boston ("Defendant") and respectfully presents: René E. Thorne of the firm Jackson Lewis P.C. is licensed to practice law in Louisiana has been retained as counsel for Defendant in this action.

Defendant respectfully moves this Court for admission *pro hac vice* of additional counsel on its behalf in this action, specifically Iwana Rademaekers, [1] of the firm Law Offices of Iwana Rademaekers, P.C., whose address is 14785 Preston Road, Suite 550, Dallas, Texas 75254, and whose phone number is (214) 579-9319.

Attached hereto as Exhibit A is the declaration of Iwana Rademaekers, confirming that she is a member of the bar of Texas and in good standing to practice law in this state. Also attached is a Certificate of Good Standing from the United States District Court for the Northern District of Texas. (*See*, Exhibit B).

As required by Local Rule 83.2.5, the affiant also confirms that there have not been any disciplinary proceedings or criminal charges instituted against her. (*See*, Exhibit A)

---

[1] Ms. Rademaekers has previously registered with the Electronic Filing System of this Court and has a valid Login ID and password. As such, registration for the CM/ECF system is not attached to this filing.

**WHEREFORE,** Defendant requests that Iwana Rademaekers be admitted to practice before this Court *pro hac vice* in this action and that she be enrolled as counsel of record for Defendant Liberty Life Assurance Company of Boston.

Respectfully submitted,

*/s/ René E. Thorne*

René E. Thorne (LA Bar No. 22875)
ThorneR@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*/s/ René E. Thorne*