**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANICE THOMAS,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**<br>**Defendant.** | **DOCKET NO. 2:19-CV-12133**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAGISTRATE KAREN WELLS ROBY** |

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant Liberty Life Assurance Company of Boston in the above referenced matter.

Signed this 9th day of October 2019.

U.S. DISTRICT JUDGE JANE TRICHE MILAZZO