**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JANICE THOMAS,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:19-CV-12133** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Plaintiff, Janice Thomas, and Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), by and through their undersigned counsel of record, file this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on August 12, 2019 (Doc 1). Pursuant to the Court's Order (Doc 10) entered on October 16, 2019, Liberty Life must answer or otherwise respond by October 29, 2019.

2. Since the entry of the Court's October 16, 2019, Order, the parties' counsels have been discussing a possible resolution of this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, the Parties request a 30-day extension for Defendant to respond or answer Plaintiff's Complaint in order to facilitate the discussions, and to prevent Defendant from expending its resources by having to unnecessarily respond to the

Complaint. As such, the Parties request that the Court enter an order that Liberty Life have until and including November 28, 2019, to answer or otherwise respond to the Complaint.

3. This Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and allow Liberty Life until and including November 28, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 25th day of October 2019.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

- And -

*/s/ René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

- AND -

*/s/ Reagan Toledano*
Reagan Toledano (LA Bar No. 29687)

WILLEFORD & TOLEDANO
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170
Phone: (504) 582-1286
Fax: (313)692-5927
Email: rtoledano@willefordlaw.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, the above and foregoing Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers