**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JANICE THOMAS,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:19-CV-12133** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

**ORDER**

**CONSIDERING** the Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint, and finding it well-taken;

**IT IS ORDERED** that Defendant Liberty Life Assurance Company of Boston shall have until and including November 28, 2019, to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED on this, the ____ day of _____________, 2019.

________________________________________
JUDGE