**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JANICE THOMAS,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:19-CV-12133** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

# JOINT STIPULATION REGARDING ERISA PLAN

Plaintiff, Janice Thomas, and Defendant,[1] Liberty Life Assurance Company of Boston, file this Stipulation pursuant to the ERISA Case Management Order entered by the Court on November 27, 2019 (Document 15). The Parties file this Joint Stipulation in lieu of filing the Parties' separate responses to the ERISA Case Order. The Parties hereby stipulate as follows:

a. ERISA governs the employee benefit plan and policy at issue in the above-styled action;

b. The relevant policy contains the following language: "Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding."

c. ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

---

1 Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

Dated this 27th day of January 2020.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

- And -

*/s/ René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

- AND -

*/s/ Reagan Toledano*
Reagan Toledano (LA Bar No. 29687)
WILLEFORD & TOLEDANO
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170
Phone: (504) 582-1286
Fax: (313)692-5927
Email: rtoledano@willefordlaw.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers