**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JANICE THOMAS,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:19-CV-12133** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | |

## DEFENDANTS' SUBMISSION OF ADMINISTRATIVE RECORD

Defendant,[1] Liberty Life Assurance Company of Boston (n/k/a Lincoln Life Assurance Company of Boston), files Defendant's Submission of Administrative Record pursuant to the ERISA Case Order entered by the Court on November 27, 2019 (Document 15).

1. Group Disability Income Policy (Liberty/Thomas 001-060).
2. April 5, 2018, correspondence containing decision on appeal (Liberty/Thomas 088-093).
3. The Administrative Record pertaining to LTD claim (Liberty/Thomas 061-087 and 094-835).

Dated this 27th day of January 2020.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

- And -

*/s/ René E. Thorne*

René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Iwana Rademaekers*
Iwana Rademaekers