**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7125287 Claim Last Updated 04/05/2018 Printed On 8/22/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JANICE A THOMAS | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2406.33 | Mode | M |
| | | Date of Hire | 08/02/2007 | | |
| | | Last Work Date | 08/10/2016 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc CUSTOMER SERVICE MANAGER _000510 _060309

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 01/17/2017 |
| Disability Date | 08/12/2016 | Close Date | 02/17/2018 | Reopen Date | 08/13/2016 |
| Sick Days Left | 189 | Max Ben Date | 06/27/2037 | RTW FT / PT | |
| Ben Begin Date | 02/17/2017 | Apprv Thru Date | 02/16/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc S82.846 Nondisplaced bimalleolar fracture of unspecified lower leg

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290765 WALMART, INC.

Subsidiary WM00 WALMART, INC.

Location 0803XXXX FACILITY CODE 803

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 12/01/2010

Class A2 ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO HOURLY ASSOCIATES, EXCL

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK Pre-X 6-1

Elimination Period: Days/Type 182 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 12 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | A2 | 10/30/2014 |

Additional Information:

EXHIBIT

3

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 7125287 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type; Note Number; ● Note Date/Time; Accm. No.

Sec ●

**10/24/2018 7:30 AM - CLAIM Note 97**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [10/24/2018 - CAPP, STAN]THUMB DRIVE SENT TO REAGAN TOLEDANO WILLEFORD & TOLEDANO 201 ST. CHARLES AVENUE SUITE 4208 NEW ORLEANS LA 70170-4208 VIA UPS 2ND DAY AIR ON 10/23/18. TRACKING #1Z0269350296494400

**10/22/2018 10:46 AM - CLAIM Note 96**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : FILE COPY/POLICY
Text: [10/22/2018 - BERRY, STEPHANIE]ADMIN TO SEND ATTY THUMB DRIVE OF CLAIM & POLICY W/ MY COVER LETTER.

**10/22/2018 10:03 AM - CLAIM Note 95**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [10/22/2018 - BERRY, STEPHANIE]DR MUZZONIGRO'S CV REC'D FROM COMPPARTNERS

**10/18/2018 10:17 AM - CLAIM Note 94**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : FILE COPY STATUS
Text: [10/18/2018 - BERRY, STEPHANIE]WAITING ON CV FROM COMPPARTNERS.

**10/09/2018 8:30 AM - CLAIM Note 93**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : ATTY REP'D
Text: [10/09/2018 - BERRY, STEPHANIE]REC'D LETTER W/ EE'S AUTH FOR ATTY REP BY REAGAN TOLEDANO AND REQUEST FOR POLICY & FILE COPY

**04/05/2018 3:58 PM - CLAIM Note 92**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/05/2018 - BERRY, STEPHANIE]UPHOLD. THE REVIEW OF THE FILE & THE ADDL INFO REC'D ON APPEAL DOES NOT OFFER FINDINGS TO ALTER NOT TD AO DECISION. LETTER SENT TO EE.

**03/28/2018 1:25 PM - MDS Note**
Claim/Leave: 7125287
Episode #: 2
Nurse Name: DENNIS, COURTNEY
Service #: 16562641
Service Date: 03/28/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, STEPHANIE, BERRY
Note Type: INFORMATION OBTAINED DESC
Text: REVIEW OF ALL MEDICAL RECORDS ON FILE COMPLETED. THE CLMT WAS INVOLVED IN AN MVA ON 8/12/16 AND SUFFERED A RIGHT ANKLE FRACTURE WITH CONTINUED PAIN DESPITE HEALING OF THE FRACTURES. SHE HAS BEEN TREATING WITH DR. MARK HONTAS{ORTHOPEDICS}. A REVIEW WAS COMPLETED BY LMCP DR. BOMAR ON 1/17/18 WHICH ENDORSED R/LS TO 5/1/17. THE LMCP SPOKE WITH DR. HONTAS WHO STATES THE CLMTS ORIGINAL INJURY WAS CRUSHING IN NATURE AND SHE MAY BE DEVELOPING SOME DEGREE OF POST-TRAUMATIC ARTHRITIS AND WALKED UNASSISTED WITH A CHRONIC LIMP. HE ADVISED HE WAS CONSIDERING REFERRAL TO A FOOT/ANKLE SPECIALIST AND FELT SHE WAS ONLY CAPABLE OF SEDENTARY LEVEL WORK. DR. BOMAR OPINED R/LS OF OCCASIONAL STANDING AND

FELT SHE WAS ONLY CAPABLE OF SEDENTARY LEVEL WORK. DR. BOMAR OPINED R/LS OF OCCASIONAL STANDING AND WALKING AS A LONG TERM OR PERMANENT RESTRICTION DUE TO THE CLMTS ONGOINGDEFICITS. THE CLMT IS NOTED TO HAVE UNDERGONE RIGHT ANTERIOR TIBIAL NERVE NEUROLYSIS{PROCEDURE TO RELEASE ENTRAPPED NERVES AND RELEASE SCAR TISSUE } ON 4/2/17 DUE TO ONGOING PAIN AS WELL. MEDICAL RECEIVED ON APPEAL WITH CLMT APPEAL LETTER INCLUDED 11/20/17 OVN FROM DR. HONTAS WHERE NO SWELLING WAS NOTED AND THE CLMT REPORTED ONGOING PAIN WITH AMBULATION. NO NEW MEDICAL FROM BEYOND THAT TIME HAS BEEN RECEIVED FOR REVIEW. BASED ON THE AVAILABLE MEDICAL ON FILE THE R/LS OF OCCASIONAL STANDING AND WALKING, ASWELL AS NO LIFTING, PUSHING, PULLING OR CARRYING OF MORE THAN 10LBS DUE TO THE CHRONIC FOOT PAIN AND LIMPING WOULD BE SUPPORTED PERMANENTLY AS OUTLINED BY DR. BOMAR DUE TO THE CONTINUED SYMPTOMS NOTED IN THE AVAILABLE MEDICAL. DISCUSSED WITH ARC, ASSIGNMENT COMPLETE.

**03/28/2018 12:47 PM - CLAIM Note 91**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Managed Care
Other Subject : ARU REF
Text: [03/28/2018 - BERRY, STEPHANIE]WHAT ARE SUPPORTED R&L BEYOND 2/16/18?

**03/26/2018 4:19 PM - OVERPMT Note 2**
Claim/Event/Leave: 7125287
NoteSubject : OP/SS
Other Subject : SS UPDATE
Text: [03/26/2018 - JEWELL, NICOLE]CLMT RTC BASED ON LETTER RCVD AND ADV SS WAS INITIALLY DENIED BUT SHE IS APPEALING VIA HER ATTORNEY. FS PROVIDED FAX NUMBER FOR HER TO SEND IN PROOF OF STATUS. SHE WILL DO SO, AND WILL ALSO UPDATE LM AS TO SS DECISION. THANKED AND CALL ENDED.

**03/25/2018 3:09 PM - OVERPMT Note 1**
Claim/Event/Leave: 7125287
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [03/25/2018 - LISTON, TAMMY]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING. SENT LETTER TO CLAIMANT TO CONTACT LIBERTY IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**03/22/2018 8:49 AM - CLAIM Note 90**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : STATUS
Text: [03/22/2018 - BERRY, STEPHANIE]APPEAL REC'D & IN PROCESS. ARC INITIAL SCREEN & FILE REVIEW COMPLETE. FURTHER ACTION PENDING MEDICAL REVIEW.

**03/20/2018 9:47 AM - CLAIM Note 89**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : ASSIGNED
Text: [03/20/2018 - WINTERER, NANCY]PRESCREEN. JD AND VALID AUTH ON FILE. CODING CORRECT. ON 3/14/18, EE LEFT MESSAGE FOR DCM STATING HER APPEAL SUBMISSION IS COMPLETE. APPEAL ACKNOWLEDGMENT LETTER SENT. APPEAL ASSIGNED TO STEPHANIE BERRY.

**03/16/2018 11:27 AM - CLAIM Note 88**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : APPEAL REC'D
Text: [03/16/2018 - GILLHAM, CORIE]ASSIGNED TO MEGAN GAUTHIER[03/16/2018 - GILLHAM, CORIE]*** CORRECTION, ASSIGNED TO NANCY WINTERER***

**03/16/2018 2:28 AM - CLAIM Note 87**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/15/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**03/15/2018 12:32 PM - CLAIM Note 86**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [03/15/2018 - KNOX, FRANCINE]CLAIM SCORED TO ARU

**03/14/2018 1:00 PM - PHONE Note 40**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : RTC
Text: [03/14/2018 - KNOX, FRANCINE]TC TO ASC. LMOR OF MESSAGE RECEIVED. ADVISED SHE WILL RECEIVE NOTIFICATION FROM THE ARU DEPT.

**03/14/2018 12:59 PM - PHONE Note 39**
Claim/Event/Leave: 7125287
NoteSubject : EE Called

Other Subject :
Text: [03/14/2018 - KNOX, FRANCINE]3/13/18 5:25 VM FROM ASC...THAT IS EVERYTHING FOR MY APPEAL. YOU CAN SUBMIT IT...MY NEXT APPT IS 4/30/18

**03/14/2018 7:42 AM - CLAIM Note 85**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject :
Text: [03/14/2018 - MAGGIORE, ANGELO]AGREE WITH REFERRAL TO ARU

**03/13/2018 4:14 PM - CLAIM Note 84**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [03/13/2018 - KNOX, FRANCINE]CLAIM REFERRED FOR ARU REVIEW

**03/09/2018 11:11 AM - PHONE Note 38**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject :
Text: [03/09/2018 - KNOX, FRANCINE]TC TO ASC. LMOR CALLING TO CONFIRM THIS IS EVERYTHING FOR HER APPEAL. REQUESTED RTC.

**03/09/2018 11:02 AM - CLAIM Note 83**
Claim/Event/Leave: 7125287
NoteSubject : Appeal
Other Subject : FROM ASC
Text: [03/09/2018 - KNOX, FRANCINE]RECEIVED APPEAL LETTER FROM ASC AND OV NOTES FROM 11/20/17, 1/29/18.

**03/06/2018 4:13 PM - PHONE Note 37**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject :
Text: [03/06/2018 - KNOX, FRANCINE]TC FROM ASC...CALLING TO DISCUSS THE CLAIM. DCM EXPLAINED THE APPEAL PROCESS AND ADVISED MEDICAL ON FILE . ASC STATED SHE WILL HAVE HER DR SEND IN ADDTL MED BEYOND 11/20/17 FOR HER APPEAL. DCM EXPLAINED SHE WILL NEED TO SUBMIT THE APPEAL IN WRITING. ASC UNDERSTOOD AND THANKED DCM. ASC STATED THE DR IS STILL TALKING ABOUT SURGERY. DCM EXPLAINED ANY NEW MED CAN BE SENT FOR THE APPEAL. DCM EXPLAINED OO VS AO AND ADVISED ACCORDING TO HER MEDICAL INFORMATION THEREWERE OTHER OCCS SHE COULD PERFORM. ASC UNDERSTOOD AND THANKED DCM.

**03/01/2018 2:28 AM - CLAIM Note 82**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO ANTHONY FARROW.

**02/28/2018 2:29 AM - CLAIM Note 81**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: CLAIM REFERRED FOR SSDI TRACKING

**02/27/2018 11:08 AM - CLAIM Note 80**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [02/27/2018 - KNOX, FRANCINE]CLAIM SCORED FOR SSDI TRACKING

**02/13/2018 1:05 PM - PHONE Note 36**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject :
Text: [02/13/2018 - ROBERTS, SONYA]ASC CALLED REGARDING PAY. DCM CONFIRMED PAYMENT WAS RELEASED ON 2/12/18. DCM RECOMMENDED ASC ALLOW A FEW BUSINESS DAYS FOR FUNDS TO REACH HER ACCOUNT.[02/13/2018 - ROBERTS, SONYA].

**02/08/2018 6:04 PM - PHONE Note 35**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : ASC CALLED
Text: [02/08/2018 - DISSER, TROY]ASC CALLED ADCM REGARDING CLAIM STATUS. ADCM ADVISED OF AO CLOSURE AND RIGHT TO APPEAL. ASC ACK, HAD NO QUESTIONS AND CALL WAS ENDED

**02/07/2018 6:09 PM - CLAIM Note 79**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE

NoteSubject : LTR to EE
Other Subject :
Text: [02/07/2018 - KNOX, FRANCINE]AO DENIAL MAILED TO ASC.

**02/07/2018 6:09 PM - PHONE Note 34**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject :
Text: [02/07/2018 - KNOX, FRANCINE]TC TO ASC. LMOR TO RTC. DCM CALLED TO ADVISE AO DENIAL.

**02/06/2018 2:07 PM - CLAIM Note 78**
Claim/Event/Leave: 7125287
NoteSubject : Denied
Other Subject :
Text: [02/06/2018 - MAGGIORE, ANGELO]AGREE WITH DETERMINATION BASED ON CURRENT FILE DOCUMENTATION

**02/06/2018 12:54 PM - CLAIM Note 77**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : MANAGER REVIEW
Text: [02/06/2018 - KNOX, FRANCINE]47 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. FFR COMPLETED JULY 2017 AND JAN 2018. REVIEW DETERMINED: SEDENTARY TO LIGHT DUTY WORK.SHE CAN SIT FOR 8 HOURS PER DAY. SHE CAN STAND OR WALK 4-5 HOURS PER DAY. SHE CAN DRIVE 4-6 HOURS PER DAY. SHE CAN FREQUENTLY LIFT AND CARRY 0-10 POUNDS. SHE CAN OCCASIONALLY LIFT AND CARRY 11-25 POUNDS. THE REVIEWER WOULD RECOMMEND MOST LIFTING KNEES TO CHEST. SHE CAN USE BOTH HANDS FOR SIMPLE GRASPING, PUSHING, PULLING, AND FINE MANIPULATION AND BOTHFEET FOR FOOT CONTROLS. SHE CAN OCCASIONALLY CRAWL OR SQUAT. SHE CAN FREQUENTLY BEND, REACH, OR TWIST. THE CLAIMANT WOULD BE CAPABLE OF PERFORMING FULL TIME ACTIVITIES THROUGHOUT AN 8 HOUR DAY WITHIN THE RESTRICTIONS OUTLINED ABOVE.....PEER TO PEERCONTACT WAS MADE AND THE REPORT WAS ALTERED AND DETERMINED: HE DOES NOT FEEL THAT SHE CAN WORK ON HER FEET MOST OF AN 8 HOUR DAY AND SHOULD BE LIMITED TO SEDENTARY SIT DOWN WORK.. THERFORE, THE ABOVE CONVERSATION DOES ALTER THE CONCLUSIONS IN MYLAST REPORT. WITH THE REPORTS OF CONTINUED LIMPING AT EACH FOLLOW UP, THE CLAIMANT SHOULD BE LIMITED TO ONLY OCCASIONAL STANDING AND WALKING. THE DURATION OF THIS RESTRICTION MAY BE LONG TERM OR EVEN PERMANENT. TSA COMPLETED AND ALT OCCS IDENTIFIED. CLAIM REFERRED FOR AO DENIAL

**02/05/2018 2:33 PM - PHONE Note 33**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject :
Text: [02/05/2018 - KNOX, FRANCINE]TC FROM ASC...LOV W/DR. HONTAS WAS LAST WEEK AND NOV IS APRI 2018. ASC STATED THEY ARE STILL TALKING ABOUT SURGERY AND WILL LET HER KNOW WHEN SHE GO BACK IN THREE MTHS. ASC STATED THEY WILL GO BACK IN AND BREAK THE ANKLEBONE AND TRY TO FIX IT. SHE STATED THEY SAID THEY WILL HAVE TO PUT SOME KIND OF MEDAL PLATES IN IT TO STRAIGHTEN IT. HT/WT 5'2 130LBS. DCM EXPLAINED CID AND CLAIM WAS REFERRED FOR MEDICAL REVIEW. ADVISED ONCE MED REVIEW COMPLETED, WE WILL CONTACT HER AND ADVISE IF THE CLAIM WILL CONTINUE TO BE SUPPORTED FOR ONGOING BENEFITS BEYOND CID. ASC STATED DR. HONTAS IS THE OOW DR. ASC UNDERSTOOD AND THANKED DCM.

**01/31/2018 5:10 PM - PHONE Note 32**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject :
Text: [01/31/2018 - KNOX, FRANCINE]1/30/17 10:14 VM FROM ASC...LOV 1/29/18 AND NOV 3MTHS. THEY ARE STILL TALKING ABOUT SX.

**01/31/2018 8:00 AM - CLAIM Note 76**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/31/2018 - MICHAUD, ROBIN]INVOICE RECEIVED ON 1/24/2018 AND DATED 1/23/2018 FROM KRAMER VOC SERVICES. INVOICE #2442 IN THE AMOUNT OF $180.00 FOR TSA. INVOICE PAID IN FULL

**01/25/2018 11:33 AM - CLAIM Note 75**
Claim/Event/Leave: 7125287
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/25/2018 - KNOX, FRANCINE]RECEIVED COMPLETED TSA

**01/25/2018 10:12 AM - CLAIM Note 74**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [01/25/2018 - KNOX, FRANCINE]RECEIVED INVOICE FROM JENNY KRAMER - TSA- $180.00[01/25/2018 - KNOX, FRANCINE] SHARED WITH JAMES BEST III

**01/24/2018 9:28 AM - CLAIM Note 73**

Claim/Event/Leave: 7125287
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [01/24/2018 - HOWARD, HOLLY]TSA COMPLETED BY VOC VENDOR JENNY . REPORT AND INVOICE PLACED IN S1 WITH NOTIFICATIONS TO DCM. INVOICE EXPENSE CODE IS TSA.

**01/19/2018 9:31 AM - CLAIM Note 72**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [01/19/2018 - KNOX, FRANCINE]RECORDS EMAILED TO JENNY KRAMER FOR VOC REFERRAL

**01/18/2018 7:09 AM - CLAIM Note 71**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [01/18/2018 - LANDRY, KATHLEEN]REC'D INVOICE #LIMTL122017-858 ON 1/4/18 AND DATED 1/4/18 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 1/18/18 FOR $99.00 TO TAX ID 95-2843455

**01/17/2018 12:15 PM - CLAIM Note 70**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : CP SUMMARY LETTER
Text: [01/17/2018 - KNOX, FRANCINE]RECEIVED PEER TO PEER SUMMARY LETTER

**01/17/2018 12:13 PM - CLAIM Note 69**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : FFR - ADDENDUM
Text: [01/17/2018 - KNOX, FRANCINE]RECEIVED CP PEER TO PEER CONTACT ADDENDUM.

**01/16/2018 2:29 AM - CLAIM Note 68**
Claim/Event/Leave: 7125287
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/15/2018-REFERRAL RECEIVED BY VCM AND ASSIGNED TO AZNAVOORIAN-BARRY, PAULA. CLAIM/AS EVENT IS PENDING REVIEW.

**01/16/2018 2:28 AM - CLAIM Note 67**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/15/2018 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**01/15/2018 3:40 PM - CLAIM Note 66**
Claim/Event/Leave: 7125287
NoteSubject : Voc Rehab
Other Subject : VENDOR REFERRAL
Text: [01/15/2018 - MILLER, JASON]THIS REFERRAL IS ASSIGNED TO VOCATIONAL VENDOR JENNY KRAMER WHO DOES NOT HAVE ROUTINE ACCESS TO SYSTEM 1. PLEASE EMAIL, SECURELY, ALL PERTINENT DOCUMENTS TO HER ATTENTION AT JENNY@KRAMERVOC.COM TO ENSURE TIMELY SERVICE. PLEASE REMEMBER IF VOCATIONAL SERVICES HAS SEEN THIS FILE PREVIOUSLY, ALL PRIOR VOCATIONAL REPORTS MUST ALSO BE FORWARDED. IF THIS REFERRAL IS FOR A TSA, PLEASE INCLUDE: THE MEDICAL DOCUMENTATION TO BE UTILIZED, TEE, RESUME IF ON FILE,JOB DESCRIPTION, ALL OTHER PREVIOUS VOCATIONAL REPORTS AND ANY OTHER DOCUMENTS YOU FEEL ARE RELEVANT TO THE REVIEW. IF THIS REFERRAL IS FOR AN OA, PLEASE INCLUDE: THE NARRATIVE AND, IF AVAILABLE, PHYSICAL REQUIREMENTS OF THE CLAIMANTSJOB, TEE (IF AVAILABLE), ALL OTHER PREVIOUS VOCATIONAL REPORTS AND ANY OTHER DOCUMENTS YOU FEEL ARE RELEVANT TO THE REVIEW. HER PHONE NUMBER IS (386) 589-4912.

**01/15/2018 12:49 PM - CLAIM Note 65**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [01/15/2018 - KNOX, FRANCINE]CLAIM SCORED FOR TSA

**01/15/2018 12:43 PM - CLAIM Note 64**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : FFR
Text: [01/15/2018 - KNOX, FRANCINE]RECEIVED FFR -ORTHO SURGERY-DR. BOMAR

**01/12/2018 5:38 PM - PHONE Note 31**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : RTN VMX
Text: [01/12/2018 - GAUTHIER, MEGAN]ASC LEFT VMX REQ C/B. ADCM C/B @ LEFT VMX ADV OF NEW ADCM, REQ C/B FOR UPDATES IN ONGOING TXT PLAN/RTW PLAN. ADV CLAIM CURRENTLY UNDER REVIEW, ADCM WILL F/U W/ ASC WHEN UPDATES AVAIL

ASC WHEN UPDATES AVAIL.

**01/11/2018 6:00 PM - PHONE Note 30**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : RTN VMX
Text: [01/11/2018 - GAUTHIER, MEGAN]ASC LEFT VMX REQ C/B. ADCM C/B @ LEFT VMX ADV ALL INFO REC'D AND CLAIM UNDER REVIEW. ADV OF UPCOMING CID. ADV STILL NEED UPDATES IN ONGOING TXT PLAN. ADV OF NEW ADCM, PROVIDED ADCM CONTACT INFO. REQ C/B FORUPDATES.

**01/11/2018 2:31 AM - CLAIM Note 63**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/10/2018 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**01/10/2018 3:34 PM - CLAIM Note 62**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : CHANGE IN DCM
Text: [01/10/2018 - GAUTHIER, MEGAN]MAILED NOTICE OF REASSIGNMENT TO FRANCINE KNOX

**01/10/2018 3:32 PM - CLAIM Note 61**
Claim/Event/Leave: 7125287
NoteSubject : Action Plan
Other Subject : RTW AO FEB 2018
Text: [01/10/2018 - GAUTHIER, MEGAN]47 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. CONSERVATIVE TXT TRIED W/ OUT RESULTS. ASC W/ ONGOING SWELLING AND NUMBNESS. S/P NERVE RELEASE ON 4/12/17. LOV 4/24 SHOWED ONGOING SWELLING, USE OF BOOT, REMOVAL OF SUTURE, AND REFERRAL TO P.T., WHICH ASC COMPLETED @ THE END OF MAY. UNCLEAR CURRENT TXT PLAN AS UNABLE TO CONTACT ASC FOR UPDATES OR TO DISCUSS CID SINCE SEPT 2017. ASC INDICATED ALSO REFERRED TO A NEURO FOR HEADACHES AND TXTING W/ PSYCH. ASC DID NOT PROVIDE CONTACT INFO FOR THESEPROVIDERS. ORTHO REVIEW COMPLETED AUG 2017. AP CONTACT ACHIEVED W/ AP HONTAS AND PER REVIEW, ASC IMPAIRED SECONDARY TO LATERAL MALLEOLAR FX, DISTAL TIBIA FX, ANTERIOR TIBIAL NERVE ENTRAPMENT. ASC ABLE TO PERFORM SED/LIGHT WORK. SIT 8 HOURS PER DAY, STAND/WALK 4 TO 5 HRS PER DAY, DRIVE 4 TO 6 HRS PER DAY, LIFT/CARRY UP TO 10LBS FREQ, UP TO 25LBS OCC FROM KNEES TO CHEST, USE BOTH HANDS FOR SIMPLE GRASP/PUSH/PULL AND FINE MANIPULATION AND BOTH FEET FOR FOOT CONTROLS. OCC CRAW/SQUAT. FREQ BEND/REACH/TWIST. OPP FOR POSITION CHANGES NEEDED. R&LS SUPPORTED FOR 3 MOS W/ FAIR PROGNOSIS. --ADMIN: CID FORMS REC'D. PROOF OF APP FOR SSDI ON FILE -- ACTION PLAN: NEED UPDATES FROM ASC AND ALSO NEED TO NOTIFY ASC OF UPCOMING CID. CLAIM REF FOR MED REVIEWAND WILL REF FOR TSA ONCE COMPLETE TO RENDER CID.

**01/10/2018 3:29 PM - CLAIM Note 60**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : LMCP
Text: [01/10/2018 - GAUTHIER, MEGAN]ORTHO REFERRAL

**01/10/2018 3:28 PM - PHONE Note 29**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : 30DC
Text: [01/10/2018 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX ADV REC'D FORMS AND RECORDS FOR CLAIM, WILL REF CLAIM FOR MED REVIEW. REQ C/B FOR UPDATES IN ONGOING TXT PLAN, RTW PLAN. LEFT ADCM #, CAN LEAVE VMX W/ INFO.

**01/02/2018 1:43 PM - CLAIM Note 59**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : UPDATED FORMS
Text: [01/02/2018 - GAUTHIER, MEGAN]SIGNED AUTHS, CIF, CSS

**12/27/2017 2:48 PM - CLAIM Note 58**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : HONTAS
Text: [12/27/2017 - GAUTHIER, MEGAN]RECORDS DATED 4/24/17 THRU 11/20/17

**12/26/2017 3:30 PM - CLAIM Note 57**
Claim/Event/Leave: 7125287
NoteSubject : LTR to AP
Other Subject : 15DL
Text: [12/26/2017 - GAUTHIER, MEGAN]**HONTAS -- IN QC W/ RP** (NO DOS) SCHULTZ P.T.

**12/26/2017 3:29 PM - PHONE Note 28**
Claim/Event/Leave: 7125287
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject : 15DC
Text: [12/26/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX ADV REC'D SSDI PROOF OF APP, STILL NEED UPDATED RECORDS 4/1 TO PRESENT, MED REQ TO APS ON FILE. NEED CONTACT INFO FOR ADD'TL APS AS AVAIL. ADV OF LTR TO ASC, 1/21 DEADLINE. ADV ALSO NEED UPDATED FORMS. ADV OF OO VS. AO. LEFT ADCM # AND REQ C/B TO DISCUSS.

**12/22/2017 2:41 PM - CLAIM Note 56**
Claim/Event/Leave: 7125287
NoteSubject : Medical Status
Other Subject : NO DOS
Text: [12/22/2017 - GAUTHIER, MEGAN]NOTICE FROM SCHULTZ P.T. -- ASC WAS LAST SEEN 3/7/17 -- NO DOS FOR TIMEFRAME REQUESTED

**12/08/2017 5:35 PM - CLAIM Note 55**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : SSDI
Text: [12/08/2017 - GAUTHIER, MEGAN]PROOF OF APP ON FILE

**12/08/2017 5:28 PM - CLAIM Note 54**
Claim/Event/Leave: 7125287
NoteSubject : Notice/Proof Review
Other Subject : DUE 1/21/18
Text: [12/08/2017 - GAUTHIER, MEGAN]MED REQ TO SCHULTZ P.T. AND AP HONTAS FOR RECORDS 4/1/17 TO PRESENT. CID N&P TO ASC W/ REQUEST FOR UPDATED AUTHS, CIF, CSS, PROOF OF APP FOR SSDI.

**12/08/2017 5:27 PM - PHONE Note 27**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : CID N&P
Text: [12/08/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX REQ C/B FOR UPDATES IN ONGOING TXT PLAN, CURRENT TXTING APS. ADV OF UPCOMING CID AND N&P FOR UPDATED RECORDS 2/1 TO PRESENT, UPDATED FORMS, AND PROOF OF APP FOR SSDI. ADV OF 45 DAY DEADLINE. ADV OF APS ON FILE. LEFT ADCM#, CAN LEAVE VMX W/ UPDATES.

**11/15/2017 12:42 PM - CLAIM Note 53**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : LTD QCM MONTH 9
Text: [11/15/2017 - BOVENDER, ANNA]AGREE WITH CLAIM DIRECTION

**11/13/2017 1:18 PM - PHONE Note 26**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : STATUS
Text: [11/13/2017 - HARMON, MARGRET]ASC CALLED ABOUT HER CHECK. ALSO HER APPT. HAS BEEN MOVED TO 11/20/2017. SHE WILL CALL AFTER APPT.

**10/27/2017 5:35 PM - CLAIM Note 52**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : CID NOTICE
Text: [10/27/2017 - GAUTHIER, MEGAN]MAILED UPCOMING CID NOTICE TO ASC -- NOT REQUESTING ANY INFO AT THIS TIME, WILL OBTAIN UPDATED INFO FOLLOWING RE-EVAL 12/5

**10/27/2017 5:35 PM - PHONE Note 25**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : 60DC/CID
Text: [10/27/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX REQ C/B FOR UPDATES IN ONGOING TXT PLAN, VERIFICATION OF LOV AND NOV DATES. ADV OF UPCOMING CID, OO VS. AO, WILL REQ UPDATED MED INFO AFTER 12/5 OV AND WILL OBTAIN MED REVIEW AND VOC REVIEW TO SEE IF ONGOING BENS ARE PAYABLE. ADV OF CID NOTICE TO ASC, NOT REQUESTING ANY INFO AT THIS TIME. LEFT ADCM #.

**09/05/2017 4:46 PM - PHONE Note 24**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : UPDATES
Text: [09/05/2017 - GAUTHIER, MEGAN]ASC CALLED AND ADV HAD LOV W/ AP HONTAS AND WILL NOT HAVE ANOTHER OV UNTIL DECEMBER. ASC ADV NO OTHER OVS SCHED D/T LACK OF INSURANCE. ASC ADV AP TOLD HER THAT HER FOOT IS NOT GETTING ANY BETTER AND SHE NEEDS TO MAKE A DECISION ON SX. SHE HAS TO MAKE THE DECISION BEFORE NOV. ASC ADV IF SHE DOES THE SX, THEY WILL NEED TO REBREAK HER ANKLE B/C IT GREW CROOKED. ASC ADV IF SHE HAS THE SX, IT WILL PUT HER BACK IN A CAST FOR ALMOST 2 MONTHS. WOULD ALSO NEED A BOOT AND THERAPY. ASC ADV IF SHE CAN GET APPROVED FOR MEDICAID, SHE WILL PROBABLY HAVE THE SX. ASC ADV NEEDS SOMETHING TO GET HER FOOT BACK TO WHERE SHE CAN WALK AND STAND. NOV ON 12/5. ASC CONFIRMED HAS FILED FOR SSDI AND WAS DENIED. IS IN THE PROCESS OF APPEAL. HAS AN ATTY. WAITING ON A COURT DATE. ASC ADV HAS AN ATTY THRU THE

SSDI OFFICE. ADV NEED PROOF OF APP FOR SSDI. ADCM ADV OF UPCOMING CID. ADV WLL NEED UPDATED MED INFO AND WILL REF FOR REVIEW ONCE REC'D. IF ABLE TO IDENTIFY ANY ALT OCCS, ASC WOULDNOT MEET CID. ASC EXP U/S. ADCM ADV WILL F/U W/ ASC FOR UPDATES PRN.

**08/16/2017 11:27 AM - CLAIM Note 51**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/16/2017 - MUELLER, JACQUELINE]REC'D INVOICE#LIBMTL72017- 861ON 08/01/2017 AND DATED 08/01/2017 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 08/16/2017 FOR $ 41.00 TO TAX ID 95-2843455

**08/03/2017 10:29 AM - CLAIM Note 50**
Claim/Event/Leave: 7125287
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2018
Text: [08/03/2017 - GAUTHIER, MEGAN]46 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. CONSERVATIVE TXT TRIED W/ OUT RESULTS. ASC W/ ONGOING SWELLING AND NUMBNESS. S/P NERVE RELEASE ON 4/12/17. LOV 4/24 SHOWED ONGOING SWELLING, USE OF BOOT, REMOVAL OF SUTURE, AND REFERRAL TO P.T., WHICH ASC COMPLETED @ THE END OF MAY. ASC ADV NOV IN SEPT 2017. ASC INDICATED ALSO REFERRED TO A NEURO FOR HEADACHES AND TXTING W/ PSYCH. ASC DID NOT PROVIDE CONTACT INFO FOR THESE PROVIDERS. ORTHO REVIEW COMPLETED AUG 2017. AP CONTACT ACHIEVED W/ AP HONTAS AND PER REVIEW, ASC IMPAIRED SECONDARY TO LATERAL MALLEOLAR FX, DISTAL TIBIA FX, ANTERIOR TIBIAL NERVE ENTRAPMENT. ASC ABLE TO PERFORM SED/LIGHT WORK. SIT 8 HOURS PER DAY, STAND/WALK 4 TO 5 HRS PER DAY, DRIVE 4 TO 6 HRS PER DAY, LIFT/CARRY UP TO 10LBS FREQ, UP TO 25LBS OCC FROM KNEES TO CHEST, USE BOTH HANDS FOR SIMPLE GRASP/PUSH/PULL AND FINE MANIPULATION AND BOTH FEET FOR FOOT CONTROLS. OCC CRAW/SQUAT. FREQ BEND/REACH/TWIST. OPP FOR POSITION CHANGES NEEDED. R&LS SUPPORTED FOR 3 MOS W/ FAIR PROGNOSIS. --ADMIN: ALL LTD FORMS REC'D MAY 2017. NO APP FOR SSDI, ADCM OFFERED DCK JULY 2017 -- ACTION PLAN: F/U W/ ASC FOR UPDATES EVERY 30 TO 60 DAYS. OBTAIN UPDATED RECORDS W/IN THE NEXT 90 DAYS AND REF FOR ADDENDUM. DISCUSS OBTAINING CONTACTINFO FOR NEURO/PSYCH TO EVAL THIS COMPONENT OF CLAIM.

**08/03/2017 8:37 AM - CLAIM Note 49**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/03/2017 - BEST III, JAMES]REC'D INVOICE# 37420 ON 08/01/2017 AND DATED 07/31/2017 FROM COMPPARTNERS, INC - PO BOX 639107, CINCINNATI, OH 45263 FOR PEER REVIEW. PAID INVOICE IN FULL ON 08/03/2017 FOR $918.75 TO TAX ID 77-0476551

**08/02/2017 5:59 PM - CLAIM Note 48**
Claim/Event/Leave: 7125287
NoteSubject : Peer Review
Other Subject : ORTHO
Text: [08/02/2017 - GAUTHIER, MEGAN]DIAGNOSES INCLUDE LATERAL MALLEOLAR FRACTURE, DISTAL TIBIA FRACTURE, AND ANTERIOR TIBIAL NERVE ENTRAPMENT. THE CLAIMANT S PAST MEDICAL HISTORY INCLUDES ASTHMA, DEPRESSION, AND PREVIOUS HISTORY OF MORBID OBESITY STATUS POST GASTRIC PROCEDURE. SHE LOST WEIGHT AND CURRENTLY HAS A BODY MASS INDEX (BMI) OF 23.5. THE DIAGNOSES CONTRIBUTING TO IMPAIRMENT WOULD INCLUDE LATERAL MALLEOLAR FRACTURE, DISTAL TIBIA FRACTURE, AND ANTERIOR TIBIAL NERVE ENTRAPMENT. GIVING THE BENEFIT OF THE DOUBT TO THE CLAIMANT AND PEER DISCUSSION WITH DR. HONTAS, THIS REVIEWER FEELS THAT THE CLAIMANT CAN SAFELY DO SEDENTARY TO LIGHT DUTY WORK. SHE CAN SIT FOR 8 HOURS PER DAY. SHE CAN STAND OR WALK 4-5 HOURS PER DAY. SHE CAN DRIVE 4-6 HOURS PER DAY. SHE CAN FREQUENTLY LIFT AND CARRY 0-10 POUNDS. SHE CAN OCCASIONALLY LIFT AND CARRY 11-25 POUNDS. THE REVIEWER WOULD RECOMMEND MOST LIFTING KNEES TO CHEST. SHE CAN USE BOTH HANDS FOR SIMPLE GRASPING, PUSHING, PULLING, AND FINE MANIPULATION ANDBOTH FEET FOR FOOT CONTROLS. SHE CAN OCCASIONALLY CRAWL OR SQUAT. SHE CAN FREQUENTLY BEND, REACH, OR TWIST. THE REVIEWER WOULD RECOMMEND THAT SHE USE GOOD ERGONOMIC FORM FOR ACTIVITIES AND HAVE THE OPPORTUNITY FOR POSITION CHANGES. THE DURATION OF THESE RESTRICTIONS IS 3 MONTHS AND PROGNOSIS IS FAIR. THE REVIEWER SPOKE WITH DR. HONTAS, THE ORTHOPEDIC SURGEON. THE CLAIMANT WOULD BE CAPABLE OF PERFORMING FULL TIME ACTIVITIES THROUGHOUT AN 8 HOUR DAY WITHIN THE RESTRICTIONS OUTLINED ABOVE.

**07/25/2017 3:49 PM - PHONE Note 23**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : 15DC
Text: [07/25/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX ADV MED INFO REC'D FROM AP HONTAS AND SCHULTZ P.T. AND CLAIM REF FOR REVIEW. REQUESTED CONTACT INFO FOR PSYCH AND NEURO AND ADV WILL REQ THAT MED INFO TO CONSIDER IN EVAL AS ABLE. LEFTADCM #.

**07/21/2017 2:30 AM - CLAIM Note 47**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/20/2017 - REFERRED TO COMPARTNERS FOR PEER REVIEW.

**07/20/2017 1:40 PM - CLAIM Note 46**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : COMPPARTNERS
Text: [07/20/2017 - GAUTHIER, MEGAN]ORTHO REFERRAL

**07/20/2017 1:36 PM - CLAIM Note 45**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : SCHULTZ P.T.
Text: [07/20/2017 - GAUTHIER, MEGAN]P.T. NOTES 2/2/17 THRU 3/24/17

**07/14/2017 6:02 PM - CLAIM Note 44**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : HONTAS
Text: [07/14/2017 - GAUTHIER, MEGAN]RECORDS DATED 7/5/17

**07/11/2017 1:24 PM - CLAIM Note 43**
Claim/Event/Leave: 7125287
NoteSubject : Notice/Proof Review
Other Subject : DUE 8/24/17
Text: [07/11/2017 - GAUTHIER, MEGAN]MED REQ TO SCHULTZ P.T. AND DR. HONTAS (ST. TAMMANY PARISH HOSPITAL) FOR RECORDS 2/1/17 TO PRESENT. ONGOING N&P LTR TO ASC.

**07/11/2017 1:00 PM - CLAIM Note 42**
Claim/Event/Leave: 7125287
NoteSubject : Action Plan
Other Subject : RTW ACC OCT 2017
Text: [07/11/2017 - GAUTHIER, MEGAN]46 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. CONSERVATIVE TXT TRIED W/ OUT RESULTS. ASC W/ ONGOING SWELLING AND NUMBNESS. S/P NERVE RELEASE ON 4/12/17. LOV 4/24 SHOWED ONGOING SWELLING, USE OF BOOT, REMOVAL OF SUTURE, AND REFERRAL TO P.T., WHICH ASC COMPLETED @ THE END OF MAY. ASC ADV NOV IN SEPT 2017. MDS REVIEW COMPLETED MAY 2017 -- RECORDS SHOW COMPLICATIONS SUPPORTIVE OF LESS THAN OCC WALKING/STANDING, NO LIFT/CARRY OVER 10LBS, NO CLIMBING FOR 8 WKS POST OP. --ADMIN: ALL LTD FORMS REC'D MAY 2017. NO APP FOR SSDI -- ACTION PLAN: CLAIM ON N&P FOR UPDATED RECORDS. WILL REF FOR REVIEW ONCE REC'D.

**07/10/2017 1:40 PM - PHONE Note 22**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : PMT
Text: [07/10/2017 - GAUTHIER, MEGAN]ASC CALLED TO FIND OUT IF SHE HAS DD. ADCM CONFIRMED DD ACTIVE, ADV OF WIRE TFXER. ASC ADV HER AP INDICATED THERE IS NO WAY SHE WILL BE ABLE TO GO BACK TO WORK, WILL BE A LONG TIME DISABILITY. NOV IN 2 MOS. ASC ADV HAD BEEN GOING TO P.T. BUT WAS NOT DOING ANYTHING FOR HER AND HER AP DID NOT SAY ANYTHING ABOUT CONTINUING TO GO. ASC ADV AP IS STILL TALKING ABOUT MAYBE DOING SX. VERIFIED ASC HAD LOV W/ AP HONTAS, WAS DOING P.T. THRU SCHULTZ P.T. LAST SESSION WAS APPROX. 2 MOS AGO. ASC ADV DOES NOT SEE ANY OTHER APS FOR HER FOOT. SEES A PSYCH AND TRYING TO GET IN WITH A NEUROLOGIST FOR HER HEADACHES. ADCM ADV LM WILL EVAL ALL MED CONDS AND WOULD LIKE CONTACT INFO FOR HER OTHER APS. ASC ADV DOES NOT HAVE INSURANCE RIGHT NOW AND IS NOT REALLY TXTING. ADCM CONFIRMED WILL F/U W/ APS FOR UPDATED RECORDS. ADCM ADV OF SSDI. OFFERED DCK. ASC ADV WILL HOLD OFF FOR NOW. ASC ADV IS OVERWHELMED THINKING THAT IT MAY BE IMPOSSIBLE FOR HER TO STAND OR GO BACK TO WORK. WANTSTO SEE IF THERE IS SOMETHING AP CAN DO. ADCM EXP U/S, WILL F/U FOR UPDATES PRN. NFQ

**06/14/2017 3:41 PM - PHONE Note 21**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : PMT
Text: [06/14/2017 - GAUTHIER, MEGAN]ASC CALLED AND ADV S/W BANK AND THEY INDICATED THAT IF IT WAS A WIRE TFXER, WOULD BE THERE ALREADY. WANTED TO KNOW IF CK WAS MAILED. ADCM CONFIRMED DD IS PENDING PRE-NOTIFICATION W/ BANK, CK WAS SENT VIA PAPER MAIL. VERIFIED ADDRESS ON FILE IS CORRECT. VERIFIED SHOULD ALLOW UP TO 10 BUS DAYS TO REC. VERIFIED NEXT CK MAY BE SENT DD. VERIFIED ADCM WILL F/U W/ ASC FOR UPDATES AFTER NOV. NQ.

**06/12/2017 2:39 PM - PHONE Note 20**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : PMT
Text: [06/12/2017 - GAUTHIER, MEGAN]ASC CALLED AND ADV S/W HER BANK AND PMT WAS ISSUED TO HER ACCT FOR ZERO DOLLARS. ADCM ADV CK HAS NOT YET BEEN RELEASED -- SCHED TO IS ON 6/10 OVER WKND, SHOULD GO TO BANK TODAY HOWEVER SHOULD ALLOW UP TO 3 DAYS FOR WIRETFXER. ASC EXP U/S, NQ.

**06/07/2017 1:35 PM - CLAIM Note 41**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : ADD DD
Text: [06/07/2017 - WRIGHT, PATRICIA]ADDED ACCT ROUTING

**06/06/2017 10:26 AM - CLAIM Note 40**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : FORMS
Text: [06/06/2017 - GARCIA, VANESSA]RCVD FIQ, SS REIMB, TEE, DIR DEP SHARED W/ P. WRIGHT

**05/25/2017 1:51 PM - CLAIM Note 39**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : PMT CERT
Text: [05/25/2017 - GAUTHIER, MEGAN]EMAILED PAYMENT CERT LTR TO ASC PER REQUEST

**05/25/2017 1:49 PM - PHONE Note 19**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : C/B
Text: [05/25/2017 - GAUTHIER, MEGAN]ASC LEFT VMX ADV JUST LEFT AP OFFICE AND WILL HAVE NOV ON 7/5. AP IS TALKING ABOUT MAYBE NEEDING MORE SX, WILL BE A WHILE BEFORE SHE CAN RTW IF SHE IS EVER ABLE TO GO BACK. WOULD LIKE ADCM TO EMAIL OR FAX OVER PAPERWORKSTATING SHE IS ON AN LTD CLAIM, HOW MUCH SHE IS REC'ING, AND WHEN IT STARTED. REQ C/B. ADCM C/B @ ASC CONFIRMED NEEDS LTR EMAILED TO HER. VERIFIED ASC EMAIL ADDRESS. ADCM CONFIRMED CAN EMAIL LTR TO ASC. VERIFIED NOV ON 7/5, WILL REQ UPDATED MED INFO AFTER OV. ASC CONFIRMED HAD XRAYS @ LOV AND AP INDICATED THAT THE FIRST SX SHE TO UNTANGLE NERVES DID NOT DO EXACTLY WHAT HE WAS HOPING IT WOULD DO AND SOMETHING TO DO W/ HER ANKLE BONE CONNECTED TO HER MAIN LEG BONE WAS ACTUALLY BROKENAND THERE IS AN ISSUE THERE NOW. AP DOES NOT WANT TO DO THE SX IF IT WILL NOT RELIEVE THE SWELLING AND PRESSURE. ASC CONFIRMED WAS REF TO P.T. AND WILL BE STARTING THAT FOR 6 WKS. VERIFIED ASC HAS NOT YET STARTED P.T. YET -- JUST GOT REFERRAL ON 5/24. ASC WANTED TO KNOW HOW LONG LTD IS GOOD FOR AND IF IT IS FOR 6 MOS. ADCM CONFIRMED LTD IS NOT A GUARANTEE -- CLAIM IS CURRENTLY APPROVED AND LM RESERVES THE RIGHT TO ADJUST BENS AT ANY TIME BASED ON INFO REC'D. ASC EXP U/S. NFQ.,

**05/24/2017 10:25 AM - PHONE Note 18**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : ASC CALLED
Text: [05/24/2017 - DISSER, TROY]ASC CALLED ADCM REGARDING PAYMENT STATUS AND NEED FOR LETTER CFM APPROVAL DATE AND MONTHLY AMOUNT. ASC REQUESTED DCM EMAIL THEM INFORMATION TO JANICE3081 AT YAHOO.COM. ADCM ADVISED ASC WE WOULD GIVE THIS INFORMATION TO THEIR DCM AND IF THEY ARE UNABLE TO EMAIL THEM THEN THEY WOULD CALL. ASC ACK, HAD NO QUESTIONS AND CALL WAS ENDED.

**05/23/2017 5:10 PM - PHONE Note 17**
Claim/Event/Leave: 7125287
NoteSubject : Other Called
Other Subject : CSU
Text: [05/23/2017 - NILES, CATHY]LILLY FROM CHECK CASHING BANK CALLED TO VERIFY CHECK NUMBER AND AMOUNT.

**05/23/2017 3:53 PM - PHONE Note 16**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : PMT CONCERNS
Text: [05/23/2017 - GAUTHIER, MEGAN]ASC CALLED W/ CONCERNS ABOUT A CK SHE JUST REC'D. ASC WANTED TO KNOW IF SHE IS GOING TO BE GETTING MORE PMT. ADCM CONFIRMED CKS WILL IS EVERY 30 DAYS AND WILL INCLUDE 30 DAYS OF PMT. VERIFIED NEXT CK IS DATE/AMT. VERIFIED ASC IS OKAY TO CASH CK. VERIFIED ASC HAS NOV ON 5/24. ADV WILL PLAN TO F/U W/ ASC AFTER NOV. ASC CONFIRMED WILL CALL W/ DATE OF NOV AFTER OV. ADCM CONFIRMED WILL ALSO NEED CONTACT INFO FOR P.T. IF ASC IS REF TO P.T. ASC AGREED, NQ.

**05/23/2017 3:51 PM - PHONE Note 15**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : CSU
Text: [05/23/2017 - MUDRICK, CARIN]EE CALLED TO INQUIRE IF THE RECENT CHECK SENT TO HER IS ACCURATE AS SHE DOES NOT WANT TO CASH IT IF IT'S TOO MUCH. I REVIEWED THE NOTES AND DID NOT SEE THE AMOUNT OF THE CK, ADVISED SPEAKING TO HER ADCM WOULD BE BEST. THANKED ME FOR THE ASSISTANCE WARM TRANSFER

**05/19/2017 3:26 AM - CLAIM Note 38**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO LUCAS HOWARTH.

**05/18/2017 8:09 AM - CLAIM Note 37**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [05/18/2017 - HOWARTH, LUCAS]SET UP SCHEDULED PAYMENT BASED ON UPDATED EARNINGS HISTORY 5/17/2017 IN DOC LIST - MONTHLY SALARY $2406.33 - LDW 8/10/2016 - NO OFFSETS OR DEDUCTIONS - THE BENEFIT IS 60% OR $1443.80 - THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**05/18/2017 2:33 AM - CLAIM Note 36**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO LIBBY BELLEMARE.

**05/18/2017 2:33 AM - CLAIM Note 35**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**05/17/2017 12:51 PM - PHONE Note 14**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : APPROVED
Text: [05/17/2017 - GAUTHIER, MEGAN]CALLED ASC @ ADV CLAIM REVIEWED AND APPROVED, WILL REC BACK PMT. ADV OF LTR TO ASC W/ ADD'TL FORMS FOR COMPLETION. VERIFIED NOV ON 5/24 W/ AP HONTAS. VERIFIED ASC HAD SX IN APRIL, COMPLICATIONS AND WILL BESTARTING P.T. BUT SHE HAS NOT BEEN ABLE TO START IT YET B/C SHE IS STILL WEARING BOOT. EVERY TIME SHE TAKES HER FOOT OUT AND PUTS ON HER TENNIS SHOES, SHE IS HAVING A LOT OF SWELLING. ASC ADV ALSO HAVING SHARP PAIN IN HER TOES. NOT SURE WHAT HE WILLDO AFTER HER NOV. MAY END UP HAVING AN MRI. ADCM ADV WILL F/U W/ ASC AFTER NOV FOR UPDATES. ASC EXP U/S, NFQ.

**05/17/2017 12:45 PM - CLAIM Note 34**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [05/17/2017 - GAUTHIER, MEGAN]APPROVAL LTR TO ASC W/ FIQ, TEE, SSRA, DD APP, WMVR

**05/17/2017 12:44 PM - CLAIM Note 33**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : P.S.
Text: [05/17/2017 - GAUTHIER, MEGAN]INITIAL CALCS

**05/17/2017 10:52 AM - CLAIM Note 32**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : UPDATED EH
Text: [05/17/2017 - BROTEMARKLE, JAMES]ORIGINAL EH DATA MISSED PAY PERIOD 12/26/15-1/8/16. THEREFORE, RAW OUTPUT OF EH HAS BEEN ADDED TO THE FILE WITH CORRECT 26 WEEK PAY PERIODS. GROSS BENEFIT IS $2406.33.

**05/16/2017 4:58 PM - CLAIM Note 31**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/16/2017 - BOVENDER, ANNA]AGREE WITH APPROVAL AND ACTION PLAN IN PLACE. UPDATED EH NEEDED

**05/16/2017 4:43 PM - CLAIM Note 30**
Claim/Event/Leave: 7125287
NoteSubject : Action Plan
Other Subject : RTW OO JULY 2017
Text: [05/16/2017 - GAUTHIER, MEGAN]46 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. CONSERVATIVE TXT TRIED W/ OUT RESULTS. ASC W/ ONGOING SWELLING AND NUMBNESS. S/P NERVE RELEASE ON 4/12/17. LOV 4/24 SHOWED ONGOING SWELLING, USE OF BOOT, REMOVAL OF SUTURE, AND REFERRAL TO P.T. W/RE-EVAL ESTIMATED TO BE END OF MAY. CLAIM HAD BEEN DENIED NOT TD OO. UPDATED MED INFO REVIEWED BY MDS AND PER REVIEW, UPDATED RECORDS SHOW COMPLICATIONS SUPPORTIVE OF LESS THAN OCC WALKING/STANDING, NO LIFT/CARRY OVER 10LBS, NO CLIMBING FOR 8 WKS POST OP. --ADMIN: INITIAL LTD FORMS ON FILE. UNK APP FOR SSDI -- ACTION PLAN: F/U W/ ASC FOR UPDATES AFTER NOV. WILL NEED P.T. CONTACT INFO. OBTAIN UPDATED RECORDS JUNE 2017 AND REF FOR ADDENDUM OR CCS FOR ONGOING R&LS/DURATION IF NO RTW PLAN AT THAT TIME

**05/16/2017 4:42 PM - CLAIM Note 29**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : MGR
Text: [05/16/2017 - GAUTHIER, MEGAN]46 YOF CSM, MED OCC. DOD 8/12/16, LTD BBD 2/17/17. ASC S/P MVA ON 8/12/17 RESULTING IN FX OF TIBIA AND FIBULA AS WELL AS DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX THAT MAY HAVE CAUSED IRRITATION TO NERVE AND POSSIBLE SCAR TISSUE FORMATION RESULTING IN PAIN. CONSERVATIVE TXT TRIED W/ OUT RESULTS. ASC W/ ONGOING SWELLING AND NUMBNESS. S/P NERVE RELEASE ON 4/12/17. LOV 4/24 SHOWED ONGOING SWELLING, USE OF BOOT, REMOVAL OF SUTURE, AND REFERRAL TO P.T. W/RE-EVAL ESTIMATED TO BE END OF MAY. CLAIM HAD BEEN DENIED NOT TD OO. UPDATED MED INFO REVIEWED BY MDS AND PER REVIEW, UPDATED RECORDS SHOW COMPLICATIONS SUPPORTIVE OF LESS THAN OCC WALKING/STANDING, NO LIFT/CARRY OVER 10LBS, NO CLIMBING FOR 8 WKS POST OP. THEREFORE, RECOMMENDING REOPEN AND APPROVAL OF

CLAIM. REF TO MGR FOR REVIEW.

**05/16/2017 11:26 AM - MDS Note**
Claim/Leave: 7125287
Episode #: 1
Nurse Name: EDMONSON, DEBORAH
Service #: 16409005
Service Date: 05/16/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MEGAN, GAUTHIER
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FILE FROM NCM ASSIGNMENT.

**05/16/2017 11:26 AM - MDS Note**
Claim/Leave: 7125287
Episode #: 1
Nurse Name: EDMONSON, DEBORAH
Service #: 16409005
Service Date: 05/16/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MEGAN, GAUTHIER
Note Type: INFORMATION OBTAINED DESC
Text: NCM REVIEWED FILE IN IT S ENTIRETY FOR ASC WHO IS APPEALING HER CLAIM. ASC WAS IN A SINGLE VEHICLE MVA ON 8/12/16 WHEN THE TIRE EXPLODED ON HER TRUCK AND SHE WAS APPLYING HARD PRESSURE TO THE BRAKE AND FX HER TIBIA AND FIBULA. ON 2/2/5/17 AND 2/8 17 (ADDENDUM) CP REVIEW WAS COMPLETED WITH CONTACT WITH AP ORTHO HONTAS. THE ADDENDUM REVIEW DID NOT ALTER CP S OPINION STATED IN THE INITIAL CP REVIEW. SEE SYSTEM 1 FOR COMPLETE DOCUMENTATION. RECORDS ON APPEAL ARE A LETTER FROM ASC AND 3/9/17 OV NOTE WITHAP HONTAS WHEN HE NOTED HE HAD NOT BEEN SPECIFIC IN DESCRIBING FRACTURES, THAT ASC HAD DISTAL TIBIA WITH SOME DISPLACEMENT AT THE ANKLE JOINT AND LATERAL MALLEOLAR FX (FELT TO BE CAUSED WHEN SHE DEPRESSED HER FOOT HARD ON THE BRAKE AS SHE WAS TRYING TO STOP HER VEHICLE IN THE ACCIDENT) THAT MAY HAVE CAUSED IRRITATION TO A NERVE AND POSSIBLY SCAR TISSUE FORMATION THAT WAS CAUSING PAIN. CONSERVATIVE TX WAS TRIED BUT WHEN ASC DEVELOPED SWELLING AND SOME NUMBNESS IN THE ANKLE, ASC AGREED TO SX TO RELEASE THENERVE IF AN ADDITIONAL MONTH OF PT DID NOT WORK. SX TO RELEASE THE NERVE OCCURRED ON 4/12/17 AND FOLLOW UP OV OF 4/24/17 INDICATED ASC CONTINUED WITH SWELLING OF THE ANKLE, REMAINED IN BOOT, SUTURES WERE REMOVED, THERAPY ORDERED AND ASC WAS TO BEGIN WEANING FROM USE OF HER BOOT. NOV WAS TO BE IN 1 MONTH. UPDATED MEDICAL RECORDS PROVIDED ON APPEAL ENDORSE COMPLICATIONS OF ANKLE NERVE INJURY POST MVA AND SUPPORT R/L S OF LESS THAN OCCASIONAL WALKING, STANDING, NO LIFTING/CARRYING > 10 LBS, AND NO CLIMBING REMAINS SUPPORTED FOR UP TO 8 WKS POST 4/24/17 OV. RECOMMEND DCM OBTAIN UPDATED MEDICAL FROM PT AND DR. HONTAS IN MID JUNE TO ASSESS PROGRESS IN PT, ONGOING TX PLAN AND R/L S WITH DURATION IF RTW IS NOT IMMINENT AT THAT TIME. UPON RECEIPT, IF QUESTIONS REMAIN, FILE MAY BE RETURNED TO MDS FOR ADDITIONAL CLINICAL REVIEW. FILE DISCUSSED WITH DCM.

**05/09/2017 5:05 PM - CLAIM Note 28**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Managed Care
Other Subject : APPEAL REVIEW
Text: [05/09/2017 - GAUTHIER, MEGAN]DOD 8/12/16, LTD BBD 2/17/17. 46 YOF CSM, MED OCC. ASC S/P MVA ON 8/12/16 RESULTING IN TIBIA/FIBULA FX. CLAIM DENIED NOT TD OO FOLLOWING ORTHO REVIEW INDICATING RECORDS SHOW BONES HAVE HEALED AND RTW UNRESTRICTED FOUR TOFIVE MONTHS WOULD BE REASONABLE GIVEN INJURIES. NO EVIDENCE OF ONGOING IMPAIRMENT OR NEED FOR ONGOING R&LS. ON APPEAL, ASC SUBMITTED LTR, P.T. RECORDS THRU 2/9/17 AND AP RECORDS FROM AP HONTAS THRU 4/24/17. PLEASE REVIEW MED INFO SUBMITTED ON APPEALAND VERIFY ALL IMPAIRING DX, CURRENT R&LS, DURATION OF R&LS.

**05/09/2017 5:00 PM - PHONE Note 13**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : APPEAL F/U
Text: [05/09/2017 - GAUTHIER, MEGAN]ASC CALLED AND ADV WILL NOT BE SEEING APS UNTIL LATER THIS MONTH, HAS SUBMITTED EVERYTHING THAT IS AVAIL. ADCM CONFIRMED WILL REF FOR APPEAL REVIEW. PROVIDED TIMELINE. VERIFIED ASC WILL REC NOTICE WHEN UPDATES AVAIL. NQ.

**05/04/2017 6:08 PM - CLAIM Note 27**
Claim/Event/Leave: 7125287
NoteSubject : VOID
Other Subject : DISREGARD
Text: [05/04/2017 - GAUTHIER, MEGAN]NOTICE OF APPEAL ACK, GATHERING INFO, 60 DAYS LTR TO ASC[05/04/2017 - GAUTHIER, MEGAN]THIS LTR HAS BEEN SENT

**05/04/2017 6:08 PM - PHONE Note 12**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : C/B
Text: [05/04/2017 - GAUTHIER, MEGAN]ASC LEFT THREE VMX ADV FAXED OVER MED INFO AND WANTS TO MAKE SURE IT WAS REC'D. ADC, C/B @ LEFT VMX VERIFYING REC'D RECORDS AND NOTICE OF APPEAL FROM ASC, NEED TO KNOW IF SHE PLANS TO SUBMIT ANY ADD'TL INFOOR IF IT IS ALL SET TO GO FOR APPEAL REVIEW. LEFT ADCM #, CAN LEAVE VMX W/ INFO.

**05/04/2017 6:05 PM - CLAIM Note 26**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : HONTAS
Text: [05/04/2017 - GAUTHIER, MEGAN]RECORDS DATED 8/15/16 THRU4/24/17. LTR OF APPEAL FROM ASC.

**05/04/2017 3:05 PM - PHONE Note 11**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : FAX COME THROUGH
Text: [05/04/2017 - HARMON, MARGRET]ASC CALLED TO SEE IF HER 125 PAGE FAX CAME THROUGH. ADVISED IT HAS.

**04/26/2017 3:00 PM - PHONE Note 10**
Claim/Event/Leave: 7125287
NoteSubject : EE Called
Other Subject : APPEAL F/U
Text: [04/26/2017 - GAUTHIER, MEGAN]ASC CALLED AND ADV HAD SENT INFO TO ADCM. ADCM REVIEWED INFO REC'D AND NEED TO KNOW IF ASC PLANS TO SUBMIT ANY ADD'TL INFO. ASC ADV THAT IS ALL OF THE INFO SHE HAS. HAD SX AND TOLD AP TO SEND OVER THE SX INFO. JUST HAD STITCHES REMOVED. VERIFIED AP HONTAS DID SX. ADCM ADV OF ONE ATTEMPT TO APPEAL AND CAN F/U W/ AP TO ENSURE INFO WILL BE SENT. ADV ONCE ALL INFO REC'D, WILL REF FOR APPEAL REVIEW. ASC ADV WILL F/U W/ AP. WILL GO TO HOSPITAL TO SEE IF SHE CAN GET ANYTHING. ASC ADV AP TOLD HER SHE WOULD NEED TO APPLY FOR AND PAY FOR RECORDS. ASC WANTED TO KNOW IF ADCM THINKS IT IS WORTH IT TO GET THE RECORDS. ADCM REVIEWED RATIONALE FOR CLOSURE AND ADV UP TO ASC WHAT SHE PLANS TO SUBMIT. VERIFIED SHOULD F/U W/ ALL APS TO ENSURE ANY INFO THAT MAY BE SUPPORTIVE OF CLAIM. ADCM CONFIRMED IF CLAIM REOPENED, BENS WOULD BE REINSTATED BACK TO THE DAY CLAIM WAS CLOSED. ASC ADV PAID FOR INSURANCE THE WHOLE TIME AND WHEN SHE REALLY NEEDS IT, CANNOT GET IT. HER APS KEEP DEFERRING HER BACK TO ONE ANOTHER FOR DISABILITY PAPERWORK. ASC ADV GOING TO SEE IF SHE CAN GET UPDATED INFO B/C SHE THINKS IT WOULD BE BENEFICIAL. ADCM CONFIRMED WILL F/U W/ ASC AS INFO REC'D. NFQ.

**04/19/2017 12:48 PM - CLAIM Note 25**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : APPEAL ACK
Text: [04/19/2017 - GAUTHIER, MEGAN]MAILED APPEAL ACK - GATHERING INFO, 60 DAYS LTR TO ASC

**04/19/2017 12:48 PM - PHONE Note 9**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : APPEAL F/U
Text: [04/19/2017 - GAUTHIER, MEGAN]CALLED ASC @ PER RECORDING, MAILBOX IS FULL AND CANNOT ACCEPT NEW MSGS AT THIS TIME. CALL D/C.

**04/19/2017 10:45 AM - CLAIM Note 24**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : SCHULTZ P.T.
Text: [04/19/2017 - GAUTHIER, MEGAN]P.T. NOTES 12/7/16 THRU 3/7/17. LTR OF APPEAL FROM ASC. 1/9/17, 2/9/17, 3/9/17, 4/12/17 OVNS FROM AP HONTAS.

**03/27/2017 4:51 PM - PHONE Note 8**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : C/B
Text: [03/27/2017 - GAUTHIER, MEGAN]ASC LEFT TWO VMX W/IN 1 HOUR REQUESTING A C/B TO FIND OUT HOW TO APPEAL HER CLAIM. REQ C/B. ADCM C/B @ LEFT VMX ADV ASC HAS 180 DAYS TO APPEAL FROM DATE OF CLOSURE. ADV REC'D 3/9 OVN FROM AP HONTAS AND P.T.RECS ON FILE THRU 2/2. ADV ASC WILL NEED TO SUBMIT LTR OF APPEAL. ADV CAN SUBMIT DETAILED ACCT OF WHY SHE DISAGREES W/ OUR DECISION AND WHY SHE IS UNABLE TO WORK. ADV SHOULD ALSO REVIEW CLOSURE LTR AND F/U W/ APS TO PROVIDE ANY UPDATED OR OUTSTANDING MED INFO THAT SHE FEELS SUPPORTS HER CLAIM. ADV ONCE LM VERIFIES W/ ASC THAT WE HAVE EVERYTHING SHE PLANS TO SUBMIT, CLAIM WOULD BE REF FOR APPEAL REVIEW. ADV IF ABLE TO APPROVE CLAIM FOLLOWING APPEAL, ASC WOULD REC RETRO BENS. LEFT ADCM #, FAX#, CAN C/B IF ADD'TL QS.

**03/13/2017 11:42 AM - PHONE Note 7**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : APPEAL?
Text: [03/13/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX ADV REC'D UPDATED OVN FROM AP HONTAS, NEED TO KNOW IF ASC PLANS TO APPEAL -- WILL NEED LTR OF APPEAL. ADV OF P.T. RECS ON FILE THRU 2/2, MAY ALSO WANT TO SUBMIT ANY UPDATED OR ADD'TL MED INFO THAT IS AVAIL AND NOT CURRENTLY ON FILE. LEFT ADCM #.

**03/13/2017 11:40 AM - CLAIM Note 23**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : HONTAS
Text: [03/13/2017 - GAUTHIER, MEGAN]3/9/17 OVN.

**03/09/2017 5:04 PM - CLAIM Note 22**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [03/09/2017 - GAUTHIER, MEGAN]DUE TO AN UNANTICIPATED MAILING ISSUE, THE DENIAL LETTER MAY HAVE BEEN DELAYED SEVERAL DAYS. GIVEN POTENTIAL DELAYED RECEIPT OF THE LETTER BY THE CLAIMANT, REASONABLE CONSIDERATION WILL BE GIVEN IF RECEIPT OF APPEAL REQUEST IS BEYOND EXPECTED APPEAL TIMEFRAME.

**02/20/2017 1:56 PM - CLAIM Note 21**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : DENIAL LETTER
Text: [02/20/2017 - MAPP, LATASHA]DCM EMAILED ASSOC A COPY OF HER DENIAL LETTER

**02/20/2017 1:53 PM - PHONE Note 6**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : RTC TO ASSOC
Text: [02/20/2017 - MAPP, LATASHA]ASSOC CALLED AND LEFT VMX ON 2/20/17....DCM RTC TO ASSOC @ AND SHE ADVISED THAT SHE HAD GOTTEN A MESSAGE FROM ADCM ABOUT HER CLAIM BEING DENIED AND SHE ALSO TRIED TO SEE IF AP SEND IN HER LOV WHICH WAS 2/9/17AND DCM EXPLAINED TO ASSOC DENIAL AND REASON FOR NOT TD OWN OCC AND APPEAL RIGHTS AND SHE ADVISED THAT SHE HAS NOT RCVD THE DENIAL LETTER TO DATE AND HER EMAIL ADDRESS IS JACE3081@YAHOO.COM AND DCM ADVISED THAT DCM WILL EMAIL HER THE DENIAL LETTER ANDASSOC UNDERSTOOD.[02/20/2017 - MAPP, LATASHA]CORRECTION EMAIL ADDRESS IS JANICE3081@YAHOO.COM

**02/13/2017 8:48 AM - CLAIM Note 20**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : ST. TAMMANY PT
Text: [02/13/2017 - ARRINGTON, JUNE]RECD INITIAL EVAL AND PT NOTE FOR 11/14/2016 AND 02/09/2017

**02/08/2017 11:34 AM - CLAIM Note 19**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : NOT TD
Text: [02/08/2017 - GAUTHIER, MEGAN]MAILED NOT TD DENIAL TO ASC

**02/08/2017 11:34 AM - PHONE Note 5**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : NOT TD
Text: [02/08/2017 - GAUTHIER, MEGAN]CALLED ASC @ LEFT VMX ADV OF CLIN REVIEW AND IMPAIRMENT NOT SUPPORTED, THEREFORE, LTD CLAIM DENIED. ADV OF LTR TO ASC. ADV OF 180 DAYS TO APPEAL, SHOULD SUBMIT LTR REQ APPEAL AND SUPPORTIVE INFO. LEFT ADCM#, CAN C/B TO DISCUSS.

**02/06/2017 1:39 PM - CLAIM Note 18**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [02/06/2017 - SILER, MALCOLM]AGREE WITH DENIAL FOR NOT TD.

**02/06/2017 12:33 PM - CLAIM Note 17**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : MGR
Text: [02/06/2017 - GAUTHIER, MEGAN]DOD 8/12/16, LTD BBD 2/17/17. 46 YOF CSM, MED OCC. ASC S/P MVA ON 8/12/16 RESULTING IN TIBIA/FIBULA FX OF R LEG. ASC GIVEN SHORT CAST AND ON CRUTCHES W/ NON WB FOLLOWING ACCIDENT. CAST REMOVED ON 9/27, ASC REFERRED TO P.T. ON 11/9. ASC INDICATED IS STILL DOING P.T. 3X/WK AND MAY END UP NEEDING SX. NO COMORBIDS. RECORDS AND P.T. NOTES REVIEWED BY ORTHO AND PER REVIEW, RECORDS SHOW THAT BONES HAVE HEALED. A RETURN TO UNRESTRICTED WORK DUTIES BY FOUR OR FIVE MONTHS AFTER THE INJURY WOULD BE A REASONABLE EXPECTATION. THERE IS NO EVIDENCE OF ONGOING IMPAIRMENT OR A NEED FOR R&LS IN AVAIL MED INFO. AP CONTACT NOT ACHIEVED. RECOMMENDING DENIAL OF CLAIM NOT TD OO AS R&LS BEYOND 1/12/17 ARE NOT SUPPORTED. REF TO MGR FORREVIEW.

**02/06/2017 12:29 PM - CLAIM Note 16**
Claim/Event/Leave: 7125287
NoteSubject : Peer Review
Other Subject : ORTHO
Text: [02/06/2017 - GAUTHIER, MEGAN]DX: FRACTURE DISTAL TIBIA AND FIBULA OR BIMALLEOLAR FX. R&LS ARE NOT SUPPORTED BEYOND 1/12/17. PRIOR TO THAT DATE,R ECORDS SUPPORTED NO MORE THAN OCC STAND/WALK. NO AP CONTACT ACHIEVED. F/U NOTES SHOW BONES HEALED W/IN AFEW MONTHS. WITH A NONDISPLACED BIMALLEOLAR FRACTURE, A RETURN TO UNRESTRICTED WORK DUTIES BY FOUR OR FIVE MONTHS AFTER THE INJURY WOULD BE A REASONABLE EXPECTATION. THE REASONS FOR CONTINUED IMPAIRMENT AND NEED FOR WORK RESTRICTIONS ARE NOT APPARENT

**02/03/2017 12:05 PM - CLAIM Note 15**
Claim/Event/Leave: 7125287

NoteSubject : Med Records Rcvd
Other Subject : SCHULTZ P.T.
Text: [02/03/2017 - GAUTHIER, MEGAN]REC'D P.T. NOTES 11/4/16 THRU 2/2/17

**01/25/2017 2:29 AM - CLAIM Note 14**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/23/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**01/24/2017 1:38 PM - PHONE Note 4**
Claim/Event/Leave: 7125287
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [01/24/2017 - GAUTHIER, MEGAN]ASC LEFT VMX REQ C/B. ADCM C/B @ FOR II. VERIFIED DEMOGRAPHIC DETAILS. VERIFIED DOD 8/12, ASC S/P MVA ON 8/12. WAS DRIVING TO WORK IN A STORM AND HER TIRE EXPLODED. ASC ADV TRIED TO STEP ON THE BRAKES BUT DIDN'T REALIZE A PIECE OF THE TIRE WAS WEDGED UNDER HER CAR, WHICH MADE HER BRAKES NOT WORK. ASC WAS STANDING ON THE BRAKES W/ ALL OF HER WEIGHT ON HER R FOOT TRYING TO STOP THE TRUCK BUT ENDED UP HITTING THREE TREES, WHICH SPUN HER CAR AROUND. THE FORCE OF THE CAR SHATTERED HER R LEG. ASC WAS GIVEN A CAST, WHICH SHE WORE FOR ALMOST 4 MOS. ONCE CAST REMOVED, WAS GIVEN A BOOT, WHICH SHE JUST HAD REMOVED LAST MONTH. ASC JUST STARTED P.T. AS OF LOV IN JAN. NOV IN FEB. ASC ADV IS DOING P.T. 3X/WK. ASCADV AP SAID SHE MAY END UP NEEDING SX. NO COMORBIDS. NO OTHER INCOME. NO LAWSUITS FOR MVA. NO OTHER CARS WERE INVOLVED. JOB: CUST SERVICE MGR. SPENDS ALL OF HER SHIFT ON HER FEET, WALKING BETWEEN REGISTERS AND DEPTS., DOING SOME LIFTING. ASC CONFIRMED HAS BEEN IN TOUCH W/ ER AND THEY REPLACED HER BUT SAID SHE CAN APPLY FOR SOMETHING ELSE WHEN/IF SHE IS RELEASED. ASC CONFIRMED HAS TALKED TO AP ABOUT RTW AND HE JUST KEEPS SAYING NO AND THAT SHE MAY NOT BE ABLE TO RTW IF SHE DOES NOT HAVE A SIT DOWN JOB, ESP IF SHE NEEDS SX. ASC ADV AP TOLD HER SHE WOULD NEED TO GO BACK INTO A CAST AND BACK THRU P.T. IF SHE ENDS UP HAVING SX. ASC CONFIRMED WOULD LOVE TO RTW TO WM. LOVES HER JOB AND HAS BEEN THERE FOR ALMOST 10 YEARS, DOES NOT THINK SHE COULDFIND ANYTHING BETTER OR THAT PAYS BETTER ESP SINCE SHE DIDN'T GO TO COLLEGE. ADCM ADV REC'D MED INFO FROM APS AND REF CLAIM FOR CLIN REVIEW. ADV WILL F/U W/ ASC WHEN UPDATES AVAIL. ADV OF STD THRU 2/16, SHOULD CONT TO F/U W/ SEDGWICK. REVIEWED ALL LTD PMTS W/ ASC. NQ.

**01/23/2017 4:01 PM - CLAIM Note 13**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [01/23/2017 - GAUTHIER, MEGAN]REF FOR INERNAL ORTHO FFR

**01/23/2017 3:54 PM - CLAIM Note 12**
Claim/Event/Leave: 7125287
NoteSubject : Peer Review
Other Subject : CPIA
Text: [01/23/2017 - GAUTHIER, MEGAN]DX: S82.3 - FRACTURE OF TIBIA AND FIBULA. R&LS NOT SUPPORTED. USUAL RECOVERY IS 4 TO 6 MOS. NO R&LS SUPPORTED. FX HAS HEALED AND ASC IN NORMAL SHOES. IF NO RELEASE TO RTW BY BBD, AP CONTACT IS NEEDED

**01/20/2017 11:36 AM - PHONE Note 3**
Claim/Event/Leave: 7125287
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: [01/20/2017 - GAUTHIER, MEGAN]CALLED ASC @ FOR II. LEFT ADCM # AND REQ C/B.

**01/20/2017 11:15 AM - CLAIM Note 11**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : SCHULTZ P.T.
Text: [01/20/2017 - GAUTHIER, MEGAN]P.T. NOTES 11/14/16 THRU 1/18/17

**01/20/2017 2:31 AM - CLAIM Note 10**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/18/2017 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**01/19/2017 12:19 PM - CLAIM Note 9**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : HONTAS
Text: [01/19/2017 - GAUTHIER, MEGAN]12/8, 1/9/17 OVNS

**01/18/2017 4:01 PM - PHONE Note 2**
Claim/Event/Leave: 7125287
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [01/18/2017 - GAUTHIER, MEGAN]CALLED ASC @ FOR II. LEFT VMX REQ C/B. ADV OF MED REQ TO APS ON

FILE, 3/3 DEADLINE, LTR TO ASC. LEFT ADCM #.

**01/18/2017 3:58 PM - CLAIM Note 8**
Claim/Event/Leave: 7125287
NoteSubject : Ref to Other
Other Subject : CPIA
Text: [01/18/2017 - GAUTHIER, MEGAN]ORTHO REFERRAL

**01/18/2017 3:43 PM - CLAIM Note 7**
Claim/Event/Leave: 7125287
NoteSubject : Notice/Proof Review
Other Subject : DUE 3/3/17
Text: [01/18/2017 - GAUTHIER, MEGAN]MED REQ TO AP HONTAS FOR RECORDS 12/9/16 TO PRESENT. MED REQ TO SCHULTZ P.T. FOR RECORDS 9/1/16 TO PRESENT. LTR TO ASC.

**01/18/2017 3:41 PM - CLAIM Note 6**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : INTERNET SEARCH
Text: [01/18/2017 - GAUTHIER, MEGAN]FACEBOOK PROFILE FOUND -- LAST PUBLIC UPDATE FEB 2016. SEE DOC LIST.

**01/18/2017 3:34 PM - CLAIM Note 5**
Claim/Event/Leave: 7125287
NoteSubject : Med Records Rcvd
Other Subject : FROM SEDGWICK
Text: [01/18/2017 - GAUTHIER, MEGAN]HONTAS: OVNS 12/8, 11/9, 9/27, 9/13, 8/30, 8/15

**01/18/2017 3:29 PM - CLAIM Note 4**
Claim/Event/Leave: 7125287
NoteSubject : STD Trans. LTD
Other Subject :
Text: [01/18/2017 - GAUTHIER, MEGAN]46 YOF. --PRIOR CLAIM REVIEW: ASC OOW 5/31/16 THRU 7/10/16 FOR STRESS/DEPRESSION W/ HOSPITALIZATION. ASC RTW ON 7/11/16. -- NEW DOD 8/12/16. ASC OOW FOR TIBIA/FIBULA FX- R LEG W/ ONGOING ANKLE PAIN. ASC GIVEN A SHORT CAST AND ON CRUTCHES W/ NON WB. CAST REMOVED ON 9/27. ON 11/9, ASC REFERRED FOR P.T. D/T ONGOING STIFFNESS AND NUMBNESS. ASC STILL WEARING A BOOT FOR AMBULATION.

**01/18/2017 8:07 AM - CLAIM Note 3**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject : LTD FORMS
Text: [01/18/2017 - CRAWFORD, KAYLA]FORMS RECEIVED AND CLAIM ASSIGNED TO LTD DCM

**12/23/2016 2:22 PM - CLAIM Note 2**
Claim/Event/Leave: 7125287
NoteSubject : LTR to EE
Other Subject : ACK AND FORMS
Text: [12/23/2016 - HALL, TIFFANY]TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS. AUTHORIZATION INFORMATION, MEDICAL AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, PSYCHOTHERAPY ACTIVITIES QUESTIONNAIRE, CLAIMANT INFORMATION FORM, CLAIMANT SUPPLEMENTARY STATEMENT, SURVIVOR ESTATE FORM COPY OF YOUR DRIVERS LICENSE WM RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE IS 1/21/17.

**12/23/2016 2:22 PM - PHONE Note 1**
Claim/Event/Leave: 7125287
NoteSubject : Called EE
Other Subject : REG LTD BENS
Text: [12/23/2016 - HALL, TIFFANY]TA CALLED AND LEFT V/M @ REQUESTED R/C TO DISCUSS LTD BENS. ADV IF ASC WILL NEED LTD BENS, COMPLETE AND RETURN FORMS WITHIN 30 DAYS. IF ASC DOES NOT NEED LTD BENS, LET DCM KNOW, AND CLAIM CAN BE CLOSED.

**12/23/2016 8:44 AM - CLAIM Note 1**
Claim/Event/Leave: 7125287
NoteSubject : Other
Other Subject :
Text: [12/23/2016 - HALL, TIFFANY]DCM CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO TRIAGE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

REAGAN TOLEDANO
WILLEFORD & TOLEDANO
201 ST. CHARLES AVENUE
SUITE 4208
NEW ORLEANS LA 70170-4208

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

October 22, 2018

Reagan Toledano
Willeford & Toledano
201 ST. CHARLES AVENUE
SUITE 4208
NEW ORLEANS, LA 70170-4208

RE: Long Term Disability (LTD) Benefits
Walmart, Inc.
Claim #: 7125287
Claimant: Janice Thomas

Dear Reagan Toledano:

As requested, please find enclosed a complete copy of Ms. Thomas' claim file. We have also enclosed a copy of the Wal-Mart Stores, Inc. Group Disability Income Policy ("the Policy"), underwritten by Liberty Life Assurance Company of Boston ("Liberty"), applicable to her claim.

Should you require any additional plan related information (such as SPD) beyond the Policy that we have provided, you must contact the Plan Administrator, Wal-Mart Stores, Inc.

The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim, including all medical doctors and vocational consultants. The CVs of all of the doctors that have reviewed Ms. Thomas' file are also included. The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

This includes all information that was received and considered in our evaluation of Ms. Thomas' claim. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Berry
Appeal Review Consultant

Phone No.: (888) 437-7611 Ext. 16391
Secure Fax No.: (603) 334-5709

[redacted]

WILLEFORD & TOLEDANO
201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

October 8, 2018

**VIA U.S. MAIL & FAX: (603) 334-5709**

Ms. Stephanie Berry, Appeal Review Consultant
Liberty Mutual Insurance
P.O. Box 7213
London, KY 40742-7213

**Re: Claimant: Janice A. Thomas**
**Claim No.: 7125287**
**Wal-Mart Stores, Inc.**

Dear Ms. Berry,

I am writing on behalf of Janice Thomas, who this office represents in her claim for short and long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim. **Please mark the file, noting that all correspondence and disability benefits are to be sent to my attention at the above address pursuant to the enclosed authorization form.**

Please send me a complete copy of her Short Term Disability and Long Term Disability claim file as soon as possible, including her short and long term disability policy, life insurance policy and the following information:

1. Any plan document;

2. Any insurance policy providing disability benefits to Janice Thomas;

3. Any Summary Plan Description (SPD) pertaining to disability benefits Janice Thomas is or may be eligible for;

4. Pertinent excerpts from your company's claims manual which were used in making the determination that benefits should be terminated in Janice Thomas's claim;

# AUTHORIZATION TO RELEASE DOCUMENTS AND APPOINTMENT OF LEGAL REPRESENTATIVE

Liberty Mutual/Wal-Mart Stores, Inc., its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Liberty Mutual/Wal-Mart Stores, Inc. is hereby specifically authorized and requested to furnish my attorneys:

Reagan Toledano, Esq.
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Liberty Mutual/Wal-Mart Stores, Inc. recognize this assignment in the future administration of my claim. I instruct and request that Liberty Mutual/Wal-Mart Stores, Inc. send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the 1 day of Oct, 2018.

Janice Thomas
Signature

Janice Thomas
Print Name

______________________
Social Security Number

**C. DAVID BOMAR, M.D. , FAAOS**
Orthopedic Surgeon

---

## EXPERIENCE

| | |
|---|---|
| 1979 – Present | Private practice of Orthopedic Surgery, Bristol, CT |
| 2009 – Present | University of Connecticut School of Medicine, Farmington, CT<br>Clinical Associate , Department of Orthopaedic Surgery |
| 1979 – 2005 | Bristol Hospital, Bristol, CT<br>Senior Orthopedic Surgeon |

## EDUCATION

| | |
|---|---|
| 1966 - 1970 | Pennsylvania State University, University Park, PA.<br>B.S. degree in Chemistry |
| 1970 - 1974 | University of Kentucky College of Medicine, Lexington, KY<br>M.D. degree |
| 1974 - 1976 | University of Connecticut School of Medicine, Farmington, CT<br>Internship and General Surgery Residency |
| 1976 - 1978 | Downstate Medical Center, Brooklyn, NY<br>Orthopedic Surgery Residency |
| 1978 - 1979 | Downstate Medical Center, Brooklyn, NY<br>Chief Resident Orthopedic Surgery |

## LICENSURE/CERTIFICATION

State of Connecticut Physician and Surgeon 1979 to Present

American Board of Orthopedic Surgery 1980

## PROFESSIONAL SOCIETIES AND MEMBERSHIPS

Fellow of the American Academy of Orthopedic Surgeons
Connecticut State Medical Society.
Hartford County Medical Association.
Connecticut State Orthopedic Association.

Updated 3/5/18

2-5-18

# FAX COVER SHEET

| | |
|---|---|
| TO | Ms. Stephanie Berry |
| COMPANY | Liberty Mutual |
| FAX NUMBER | 16033345709 |
| FROM | James Willeford |
| DATE | 2018-10-08 22:00:25 GMT |
| RE | Janice Thomas, Claim #7125287 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano regarding Ms. Thomas.

[redacted]

WILLEFORD & TOLEDANO
201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

October 8, 2018

**VIA U.S. MAIL & FAX: (603) 334-5709**

Ms. Stephanie Berry, Appeal Review Consultant
Liberty Mutual Insurance
P.O. Box 7213
London, KY 40742-7213

**Re: Claimant: Janice A. Thomas**
**Claim No.: 7125287**
**Wal-Mart Stores, Inc.**

Dear Ms. Berry,

I am writing on behalf of Janice Thomas, who this office represents in her claim for short and long term disability benefits. I am enclosing an authorization form that allows you to communicate with me about her claim. **Please mark the file, noting that all correspondence and disability benefits are to be sent to my attention at the above address pursuant to the enclosed authorization form.**

Please send me a complete copy of her Short Term Disability and Long Term Disability claim file as soon as possible, including her short and long term disability policy, life insurance policy and the following information:

1. Any plan document;
2. Any insurance policy providing disability benefits to Janice Thomas;
3. Any Summary Plan Description (SPD) pertaining to disability benefits Janice Thomas is or may be eligible for;
4. Pertinent excerpts from your company's claims manual which were used in making the determination that benefits should be terminated in Janice Thomas's claim;

5. A copy of the credentials of each healthcare professional who Liberty consulted with regard to the adverse benefit determination in accordance with 29 C.F.R. in § 2560.503-1 (h)(3)(iii);

6. Identification of medical or vocational experts whose advice was sought in connection with the adverse benefit determination in accordance with 29 C.F.R. §2560.503-1(h)(3)(iv);

7. Any internal rule, guideline, protocol or other similar criterion which was relied upon in making the adverse benefit determination in accordance with: 29 C.F.R § 2560.503-1 (g)(v)(A); and

8. Any other relevant document, record or other information, not previously requested regarding Janice Thomas' claim as defined in 29 C.F.R. § 2560.503-1. (m)(iii)(8).

Request is hereby made that you not destroy or modify any documents, software, logs, emails and other information transferring media that are currently on your computer or any Liberty computer involved in this claim, and that you take affirmative steps to preserve such evidence. Request is also made that you put your document-retention policy on hold pending the resolution of this claim. Finally, request is made that any relevant information stored on electronic media which has been deleted that is reasonably recoverable be immediately undeleted or recaptured.

Please call me if you have any questions.

Sincerely,

Reagan L. Toledano

RLT/kab
Enclosure
Cc: Janice Thomas

# AUTHORIZATION
# TO RELEASE DOCUMENTS AND
# APPOINTMENT OF LEGAL REPRESENTATIVE

Liberty Mutual/Wal-Mart Stores, Inc., its parent companies, subsidiaries, employees, associates, successors, affiliates, underwriting companies and representatives, specifically including (but not limited to) Liberty Mutual/Wal-Mart Stores, Inc. is hereby specifically authorized and requested to furnish my attorneys:

Reagan Toledano, Esq.
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, Louisiana 70170

with any and all information concerning my disability claim including my entire file, administrative record, and any Summary Plan Description Insurance Policy or plan document pertaining to my claim. I intend for this release to be as broad as possible and extend to any and all information to which I, in my individual capacity, would be entitled to receive.

I further appoint my attorney, Reagan L. Toledano of Willeford & Toledano as my legal representative for all matters pertaining to my disability benefits claim and direct that all communications to me, whether oral, written, or otherwise, including notifications, requests for information, benefits or documents released be sent to me, in care of:

Reagan L. Toledano
Willeford & Toledano
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170

Telephone (504) 582-1286; Facsimile (313) 692-5927; E-mail: rtoledano@willefordlaw.com

I have assigned an interest in my claim to my attorney and ask that Liberty Mutual/Wal-Mart Stores, Inc. recognize this assignment in the future administration of my claim. I instruct and request that Liberty Mutual/Wal-Mart Stores, Inc. send all future communications and benefits to me, in care of my attorney, Reagan L. Toledano at his office address listed above.

SIGNED, this the 1 day of Oct, 2018.

Janice Thomas
Signature

Janice Thomas
Print Name

______________________
Social Security Number

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **WALMART**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | MAGGIORE, ANGELO | Case Mgr: | KNOX, FRANCINE |

| | | | |
|---|---|---|---|
| Claimant Name: | JANICE A THOMAS | Claim #: | 7125287 |
| Occupation (Job Title): | CUST SERVICE MGR | Date Sent: | 3/15/2018 |
| Diagnosis: | S82.846 Nondisplaced bimalleolar fracture of unspecified lower leg, | | |
| Date of Disability: | 8/12/2016 | Date Benefits Began: | 2/17/2017 |
| Maximum Duration: | 6/27/2037 | Paid Through: | 2/16/2018 |
| Date of Denial or (DB451): | 2/6/2018 | Date Appeal Received: | 3/9/2018 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | WAL-MART STORES, INC. | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

one level appeal

Francine Knox

**To:** ~~Group Benefits Claims Appeal Unit~~
ATTN Appeal Review Unit

**Fax Number:** 603 4227213

**Pages: (including this cover sheet)** 38

**Washington Parish Library**
**304 Avenue F**
**Bogalusa, LA 70427**
**Fax (985) 735-1996**

---

**Comments:**

---

**FAX TRANSMISSION**

Appeal Review Unit

Yes I would like to appeal my Long Term Disability decision. I am not able to retrun to work at this time. I am unable to peform my work duties. I can not stand or walks on my foot for no 4 to 8 hours a day. I can not drive for no 4-8 hours a day and use my right foot to press the gas paddle for that long of a time. My right foot goes out on me at time and I lose my control to stand or walks when that happens. I can't crawl or squat or lift 10 lb or more because of my foot. I also have bad kneens that kepts me from doing thing like crawling, squating, walking and lifting 10 lb or more. Wal-Mart does not have a sit down job for me or anyone. Dr Hontas is steel talking about doing a second Opinion on my foot. My last app. was in Feb. 2018 and I go back to see him in April. 2018 Wal-Mart has terminated me due to health and Medical issues. Because I unable to perform my work duties and they don't have anything that I can do. I am still under doctor's care and unable to return to work any where's at this time.

Thomas, Janice
MRN: 10235707, DOB: , Sex: F

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Thomas, Janice | 10235707 | | Female | (47 yrs) |
| Address | Phone | Email | Employer | |
| | | om | WALMART | |
| Reg Status | PCP | Date Last Verified | Next Review Date | |
| ELAPSED | Krupa Gandhi, MD504-842-4747 | 01/29/18 | 02/28/18 | |

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | S/p Neurolysis right anterior tibial nerve 4/2/17.Feels about the same . States swells & has some pain today |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Bilateral ankle pain, unspecified chronicity** - Primary | ICD-10-CM: M25.571, M25.572<br>ICD-9-CM: 719.47 | |
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |
| **Injury of tibial nerve at right lower leg level, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | |

**Problem List as of 11/20/2017** Reviewed: **11/20/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | **4/12/2017** - Present |

**Allergies as of 11/20/2017**

No Known Allergies

**Immunizations as of 11/20/2017** Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 11/20/17 1441 | (!) 94/54 | BL | 11/20/17 1444 | Current |
| Pulse | | | | |
| 11/20/17 1441 | 62<br>Comment: Pt states her b/p runs low | BL | 11/20/17 1444 | Current |
| Weight | | | | |
| 11/20/17 1441 | 59 kg (130 lb) | BL | 11/20/17 1442 | Current |
| Height | | | | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Encounter Information - Office Visit (continued)

**Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| 11/20/17 1441 | 5' 2" (1.575 m) | BL | 11/20/17 1442 | Current |
| Pain Score | | | | |
| 11/20/17 1441 | Five | BL | 11/20/17 1442 | Current |
| Pain Loc | | | | |
| 11/20/17 1441 | ANKLE | BL | 11/20/17 1442 | Current |
| Pain Edu? | | | | |
| 11/20/17 1441 | Y | BL | 11/20/17 1442 | Current |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 11/20/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 11/20/2017**

**None**

**Tobacco Use as of 11/20/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.
Smokeless Tobacco: Never used smokeless tobacco.

**Alcohol Use as of 11/20/2017**

Yes.
Comments: social

**Drug Use as of 11/20/2017**

No.

**Family History as of 11/20/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |

## Encounter Information - Office Visit (continued)

**Family History as of 11/20/2017 (continued)**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 11/20/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 11/20/2017**

No employment history on file.

**Obstetric History as of 11/20/2017**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 11/20/2017 6:00 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 11/20/2017 2:42 PM | Tobacco, Alcohol, Drug Use, Sexual Activity |
| Beverly Littlefield, RN | 11/20/2017 2:41 PM | Medical, Surgical, Family |

## Medications

**Outpatient Medications at Start of Encounter as of 11/20/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: I, Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/20/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/5/2017 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/29/2018 |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | 1/29/2018 |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: [redacted], Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Lab and Imaging Orders

**X-Ray Ankle Complete Bilateral**

Electronically signed by: **Mark J. Hontas, MD on 11/20/17 1816** Status: **Completed**
Mode: Ordering in Verbal with readback mode
Ordering user: Beverly Littlefield, RN 11/20/17 1519
Authorized by: Mark J. Hontas, MD
Frequency: **11/20/17 -**
Communicated by: Beverly Littlefield, RN
Ordering provider: Mark J. Hontas, MD
Ordering mode: Verbal with readback
Diagnoses
Bilateral ankle pain, unspecified chronicity [M25.571, M25.572]

**Questionnaire**

| Question | Answer |
| --- | --- |
| Reason for Exam: | Bilateral Ankle Pain |

## Result Notes and Comments

**Result** — **X-Ray Ankle Complete Bilateral (Order 269534253)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM**

Author: Mark J. Hontas, MD
Filed: 11/20/2017 6:07 PM
Status: Signed
Service: (none)
Encounter Date: 11/20/2017
Editor: Mark J. Hontas, MD (Physician)
Author Type: Physician
Creation Time: 11/20/2017 6:00 PM

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *S/p Neurolysis right anterior tibial nerve 4/2/17.Feels about the same . States swells & has some pain today*

### HPI

Janice Thomas is a 47 y.o. female who presents with above

### Past Medical History

**Past Medical History:**

Diagnosis Date
- Asthma
- PONV (postoperative nausea and vomiting)

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM (continued)**

## Past Surgical History

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:

**Progress Notes (continued)**



No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

Vitals:

| | |
|---|---|
| | 11/20/17 1441 |
| BP: | **(!) 94/54** |
| Pulse: | 62 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is no swelling. She still complains of pain with ambulation. A lot of the pain is laterally. I believe that the distal fibula may be angulated index a little excessively with the healing of that fracture. The question is with that make any difference ultimately with her pain. I told her that I would get some opinions from some of the area ankle and foot specialists and let her know what the opinion is as to whether surgery would help

**Assessment/Plan**

**Bilateral ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Bilateral; Future; Expected date: 11/20/2017

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Injury of tibial nerve at right lower leg level, subsequent encounter**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 11/20/2017 6:07 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 11/20/17 18:00 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 11/16/2017 09:00 AM | Text Message (Outgoing) | | |

Reminder from STPH: Appt 11/20 at 2:20 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

**Follow-up and Disposition History**

11/20/2017 1807 - Mark J. Hontas, MD

Disposition: Return if symptoms worsen or fail to improve.

**Follow-up Information**

None

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Encounter-Level Documents - 11/20/2017:**

After Visit Summary - Document on 11/20/2017 5:00 PM by Stefany E Jarrell : After Visit Summary (below)

St. Tammany

AFTER VISIT SUMMARY

**Janice Thomas**

## Today's Visit

You saw Mark J. Hontas, MD on Monday November 20, 2017. The following issue was addressed: Bilateral ankle pain, unspecified chronicity.

| Blood Pressure | BMI | Weight | Height |
|---|---|---|---|
| 94/54 | 23.78 | 130 lb | 5' 2" |

Pulse
62

## What's Next

You currently have no upcoming appointments scheduled.

## Diagnoses this Visit

Comments

**Bilateral ankle pain, unspecified chronicity** - Primary

## Allergies as of 11/20/2017

No Known Allergies

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit https://mychart.stph.org**, select Sign Up Now, enter this activation code and your date of birth, then select Next.

**Activation code not generated**
**Unable to lock patient record.**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs.** MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

Epic

## Your Medication List as of 11/20/17 5:00 PM

Always use your most recent med list.

| | |
|---|---|
| amitriptyline 25 MG tablet<br>Commonly known as: ELAVIL | Take 25 mg by mouth every evening. |
| butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| escitalopram oxalate 20 MG tablet<br>Commonly known as: LEXAPRO | Take 20 mg by mouth once daily. |
| etodolac 500 MG tablet<br>Commonly known as: LODINE | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325 mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325 mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| methocarbamol 750 MG Tab<br>Commonly known as: ROBAXIN | Take 750 mg by mouth daily as needed (pain). |
| terbinafine HCl 250 mg tablet<br>Commonly known as: LAMISIL | Take 250 mg by mouth once daily. |

*** This list has 7 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Smoking Cessation

Living Tobacco Free -- educational classes for tobacco cessation, please call 985-898-4468 to schedule.

Epic

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Mon November 20, 2017**

| Row Name | 1441 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 59 kg (130 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 23.8 -BL |

**Custom Formula Data - Mon November 20, 2017**

| Row Name | 1441 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 53.1 mg -BL |
| Bolus Dose | 5.3 mg -BL |
| Infusion Dose | 47.8 mg -BL |
| Predicted Distance | 455.48 -BL |
| BSA (Calculated - sq m) | 1.61 sq meters -BL |
| BMI (Calculated) | 23.8 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Adjusted Body Weight (Female) | 53.65 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 23.83 -BL |
| **(RETIRED) Anthropometrics** | |
| Height (inches) | 62 in -BL |
| Weight (lb) | 130 lb -BL |
| Ideal Body Weight (IBW), Female | 110 lb -BL |
| % Ideal Body Weight, Female (lb) | 118.18 lb -BL |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon November 20, 2017 (continued)**

| Row Name | 1441 |
|---|---|
| % Ideal Body Weight | 56.3 -BL |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 3243.24 -BL |
| RDA Male (15-18 years) (kcal) | 2653.56 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1179.36 -BL |
| 40 Kcal/Kg (kcal) | 2358.72 -BL |
| 60 Kcal/Kg (kcal) | 3538.08 -BL |
| 80 Kcal/Kg (kcal) | 4717.44 -BL |
| 100 Kcal/Kg (kcal) | 5896.8 -BL |
| 120 Kcal/Kg (kcal) | 7076.16 -BL |
| 140 Kcal/Kg (kcal) | 8255.52 -BL |
| 160 Kcal/Kg (kcal) | 9434.88 -BL |
| 180 Kcal/Kg (kcal) | 10614.24 -BL |
| 200 Kcal/Kg (kcal) | 11793.6 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 6014.74 -BL |
| RDA (4-6 years) (kcal) | 5307.12 -BL |
| RDA (7-10 years) (kcal) | 4127.76 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2358.72 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1474.2 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1179.36 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1769.04 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1179.36 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1474.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1769.04 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2358.72 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2156.18 -BL |
| Schofield Female (4-10 years) (kcal) | 1803.53 -BL |
| Schofield Female (11-18 years) (kcal) | 1425.55 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1781.85 -BL |
| Schofield Male (4-10 years) (kcal) | 1775.27 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Flowsheets (all recorded) (continued)

### Custom Formula Data - Mon November 20, 2017 (continued)

| Row Name | 1441 |
|---|---|
| Schofield Male (11-18 years) (kcal) | 658.79 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3546.05 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1825.78 -BL |
| WHO Equation Female (11-18 years) (kcal) | 1465.41 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3537.15 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1833.57 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1682.94 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 6368.54 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5778.86 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2771.5 -BL |
| RDA Female (15-18 years) (kcal) | 2358.72 -BL |
| **Current Weight** | |
| Current Weight (gm) | 58968 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5896.8 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3948.4 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4448.4 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2679.36 -BL |
| **General History** | |
| BMI (Calculated) | 23.8 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 592.63 meters -BL |
| **Vitals Assessment** | |
| MAP | 67.33 -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: I, Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Encounter Information - Appointment

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Bilateral ankle pain, unspecified chronicity** | ICD-10-CM: M25.571, M25.572<br>ICD-9-CM: 719.47 | |

**Problem List** as of 11/20/2017 — Reviewed: **11/20/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 11/20/2017**

No Known Allergies

**Immunizations as of 11/20/2017** — Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 11/20/2017**

**Marital Status**
Divorced

## Social Documentation

**Social Documentation as of 11/20/2017**

**None**

**Tobacco Use as of 11/20/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.
Smokeless Tobacco: Never used smokeless tobacco.

**Alcohol Use as of 11/20/2017**

Yes.

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Encounter Information - Appointment (continued)

**Alcohol Use as of 11/20/2017 (continued)**

Comments: social

**Drug Use as of 11/20/2017**

No.

**Family History as of 11/20/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 11/20/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 11/20/2017**

No employment history on file.

**Obstetric History as of 11/20/2017**

The patient has not been asked about pregnancy.

**History**

Not marked as reviewed during this visit.

## Medications

**Outpatient Medications at Start of Encounter as of 11/20/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:06 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 60 tablet | 0 | 4/12/2017 | |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/20/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | | | | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/5/2017 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/29/2018 |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | 1/29/2018 |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Lab and Imaging Orders

**X-Ray Ankle Complete Bilateral**

Electronically signed by: **Mark J. Hontas, MD on 11/20/17 1816**
Status: **Completed**
Mode: Ordering in Verbal with readback mode
Communicated by: Beverly Littlefield, RN
Ordering user: Beverly Littlefield, RN 11/20/17 1519
Ordering provider: Mark J. Hontas, MD
Authorized by: Mark J. Hontas, MD
Ordering mode: Verbal with readback
Diagnoses
Bilateral ankle pain, unspecified chronicity [M25.571, M25.572]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Bilateral Ankle Pain |

## All Results

**X-Ray Ankle Complete Bilateral [269534254]** Resulted: 11/20/17 1614, Result status: Final result

Ordering provider: Mark J. Hontas, MD 11/20/17 1521
Resulted by: John L. Beck, MD
Performed: 11/20/17 1522 - 11/20/17 1527
Accession number: 27673157
Resulting lab: OCHS TALK TECHNOLOGY
Narrative:
EXAM: Bilateral ankle radiographs.

INDICATION: Pain.

COMPARISON: Left ankle radiograph 5/24/2017.

FINDINGS: 3 views of the bilateral ankles demonstrates no fracture. Alignment is normal. There is no bony mass lesion there is subcutaneous edema bilaterally.
Impression:

1.Bilateral subcutaneous edema without underlying bony abnormal.

Electronically signed by: JOHN BECK MD
Date: 11/20/17
Time: 16:14

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1657 - Present |

## Result Notes and Comments

**Result** **X-Ray Ankle Complete Bilateral (Order 269534254)**

**Encounter Messages**

No messages in this encounter

## Result Notes and Comments (continued)

**Encounter Messages (continued)**

**Follow-up Information**

None

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Follow Up Call**

No data filed

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | S/p Neurolysis right anterior tibial nerve 4/2/17. Still the same. C/o pain, tightness & swelling. |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 1/29/2018** Reviewed: **1/29/2018 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 1/29/2018**

No Known Allergies

**Immunizations as of 1/29/2018** Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Weight | | | | |
| 01/29/18 1527 | 62.6 kg (138 lb) | BL | 01/29/18 1529 | Current |
| Height | | | | |
| 01/29/18 1527 | 5' 2" (1.575 m) | BL | 01/29/18 1529 | Current |
| Pain Score | | | | |
| 01/29/18 1527 | Five | BL | 01/29/18 1529 | Current |
| Pain Loc | | | | |
| 01/29/18 1527 | ANKLE | BL | 01/29/18 1529 | Current |
| Pain Edu? | | | | |
| 01/29/18 1527 | Y | BL | 01/29/18 1529 | Current |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

## Encounter Information - Office Visit (continued)

**Surgical History (continued)**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 1/29/2018**

| Marital Status |
|---|
| Divorced |

### Social Documentation

**Social Documentation as of 1/29/2018**

**None**

**Tobacco Use as of 1/29/2018**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.
Smokeless Tobacco: Never used smokeless tobacco.

**Alcohol Use as of 1/29/2018**

Yes.
Comments: social

**Drug Use as of 1/29/2018**

No.

**Family History as of 1/29/2018**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 1/29/2018**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 1/29/2018**

No employment history on file.

**Obstetric History as of 1/29/2018**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 1/29/2018 4:04 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 1/29/2018 3:29 PM | Tobacco |
| Beverly Littlefield, RN | 1/29/2018 3:27 PM | Medical, Surgical, Family |

## Encounter Information - Office Visit (continued)

### Medications

**Outpatient Medications at Start of Encounter as of 1/29/2018**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/5/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 24 hours as needed. - Oral | 27 tablet | 0 | 1/10/2018 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med | | | 7/28/2016 | 1/29/2018 |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 1/29/2018 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med | | | 12/1/2016 | 1/29/2018 |
| Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 1/29/2018 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

## Other Orders

**amitriptyline (ELAVIL) 50 MG tablet**

Electronically signed by: **Beverly Littlefield, RN on 01/29/18 1531** Status: **Active**
Ordering user: Beverly Littlefield, RN 01/29/18 1531 Authorized by: Historical Provider, MD
Ordering mode: Standard
Frequency: Nightly 01/18/18 - Until Discontinued

**esomeprazole (NEXIUM) 20 MG capsule**

Electronically signed by: **Beverly Littlefield, RN on 01/29/18 1531** Status: **Active**
Ordering user: Beverly Littlefield, RN 01/29/18 1531 Authorized by: Historical Provider, MD
Ordering mode: Standard
Frequency: 11/14/17 - Until Discontinued

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**

Electronically signed by: **Mark J. Hontas, MD on 01/29/18 1605** Status: **Active**
Ordering user: Mark J. Hontas, MD 01/29/18 1605 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: Q12H PRN 01/29/18 - Until Discontinued

## Result Notes and Comments

**Result** — **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Order 269534258)**

**Result** — **amitriptyline (ELAVIL) 50 MG tablet (Order 269534256)**

**Result** — **esomeprazole (NEXIUM) 20 MG capsule (Order 269534257)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 1/29/2018 3:20 PM**

Author: Mark J. Hontas, MD
Filed: 1/29/2018 4:26 PM
Status: Signed
Service: (none)
Encounter Date: 1/29/2018
Editor: Mark J. Hontas, MD (Physician)
Author Type: Physician
Creation Time: 1/29/2018 4:05 PM

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *S/p Neurolysis right anterior tibial nerve 4/2/17. Still the same. C/o pain, tightness & swelling.*

### HPI

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 1/29/2018 3:20 PM (continued)**

Janice Thomas is a 47 y.o. female who presents with above

**Past Medical History**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • amitriptyline (ELAVIL) 50 MG tablet | Take 50 mg by mouth nightly. |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • esomeprazole (NEXIUM) 20 MG capsule | Take 1 Capsule (20 mg) by mouth daily before breakfast. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 1/29/2018 3:20 PM (continued)**

| | |
|---|---|
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 24 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

### Allergies

Review of patient's allergies indicates:
No Known Allergies

### Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

### Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 1/29/2018 3:20 PM (continued)**

Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
She is now coming on a year and a half from her injury to her right ankle. She has healed her fractures but essentially she is left with a slight valgus angulation. Overall she is better in the sense that she can stand and walk for longer distances but she still has limits. She certainly cannot stand and walk over an 8 hour day. On her feet for any prolonged period of time. She has occasional night pain as well. We've talked about the possibility of doing osteotomies to try and realign the ankle but since she has improved over the past 4 months I think we will watch this some more. See her back in a few months

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas MD on 1/29/2018 4:26 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 01/29/18 16:04 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 01/26/2018 09:01 AM | Text Message (Outgoing) | | 19855157509 |

Reminder from STPH: Appt 01/29 at 3:20 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: [redacted], Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

**Follow-up and Disposition History**

01/29/2018 1608 - Mark J. Hontas, MD

Disposition: Follow-up in about 3 months (around 4/29/2018).

**Follow-up Information**

None

**Encounter-Level Documents - 01/29/2018:**

After Visit Summary - Document on 1/29/2018 4:15 PM by Myra Robbins : After Visit Summary (below)

St. Tammany

# AFTER VISIT SUMMARY

**Janice Thomas** DOB: [illegible]

1/29/2018 3:20 PM St. Tammany Bone and Joint 985-[illegible]

## Instructions from Mark J. Hontas, MD

Today's medication changes

CHANGE how you take:
**hydrocodone-acetaminophen 10-325mg 10-325 mg Tab** (NORCO)
Changed by Mark J. Hontas, MD

STOP taking:
**butalbital-acetaminophen-caff 50-300-40 mg Cap**
Stopped by Mark J. Hontas, MD

**methocarbamol 750 MG Tab** (ROBAXIN)
Stopped by Mark J. Hontas, MD

Accurate as of 1/29/18 4:15 PM.
**Review your updated medication list below.**

Pick up these medications from any pharmacy with your printed prescription
hydrocodone-acetaminophen 10-325mg

Follow-up in about 3 months (around 4/29/2018).

## What's Next

APR 30 2018 — Established Patient Visit with Mark J. Hontas, MD
**Monday April 30 12:20 PM**

**St.Tammany Bone and Joint**
71471 Highway 21, Suite A
Covington LA 70433-7121
985-893-9922

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

## Diagnoses this Visit

Comments

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary

## Today's Visit

You saw Mark J. Hontas, MD on Monday January 29, 2018. The following issue was addressed: Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter.

BMI
25.24

Weight
138 lb

Height
5' 2"

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit https://mychart.stph.org**, select Sign Up Now, enter this activation code and your date of birth, then select Next.
**6G75Q-HVJ75-SDHQ9**
**Expires: 2/24/2018 2:38 PM**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs.** MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

**Encounter-Level Documents - 01/29/2018: (continued)**

Allergies as of 1/29/2018

No Known Allergies

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: ', Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

**Encounter-Level Documents - 01/29/2018: (continued)**

## Your Medication List

Always use your most recent med list.

| | |
|---|---|
| * amitriptyline 25 MG tablet | Take 25 mg by mouth every evening. |
| * amitriptyline 50 MG tablet | Take 50 mg by mouth nightly. |
| escitalopram oxalate 20 MG tablet | Take 20 mg by mouth once daily. |
| esomeprazole 20 MG capsule | Take 1 Capsule (20 mg) by mouth daily before breakfast. |
| etodolac 500 MG tablet<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |

Epic

**Encounter-Level Documents - 01/29/2018: (continued)**

Your Medication List (continued)

| | |
|---|---|
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>27 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 24 hours as needed.<br>**Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>NORCO<br>60 tablet<br>Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>**You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| terbinafine HCl 250 mg tablet<br>LAMISIL | Take 250 mg by mouth once daily. |

*** This list has 11 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Smoking Cessation

Living Tobacco Free -- educational classes for tobacco cessation, please call 985-898-4468 to schedule.

Epic

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Mon January 29, 2018**

| Row Name | 1527 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 62.6 kg (138 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 25.3 -BL |

**Custom Formula Data - Mon January 29, 2018**

| Row Name | 1527 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 56.3 mg -BL |
| Bolus Dose | 5.6 mg -BL |
| Infusion Dose | 50.7 mg -BL |
| Predicted Distance | 446.12 -BL |
| BSA (Calculated - sq m) | 1.65 sq meters -BL |
| BMI (Calculated) | 25.3 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Admit Weight (kg) | 62.6 kg -BL |
| Adjusted Body Weight (Female) | 55.1 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 25.29 -BL |
| **(RETIRED) Anthropometrics** | |
| Height (inches) | 62 in -BL |
| Weight (lb) | 138 lb -BL |
| Ideal Body Weight (IBW), Female | 110 lb -BL |
| % Ideal Body Weight, Female (lb) | 125.45 lb -BL |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), | 54.13 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: [redacted], Sex: F
Acct #: 11001417293
Enc. Date 1/29/2018

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon January 29, 2018 (continued)**

| Row Name | 1527 |
|---|---|
| Male (kg) | |
| % Ideal Body Weight | 59.76 -BL |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 3442.73 -BL |
| RDA Male (15-18 years) (kcal) | 2816.82 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1251.92 -BL |
| 40 Kcal/Kg (kcal) | 2503.84 -BL |
| 60 Kcal/Kg (kcal) | 3755.76 -BL |
| 80 Kcal/Kg (kcal) | 5007.68 -BL |
| 100 Kcal/Kg (kcal) | 6259.6 -BL |
| 120 Kcal/Kg (kcal) | 7511.52 -BL |
| 140 Kcal/Kg (kcal) | 8763.44 -BL |
| 160 Kcal/Kg (kcal) | 10015.36 -BL |
| 180 Kcal/Kg (kcal) | 11267.28 -BL |
| 200 Kcal/Kg (kcal) | 12519.2 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 6384.79 -BL |
| RDA (4-6 years) (kcal) | 5633.64 -BL |
| RDA (7-10 years) (kcal) | 4381.72 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2503.84 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1564.9 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1251.92 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1877.88 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1251.92 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1564.9 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1877.88 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2503.84 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2215.15 -BL |
| Schofield Female (4-10 years) (kcal) | 1875.99 -BL |
| Schofield Female (11-18 years) (kcal) | 1455.9 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1782.46 -BL |
| Schofield Male (4-10 years) | 1846.36 -BL |

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon January 29, 2018 (continued)**

| Row Name | 1527 |
|---|---|
| (kcal) | |
| Schofield Male (11-18 years) (kcal) | 717.75 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3767.36 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1907.41 -BL |
| WHO Equation Female (11-18 years) (kcal) | 1509.67 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3758.1 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1915.93 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1746.43 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 6760.37 -BL |
| RDA (> 6 months-1 year old) (kcal) | 6134.41 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2942.01 -BL |
| RDA Female (15-18 years) (kcal) | 2503.84 -BL |
| **Current Weight** | |
| Current Weight (gm) | 62596 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 6259.6 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 4129.8 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4629.8 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2751.92 -BL |
| **General History** | |
| BMI (Calculated) | 25.3 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 584.32 meters -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

**END OF REPORT**

I am sending in all the Medical records that I could get from Nov. 2017 to Present date from Dr Mark Hontas.

Thanks
Janice Thomas

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

February 7, 2018

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability ("LTD") benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond February 16, 2018.

<u>Specific reason for the denial of LTD benefits under the Policy:</u>

You do not meet the "Any Occupation" definition of "Disability."

<u>Reference to specific Policy provision upon which the closure is based</u>.

*"Disability" or "Disabled", with respect to Long Term Disability, means:*

*i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

> *"Any Occupation" means any occupation that the Covered Person is or becomes Reasonably fitted by training, education, experience, age, physical and mental capacity.*
>
> *Discontinuation of the Long Term Disability Benefit*
>
> *The Monthly Benefit will cease on the earliest of:*
>
> > *8. the date the Covered Person is no longer Disabled according to this policy;*

Medical evidence upon which the denial is based.

The determination that you do not meet the required definition of "Disability" at the "Any Occupation" phase of your claim is based on restrictions and limitations due to your diagnosis Lateral Malleolar Fracture, Distal Tibia Fracture and Angerior Tibial Nerve Entrapment.

The following medical information has been reviewed in consideration of ongoing benefits:

- Medical Record Request dated 7-11-17, 1-18-17, 11-9-16
- Progress Notes dated 7-5-17, 3-9-17, 2-9-17, 1-9-17, 12-8-16, 11-9-16, 9-27-16, 9-13-16, 8-30-16, 8-15-16
- Discharge Note dated 3-24-17
- Physical Therapy Recertification Note dated 3-7-17, 2-8-17, 1-5-17, 12-7-16
- Patient Outcomes dated 3-7-17, 2-8-17, 1-5-17, 12-7-16, 11-14-16
- Plan of Care dated 3-7-17, 2-8-17, 1-5-17, 12-7-16, 11-14-16
- Physical Therapy Daily Note dated 3-7-17 – 11-14-16
- Correspondence dated 2-8-17
- Ambulatory Referral to Physical – Occupational Therapy dated 1-9-17, 12-8-16, 11-9-16
- Past Medical History Form dated 11-14-16
- Pain Assessment dated 11-14-16
- Physical Therapy Initial Examination dated 11-14-16
- Medication List undated

On July 31, 2017, your claim was reviewed by a Consulting Physician Board Certified in Orthopedic Surgery. The review determined the following:

*Giving the benefit of the doubt to the claimant and peer discussion with Dr. Hontas, this reviewer feels that the claimant can safely do sedentary to light duty work. She can sit for 8 hours per day. She can stand or walk 4-5 hours per day. She can drive 4-6 hours per day. She can frequently lift and carry 0-10 pounds. She can occasionally lift and carry 11-25 pounds. The reviewer would recommend most lifting knees to chest. She can use both hands for simple grasping, pushing, pulling, and fine manipulation and both feet for foot controls. She can occasionally crawl or squat. She can frequently bend, reach, or twist. The reviewer would recommend that she use good ergonomic form for activities and have the opportunity for position changes. The duration of these restrictions is 3 months and prognosis is fair. The reviewer spoke with Dr. Hontas, the orthopedic surgeon. The claimant would be capable of performing full time activities throughout an 8 hour day within the restrictions outlined above.*

The Consulting Physician also spoke with Dr. Hontas and noted the following:

*The reviewer spoke with Dr. Hontas, an orthopedic surgeon. The claimant appears capable of full time sedentary to light duty work. At this juncture, the claimant has finished physical therapy, protective weight-bearing, prescription medications, and has advanced to a HEP. It appears that*

*the claimant is being restricted due to reports of discomfort when weight-bearing although Dr. Hontas describes the claimant's habitus as thin, with no secondary negative comorbid diagnoses. Her past medical history includes asthma, depression, and previous history of morbid obesity status post gastric procedure. She lost weight and currently has a BMI of 23.5. The reviewer and the provider are in agreement with the claimant's functional abilities and outlined disability.*

On January 15, 2018, your claim was reviewed by a Consulting Physician to determined ongoing LTD benefits. The review determined the following:

*The claimant is a 47-year-old woman who suffered a right ankle fracture in August 2016 in a motor vehicle accident. This file was previously reviewed by me on 2/5/17. After a conversation with the claimant' orthopedist, Dr. Mark Hontas, it was determined that the claimant' fracture was a distal tibial metaphysis fracture that involved the anterior lip of the distal tibia. There was also a slightly angulated distal fibula fracture. Dr. Hontas treated this conservatively as appeared to be appropriate. She has had persistent complaints of pain in the ankle up through the last available office report from Dr. Hontas on 11/20/17. He initially felt that this was due to entrapment of the anterior tibial nerve at the anterior lip of the tibia. At some point in April 2017 he did a neurolysis of the anterior tibial nerve but this did not seem to help. Most recently he speculated that her continued pain complaints might be due to the slight angulation of the distal fibula. He recommended a second opinion but it was not clear whether or not this was carried out.*

*The claimant is now about a year and a half following her fracture. The fractures have healed uneventfully but she has continued symptoms of uncertain cause. Dr. Hontas has found good range of motion and no swelling. He has not described any posttraumatic arthritis findings. He has not described any gait abnormalities or need for assistive devices. He has not described any significant loss of motion. The slight angulation of the distal fibula seems unlikely to be a cause of significant impairment. The available records do not support continued impairment or need for work restrictions.*

*The available records supported no more than occasional standing or walking from the date of disability to 5/1/17. The available records do not support ongoing work restrictions beyond that time.*

The Consulting Physician also contacted Dr. Hontas and the following was noted:

*This is an addendum to document contact with the claimant' orthopedist, Dr. Mark Hontas, today. Dr. Hontas stated that Ms. Thomas has consistently had right ankle pain despite healing of her fractures. He described the distal tibia fracture as a crush injury at the anterior lip of the distal tibia. She has some modest angulation of the distal fibula as well. He felt that she may be developing some degree of post-traumatic arthritis. She does not use a cane but has a consistent limp due to the ankle pain. He does not feel that she can work on her feet most of an 8 hour day and should be limited to sedentary sit down work. He is considering referral to a foot and ankle specialist.*

*The above conversation does alter the conclusions in my last report. With the reports of continued limping at each follow up, the claimant should be limited to only occasional standing and walking. The duration of this restriction may be long term or even permanent.*

As a result, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferrable skills as:

**Retail Management**

- Planning, scheduling, supervising, and organizing work of others
- Providing customer service and responding to customer concerns
- Promoting products and services
- Hiring, promoting, and training employees
- Dealing tactfully and courteously with the public
- Preparing budgets, keeping records, and inventorying stock
- Keeping records of sales, customers contacted, and expenses incurred
- Using basic math skills to total costs, make change, and compute percentages

**Computer Skills**

- Utilizing basic computer applications

Based on this information you have the ability to perform the following occupations:

| **Occupation** | **National Monthly Wage** |
|---|---|
| Customer Service Representative | $2,931 |
| Order Clerk | $2,930 |
| Telephone Solicitor | $2,264 |
| Cashier (Check cashing store, car dealership, museum) | $1,807 |

Therefore, based on our review of your medical records and the identification of alternate occupations within your restrictions and limitations, you do not meet the definition of “Disability” at the “Any Occupation” phase of your claim. Your benefits have been paid through February 16, 2018 and your claim has been closed.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination. We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below:

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group – Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Appeal Review Unit

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation: updated medical information from Feburary 16, 2018 through present from Dr. Hontas or any other provider to support your inability to return to work on a full time without restrictions. This information should include office notes, test results, imaging, or any consultations; as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim.

Right to request documents. You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action
You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied. If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Francine Knox
Long Term Disability Case Manager
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

Jenny Kramer, MHS, CRC, CVE
jenny@kramervoc.com
Voice: 386.589.4912
Fax: 866.890.3374

# TRANSFERABLE SKILLS ANALYSIS/VOCATIONAL REPORT

**Claimant: Janice Thomas**
**Claim #: 7125287**
**Disability Case Manager: Francine Knox**
**Date of Report: January 23, 2018**

## FILE REVIEW/SUMMARY

### DEMOGRAPHICS

Ms. Thomas is a 47 year-old Customer Service Manager at Wal-Mart Stores Inc. who went out of work on 08/12/2016 due to a fracture of distal tibia and fibula shafts.

I have reviewed the claim file and researched standard vocational resources including the Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration (GOE) and Internet job boards.

### PHYSICAL CAPACITIES

The following medical information was reviewed as part of this assessment per Disability Case Manager instruction:

- 01/17/2018 Memorandum completed by C. David Bomar, MD, Board Certified Orthopedic Surgery Consultant
- 01/17/2018 Letter from Dr. Bomar to Dr. Hontas
- 01/15/2018 Memorandum completed by C. David Bomar, MD, Board Certified Orthopedic Surgery Consultant

### EDUCATION

Ms. Thomas' education and work history was outlined on the Training, Education and Experience (TE&E) form and her job description. Ms. Thomas has a 9th grade education.

### WORK HISTORY

2007 – 2016 Customer Service Manager, Wal-Mart Stores Inc. - Provides customer service by acknowledging the customer, identifying customer needs, assisting with purchasing decisions, locating merchandise, resolving customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment. Supervises associates in the area of responsibility by assigning duties, communicating goals, providing feedback and follow-up, monitoring performance, teaching and supporting company policies and procedures, ensuring compliance, and participating in

the hiring, promotion, coaching, teaching, and evaluation of associates. Operates equipment, such as cash registers and related tools, to process customer purchases using appropriate procedures for different payment types and items sold. Fulfills customer service requirements by greeting customers, approving monetary transactions, providing support to associates for completing monetary transactions, assisting with cashier training, balancing customer traffic across the front-end, conducting registers audits, maintaining front end keys, coordinating cashier meals and breaks, assisting customers with multi-channel questions and concerns, and assisting management with control of front end. Maintains the front-end in accordance with company policies and procedures by properly handling claims and returns, zoning the area, overseeing the parking lot, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

1992 – 2008 Cashier/Cook, Shift Manager, Hardee's – Take orders, clean, pull the register at the end of the shift

2000 – 2005 Cashier, Gas-N-Shop – Take money, take orders for food, cook, read gas pumps, stock

2005 – 2005 Cashier, Main Street – Take money, stock the food, sweep and mop floors

2004 – 2005 Cashier – Take money, read the gas pump, sweep parking lot

Ms. Thomas reports computer skills in email and internet. She reports that she uses her home computer for 1-2 hours per week.

## ASSESSMENT / ANALYSIS

### TRANSFERABLE SKILLS

Through her work, education, training and/or life experience, the following are some of the skills demonstrated by Ms. Thomas:

**Retail Management**

- Planning, scheduling, supervising, and organizing work of others
- Providing customer service and responding to customer concerns
- Promoting products and services
- Hiring, promoting, and training employees
- Dealing tactfully and courteously with the public
- Preparing budgets, keeping records, and inventorying stock
- Keeping records of sales, customers contacted, and expenses incurred
- Using basic math skills to total costs, make change, and compute percentages

**Computer Skills**

- Utilizing basic computer applications

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

The following occupations were identified as being within Ms. Thomas' education, training and physical capacities. Wage information is based on information from the 2016 Bureau of Labor Statistics national wage data. The mean wage is used based on Ms. Thomas' education and experience.

| **Occupation** | **National Monthly Wage** |
|---|---|
| Customer Service Representative | $2,931 |
| Order Clerk | $2,930 |
| Telephone Solicitor | $2,264 |
| Cashier (Check cashing store, car dealership, museum) | $1,807 |

I have not met with Associate for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

Jenny Kramer, MHS, CRC, CVE
Vocational Consultant/Owner
Kramer Vocational Services, LLC

# Invoice

Kramer Vocational Services, LLC

| Date | Invoice # |
|---|---|
| 1/23/2018 | 2442 |

| Bill To |
|---|
| Liberty Mutual |

| Referred By | Claimant |
|---|---|
| | Janice Thomas |

| Hours | Description | Rate | Amount |
|---|---|---|---|
| 2.25 | Transferable Skills Analysis | 80.00 | 180.00 |
| | | **Total** | $180.00 |

***Thank you for your business!***

Please make checks payable to:
Kramer Vocational Services LLC
4337 S Atlantic Ave
Ponce Inlet, FL 32127

Tax ID: 26-4391838

Phone: 386.589.4912 Fax: 866.890.3374 Email: jenny@kramervoc.com

## n0135036

**From:** RightFax E-mail Gateway
**Sent:** Wednesday, January 17, 2018 11:38:08 AM
**To:** Bomar, David
**Subject:** Your fax has been successfully sent to Dr. Mark Hontas at 985-892-3806. RE:

Your fax has been successfully sent to Dr. Mark Hontas at 985-892-3806. RE:
------------------------------------------------------------
Matter: 7125287
------------------------------------------------------------
1/17/2018 11:36:07 AM Transmission Record
Sent to 9858923806 with remote ID "985 892 3806"
Result: (0/339;0/0) Success
Page record: 1 - 2
Elapsed time: 01:29 on channel 33

## Billing Statement:

Invoice Date: 1/4/2018 Invoice # LIMTL122017 - 858
Liberty Mutual

Invoice for Requests for Medical Information completed between 12/1/2017 and 12/31/2017

**LIBMT3** **Requested By:** **M Gauthier**

| RP # / Cust ID: | Patient Name / Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt / Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3683944 | | | | | | | | | |
| 7125287 | THOMAS, JANICE / THE BONE & JOINT CLINIC | Canceled | 12/29/17 | $4.00 | $0.00 No Fee | $0.00 | $0.00 0 | $4.00 | LIBSFU |
| 7125287 | THOMAS, JANICE / SCHULTZ PT | Canceled | 12/19/17 | $4.00 | $0.00 No Fee | $0.00 | $0.00 0 | $4.00 | LIBSFU |
| 7125287 | THOMAS, JANICE / THE BONE & JOINT CLINIC | Complete | 12/27/17 | $8.00 | $79.00 | $0.00 | $0.00 95 | $87.00 | LIBSFU |
| 7125287 | THOMAS, JANICE / SCHULTZ PT | Canceled | 12/22/17 | $4.00 | $0.00 No Fee | $0.00 | $0.00 0 | $4.00 | LIBSFU |

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due:** **$99.00**

**Tax ID: 95-2843455**

## Memorandum

| | | |
|---|---|---|
| ***From:*** | C. David Bomar, MD | ***Date: 1/17/18*** |
| ***To:*** | Megan Gauthier | |
| ***Re:*** | ***Claimant: Janice Thomas***<br>***Claim #: 7125287***<br>***DOB:***<br>***Date of Disability: 8/12/16*** | |

---

This is an addendum to document contact with the claimant's orthopedist, Dr. Mark Hontas, today. Dr. Hontas stated that Ms. Thomas has consistently had right ankle pain despite healing of her fractures. He described the distal tibia fracture as a crush injury at the anterior lip of the distal tibia. She has some modest angulation of the distal fibula as well. He felt that she may be developing some degree of post-traumatic arthritis. She does not use a cane but has a consistent limp due to the ankle pain. He does not feel that she can work on her feet most of an 8 hour day and should be limited to sedentary sit down work. He is considering referral to a foot and ankle specialist.

The above conversation does alter the conclusions in my last report. With the reports of continued limping at each follow up, the claimant should be limited to only occasional standing and walking. The duration of this restriction may be long term or even permanent.

Please feel free to contact me if there are additional records or questions.

Electronically signed:

C. David Bomar, MD
Board Certified Orthopedic Surgery Consultant

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

Date: 1/17/18

Dr. Mark Hontas
Fax: 985-892-3806

Re: Disability Benefits
Claimant Name: Janice Thomas
Claimant DOB:
Claim Number: 7125287

Dear Dr. Hontas,

Thank you for taking my call. I am an orthopedic surgery consultant for Liberty Mutual, the above patient's disability insurance carrier. They have asked me to review the medical records and speak to attending physician's to help determine your patient's work capacity and prospects for a return to work. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

- You noted that Ms. Thomas has consistently had right ankle pain despite healing of her fractures.
- You described the distal tibia fracture as a crush injury at the anterior lip of the distal tibia. She has some modest angulation of the distal fibula as well.
- You felt that she may be developing some degree of post-traumatic arthritis. She does not use a cane but has a consistent limp due to the ankle pain.
- You do not feel that she can work on her feet most of an 8 hour day and should be limited to sedentary sit down work. You are considering referral to a foot and ankle specialist.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. Thank you for your help. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

Electronically Signed

Dr. Mark Hontas Date

C. David Bomar MD.
Board Certified Orthopedic Consultant
860-940-9992

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Francine Knox    DATE: Monday, January 15, 2018

## CLAIM BACKGROUND

Claimant Name: JANICE THOMAS    Claim Number: 7125287

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE    Has MDS worked the claim? ☑ YES ☐ NO

Employer: WAL-MART STORES, INC.

Change In DEF. Date: 02/17/2018

Pre-Disability Earnings: $2,406.33 / M (mode)    Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete TSA from recent FFR

DP 512

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Francine Knox DATE: Monday, January 15, 2018

## CLAIM BACKGROUND

Claimant Name: JANICE THOMAS Claim Number: 7125287

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: WAL-MART STORES, INC.

Change In DEF. Date: 02/17/2018

Pre-Disability Earnings: $2,406.33 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete TSA from recent FFR

DP 512

## Memorandum

***From:*** C. David Bomar, MD ***Date: 1/15/18***

***To:*** Megan Gauthier

***Re:*** ***Claimant: Janice Thomas***
***Claim #: 7125287***
***DOB:***
***Date of Disability: 8/12/16***

---

***Referral questions:***

1. Please note all diagnoses supported by the medical evidence (including co-morbids). – *fracture distal tibia and fibula shafts S82.30*
2. Please clarify which diagnoses are causing impairment. *–see above*
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. *–The available records supported no more than occasional standing or walking from the DOD to 5/1/17. The available records do not support ongoing work restrictions beyond that time.*

Please contact tx provider(s)Dr. Mark Hontas 985-893-9922 fax 985-892-3806. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. *–Calls are pending. An addendum will be sent after calls are completed.*

Please also contact any other providers who you feel may be beneficial to your claim review. If you are unable to get in touch with the treating providers, please complete your review based on the available medical records. *–n/a*

***Analysis:***

The claimant is a 47-year-old woman who suffered a right ankle fracture in August 2016 in a motor vehicle accident. This file was previously reviewed by me on 2/5/17. After a conversation with the claimant's orthopedist, Dr. Mark Hontas, it was determined that the claimant's fracture was a distal tibial metaphysis fracture that involved the anterior lip of the distal tibia. There was also a slightly angulated distal fibula fracture. Dr. Hontas treated this conservatively as appeared to be appropriate. She has had persistent complaints of pain in the ankle up through the last available office report from Dr. Hontas on 11/20/17. He initially felt that this was due to entrapment of the anterior tibial nerve at the anterior lip of the tibia. At some point in April 2017 he did a neurolysis of the

anterior tibial nerve but this did not seem to help. Most recently he speculated that her continued pain complaints might be due to the slight angulation of the distal fibula. He recommended a second opinion but it was not clear whether or not this was carried out.

The claimant is now about a year and a half following her fracture. The fractures have healed uneventfully but she has continued symptoms of uncertain cause. Dr. Hontas has found good range of motion and no swelling. He has not described any posttraumatic arthritis findings. He has not described any gait abnormalities or need for assistive devices. He has not described any significant loss of motion. The slight angulation of the distal fibula seems unlikely to be a cause of significant impairment. The available records do not support continued impairment or need for work restrictions. Calls to Dr. Hontas are pending.

***Medical records reviewed:***

The following records are subsequent to my last report. On 3/9/17 Dr. Hontas described her right ankle fracture as a distal tibial metaphysis fracture with some involvement or displacement at the anterior lip of the distal tibia. There was slight angulation of the lateral malleolus fracture. The fractures were healed. He felt that there may be some irritation of the anterior tibial nerve causing numbness. On 4/24/17 he saw her following surgery for anterior tibial nerve neurolysis. On 5/24/17 he stated x-rays showed 6° of valgus angulation at the distal tibia. On 7/5/17 there was slight swelling but good motion. She complained of difficulty with prolonged standing or walking. He stated she would be permanently unable to do her regular job. On 9/5/17 he discussed osteotomy of the distal fibula for the slight angulation. He speculated she could be developing posttraumatic arthritis. On 11/20/17 she felt the same. There was no swelling. He discussed second opinions. There were physical therapy notes in February and March 2017.

There was a peer review from Dr. Muzzonigro on 7/31/17.

Please feel free to contact me if there are additional records or questions.

Electronically signed:

C. David Bomar, MD
Board Certified Orthopedic Surgery Consultant

Janice Thomas
January 15, 2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 10, 2018

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Francine Knox has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

Francine Knox may be reached at 877-353-6404 extension 18225.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Orthopedic Surgery - Joint**

Office: 088D

Claim #: 7125287

Claimant Name: JANICE A THOMAS

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

Date of Birth:

Claim Status: AP

Date of Disability: 8/12/2016

Date Sent: 1/10/2018

Claimant SSN:

Date Benefits Began: 2/17/2017

Product Type: LTD

Paid Through: 2/16/2018

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: GAUTHIER, MEGAN 88D 8*731-8204

Assigned Nurse Case Manager:

Diagnosis: S82.846 Nondisplaced bimalleolar fracture of unspecified lower leg,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

Please contact tx provider(s)Dr. Mark Hontas 985-893-9922 fax 985-892-3806. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee’s functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records

Please also contact any other providers who you feel may be beneficial to your claim review.

If you are unable to get in touch with the treating providers, please complete your review based on the available medical records.

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return To:** Megan Gauthier

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas
**CLAIM NO:** 7125287
**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Our Lady of the Angels Hospital
Specialty: All
Address: 433 Plaza St Bogalusa La
Telephone No.: (985) 730 6700 Fax No.: ( )

Name: ___ Specialty: ___ Address: ___ Telephone No.: ( ) Fax No.: ( )

Name: Mark Hontas, MD Bone and Joint Clinic
Specialty: Bone's
Address: 71211 LA 21, Covington
Telephone No.: (985) 8939922 Fax No.: ( )

Name: ___ Specialty: ___ Address: ___ Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Health Blue
Specialty:
Address: POB 77678 Baton Rouge La 70879
Telephone No.: 18005211494 Fax No.: ( )
1855-229 6848

Name: ___ Specialty: ___ Address: ___ Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Rocky's
Specialty:
Address: 133 Cumberland St Bogalusa La 70427
Telephone No.: (985)7325874 Fax No.: ( )
~~[illegible]~~

Name: ___ Specialty: ___ Address: ___ Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Janice Thomas DATE: 12-15-17

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return to:** Megan Gauthier

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas **CLAIM #:** 7125287
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Thomas Janice A | | | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Separated | |
| Spouse's Full Name and Date of Birth: [illegible] Thomas | Number of Children: 2 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Shana Turnage Relationship to you? Daughter Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Janice Thomas
Janice Thomas

**DATE:** 12-15-17 **EMPLOYEE'S SIGNATURE:** Janice Thomas

DP 409

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Janice Thomas

Name of legal representative, if applicable (print) Janice Thomas Relationship ______

Signature of claimant or legal representative Janice Thomas

Date of Birth: ______ Claim Number: 7125287 Date: 12-15-17

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governm- -tal agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Janice Thomas
Name of legal representative, if applicable (print) Janice Thomas Relationship ______
Signature of claimant or legal representative Janice Thomas
Date of Birth: ______ Claim Number: 7125287 Date: 12-15-17

**A copy of this authorization will be considered as valid as the original.**

ReleasePoint

## Medical Record Overview

**Date:** **December 27, 2017**

**Patient Name:** THOMAS, JANICE

**Records From:** HONTAS, DR MARK
71211 LOUISIANA 21
COVINGTON, LA 70433
(985) 893-9922

**RP ID:** 3683942

**Client ID:** 7125287

**Source:** LIBMT3

**Req By:** M Gauthier

**Request Scope:** From April 1, 2017 to Present

**Chart Range:** 04/24/2017 - 11/20/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 24 2017 | Nov 20 2017 | 74 | 2 |
| Labs/Diagnostics | May 24 2017 | Nov 20 2017 | 3 | 76 |
| Other Records | | | 6 | 79 |
| Request Corr. | | | 6 | 85 |
| | | **Total Page Count:** | 89 | |

| | |
|---|---|
| STPC BONE AND JOINT<br>Ambulatory Encounter | Thomas, Janice<br>MRN: 10235707, DOB: , Sex: F<br>Acct #: 11001314491<br>Enc. Date 11/20/2017 |

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | S/p Neurolysis right anterior tibial nerve 4/2/17.Feels about the same . States swells & has some pain today |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Bilateral ankle pain, unspecified chronicity** - Primary | ICD-10-CM: M25.571, M25.572<br>ICD-9-CM: 719.47 | |
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |
| **Injury of tibial nerve at right lower leg level, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | |

**Problem** List as of 11/20/2017 — Reviewed: **11/20/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 11/20/2017**

No Known Allergies

**Immunizations as of 11/20/2017** — Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 11/20/17 1441 | **(!) 94/54** | BL | 11/20/17 1444 | Current |
| Pulse | | | | |
| 11/20/17 1441 | 62<br>Comment: Pt states her b/p runs low | BL | 11/20/17 1444 | Current |
| Weight | | | | |
| 11/20/17 1441 | 59 kg (130 lb) | BL | 11/20/17 1442 | Current |
| Height | | | | |
| 11/20/17 1441 | 5' 2" (1.575 m) | BL | 11/20/17 1442 | Current |
| Pain Score | | | | |
| 11/20/17 1441 | Five | BL | 11/20/17 1442 | Current |
| Pain Loc | | | | |
| 11/20/17 1441 | ANKLE | BL | 11/20/17 1442 | Current |
| Pain Edu? | | | | |
| 11/20/17 1441 | Y | BL | 11/20/17 1442 | Current |

User Key — (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Encounter Information - Office Visit (continued)

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 11/20/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 11/20/2017**

**None**

**Tobacco Use as of 11/20/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.
Smokeless Tobacco: Never used smokeless tobacco.

**Alcohol Use as of 11/20/2017**

Yes.
Comments: social

**Drug Use as of 11/20/2017**

No.

**Family History as of 11/20/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 11/20/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 11/20/2017**

No employment history on file.

**Obstetric History as of 11/20/2017**

The patient has not been asked about pregnancy.

**History**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Encounter Information - Office Visit (continued)

**History (continued)**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 11/20/2017 6:00 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 11/20/2017 2:42 PM | Tobacco, Alcohol, Drug Use, Sexual Activity |
| Beverly Littlefield, RN | 11/20/2017 2:41 PM | Medical, Surgical, Family |

## Medications

**Outpatient Medications at Start of Encounter as of 11/20/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/20/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/5/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/6/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Lab and Imaging Orders

**X-Ray Ankle Complete Bilateral**

Electronically signed by: **Mark J. Hontas, MD on 11/20/17 1816** Status: **Completed**
Mode: Ordering in Verbal with readback mode
Communicated by: Beverly Littlefield, RN
Ordering user: Beverly Littlefield, RN 11/20/17 1519
Ordering provider: Mark J. Hontas, MD
Authorized by: Mark J. Hontas, MD
Ordering mode: Verbal with readback
Frequency: 11/20/17 -
Diagnoses
Bilateral ankle pain, unspecified chronicity [M25.571, M25.572]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Bilateral Ankle Pain |

## Result Notes and Comments

**Result** — X-Ray Ankle Complete Bilateral (Order 269534253)

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 11/20/2017 6:07 PM Encounter Date: 11/20/2017 2:20 PM Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

Chief Complaint
Patient presents with
- Ankle Pain
  *S/p Neurolysis right anterior tibial nerve 4/2/17.Feels about the same . States swells & has some pain today*

### HPI

Janice Thomas is a 47 y.o. female who presents with above

### Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM (continued)**

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:
No Known Allergies

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM (continued)**

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

Vitals:

| | 11/20/17 1441 |
|---|---|
| BP: | (!) 94/54 |
| Pulse: | 62 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is no swelling. She still complains of pain with ambulation. A lot of the pain is laterally. I believe that the distal fibula may be angulated index a little excessively with the healing of that fracture. The question is with that make any difference ultimately with her pain. I told her that I would get some opinions from some of the area ankle and foot specialists and let her know what the opinion is as to whether surgery would help

## Assessment/Plan

**Bilateral ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Bilateral; Future; Expected date: 11/20/2017

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Injury of tibial nerve at right lower leg level, subsequent encounter**

| | |
|---|---|
| STPC BONE AND JOINT<br>Ambulatory Encounter | Thomas, Janice<br>MRN: 10235707, DOB , Sex: F<br>Acct #: 11001314491<br>Enc. Date 11/20/2017 |

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 11/20/2017 2:20 PM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 11/20/2017 6:07 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 11/20/17 18:00 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 11/16/2017 09:00 AM | Text Message (Outgoing) | | |

Reminder from STPH: Appt 11/20 at 2:20 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

**Follow-up and Disposition History**

11/20/2017 1807 - Mark J. Hontas, MD

Disposition: Return if symptoms worsen or fail to improve.

**Follow-up Information**

None

| | |
|---|---|
| STPC BONE AND JOINT<br>Ambulatory Encounter | Thomas, Janice<br>MRN: 10235707, DOB: , Sex: F<br>Acct #: 11001314491<br>Enc. Date 11/20/2017 |

**Encounter-Level Documents - 11/20/2017:**

After Visit Summary - Document on 11/20/2017 5:00 PM by Stefany E Jarrell : After Visit Summary (below)

St. Tammany Parish Hospital
World-Class Healthcare. Close to Home.

# AFTER VISIT SUMMARY

**Janice Thomas** DoB: 6/28/1970 11/20/2017 2:20 PM St.Tammany Bone and Joint 985-893-9922

## Today's Visit

You saw Mark J. Hontas, MD on Monday November 20, 2017. The following issue was addressed: Bilateral ankle pain, unspecified chronicity.

| Blood Pressure | BMI | Weight | Height |
|---|---|---|---|
| 94/54 | 23.78 | 130 lb | 5' 2" |

Pulse
62

## What's Next

You currently have no upcoming appointments scheduled.

## Diagnoses this Visit

| | Comments |
|---|---|
| Bilateral ankle pain, unspecified chronicity - Primary | |

## Allergies as of 11/20/2017

No Known Allergies

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit https://mychart.stph.org**, select Sign Up Now, enter this activation code and your date of birth, then select Next.

**Activation code not generated**
**Unable to lock patient record.**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs.** MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

Janice Thomas (MRN: 10235707) • Printed at 11/20/17 5:00 PM Page 1 of 2 Epic

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Encounter-Level Documents - 11/20/2017: (continued)**

## Your Medication List as of 11/20/17 5:00 PM

Always use your most recent med list.

| | |
|---|---|
| amitriptyline 25 MG tablet<br>Commonly known as: ELAVIL | Take 25 mg by mouth every evening. |
| butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| escitalopram oxalate 20 MG tablet<br>Commonly known as: LEXAPRO | Take 20 mg by mouth once daily. |
| etodolac 500 MG tablet<br>Commonly known as: LODINE | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| methocarbamol 750 MG Tab<br>Commonly known as: ROBAXIN | Take 750 mg by mouth daily as needed (pain). |
| terbinafine HCl 250 mg tablet<br>Commonly known as: LAMISIL | Take 250 mg by mouth once daily. |

*** This list has 7 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Smoking Cessation

Living Tobacco Free -- educational classes for tobacco cessation, please call 985-898-4468 to schedule.

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Mon November 20, 2017**

| Row Name | 1441 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 59 kg (130 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 23.8 -BL |

**Custom Formula Data - Mon November 20, 2017**

| Row Name | 1441 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 53.1 mg -BL |
| Bolus Dose | 5.3 mg -BL |
| Infusion Dose | 47.8 mg -BL |
| Predicted Distance | 455.48 -BL |
| BSA (Calculated - sq m) | 1.61 sq meters -BL |
| BMI (Calculated) | 23.8 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Adjusted Body Weight (Female) | 53.65 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 23.83 -BL |
| **(RETIRED) Anthropometrics** | |
| Height (inches) | 62 in -BL |
| Weight (lb) | 130 lb -BL |
| Ideal Body Weight (IBW), Female | 110 lb -BL |
| % Ideal Body Weight, Female (lb) | 118.18 lb -BL |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon November 20, 2017 (continued)**

| Row Name | 1441 |
|---|---|
| % Ideal Body Weight | 56.3 -BL |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 3243.24 -BL |
| RDA Male (15-18 years) (kcal) | 2653.56 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1179.36 -BL |
| 40 Kcal/Kg (kcal) | 2358.72 -BL |
| 60 Kcal/Kg (kcal) | 3538.08 -BL |
| 80 Kcal/Kg (kcal) | 4717.44 -BL |
| 100 Kcal/Kg (kcal) | 5896.8 -BL |
| 120 Kcal/Kg (kcal) | 7076.16 -BL |
| 140 Kcal/Kg (kcal) | 8255.52 -BL |
| 160 Kcal/Kg (kcal) | 9434.88 -BL |
| 180 Kcal/Kg (kcal) | 10614.24 -BL |
| 200 Kcal/Kg (kcal) | 11793.6 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 6014.74 -BL |
| RDA (4-6 years) (kcal) | 5307.12 -BL |
| RDA (7-10 years) (kcal) | 4127.76 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2358.72 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1474.2 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1179.36 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1769.04 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1179.36 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1474.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1769.04 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2358.72 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2156.18 -BL |
| Schofield Female (4-10 years) (kcal) | 1803.53 -BL |
| Schofield Female (11-18 years) (kcal) | 1425.55 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1781.85 -BL |
| Schofield Male (4-10 years) (kcal) | 1775.27 -BL |

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon November 20, 2017 (continued)**

| Row Name | 1441 |
|---|---|
| Schofield Male (11-18 years) (kcal) | 658.79 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3546.05 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1825.78 -BL |
| WHO Equation Female (11-18 years) (kcal) | 1465.41 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3537.15 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1833.57 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1682.94 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 6368.54 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5778.86 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2771.5 -BL |
| RDA Female (15-18 years) (kcal) | 2358.72 -BL |
| **Current Weight** | |
| Current Weight (gm) | 58968 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5896.8 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3948.4 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4448.4 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2679.36 -BL |
| **General History** | |
| BMI (Calculated) | 23.8 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 592.63 meters -BL |
| **Vitals Assessment** | |
| MAP | 67.33 -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001314491 |
| Ambulatory Encounter | Enc. Date 11/20/2017 |

## Encounter Information - Appointment

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Bilateral ankle pain, unspecified chronicity** | ICD-10-CM: M25.571, M25.572<br>ICD-9-CM: 719.47 | |

**Problem List** as of 11/20/2017 — Reviewed: **11/20/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 11/20/2017**

No Known Allergies

**Immunizations as of 11/20/2017** — Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 11/20/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 11/20/2017**

**None**

**Tobacco Use as of 11/20/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.
Smokeless Tobacco: Never used smokeless tobacco.

**Alcohol Use as of 11/20/2017**

Yes.

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001314491 |
| Ambulatory Encounter | Enc. Date 11/20/2017 |

## Encounter Information - Appointment (continued)

**Alcohol Use as of 11/20/2017 (continued)**

Comments: social

**Drug Use as of 11/20/2017**

No.

**Family History as of 11/20/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 11/20/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 11/20/2017**

No employment history on file.

**Obstetric History as of 11/20/2017**

The patient has not been asked about pregnancy.

**History**

Not marked as reviewed during this visit.

## Medications

**Outpatient Medications at Start of Encounter as of 11/20/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/20/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/5/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | s/p Neurolysis right ant tibial nervre 4/2/17. Feels the same. C/o swelling & some tingling |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List** as of 9/5/2017 — Reviewed: **9/5/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 9/5/2017**

No Known Allergies

**Immunizations as of 9/5/2017** — Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Weight | | | | |
| 09/05/17 1250 | 51.7 kg (114 lb) | BL | 09/05/17 1250 | Current |
| Height | | | | |
| 09/05/17 1250 | 5' 2" (1.575 m) | BL | 09/05/17 1250 | Current |
| Pain Score | | | | |
| 09/05/17 1250 | Five | BL | 09/05/17 1251 | Current |
| Pain Loc | | | | |
| 09/05/17 1250 | ANKLE | BL | 09/05/17 1251 | Current |
| Pain Edu? | | | | |
| 09/05/17 1250 | Y | BL | 09/05/17 1251 | Current |

User Key — (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |

## Encounter Information - Office Visit (continued)

**Surgical History (continued)**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 9/5/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 9/5/2017**

**None**

**Tobacco Use as of 9/5/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

**Alcohol Use as of 9/5/2017**

Yes.
Comments: social

**Drug Use as of 9/5/2017**

No.

**Family History as of 9/5/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 9/5/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 9/5/2017**

No employment history on file.

**Obstetric History as of 9/5/2017**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 9/5/2017 1:02 PM | Medical, Surgical, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 9/5/2017 12:50 PM | Medical, Tobacco, Family |
| Beverly Littlefield, RN | 9/5/2017 12:49 PM | Surgical |

## Medications

**Outpatient Medications at Start of Encounter as of 9/5/2017**

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/5/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 8/12/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/5/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Beverly Littlefield, RN 8/15/2016 2:49 PM
Received from: External Pharmacy

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 60 tablet | 0 | 9/5/2017 | |

Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral
Class: Print

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

## Other Orders

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**

Electronically signed by: **Mark J. Hontas, MD on 09/05/17 1313** Status: **Active**
Ordering user: Mark J. Hontas, MD 09/05/17 1313 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: Q12H PRN 09/05/17 - Until Discontinued

## Result Notes and Comments

**Result** **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Order 269534252)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 9/5/2017 12:20 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 9/5/2017 1:24 PM | Encounter Date: 9/5/2017 12:20 PM | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *s/p Neurolysis right ant tibial nervre 4/2/17. Feels the same. C/o swelling & some tingling*

### HPI

Janice Thomas is a 47 y.o. female who presents with above

### Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

### Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery *decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION *x2* | | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/5/2017 12:20 PM (continued)**

- HYSTERECTOMY
- STOMACH SURGERY 09/25/2015
  *gastric sleeve*
- TUBAL LIGATION

## Medications

### Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:
No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/5/2017 12:20 PM (continued)**

Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam she states that she has some lateral ankle pain as well as anterior ankle pain. I think she is pretty much plateaued at 13 months from her injury. We talked about the option of doing an osteotomy at the distal fibula where there is some malalignment of that healed fibula. I've told her that it may help some of her pain but it won't help all that because I think she has some posttraumatic arthritis. She is thinking about doing something like that. In the meantime she is to keep her range of motion ambulate as tolerated but she's got I have restrictions. I will see her back in 3 months

## Assessment/Plan

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 9/5/2017 1:24 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed | Limb length discrepancy less than 3.2 cm (1.5 inches) |

**Harris Hip (continued)**

adduction

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 09/05/17 13:02 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 09/01/2017 09:00 AM | Text Message (Outgoing) | | |

Reminder from STPH: Appt 09/05 at 12:20 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

**Follow-up and Disposition History**

09/05/2017 1324 - Mark J. Hontas, MD

Disposition: Return in about 3 months (around 12/5/2017).

**Follow-up Information**

None

| | |
|---|---|
| STPC BONE AND JOINT<br>Ambulatory Encounter | Thomas, Janice<br>MRN: 10235707, DOB: , Sex: F<br>Acct #: 11001192830<br>Enc. Date 9/5/2017 |

**Encounter-Level Documents - 09/05/2017:**

After Visit Summary - Document on 9/5/2017 1:19 PM by Liz Hellbach : After Visit Summary (below)

St. Tammany Parish Hospital
World-Class Healthcare. Close to Home.

## AFTER VISIT SUMMARY

**Janice Thomas** DoB: 6/28/1970 | 9/5/2017 12:20 PM | St.Tammany Bone and Joint 985-893-9922

## Instructions from Mark J. Hontas, MD

Today's medication changes

CHANGE how you take
**hydrocodone-acetaminophen 10-325mg** 10-325 mg Tab (NORCO)
Changed by Mark J. Hontas, MD

Accurate as of 9/5/17 1:19 PM.
**Review your updated medication list below.**

Pick up these medications from any pharmacy with your printed prescription
hydrocodone-acetaminophen 10-325mg

## Today's Visit

You saw Mark J. Hontas, MD on Tuesday September 5, 2017. The following issue was addressed: Broken leg.

| BMI | Weight | Height |
|---|---|---|
| 20.85 | 114 lb | 5' 2" |

## What's Next

DEC 5 2017 — Established Patient Visit with Mark J. Hontas, MD
**Tuesday December 5 12:20 PM**
Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**St.Tammany Bone and Joint**
71211 Highway 21, Suite A
Covington LA 70433-7121
985-893-9922

## Diagnoses this Visit

| | Comments |
|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | |

## Allergies as of 9/5/2017

No Known Allergies

Janice Thomas (MRN: 10235707) • Printed at 9/5/17 1:19 PM — Page 1 of 3 Epic

**Encounter-Level Documents - 09/05/2017: (continued)**

## Your Medication List as of 9/5/17 1:19 PM

**Always use your most recent med list.**

| | | |
|---|---|---|
| | amitriptyline 25 MG tablet<br>Commonly known as: ELAVIL | |
| | butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| | escitalopram oxalate 20 MG tablet<br>Commonly known as: LEXAPRO | |
| | etodolac 500 MG tablet<br>Commonly known as: LODINE | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |

Janice Thomas (MRN: 10235707) • Printed at 9/5/17 1:19 PM    Page 2 of 3 Epic

**Encounter-Level Documents - 09/05/2017: (continued)**

## Your Medication List (continued) as of 9/5/17 1:19 PM

| | | |
|---|---|---|
| CHANGE | * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| | methocarbamol 750 MG Tab<br>Commonly known as: ROBAXIN | |
| | terbinafine HCl 250 mg tablet<br>Commonly known as: LAMISIL | |

*** This list has 7 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit mychart.stph.org,** select Sign Up Now, enter this activation code and your date of birth, then select Next.

**HGKRP-DZZ89-2CSXR**
**Expires: 10/20/2017 1:19 PM**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs**. MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Tue September 05, 2017**

| Row Name | 1250 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 51.7 kg (114 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 20.9 -BL |

**Custom Formula Data - Tue September 05, 2017**

| Row Name | 1250 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 46.5 mg -BL |
| Bolus Dose | 4.7 mg -BL |
| Infusion Dose | 41.9 mg -BL |
| Predicted Distance | 473.57 -BL |
| BSA (Calculated - sq m) | 1.5 sq meters -BL |
| BMI (Calculated) | 20.9 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Adjusted Body Weight (Female) | 50.74 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 20.89 -BL |
| **(RETIRED) Anthropometrics** | |
| Height (inches) | 62 in -BL |
| Weight (lb) | 114 lb -BL |
| Ideal Body Weight (IBW), Female | 110 lb -BL |
| % Ideal Body Weight, Female (lb) | 103.64 lb -BL |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: 0, Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Tue September 05, 2017 (continued)**

| Row Name | 1250 |
|---|---|
| % Ideal Body Weight | 49.37 -BL |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 2844.05 -BL |
| RDA Male (15-18 years) (kcal) | 2326.95 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1034.2 -BL |
| 40 Kcal/Kg (kcal) | 2068.4 -BL |
| 60 Kcal/Kg (kcal) | 3102.6 -BL |
| 80 Kcal/Kg (kcal) | 4136.8 -BL |
| 100 Kcal/Kg (kcal) | 5171 -BL |
| 120 Kcal/Kg (kcal) | 6205.2 -BL |
| 140 Kcal/Kg (kcal) | 7239.4 -BL |
| 160 Kcal/Kg (kcal) | 8273.6 -BL |
| 180 Kcal/Kg (kcal) | 9307.8 -BL |
| 200 Kcal/Kg (kcal) | 10342 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 5274.42 -BL |
| RDA (4-6 years) (kcal) | 4653.9 -BL |
| RDA (7-10 years) (kcal) | 3619.7 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2068.4 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1292.75 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1292.75 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2068.4 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2038.23 -BL |
| Schofield Female (4-10 years) (kcal) | 1658.6 -BL |
| Schofield Female (11-18 years) (kcal) | 1364.84 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1780.64 -BL |
| Schofield Male (4-10 years) (kcal) | 1633.1 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001192830
Enc. Date 9/5/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Tue September 05, 2017 (continued)**

| Row Name | 1250 |
|---|---|
| Schofield Male (11-18 years) (kcal) | 540.85 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3103.31 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1662.48 -BL |
| WHO Equation Female (11-18 years) (kcal) | 1376.86 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3095.14 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1668.82 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1555.93 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 5584.68 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5067.58 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2430.37 -BL |
| RDA Female (15-18 years) (kcal) | 2068.4 -BL |
| **Current Weight** | |
| Current Weight (gm) | 51710 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5171 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3585.5 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4085.5 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2534.2 -BL |
| **General History** | |
| BMI (Calculated) | 20.9 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 609.25 meters -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Post-op Evaluation** | s/p Decompression/Neurolysis right anterior tibial nerve 4/2/17. C/o swelling most of the time |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List** as of 7/5/2017 — Reviewed: **7/5/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 7/5/2017**

No Known Allergies

**Immunizations as of 7/5/2017** — Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Weight | | | | |
| 07/05/17 1412 | 51.7 kg (114 lb) | BL | 07/05/17 1412 | Current |
| Height | | | | |
| 07/05/17 1412 | 5' 2" (1.575 m) | BL | 07/05/17 1412 | Current |
| Pain Score | | | | |
| 07/05/17 1412 | Five<br>Comment: lower leg | BL | 07/05/17 1414 | Current |
| Pain Loc | | | | |
| 07/05/17 1412 | LEG | BL | 07/05/17 1414 | Current |
| Pain Edu? | | | | |
| 07/05/17 1412 | Y | BL | 07/05/17 1414 | Current |

User Key — (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |

## Encounter Information - Office Visit (continued)

**Surgical History (continued)**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 7/5/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 7/5/2017**

**None**

**Tobacco Use as of 7/5/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

**Alcohol Use as of 7/5/2017**

Yes.
Comments: social

**Drug Use as of 7/5/2017**

No.

**Family History as of 7/5/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 7/5/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 7/5/2017**

No employment history on file.

**Obstetric History as of 7/5/2017**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 7/5/2017 2:42 PM | Medical, Surgical, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 7/5/2017 2:12 PM | Medical, Surgical, Tobacco, Family |

## Medications

**Outpatient Medications at Start of Encounter as of 7/5/2017**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 7/5/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 5/24/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

**Ordered Medications**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Medications (continued)

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 7/5/2017 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Other Orders

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**

Electronically signed by: **Mark J. Hontas, MD on 07/05/17 1444** Status: **Active**
Ordering user: Mark J. Hontas, MD 07/05/17 1444 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: Q12H PRN 07/05/17 - Until Discontinued

## Result Notes and Comments

## Result

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Order 269534251)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 7/5/2017 2:00 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 7/5/2017 2:46 PM Encounter Date: 7/5/2017 2:00 PM Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Post-op Evaluation
  *s/p Decompression/Neurolysis right anterior tibial nerve 4/2/17. C/o swelling most of the time*

### HPI

Janice Thomas is a 47 y.o. female who presents with above

### Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

### Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 7/5/2017 2:00 PM (continued)**

- HYSTERECTOMY
- STOMACH SURGERY 09/25/2015
  *gastric sleeve*
- TUBAL LIGATION

**Medications**

Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 7/5/2017 2:00 PM (continued)**

Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is slight swelling to the ankle. She has good range of motion. The incision in the front of the ankle is well-healed. However she still has numbness in the dorsum of the foot. She is 11 months out from her injury. At this point she is unable to stand or walk for long periods of time. She cannot climb stairs frequently. Uneven ground is also going to be a problem. It is very likely in my opinion that these problems will be permanent and that will disqualify her from her present job. At this point she is continuing with home exercises. I've refilled her medicine and we will slowly try to wean away from that as well. I will check her in 2 months

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 7/5/2017 2:46 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

**Harris Hip (continued)**

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 07/05/17 14:42 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 07/03/2017 09:01 AM | Text Message (Outgoing) | | |

Reminder from STPH: Appt 07/05 at 2:00 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

**Follow-up and Disposition History**

07/05/2017 1446 - Mark J. Hontas, MD

Disposition: Return in about 2 months (around 9/5/2017).

**Follow-up Information**

None

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

**Encounter-Level Documents - 07/05/2017:**

After Visit Summary - Document on 7/5/2017 2:49 PM by Liz Hellbach : After Visit Summary (below)

St. Tammany Parish Hospital
World-Class Healthcare. Close to Home.

# AFTER VISIT SUMMARY

**Janice Thomas** DOB: 6/28/1970

7/5/2017 2:00 PM St.Tammany Bone and Joint 985-893-9922

## Instructions from Mark J. Hontas, MD

Today's medication changes

CHANGE how you take
**hydrocodone-acetaminophen 10-325mg** 10-325 mg Tab (NORCO)
Changed by Mark J. Hontas, MD

Accurate as of 7/5/17 2:49 PM.
**Review your updated medication list below.**

Pick up these medications from any pharmacy with your printed prescription
hydrocodone-acetaminophen 10-325mg

Return in about 2 months
(around 9/5/2017).

## Today's Visit

You saw Mark J. Hontas, MD on Wednesday July 5, 2017. The following issue was addressed: Broken leg.

| BMI | Weight | Height |
|---|---|---|
| 20.85 | 114 lb | 5' 2" |

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies as of 7/5/2017

No Known Allergies

**Encounter-Level Documents - 07/05/2017: (continued)**

# Your Medication List as of 7/5/17 2:49 PM

**Always use your most recent med list.**

| Medication | Instructions |
|---|---|
| amitriptyline 25 MG tablet<br>Commonly known as: ELAVIL | |
| butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| escitalopram oxalate 20 MG tablet<br>Commonly known as: LEXAPRO | |
| etodolac 500 MG tablet<br>Commonly known as: LODINE | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO<br>Changed by: Mark J. Hontas, MD | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| methocarbamol 750 MG Tab<br>Commonly known as: ROBAXIN | |
| terbinafine HCl 250 mg tablet<br>Commonly known as: LAMISIL | |

*** This list has 6 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**Encounter-Level Documents - 07/05/2017: (continued)**

## Smoking Cessation

Living Tobacco Free -- educational classes for tobacco cessation, please call 985-898-4468 to schedule.

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit mychart.stph.org,** select Sign Up Now, enter this activation code and your date of birth, then select Next.

**42FQJ-6CSSR-XX95V**
**Expires: 8/19/2017 2:49 PM**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs**. MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Follow Up Call

No data filed

## Flowsheets (all recorded)

### Anthropometrics - Wed July 05, 2017

| Row Name | 1412 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 51.7 kg (114 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 20.9 -BL |

### Custom Formula Data - Wed July 05, 2017

| Row Name | 1412 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 46.5 mg -BL |
| Bolus Dose | 4.7 mg -BL |
| Infusion Dose | 41.9 mg -BL |
| Predicted Distance | 473.57 -BL |
| BSA (Calculated - sq m) | 1.5 sq meters -BL |
| BMI (Calculated) | 20.9 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Adjusted Body Weight (Female) | 50.74 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 20.89 -BL |
| **(RETIRED) Anthropometrics** | |
| Height (inches) | 62 in -BL |
| Weight (lb) | 114 lb -BL |
| Ideal Body Weight (IBW), Female | 110 lb -BL |
| % Ideal Body Weight, Female (lb) | 103.64 lb -BL |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Wed July 05, 2017 (continued)**

| Row Name | 1412 |
|---|---|
| % Ideal Body Weight | 49.37 -BL |
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 2844.05 -BL |
| RDA Male (15-18 years) (kcal) | 2326.95 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1034.2 -BL |
| 40 Kcal/Kg (kcal) | 2068.4 -BL |
| 60 Kcal/Kg (kcal) | 3102.6 -BL |
| 80 Kcal/Kg (kcal) | 4136.8 -BL |
| 100 Kcal/Kg (kcal) | 5171 -BL |
| 120 Kcal/Kg (kcal) | 6205.2 -BL |
| 140 Kcal/Kg (kcal) | 7239.4 -BL |
| 160 Kcal/Kg (kcal) | 8273.6 -BL |
| 180 Kcal/Kg (kcal) | 9307.8 -BL |
| 200 Kcal/Kg (kcal) | 10342 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 5274.42 -BL |
| RDA (4-6 years) (kcal) | 4653.9 -BL |
| RDA (7-10 years) (kcal) | 3619.7 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2068.4 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1292.75 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1292.75 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2068.4 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2038.23 -BL |
| Schofield Female (4-10 years) (kcal) | 1658.6 -BL |
| Schofield Female (11-18 years) (kcal) | 1364.84 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1780.64 -BL |
| Schofield Male (4-10 years) (kcal) | 1633.1 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001114125
Enc. Date 7/5/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Wed July 05, 2017 (continued)**

| Row Name | 1412 |
|---|---|
| Schofield Male (11-18 years) (kcal) | 540.85 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3103.31 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1662.48 -BL |
| WHO Equation Female (11-18 years) (kcal) | 1376.86 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3095.14 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1668.82 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1555.93 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 5584.68 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5067.58 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2430.37 -BL |
| RDA Female (15-18 years) (kcal) | 2068.4 -BL |
| **Current Weight** | |
| Current Weight (gm) | 51710 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5171 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3585.5 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4085.5 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2534.2 -BL |
| **General History** | |
| BMI (Calculated) | 20.9 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 609.25 meters -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Encounter Information - Office Visit

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | s/p Decompression & neurolysis ant/tib nerve 4/12/17. C/o swelling & some pain anterior ankle |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List** as of 5/24/2017 — Reviewed: **5/24/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 5/24/2017**

No Known Allergies

**Immunizations as of 5/24/2017** — Never Reviewed

No immunizations on file.

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Weight | | | | |
| 05/24/17 1540 | 51.7 kg (114 lb) | BL | 05/24/17 1540 | Current |
| Height | | | | |
| 05/24/17 1540 | 5' 2" (1.575 m) | BL | 05/24/17 1540 | Current |
| Pain Score | | | | |
| 05/24/17 1540 | Three<br>Comment: 3-4 | BL | 05/24/17 1544 | Current |
| Pain Loc | | | | |
| 05/24/17 1540 | ANKLE | BL | 05/24/17 1544 | Current |
| Pain Edu? | | | | |
| 05/24/17 1540 | Y | BL | 05/24/17 1544 | Current |

User Key — (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Encounter Information - Office Visit (continued)

**Surgical History (continued)**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 5/24/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 5/24/2017**

**None**

**Tobacco Use as of 5/24/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

**Alcohol Use as of 5/24/2017**

Yes.
Comments: social

**Drug Use as of 5/24/2017**

No.

**Family History as of 5/24/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 5/24/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 5/24/2017**

No employment history on file.

**Obstetric History as of 5/24/2017**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 5/24/2017 4:16 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 5/24/2017 3:40 PM | Medical, Surgical, Tobacco, Family |

## Medications

**Outpatient Medications at Start of Encounter as of 5/24/2017**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/24/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 60 tablet | 0 | 5/24/2017 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Lab and Imaging Orders

### X-Ray Ankle Complete Right

Electronically signed by: **Mark J. Hontas, MD on 05/24/17 1618** Status: **Completed**
Ordering user: Mark J. Hontas, MD 05/24/17 1618 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: 05/24/17 -
Diagnoses
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter [S82.201D, S82.401D]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | s/p ankle fracture |

### X-Ray Ankle Complete Left

Electronically signed by: **Mark J. Hontas, MD on 05/24/17 1620** Status: **Completed**
Ordering user: Mark J. Hontas, MD 05/24/17 1620 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: 05/24/17 -
Diagnoses
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter [S82.201D, S82.401D]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | comparison view |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Other Orders

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**

Electronically signed by: **Mark J. Hontas, MD on 05/24/17 1644** Status: **Active**
Ordering user: Mark J. Hontas, MD 05/24/17 1644 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: Q12H PRN 05/24/17 - Until Discontinued

## Result Notes and Comments

**Result** **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Order 269534250)**

**Result** **X-Ray Ankle Complete Left (Order 269534248)**

**Result** **X-Ray Ankle Complete Right (Order 269534246)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 5/24/2017 3:00 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 5/24/2017 4:54 PM Encounter Date: 5/24/2017 3:00 PM Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *s/p Decompression & neurolysis ant/tib nerve 4/12/17. C/o swelling & some pain anterior ankle*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

**Past Medical History:**

Diagnosis Date
- Asthma
- PONV (postoperative nausea and vomiting)

### Past Surgical History

**Past Surgical History:**

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 5/24/2017 3:00 PM (continued)**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

Current Outpatient Prescriptions

| Medication | Sig |
| --- | --- |
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 5/24/2017 3:00 PM (continued)**

Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today she has some swelling in the anterior aspect of the ankle. This is where most of her pain is. She is not very tender anymore along the distal fibula. She has good range of motion of the ankle but it's the standing and walking that gives her the most trouble. Since her surgery where a neural lysis was performed on her anterior tibial nerve she has developed some stiffness with her long extensor to her big toe. This needs to be loosened up. I have sent her to physical therapy for 6 weeks for her ankle and her big toe. She is still having numbness in the anterior portion of her ankle and foot. I do not feel that she is going to be able to return to work within one year from her injury. The problem with her job as it requires standing and walking for most the day. I don't think she'll be able to do this. I've taken x-rays today that show healing of the distal tibia and fibula fracture. There is about a 6° valgus angulation at the tibia. There is also some angulation to the fibula as well. However it's mostly the dorsiflexion at bothers her when she is standing or walking and the lateral view the ankle shows a crushed anterior portion of the tibia which has now healed. I will see her back in 6 weeks.

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- X-Ray Ankle Complete Right; Future; Expected date: 05/24/2017
- X-Ray Ankle Complete Left; Future; Expected date: 05/24/2017

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 5/24/2017 4:54 PM

## Progress Notes (continued)

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 05/24/17 16:16 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 05/22/2017 09:00 AM | Text Message (Outgoing) | | |

Reminder from STPH: Appt 05/24 at 3:00 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info.

**Follow-up and Disposition History**

05/24/2017 1654 - Mark J. Hontas, MD

Disposition: Return in about 6 weeks (around 7/5/2017).

**Follow-up Information**

None

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

**Encounter-Level Documents - 05/24/2017:**

After Visit Summary - Document on 5/24/2017 4:51 PM by Liz Hellbach : After Visit Summary (below)

St. Tammany Parish Hospital
World-Class Healthcare. Close to Home.

# AFTER VISIT SUMMARY

**Janice Thomas** MRN: 10235707

5/24/2017 3:00 PM St.Tammany Bone and Joint 985-893-9922

## Instructions from Mark J. Hontas, MD

Pick up these medications from any pharmacy with your printed prescription
hydrocodone-acetaminophen 10-325mg

## Today's Visit

You saw Mark J. Hontas, MD on Wednesday May 24, 2017. The following issue was addressed: Broken leg.

| BMI | Weight | Height |
| --- | --- | --- |
| 20.85 | 114 lb | 5' 2" |

## What's Next

JUL 5 2017

Established Patient Visit with Mark J. Hontas, MD
Wednesday July 5 2:00 PM
Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging along with a list of your current medications and insurance card.

St.Tammany Bone and Joint
71211 Highway 21, Suite A
Covington LA 70433-7121
985-893-9922

## Allergies as of 5/24/2017

No Known Allergies

## Patient Portal

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit mychart.stph.org,** select Sign Up Now, enter this activation code and your date of birth, then select Next.

**3SGVZ-JPJR7-FJDMD**
**Expires: 5/27/2017 10:52 AM**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs.** MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

**Encounter-Level Documents - 05/24/2017: (continued)**

## Your Medication List as of 5/24/17 4:51 PM

Always use your most recent med list.

| | |
|---|---|
| amitriptyline 25 MG tablet<br>Commonly known as: ELAVIL | |
| butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| escitalopram oxalate 20 MG tablet<br>Commonly known as: LEXAPRO | |
| etodolac 500 MG tablet<br>Commonly known as: LODINE | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| * hydrocodone-acetaminophen 10-325mg 10-325 mg Tab<br>Commonly known as: NORCO | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| methocarbamol 750 MG Tab<br>Commonly known as: ROBAXIN | |
| terbinafine HCl 250 mg tablet<br>Commonly known as: LAMISIL | |

*** This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Smoking Cessation

Living Tobacco Free -- educational classes for tobacco cessation, please call 985-898-4468 to schedule.

Janice Thomas (MRN: 10235707) • Printed at 5/24/17 4:51 PM Page 2 of 2 Epic

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001042797
Enc. Date 5/24/2017

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Wed May 24, 2017**

| Row Name | 1540 |
|---|---|
| Anthropometrics | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 51.7 kg (114 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 20.9 -BL |

**Custom Formula Data - Wed May 24, 2017**

| Row Name | 1540 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % -BL |
| OTHER | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| TPA Recommendation | 46.5 mg -BL |
| Bolus Dose | 4.7 mg -BL |
| Infusion Dose | 41.9 mg -BL |
| Predicted Distance | 479.4 -BL |
| BSA (Calculated - sq m) | 1.5 sq meters -BL |
| BMI (Calculated) | 20.9 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Adjusted Body Weight (Female) | 50.74 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| Measurements (Adult/Pediatric) | |
| BMI (kg/m2) | 20.89 -BL |
| (RETIRED) Anthropometrics | |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |
| % Ideal Body Weight | 49.37 -BL |
| IBW Adjustment, Para/Tetraplegia | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Wed May 24, 2017 (continued)**

| Row Name | 1540 |
|---|---|
| RD Method Male (Adolescent) | |
| RDA Male (11-14 years) (kcal) | 2844.05 -BL |
| RDA Male (15-18 years) (kcal) | 2326.95 -BL |
| KCAL/KG | |
| 20 Kcal/Kg (kcal) | 1034.2 -BL |
| 40 Kcal/Kg (kcal) | 2068.4 -BL |
| 60 Kcal/Kg (kcal) | 3102.6 -BL |
| 80 Kcal/Kg (kcal) | 4136.8 -BL |
| 100 Kcal/Kg (kcal) | 5171 -BL |
| 120 Kcal/Kg (kcal) | 6205.2 -BL |
| 140 Kcal/Kg (kcal) | 7239.4 -BL |
| 160 Kcal/Kg (kcal) | 8273.6 -BL |
| 180 Kcal/Kg (kcal) | 9307.8 -BL |
| 200 Kcal/Kg (kcal) | 10342 -BL |
| RDA Method | |
| RDA (> 1 year-3 years) (kcal) | 5274.42 -BL |
| RDA (4-6 years) (kcal) | 4653.9 -BL |
| RDA (7-10 years) (kcal) | 3619.7 -BL |
| Caloric Needs for Pregnancy | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2068.4 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1292.75 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| Caloric Needs for Lactation | |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1292.75 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2068.4 -BL |
| Schofield Female | |
| Schofield Female (0-3 years) (kcal) | 2038.23 -BL |
| Schofield Female (4-10 years) (kcal) | 1658.6 -BL |
| Schofield Female (11-18 years) (kcal) | 1364.84 -BL |
| Schofield Male | |
| Schofield Male (0-3 years) (kcal) | 1780.64 -BL |
| Schofield Male (4-10 years) (kcal) | 1633.1 -BL |
| Schofield Male (11-18 years) (kcal) | 540.85 -BL |
| WHO Equation Female | |
| WHO Equation Female (0-3 years) (kcal) | 3103.31 -BL |
| WHO Equation Female (4-10 | 1662.48 -BL |

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Wed May 24, 2017 (continued)**

| Row Name | 1540 |
|---|---|
| years) (kcal) | |
| WHO Equation Female (11-18 years) (kcal) | 1376.86 -BL |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3095.14 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1668.82 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1555.93 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 5584.68 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5067.58 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2430.37 -BL |
| RDA Female (15-18 years) (kcal) | 2068.4 -BL |
| **Current Weight** | |
| Current Weight (gm) | 51710 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5171 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3585.5 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4085.5 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2534.2 -BL |
| **General History** | |
| BMI (Calculated) | 20.9 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 615.03 meters -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Encounter Information - Appointment

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List** as of 5/24/2017 — Reviewed: **5/24/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

**Allergies as of 5/24/2017**

No Known Allergies

**Immunizations as of 5/24/2017** — Never Reviewed

No immunizations on file.

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 5/24/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 5/24/2017**

**None**

**Tobacco Use as of 5/24/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

**Alcohol Use as of 5/24/2017**

Yes.
Comments: social

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Encounter Information - Appointment (continued)

**Drug Use as of 5/24/2017**

No.

**Family History as of 5/24/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 5/24/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 5/24/2017**

No employment history on file.

**Obstetric History as of 5/24/2017**

The patient has not been asked about pregnancy.

**History**

Not marked as reviewed during this visit.

## Medications

**Outpatient Medications at Start of Encounter as of 5/24/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001043516
Enc. Date 5/24/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/24/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Encounter Information - Appointment

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

### Problem List as of 5/24/2017

Reviewed: **5/24/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

### Allergies as of 5/24/2017

No Known Allergies

### Immunizations as of 5/24/2017

Never Reviewed

No immunizations on file.

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

### Family and Education as of 5/24/2017

**Marital Status**

Divorced

## Social Documentation

### Social Documentation as of 5/24/2017

**None**

### Tobacco Use as of 5/24/2017

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

### Alcohol Use as of 5/24/2017

Yes.

Comments: social

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Encounter Information - Appointment (continued)

**Drug Use as of 5/24/2017**

No.

**Family History as of 5/24/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 5/24/2017**

| Relation | Status |
|---|---|
| Father | |

**Employment History as of 5/24/2017**

No employment history on file.

**Obstetric History as of 5/24/2017**

The patient has not been asked about pregnancy.

**History**

Not marked as reviewed during this visit.

## Medications

**Outpatient Medications at Start of Encounter as of 5/24/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001043516
Enc. Date 5/24/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/24/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

Thomas, Janice
MRN: 10235707, DOB , Sex: F

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Thomas, Janice | 10235707 | | Female | (47 yrs) |

| Address | Phone | Email | Employer |
|---|---|---|---|
| Bogalusa LA 70427 | | | WALMART |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | | 11/20/17 | 12/20/17 |

## Encounter Information - Office Visit

### Reason for Visit

| | |
|---|---|
| **Post-op Evaluation** | s/p Decompression & neurolysis right ant tib nerve 4/12/17. PO # 1. C/o some soreness. Drsg & boot intact. Running suture removed |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |
| **Injury of tibial nerve at right lower leg level, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | |

### Problem List as of 4/24/2017

Reviewed: **4/24/2017 by Mark J. Hontas, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 - 4/12/2017 |
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 - Present |

### Allergies as of 4/24/2017

No Known Allergies

### Immunizations as of 4/24/2017

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 04/24/17 1542 | 113/63 | BL | 04/24/17 1549 | Current |
| Pulse | | | | |
| 04/24/17 1542 | **(!) 50** | BL | 04/24/17 1549 | Current |
| Weight | | | | |
| 04/24/17 1542 | 51.7 kg (114 lb) | BL | 04/24/17 1542 | Current |
| Height | | | | |
| 04/24/17 1542 | 5' 2" (1.575 m) | BL | 04/24/17 1542 | Current |
| Pain Score | | | | |
| 04/24/17 1542 | Five | BL | 04/24/17 1549 | Current |
| Pain Loc | | | | |
| 04/24/17 1542 | ANKLE | BL | 04/24/17 1549 | Current |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

## Encounter Information - Office Visit (continued)

**Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Pain Edu? | | | | |
| 04/24/17 1542 | Y | BL | 04/24/17 1549 | Current |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| BL | 05/15/15 - | Beverly Littlefield, RN | Registered Nurse | Nurse |

**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Asthma | | | Provider |
| PONV (postoperative nausea and vomiting) | | | Provider |

**Surgical History**

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| ankle surgery | Right | 04/12/2017 | decompression & neurolysis anterior tibial nerve | Provider |
| CESAREAN SECTION | | | x2 | Provider |
| HYSTERECTOMY | | | | Provider |
| STOMACH SURGERY | | 09/25/2015 | gastric sleeve | Provider |
| TUBAL LIGATION | | | | Provider |

**Family and Education as of 4/24/2017**

| Marital Status |
|---|
| Divorced |

## Social Documentation

**Social Documentation as of 4/24/2017**

**None**

**Tobacco Use as of 4/24/2017**

Current Every Day Smoker; Smoked 0.5 packs/day for 30 years.

**Alcohol Use as of 4/24/2017**

Yes.
Comments: social

**Drug Use as of 4/24/2017**

No.

**Family History as of 4/24/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart disease | Father | | |
| Hypertension | Father | | |

**Family Status as of 4/24/2017**

| Relation | Status |
|---|---|
| Father | |

| | |
|---|---|
| STPC BONE AND JOINT<br>Ambulatory Encounter | Thomas, Janice<br>MRN: 10235707, DOB: , Sex: F<br>Acct #: 11000960796<br>Enc. Date 4/24/2017 |

## Encounter Information - Office Visit (continued)

**Employment History as of 4/24/2017**

No employment history on file.

**Obstetric History as of 4/24/2017**

The patient has not been asked about pregnancy.

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mark J. Hontas, MD | 4/24/2017 4:45 PM | Medical, Surgical, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation |
| Beverly Littlefield, RN | 4/24/2017 3:42 PM | Medical, Surgical, Tobacco, Family |

## Medications

**Outpatient Medications at Start of Encounter as of 4/24/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet** | | | 8/12/2016 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 4/24/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |

Beverly Littlefield, RN 8/15/2016 2:49 PM
Received from: External Pharmacy

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

## Other Orders

**hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**

Electronically signed by: **Mark J. Hontas, MD on 04/24/17 1646** Status: **Active**
Ordering user: Mark J. Hontas, MD 04/24/17 1646 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: Q12H PRN 04/24/17 - Until Discontinued

**Ambulatory Referral to Physical/Occupational Therapy**

Electronically signed by: **Mark J. Hontas, MD on 04/24/17 1648** Status: **Active**
Ordering user: Mark J. Hontas, MD 04/24/17 1648 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Frequency: 04/24/17 -
Diagnoses
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter [S82.201D, S82.401D]
Injury of tibial nerve at right lower leg level, subsequent encounter [S84.01XD]

**Questionnaire**

| Question | Answer |
|---|---|
| Post Surgical? | Yes |
| Eval and Treat | Yes |
| Duration: | 30 days |
| Frequency (times per week): | Three |
| Location: | Ankle |
| Therapeutic Exercises | Passive<br>Active<br>Resistive |

## Result Notes and Comments

**Result** — **Ambulatory Referral to Physical/Occupational Therapy (Order 269534245)**

**Result** — **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Order 269534244)**

**Encounter Messages**

No messages in this encounter

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 4/24/2017 5:51 PM Encounter Date: 4/24/2017 3:00 PM Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Post-op Evaluation

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

*s/p Decompression & neurolysis right ant tib nerve 4/12/17. PO # 1. C/o some soreness. Drsg & boot intact. Running suture removed*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

- terbinafine HCl (LAMISIL) 250 mg tablet Take 250 mg by mouth once daily.

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | |
|---|---|
| | 04/24/17 1542 |
| BP: | 113/63 |
| Pulse: | (!) 50 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
She is now about 12 days from her surgery. We have removed the subcuticular stitch. The incision is well-healed. There is some discoloration and some localized swelling. There is some tenderness along the extensor hallucis longus tendon. Movement of the big toe is stiff. I have put her into a better fitting boot and she can ambulate as tolerated and wean away from the boot. I am sending her to physical therapy and I refilled her pain medication. I will see her in 1 month

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

**Injury of tibial nerve at right lower leg level, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 4/24/2017 5:51 PM

**Harris Hip**

Absence of Deformity

| | |
|---|---|
| Less than 30 degrees of fixed flexion | Less than 10 degrees of fixed int rotation in extension |
| Less than 10 degrees of fixed adduction | Limb length discrepancy less than 3.2 cm (1.5 inches) |

Range of Motion

0.05[MH1.1]

**Attribution**

| | | |
|---|---|---|
| MH1.1 | Mark J. Hontas, MD | 04/24/17 16:45 |

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 04/20/2017 09:01 AM | Text Message (Outgoing) | | |
| Reminder from STPH: Appt 04/24 at 3:00 PM at St.Tammany Bone and Joint. Text CONFIRM to confirm, CANCEL to cancel appt, HELP for help, INFO for info. | | | |
| 04/20/2017 12:28 PM | Text Message (Incoming) | | 19852560422 |
| Confirm | | | |
| 04/20/2017 12:28 PM | Text Message (Outgoing) | | |
| Appointment at 3:00 PM on 4/24/2017 confirmed. | | | |

**Follow-up and Disposition History**

04/24/2017 1751 - Mark J. Hontas, MD

| | |
|---|---|
| Disposition: | Return in about 1 month (around 5/24/2017). |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB , Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

**Follow Up Call**

No data filed

## Flowsheets (all recorded)

**Anthropometrics - Mon April 24, 2017**

| Row Name | 1542 |
|---|---|
| **Anthropometrics** | |
| Height | 5' 2" (1.575 m) -BL |
| Weight | 51.7 kg (114 lb) -BL |
| Weight Change | 0 -BL |
| BMI (Calculated) | 20.9 -BL |

**Custom Formula Data - Mon April 24, 2017**

| Row Name | 1542 |
|---|---|
| **IBW Adjustment, Para/Tetraplegia** | |
| 5% Adjustment, Para (IBW) | 51.42 -BL |
| 10% Adjustment, Para (IBW) | 48.72 -BL |
| 10% Adjustment, Tetra (IBW) | 48.72 -BL |
| 15% Adjustment, Tetra (IBW) | 46.01 -BL |
| **OTHER** | |
| Low Range Vt 4cc/kg FEMALE | 200.4 mL -BL |
| Low Range Vt 6cc/kg FEMALE | 300.6 mL -BL |
| Adult Moderate Range vt 8cc/kg FEMALE | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg FEMALE | 501 mL -BL |
| Low Range Vt 6cc/kg | 300.6 mL -BL |
| Adult Moderate Range Vt 8cc/kg | 400.8 mL -BL |
| Adult High Range Vt 10cc/kg | 501 mL -BL |
| TPA Recommendation | 46.5 mg -BL |
| Bolus Dose | 4.7 mg -BL |
| Infusion Dose | 41.9 mg -BL |
| Predicted Distance | 479.4 -BL |
| BSA (Calculated - sq m) | 1.5 sq meters -BL |
| BMI (Calculated) | 20.9 -BL |
| IBW/kg (Calculated) Female | 50.1 kg -BL |
| Adjusted Body Weight (Female) | 50.74 kg -BL |
| Weight in (lb) to have BMI = 25 | 136.4 -BL |
| IBW/kg (Calculated) | 50.1 -BL |
| **Measurements (Adult/Pediatric)** | |
| BMI (kg/m2) | 20.89 -BL |
| **(RETIRED) Anthropometrics** | |
| Ideal Body Weight (IBW), Female | 50.83 -BL |
| Ideal Body Weight (IBW), Male (kg) | 54.13 -BL |
| % Ideal Body Weight | 49.37 -BL |
| **RD Method Male (Adolescent)** | |
| RDA Male (11-14 years) (kcal) | 2844.05 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: [redacted], Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon April 24, 2017 (continued)**

| Row Name | 1542 |
|---|---|
| RDA Male (15-18 years) (kcal) | 2326.95 -BL |
| **KCAL/KG** | |
| 20 Kcal/Kg (kcal) | 1034.2 -BL |
| 40 Kcal/Kg (kcal) | 2068.4 -BL |
| 60 Kcal/Kg (kcal) | 3102.6 -BL |
| 80 Kcal/Kg (kcal) | 4136.8 -BL |
| 100 Kcal/Kg (kcal) | 5171 -BL |
| 120 Kcal/Kg (kcal) | 6205.2 -BL |
| 140 Kcal/Kg (kcal) | 7239.4 -BL |
| 160 Kcal/Kg (kcal) | 8273.6 -BL |
| 180 Kcal/Kg (kcal) | 9307.8 -BL |
| 200 Kcal/Kg (kcal) | 10342 -BL |
| **RDA Method** | |
| RDA (> 1 year-3 years) (kcal) | 5274.42 -BL |
| RDA (4-6 years) (kcal) | 4653.9 -BL |
| RDA (7-10 years) (kcal) | 3619.7 -BL |
| **Caloric Needs for Pregnancy** | |
| 40 KCAL/KG (BMI<18.5) (kcal) | 2068.4 -BL |
| 25 KCAL/KG (BMI>25-34) (kcal) | 1292.75 -BL |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| **Caloric Needs for Lactation** | |
| 20 KCAL/KG (BMI>34) (kcal) | 1034.2 -BL |
| 25 KCAL/KG (BMI>25-33.9) (kcal) | 1292.75 -BL |
| 30 KCAL/KG (BMI>18.5-24.9) (kcal) | 1551.3 -BL |
| 40 KCAL/KG (BMI<18.4) (kcal) | 2068.4 -BL |
| **Schofield Female** | |
| Schofield Female (0-3 years) (kcal) | 2038.23 -BL |
| Schofield Female (4-10 years) (kcal) | 1658.6 -BL |
| Schofield Female (11-18 years) (kcal) | 1364.84 -BL |
| **Schofield Male** | |
| Schofield Male (0-3 years) (kcal) | 1780.64 -BL |
| Schofield Male (4-10 years) (kcal) | 1633.1 -BL |
| Schofield Male (11-18 years) (kcal) | 540.85 -BL |
| **WHO Equation Female** | |
| WHO Equation Female (0-3 years) (kcal) | 3103.31 -BL |
| WHO Equation Female (4-10 years) (kcal) | 1662.48 -BL |
| WHO Equation Female (11-18 | 1376.86 -BL |

STPC BONE AND JOINT
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11000960796
Enc. Date 4/24/2017

## Flowsheets (all recorded) (continued)

**Custom Formula Data - Mon April 24, 2017 (continued)**

| Row Name | 1542 |
|---|---|
| years) (kcal) | |
| **WHO Equation Male** | |
| WHO Equation Male (0-3 years) (kcal) | 3095.14 -BL |
| WHO Equation Male (4-10 years) (kcal) | 1668.82 -BL |
| WHO Equation Male (11-18 years) (kcal) | 1555.93 -BL |
| **RDA Method (Infant)** | |
| RDA (0-6 month old) (kcal) | 5584.68 -BL |
| RDA (> 6 months-1 year old) (kcal) | 5067.58 -BL |
| **RD Method Female (Adolescent)** | |
| RDA Female (11-14 years) (kcal) | 2430.37 -BL |
| RDA Female (15-18 years) (kcal) | 2068.4 -BL |
| **Current Weight** | |
| Current Weight (gm) | 51710 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (<= 10 kg) (mL) | 5171 -BL |
| Holliday-Segar Method (>10 <=20 kg) (mL) | 3585.5 -BL |
| Holliday-Segar Method (> 20 kg) (mL) | 4085.5 -BL |
| **Fluid Requirements** | |
| Holliday-Segar Method (over 20 kg) | 2534.2 -BL |
| **General History** | |
| BMI (Calculated) | 20.9 -BL |
| **Interpretation** | |
| Predicted Distance Meters (Calculated) | 615.03 meters -BL |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BL | Beverly Littlefield, RN | 05/15/15 - | Registered Nurse | Nurse |

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001314491 |
| Ambulatory Encounter | Enc. Date 11/20/2017 |

## Lab and Imaging Orders

### X-Ray Ankle Complete Bilateral

Electronically signed by: **Mark J. Hontas, MD on 11/20/17 1816** Status: **Completed**
Mode: Ordering in Verbal with readback mode
Communicated by: Beverly Littlefield, RN
Ordering user: Beverly Littlefield, RN 11/20/17 1519
Ordering provider: Mark J. Hontas, MD
Authorized by: Mark J. Hontas, MD
Ordering mode: Verbal with readback
Diagnoses
Bilateral ankle pain, unspecified chronicity [M25.571, M25.572]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | Bilateral Ankle Pain |

## All Results

### X-Ray Ankle Complete Bilateral [269534254]

Resulted: 11/20/17 1614, Result status: Final result

Ordering provider: Mark J. Hontas, MD 11/20/17 1521
Resulted by: John L. Beck, MD
Performed: 11/20/17 1522 - 11/20/17 1527
Accession number: 27673157
Resulting lab: OCHS TALK TECHNOLOGY
Narrative:
EXAM: Bilateral ankle radiographs.

INDICATION: Pain.

COMPARISON: Left ankle radiograph 5/24/2017.

FINDINGS: 3 views of the bilateral ankles demonstrates no fracture. Alignment is normal. There is no bony mass lesion there is subcutaneous edema bilaterally.
Impression:

1.Bilateral subcutaneous edema without underlying bony abnormal.

Electronically signed by: JOHN BECK MD
Date: 11/20/17
Time: 16:14

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 15 - TALKTECH | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1657 - Present |

## Result Notes and Comments

**Result** — X-Ray Ankle Complete Bilateral (Order 269534254)

**Encounter Messages**

No messages in this encounter

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Lab and Imaging Orders

### X-Ray Ankle Complete Right

Electronically signed by: **Mark J. Hontas, MD on 05/24/17 1618** Status: **Completed**
Ordering user: Mark J. Hontas, MD 05/24/17 1618 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Diagnoses
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter [S82.201D, S82.401D]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | s/p ankle fracture |

## All Results

### X-Ray Ankle Complete Right [269534247]

Resulted: 05/24/17 1635, Result status: Final result

Resulted by: Julian Foreman, MD Performed: 05/24/17 1625 - 05/24/17 1628
Accession number: 26958807 Resulting lab: OCHS TALK TECHNOLOGY
Narrative:
Three-view right ankle

Clinical history: Ankle pain with a history of prior trauma

Findings: There are healing or healed fractures of both the distal tibia and the distal fibula with some residual deformity at both fracture sites. No acute fracture is identified. The ankle mortise appears intact.
Impression:
There are posttraumatic changes present as described with no significant change appreciated when compared to the prior study done 03/09/2017.

Electronically signed by: JULIAN FOREMAN MD
Date: 05/24/17
Time: 16:35

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1657 - Present |

## Result Notes and Comments

## Result

**X-Ray Ankle Complete Right (Order 269534247)**

### Encounter Messages

No messages in this encounter

### Follow-up Information

None

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

## Lab and Imaging Orders

**X-Ray Ankle Complete Left**

Electronically signed by: **Mark J. Hontas, MD on 05/24/17 1620** Status: **Completed**
Ordering user: Mark J. Hontas, MD 05/24/17 1620 Authorized by: Mark J. Hontas, MD
Ordering mode: Standard
Diagnoses
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter [S82.201D, S82.401D]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | comparison view |

## All Results

**X-Ray Ankle Complete Left [269534249]** Resulted: 05/24/17 1638, Result status: Final result

Resulted by: Jigar N. Patel, MD Performed: 05/24/17 1621 - 05/24/17 1624
Accession number: 26958819 Resulting lab: OCHS TALK TECHNOLOGY
Narrative:
Left Ankle

CPT: 73610

Clinical data: Comparison views for right ankle.

Findings: 3 views of the left ankle were obtained. The visualized osseous structures appear demineralized. No evidence of acute fracture or dislocation is visualized. Mild ankle joint degenerative changes are seen. No radiopaque foreign bodies are apparent.
Impression:

No evidence of acute displaced fracture or dislocation is seen.

Electronically signed by: JIGAR PATEL MD
Date: 05/24/17
Time: 16:38

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1657 - Present |

## Result Notes and Comments

**Result** **X-Ray Ankle Complete Left (Order 269534249)**

**Encounter Messages**

No messages in this encounter

**Follow-up Information**

None

**Follow-up and Disposition History (continued)**

**Follow-up Information**

None

## Medications (continued)

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Print | | | | |

| | |
|---|---|
| STPH BONE AND JOINT XRAY | Thomas, Janice |
| 1202 South Tyler Street | MRN: 10235707, DOB: , Sex: F |
| COVINGTON LA 70433 | Acct #: 11001043516 |
| Ambulatory Encounter | Enc. Date 5/24/2017 |

**Follow Up Call**

No data filed

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001043516
Enc. Date 5/24/2017

**Follow Up Call**

No data filed

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

## Result Notes and Comments (continued)

**Encounter Messages (continued)**

**Follow-up Information**

None

STPH BONE AND JOINT XRAY
1202 South Tyler Street
COVINGTON LA 70433
Ambulatory Encounter

Thomas, Janice
MRN: 10235707, DOB: , Sex: F
Acct #: 11001314491
Enc. Date 11/20/2017

**Follow Up Call**

No data filed

**END OF REPORT**

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500**
**Fx: (610) 962-8421**

# Medical Records Transmittal

---

Date: 12/20/2017
Request Number: 19692767
Page Count: 94

**Your requested medical records are attached.**

Patient Name: JANICE THOMAS
Medical Facility: STPN-Bone and Joint Clinic at STPH

Requester: Jhoemar Zaplan
Organization: ReleasePoint (WFI Inc.)

Your reference number: 3683942

---

Thank you,
*MRO*
*MROcorp.com*

Request Corr.



Eric

Liberty Mutual. INSURANCE

19669 27467

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Dec 8, 2017

THE BONE & JOINT CLINIC
71211 HWY 21 STE A
ATTN: MEDICAL RECORDS
COVINGTON, LA 70433

**Re: Long Term Disability Benefits**
Claim# 7125207 3683942
Claimant: THOMAS, JANICE
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 1, 2017 to Present**

- Seen By: HONTAS, DR MARK

MRO
DEC 18 2017
Initials:

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

(1)

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual (2) (3) Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).** (4)

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions. (8) (7)

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation. (5)

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas (9)
Claimant Signature

1-13-17 (10)
Date

7125287
Claim Number

Request Corr.



Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, FIA
Operations Manager
Liberty Mutual Benefits Claims

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

Patient Name: THOMAS, JANICE
RP ID: 3683942
Access Code: HON094

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: December 27, 2017 **RP ID:** 3683942

Patient Name: THOMAS, JANICE

Provider Name: THE BONE & JOINT CLINIC

**Quality Assurance Information**

Special Request: - Seen By: HONTAS, DR MARK

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: CPIAO

**From April 1, 2017 to Present**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

December 8, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 12th month, you must be disabled from any occupation. As your benefits began on February 17, 2017, the change in definition will occur on February 17, 2018. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 21, 2018:

X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Authorization
__ Other

Wal-Mart Stores, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested

information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 21, 2018 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

On December 8, 2017, a request was sent for records dated April 1, 2017 through the present to your treating providers currently on file: Dr. Hontas and Schultz Physical Therapy. Please consider following up with your providers to ensure requested information will be submitted by the deadline outlined above.

Additionally, please note that proof of application for Social Security Disability is located in your claim file and we are not in need of any further documentation regarding this matter at this time, unless your claim has been awarded, in which case we will need your notice of award.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7125287 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return To:** Megan Gauthier

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return to:** Megan Gauthier

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas **CLAIM #:** 7125287
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________________ **EMPLOYEE'S SIGNATURE:** ______________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 7125287 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

October 27, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 12th month, you must be disabled from any occupation. As your benefits began on February 17, 2017, the change in definition will occur on February 17, 2018. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Of note, we are not requesting any information at this time. We will send you notice when updated information needed to evaluate your claim ongoing is being requested. This letter serves as a notice of the upcoming change in definition, as outlined above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

# Fax

| | | | |
|---|---|---|---|
| To: | | From: | Comp Partners |
| Fax: | 1 (978) 244-8021 | Fax: | 978-367-8510 |
| Company: | | Voice: | |

Date: September 27, 2017

Subject:

Comments:

---

This fax originated from a Biscom FAXCOM® Fax Server. Secure Document Delivery - Everytime. Visit us at www.biscom.com

To:
Fax Number: 1 (985) 892-3806
Voice Number:

From: Comp Partners
Fax Number: 978-367-8510
Voice Number:

Date: September 20, 2017
Subject: CPC:LMDWC1707200077 Janice Thomas LMDWC1707200077 P2P CD
Total Pages: Synopsis Dr.Hontas

Memo:

Please review the Peer Synopsis Conversation information, sign and return as soon as possible via fax number 978-967-8673.

URGENT 3rd fax

9/20/17 2nd fax MMS

7/31/17 - 1st MMS fax

compartners

**Peer to Peer Case Discussion Synopsis for Liberty Mutual Disability**

| | |
|---|---|
| **Patient Name:** | Janice Thomas \|DOB: |
| **Claim #:** | 7125287 |
| **Case #:** | LMDWC1707200077 |
| **Provider:** | Mark Hontas, MD |
| **Peer Reviewer:** | Thomas Muzzonigro, MD |
| **Fax #:** | 978-967-8673 |
| **Date/Time of Peer to Peer Call:** | 07/26/2017 10:57 AM PDT |
| **Name of provider/designee:** | Mark Hontas, MD |

**Comments:** Required by LM Disability Claims Peer to Peer Synopsis of Conversation with Physician Reviewer: Thomas Muzzonigro, MD

**Content of Discussion:** A case discussion occurred with Dr. Hontas at which time the reviewer's recommendation was provided.

The reviewer spoke with Dr. Hontas, an orthopedic surgeon. The claimant appears capable of full time sedentary to light duty work. At this juncture, the claimant has finished physical therapy, protective weight-bearing, prescription medications, and has advanced to a HEP. It appears that the claimant is being restricted due to reports of discomfort when weight-bearing although Dr. Hontas describes the claimant's habitus as thin, with no secondary negative comorbid diagnoses. Her past medical history includes asthma, depression, and previous history of morbid obesity status post gastric procedure. She lost weight and currently has a BMI of 23.5. The reviewer and the provider are in agreement with the claimant's functional abilities and outlined disability.

**Please review the Peer Synopsis Conversation information, sign and return as soon as possible via fax number 978-967-8673.**

Mark Hontas, MD **Date** 9/27/17

Thank you,
Myra Stepp
Physician Review Dept.
CompPartners, Inc.
(949) 253-8876
mstepp@comppartners.com

This message is confidential and is intended only for the use of the individual or entity to which it is addressed. It may contain privileged, confidential, product or trade secret information, which is exempt from disclosure under applicable laws (Health Insurance Portability and Accountability Act of 1996). If the reader of this message is not the intended recipient, nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message / communication is strictly prohibited. If you have received this communication in error, please notify the Physician Review Dept. at (949) 253-3116 or customerservice@comppartners.com immediately

09/20/2017 5:40:51 PM -0400 FAXCOM ANYWHERE PAGE 3 OF 3

comppartners

Fax Transmittal Confirmation:

| Sent On | Sent By | Subject | Body | Attached Documents | Failed Faxes |
|---|---|---|---|---|---|
| 7/31/17 | Myra Stepps (mstepps) | CPC:LMDWC1707200077 Janice Thomas LMDWC1707200077 P2P CD Synopsis Dr.Hontas | Please review the Peer Synopsis Conversation information, sign and return as soon as possible via fax number 978-967-8673. | 1st MMS Fax - Janice Thomas LMDWC1707200077 P2P CD Synopsis Dr. Hontas | No |

This message is confidential and is intended only for the use of the individual or entity to which it is addressed. It may contain privileged, confidential, product or trade secret information, which is exempt from disclosure under applicable laws (Health Insurance Portability and Accountability Act of 1996). If the reader of this message is not the intended recipient, nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message / communication is strictly prohibited. If you have received this communication in error, please notify the Physician Review Dept. at (949) 253-3116 or customerservice@comppartners.com immediately

To: Liberty Mutual Disability Claims
Megan Gauthier

Fax Number: (603) 334-5121

Pages: (including this cover sheet) ~~12~~ 2

From : Washington Parish Library
304 Avenue F
Bogalusa, LA. 70427
Fax (985) 735-1996

---

Comments:

---

**FAX** TRANSMISSION

CLAIMANT: JANICE A THOMAS

## PRIVACY ACT STATEMENT

### Collection and Use of Personal Information

Section 1631(e) of the Social Security Act, as amended, authorizes us to collect this information. The information you provide us will be used to enable the Social Security Administration to determine if you are eligible for Supplemental Security Income (SSI) payments.

The information you furnish on this form is voluntary. However, failure to provide the requested information may keep us from making an accurate and timely decision on your claim, which in turn may result in loss of some payments.

We rarely use the information you supply for any purpose other than for determining eligibility for SSI. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal Laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Complete lists of routine uses for this information are available in System of Records Notice 60-0103, Supplemental Security Income Record and Special Veterans Benefits, and also in System of Records Notice 60-0089, Claims Folder Systems. The Notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at your local Social Security office.

CLAIMANT: JANICE A THOMAS

Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 18-19 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

To: Liberty Mutual Disability Claims
Megan Gauthier

Fax Number: (603) 334-5121

Pages: (including this cover sheet) 12

From : Washington Parish Library
304 Avenue F
Bogalusa, LA. 70427
Fax (985) 735-1996

---

Comments:

---

**FAX** TRANSMISSION

March 28, 2017, 09:14


NH

SG-SSA-16

KEEP
for your records

UNIT: KCJINT

K. James

888-748-7678

Ext 48111

JANICE A THOMAS

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On February 17, 2017, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS JANICE A THOMAS.

I HAVE USED THE FOLLOWING NAME(S):
JANICE AYLENE JOHNSON
JANICE AYLENE TURNAGE
JANICE A HARRIS
JANICE A TURNAGE
JANICE JOHNSON

MY SOCIAL SECURITY NUMBER IS

MY DATE OF BIRTH IS

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON August 12, 2016.

I AM NOT STILL DISABLED.

MY DISABILITY ENDED IN August 2016.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DO HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I AM MARRIED TO LAQUINE THOMAS. WE WERE MARRIED ON July 25, 2009 IN LA BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS AND SOCIAL SECURITY NUMBER IS .

I WAS PREVIOUSLY MARRIED TO DOUGLAS TURNAGE ON January 31, 1988 IN LA. THE MARRIAGE ENDED BY DIVORCE ON January 31, 2000 IN LA. MY FORMER SPOUSE'S AGE OR DATE OF BIRTH IS ).

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

I DO NOT HAVE A BANK ACCOUNT.

REMARKS:
I AM NOT SURE IF MY EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT ARE CORRECT, OR I DO NOT HAVE A SOCIAL SECURITY STATEMENT.
PREPARER'S INFO: STARR GRENAT CASE MGR
ASCEND DISABILITY
ATTORNEY REPRESENTATIVE
5500 PYRTANIA ST STE 433
NEW ORLEANS LA 70115
504-533-8784 EXT.
WORK:FOREIGN-2016=N 2017=N USTAXESPD-2016=? 2017=?
OTHER NAMES USED: JANICE TURNAGE
THE NH'S ONSET IN THE PAST WAS 08/12/2016 AND THE ATTORNEY PUT 08/01/2016 WHICH COULD NOT BE. THE NH HAS STATED SHE WANTS THE ONSET TO BE 08122016

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS ( .

NH SG-SSA-16

SOCIAL SECURITY ADMINISTRATION
IMPORTANT INFORMATION

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

JANICE A THOMAS

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN __ DAYS AFTER YOU HAVE GIVEN US ALL THE INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE CHANGE.

We are providing the attached application for your records.

We stored your application information electronically so there is no reason for us to retain a paper copy of your application.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on this form and it is true and correct to the best of your knowledge. You were told that you could be liable under law for providing false information.

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT ARE:

BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT WWW.SOCIALSECURITY.GOV.

What You Need To Do

- o Review the summary to make sure we recorded your statements correctly.
- o If you agree with all your statements, you may keep the information for your records.

- If you disagree with any of your statements, please contact us within 10 days after receiving this notice to let us know.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many health topics at www.healthfinder.gov on the Internet. You may wish to visit that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what programs are offered by drug companies, state and local governments, and local organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

CLAIMANT SOCIAL SECURITY CLAIM NO.
JANICE A THOMAS

March 28, 2017, 09:14


APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

CONFIRMATION NUMBER

JANICE A THOMAS

CHECKING THE STATUS OF YOUR CLAIM

Information about the status of your claim will soon be available on the Internet. Please wait at least 5 days before you check your claim status. Just go to the Social Security Claims page at www.socialsecurity.gov/applyforbenefits and select "Check Your Claim Status" and enter your confirmation number. However, disability claims take longer to process than other types of Social Security claims because we need to obtain sufficient medical evidence to show that you are disabled. It may take 90-120 days before "Check Your Claim Status" will reflect a final decision on your disability claim. The confirmation number for this claim is:

35462188

REMEMBER TO GUARD YOUR CONFIRMATION NUMBER CAREFULLY. Your Confirmation Number is the key to your application information!

- Don't put it where others can see it.
- Don't store it with other personal information, like your Social Security number.
- Don't give it to anyone else.
- Social Security employees will NEVER ask for your Confirmation Number.

CLAIMANT: JANICE A THOMAS

K. James
888-748-7678
Ext 1811

KEEP
for your records

JANICE A THOMAS

## APPLICATION SUMMARY FOR SUPPLEMENTAL SECURITY INCOME

On March 27, 2017, you applied for Supplemental Security Income and any federally administered State supplementation under title XVI of the Social Security Act, for benefits under the other programs administered by the Social Security Administration, and where applicable, for medical assistance under title XIX of the Social Security Act. We have stored your application electronically in our records.

What You Need To Do

- Review this summary to ensure we recorded your statements correctly.
- If you agree with all your statements, you should keep this summary for your records.
- If you disagree with any of your statements, you should contact us within 10 days after receiving this summary to let us know.

o IDENTIFICATION

My name is JANICE A TH[illegible]. My social security [illegible] is [illegible].

My date of birth is

I have not used any other social security number(s).

I have used the following name(s): JANICE AYLENE JOHNSON, JANICE AYLENE TURNAGE, JANICE A HARRIS, JANICE A TURNAGE and JANICE JOHNSON.

I am not blind.

I am disabled. My disability began on August 12, 2016.

I was not disabled prior to age 2[illegible].

I am a United States citizen by birth.

I never lived outside the United States.

I am married to LAQUINN WILLIE THOMAS.

o FUGITIVE FELON AND PAROLE OR PROBATION VIOLATION INFORMATION

The following statements describe my fugitive felon/parole or probation violator status as of March 27, 2017.

I have not been accused or convicted of a felony or an attempt to commit a felony.

I am not on parole or probation under Federal or State law.

o LIVING ARRANGEMENTS

The following statements describe my living arrangements as of March 1, 2017.

I began living at on February 1, 2010.

I live in a house/apartment/mobile home/houseboat.

I do not expect these arrangements to change.

o RESOURCES

This report of resources is valid for any and all SSI claims in which I am involved.

I own the following from March 1, 2017 to continuing:

Automobile:

Vehicle: 2011 Nissan Murano

This vehicle is used for transportation.

Value: $17,000.00 From: March 2017 To: continuing

Checking account:

Financial institution name:

Value: $1.05 From: March 2017 To: continuing

I do not own any other type of resource.

o INCOME

This report of income is valid for any and all SSI claims in which I am involved.

I receive or expect to receive the following income from March 1, 2017 to continuing:

Social Security

I do not receive any other type of income.

o ELIGIBILITY FOR OTHER BENEFITS

I have never worked for the railroad, a Federal, State or local government, or an employer with a pension plan. I never belonged to a union with a pension plan. I have never been in the military service or done work that was covered under the Social Security system or a pension plan of a country other than the United States.

Also, I am not eligible for any other benefits because of the work experience of my parents, spouse, or former spouse.

I do not currently get Supplemental Nutrition Assistance Program (SNAP) benefits.

o PERMISSION TO CONTACT FINANCIAL INSTITUTIONS FOR JANICE A THOMAS

We have asked you for permission to obtain, from any financial institution, any financial record about you that is held by the institution. We will ask financial institutions for this information whenever we think it is needed to decide if you are eligible or if you continue to be eligible for SSI benefits. Once authorized, our permission to contact financial institutions remains in effect until one of the following occurs: (1) you notify us in writing that you are canceling your permission, (2) your application for SSI is denied in a final decision, or (3) your eligibility for SSI terminates. If you do not give or cancel your permission you will not be eligible for SSI and we will deny your claim or stop your payments.

I give SSA permission to contact any financial institution and request any financial records that financial institution may have about me.

o AUTHORIZATION FOR THE SOCIAL SECURITY ADMINISTRATION TO OBTAIN PERSONAL INFORMATION FOR JANICE A THOMAS. DATED March 27, 2017.

We ask authorization for any public or private custodian of records to disclose any information to the Social Security Administration when we think it is needed for Social Security benefits. Once authorized, our permission to receive this information remains in effect until one of the following occurs: (1) you notify us in writing that the authorization is revoked, (2) all Social Security applications are denied in a final decision or are withdrawn, or (3) eligibility for all Social Security benefits terminates.

I, JANICE A THOMAS, authorize any public or private custodian of records to disclose to the Social Security Administration any records or information about me.

IMPORTANT REMINDER

Penalty of Perjury

CLAIMANT: JANICE A THOMAS

You declared under penalty of perjury that all the information on this summary is true and correct to the best of your knowledge. Anyone who knowingly gives a false or misleading statement about a material fact in an application, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

IMPORTANT INFORMATION--PLEASE READ CAREFULLY

We will check your statements and compare our records with records from other State and Federal agencies, including the Internal Revenue Service to make sure you are paid the correct amount.

If you have a question or something to report, call 888-771-2310 and ask for REPRESENTATIVE. If you call or visit our office, please have this summary with you. For general information about Social Security, visit our web site at www.socialsecurity.gov on the Internet.

You may visit or write to the Social Security Office at:

SOCIAL SECURITY
438 AVENUE B
BOGALUSA LA 70427

We will process this application for Supplemental Security Income as quickly as possible. You should hear from us within 90 to 120 days. If you do not hear from us by then, please get in touch with us.

We will let you know if we need more information to decide if you are eligible for SSI payments. In the meantime, if you move or change your mailing address, you--or someone for you-- should report the change to the office shown.

Also, you (or someone for you) must let us know if you are admitted to a hospital or other medical facility. You could lose some SSI payments if you do not let us know right away.

Always give the Social Security number when writing or telephoning about this claim. If you have any questions about this claim, we will be glad to help you.

HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many health topics at www.healthfinder.gov on the Internet. You may wish to visit that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what programs are offered by drug companies, state and local governments, and local organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

CLAIMANT: JANICE A THOMAS

PRIVACY ACT STATEMENT

Collection and Use of Personal Information

Section 1631(e) of the Social Security Act, as amended, authorizes us to collect this information. The information you provide us will be used to enable the Social Security Administration to determine if you are eligible for Supplemental Security Income (SSI) payments.

The information you furnish on this form is voluntary. However, failure to provide the requested information may keep us from making an accurate and timely decision on your claim, which in turn may result in loss of some payments.

We rarely use the information you supply for any purpose other than for determining eligibility for SSI. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal Laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Complete lists of routine uses for this information are available in System of Records Notice 60-0103, Supplemental Security Income Record and Special Veterans Benefits, and also in System of Records Notice 60-0089, Claims Folder Systems. The Notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at your local Social Security office.



CLAIMANT: JANICE A THOMAS

Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 18-19 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

**From:** LibertyMutualGBDisabilityClaims@LibertyMutual.com
**To:** JANICE3081@YAHOO.COM
**Subject:** Hurricane Harvey Message from Liberty Mutual

## This is a special message for claimants impacted by Hurricane Harvey.

At Liberty Mutual, we recognize the significant challenges you are facing and don't want you to be worried about your claim or leave during this difficult time. We are extending claim timeframes and other requirements during the recovery period and will work with you to arrange an address change, direct deposit or other accommodations necessary to serve your needs.

Please contact your assigned case manager or call (800) 210-0268 to discuss your options.

## Este es un mensaje especial para los reclamantes impactados por el huracán Harvey.

En Liberty Mutual, reconocemos los importantes retos que se le plantean y no queremos que esten preocupados acerca de su reclamación o ausencia durante este difícil momento. Estamos ampliando los plazos de su reclamacion y los demás requisitos durante el período de recuperación y trabajará con usted para arreglar un cambio de dirección, el depósito directo u otras adaptaciones necesarias para satisfacer sus necesidades.

Póngase en contacto con su administrador de caso asignado o llame al (800) 210-0268 para hablar de sus opciones.

# Billing Statement:

Invoice Date: 8/1/2017 Invoice # LIBMTL72017 - 861
Liberty Mutual

Invoice for Requests for Medical Information completed between 7/1/2017 and 7/31/2017

**LIBMT3 Requested By: M Gauthier**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt<br>Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3369226<br>7125287 | THOMAS, JANICE<br>HONTAS, DR MARK | Complete | 7/13/17 | $8.00 | $0.00<br>No Fee | $0.00 | $0.00<br>7 | $8.00 | LIBSFU |
| 3369227<br>7125287 | THOMAS, JANICE<br>SCHULTZ PT | Complete | 7/19/17 | $8.00 | $25.00 | $0.00 | $0.00<br>41 | $33.00 | LIBSFU |

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due: $41.00**

**Tax ID: 95-2843455**

**Physician Review Recommendation**
**Prepared for Liberty Mutual Disability**

| | | | |
|---|---|---|---|
| **Patient Name:** | Janice Thomas | **Claim/Policy #:** | 7125287 |
| **CompPartners Case#:** | LMDWC1707200077 | **DOI:** | 08/12/2016 |
| **Requester:** | Megan Gauthier | **Referral #:** | |
| **State:** | LA | **Date Referred:** | 07/20/2017 |
| **Review:** | LTD | **Date Completed:** | 07/31/2017 |

**Clinical Summary:**

This 47-year-old female had a date of disability of 8/12/16. She worked part-time at Wal-Mart. She was involved in a motor vehicle accident (MVA) on 8/12/16 where she was breaking hard, went into a ditch, and hit three trees. She sustained a right ankle fracture that was described as a non displaced distal tibia and fibula fracture with 1-2 millimeters displacement of the fibula and intact Mortise. She was treated conservatively by Mark Hontas, MD, orthopedics, with casting, protective weight bearing, transition to a boot, home exercises, physical therapy (PT), serial radiographs, pain medication, and anti-inflammatories. Reference was made to Robaxin on her medication list. She was noted to be five feet two inches tall and weigh 126 pounds. Past medical history noted gastric sleeve surgery, and the later notes included asthma. She was noted to be taking Elavil and Lexapro. During her treatment, she reported two exacerbating events, one in late September and one in mid November, without changes in her treatment regimen. She had ongoing complaints of pain, and on 11/19/16, she reported numbness and tingling along the dorsum of the right foot. She treated with 36 sessions of PT from 11/14/16 to 3/24/17 with noted improvement in function and gait, but not a return to normal limits. Specific motion findings were not provided. On 1/9/17, reference was made to strength findings of dorsiflexion of 4/5 and plantar flexion of 3+/5, as well as “limited motion.” On 3/9/17, Dr. Hontas clarified the fracture findings to note she had a lateral malleolar fracture with a slight amount of angulation, along with a distal tibia fracture across the metaphysis and some displacement of the anterior lip. He felt this, in combination with the healing process, was causing anterior tibial nerve entrapment. He noted this was why she was progressing slowly in PT and unable to return to work. Her job was outlined as needing to stand for four hours with a fifteen minute break. On 7/5/17, it was noted that the claimant had undergone decompression neurolysis of the right anterior tibial nerve on 4/2/17. The operative report and surrounding office notes were not available for review. It was noted she was 11 months post injury and still taking Robaxin, Norco 10 mg, and Lodine. On examination, she had good motion and persistent numbness in the dorsal right foot. She reported inability to stand or walk for prolonged periods of time, or negotiate stairs or uneven ground frequently. Dr. Hontas felt these limitations would most likely be permanent and disqualify her from returning to her present job. She was to continue a home exercise program (HEP), and Dr. Hontas began to wean her medications.

1. **Please note all diagnoses supported by the medical evidence (including co-morbids).**

   Diagnoses include lateral malleolar fracture, distal tibia fracture, and anterior tibial nerve entrapment. The claimant’s past medical history includes asthma, depression, and previous history of morbid

obesity status post gastric procedure. She lost weight and currently has a body mass index (BMI) of 23.5.

**Guideline/Reference Used:**
Official Disability Guidelines (ODG), Treatment Index, 15th Edition (web), 2017, Ankle and Foot Chapter, Return to work pathways.

2. **Please clarify which diagnoses are causing impairment.**

The diagnoses contributing to impairment would include lateral malleolar fracture, distal tibia fracture, and anterior tibial nerve entrapment.

**Guideline/Reference Used:**
Official Disability Guidelines (ODG), Treatment Index, 15th Edition (web), 2017, Ankle and Foot Chapter, Return to work pathways.

3. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

Giving the benefit of the doubt to the claimant and peer discussion with Dr. Hontas, this reviewer feels that the claimant can safely do sedentary to light duty work. She can sit for 8 hours per day. She can stand or walk 4-5 hours per day. She can drive 4-6 hours per day. She can frequently lift and carry 0-10 pounds. She can occasionally lift and carry 11-25 pounds. The reviewer would recommend most lifting knees to chest. She can use both hands for simple grasping, pushing, pulling, and fine manipulation and both feet for foot controls. She can occasionally crawl or squat. She can frequently bend, reach, or twist. The reviewer would recommend that she use good ergonomic form for activities and have the opportunity for position changes. The duration of these restrictions is 3 months and prognosis is fair. The reviewer spoke with Dr. Hontas, the orthopedic surgeon. The claimant would be capable of performing full time activities throughout an 8 hour day within the restrictions outlined above.

**Guideline/Reference Used:**
Official Disability Guidelines (ODG), Treatment Index, 15th Edition (web), 2017, Ankle and Foot Chapter, Return to work pathways.

4. **Reviewer: 3 calls over 3 different days for Peer to Peer Case Discussion with Provider: Mark Hontas MD Ph: 985-893-9922 Fax: 985-892-3806. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records. Please also contact any other providers who you feel may be beneficial to your claim review. If you are unable to get in touch with the treating providers, please complete your review based on the available medical records.**

The reviewer spoke with Dr. Hontas, an orthopedic surgeon. The claimant appears capable of full time sedentary to light duty work. At this juncture, the claimant has finished physical therapy, protective weight-bearing, prescription medications, and has advanced to a HEP. It appears that the claimant is being restricted due to reports of discomfort when weight-bearing although Dr. Hontas describes the claimant's habitus as thin, with no secondary negative comorbid diagnoses. Her past medical history includes asthma, depression, and previous history of morbid obesity status post gastric procedure. She lost weight and currently has a BMI of 23.5. The reviewer and the provider are in agreement with the claimant's functional abilities and outlined disability.

**Guideline/Reference Used:**
Official Disability Guidelines (ODG), Treatment Index, 15th Edition (web), 2017, Ankle and Foot Chapter, Return to work pathways.

**Reviewed Data:**
1. Referral dated 7-20-17
2. Medical Record Request dated 7-11-17, 1-18-17, 11-9-16
3. Progress Notes dated 7-5-17, 3-9-17, 2-9-17, 1-9-17, 12-8-16, 11-9-16, 9-27-16, 9-13-16, 8-30-16, 8-15-16
4. Discharge Note dated 3-24-17
5. Physical Therapy Recertification Note dated 3-7-17, 2-8-17, 1-5-17, 12-7-16
6. Patient Outcomes dated 3-7-17, 2-8-17, 1-5-17, 12-7-16, 11-14-16
7. Plan of Care dated 3-7-17, 2-8-17, 1-5-17, 12-7-16, 11-14-16
8. Physical Therapy Daily Note dated 3-7-17 – 11-14-16
9. Correspondence dated 2-8-17
10. Authorization to Obtain and Release Information dated 1-13-17
11. Ambulatory Referral to Physical – Occupational Therapy dated 1-9-17, 12-8-16, 11-9-16
12. Activities of Daily Living Assessment dated 1-5-17, 12-7-16, 11-14-16
13. Past Medical History Form dated 11-14-16
14. Pain Assessment dated 11-14-16
15. Physical Therapy Initial Examination dated 11-14-16
16. Notice of Eligibility dated 8-15-16
17. Medication List undated
18. Home Exercise Program undated

**Requesting Provider/Telephone #:** Mark Hontas / (985) 893-9922 ________

**Provider or Designee Contact:** Yes

07/24/2017 8:28 AM PT Spoke With: Liz Notes: Spoke with Liz. The nature of the call was disclosed, and the request for a case discussion was made. The callback information was provided along with the due date and time of the case.
07/26/2017 10:57 AM PT Spoke With: Dr. Mark Hontas Notes: A case discussion occurred with Dr. Hontas at which time the reviewer's recommendation was provided.

**Attestation of lack of conflict of interest: Yes**
This reviewer declares, under penalty of perjury, that the information contained in this report and its attachment, if any, is true and correct to the best of my knowledge and belief, except as to information that I

have indicated I received from others. As to that information, this report accurately describes the information provided to me.

| | |
|---|---|
| **Peer Reviewer Name:** | Thomas Muzzonigro MD |
| **Specialty:** | Orthopaedic Surgery |
| **Board Certified**: | Orthopaedic Surgery |
| **State/License #:** | MS 20114, PA MD-070488-L, TX L7066, WV 23128, CT 042063 |

**CompPartners, Inc.**
PO BOX: 639107
Cincinnati, OH 45263-9107 US
Tax ID 77-0476551
www.comppartners.com

# Invoice

COMPPARTNERS

| BILL TO |
|---|
| Liberty Mutual Disability<br>Liberty Mutual - Disability Claims<br>P. O. Box 7213<br>Attn: Megan Gauthier<br>Fax#: 603-334-5121<br>London, KY 40742-7213 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 37420 | 07/31/2017 | $918.75 | 08/30/2017 | Net 30 | |

**CLAIM NUMBER**
7125287

**CLAIMANT**
THOMAS, JANICE

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PRN REVIEWS:PRNSMRLD**<br>Liberty Disability Reviews REVIEW TOOK 3.75 HOURS | 1 | 918.75 | 918.75 |

BALANCE DUE **$918.75**

# Thomas S. Muzzonigro, M.D.

## Education

**University of Pittsburgh Medical Center** — 1996 – 2000
Orthopedic Surgery Residency — Pittsburgh, PA

**University of Pittsburgh Medical Center** — 2000 – 2001
Chief Resident — Pittsburgh, PA

**University of Pittsburgh Medical Center** — 1995 – 1996
General Surgery Internship — Pittsburgh, PA

**Albert Einstein College of Medicine** — 1991 – 1995
Doctor of Medicine — Bronx, NY
Distinction in Orthopaedic Research
Alpha Omega Alpha, Honor Medical Society

**Union College** — 1984 – 1988
Bachelor of Arts, Modern Languages/Biology — Schenectady, NY

## Board Certification

American Board of Orthopaedic Surgery — 2003
Maintenance of Certification — 2011

## Current Licensure

Pennsylvania Medical License
West Virginia Medical License
Texas Medical License
Connecticut Medical License
Mississippi Medical License

## Clinical Practice Experience

Tri Rivers Surgical Associates, Inc. — July 2001 – Present

## Current Hospital Affiliations

UPMC Passavant Hospital
UPMC Passavant Cranberry Hospital
Butler Memorial Hospital

## Teaching Appointments

**University of Pittsburgh School of Medicine**
Department of Orthopaedic Surgery — 2000 – 2001
Clinical Faculty Instructor — Pittsburgh, PA

## Professional Appointments

**Butler Memorial Hospital**

| | |
|---|---|
| ▪ Director, Orthopaedic Surgery | 2010 – 2012 |
| ▪ Chairman, Credentialing Committee | 2011 – 2012 |
| ▪ Immediate Past Medical Staff President | 2010 – 2011 |
| ▪ Medical Staff President | 2009 – 2010 |
| ▪ Board Treasurer | 2009 – 2010 |
| ▪ President Elect | 2008 – 2009 |
| ▪ Secretary/Treasurer | 2007 – 2008 |
| ▪ Chairman, Department of Surgery | 2005 – 2007 |
| ▪ Chairman, Operating Room Committee | 2005 – 2007 |

**Pennsylvania Orthopaedic Society**

| | |
|---|---|
| ▪ Program Chair, Fall Meeting | 2011 |
| ▪ Treasurer | 2010 – 2012 |
| ▪ Board of Directors | 2007 – 2012 |
| ▪ Chair, Residency Committee | 2000 – 2001 |

**Pine-Richland School District Athletic Department**

| | |
|---|---|
| ▪ Team Physician | 2001 – 2012 |

**University of Pittsburgh School of Medicine**

| | |
|---|---|
| ▪ University Orthopaedic Resident Council | 1999 – 2001 |
| ▪ University Orthopaedic Resident Education Committee | 1998 – 2001 |

## Professional Memberships

American Academy of Orthopaedic Surgeons
Operation Walk Pittsburgh
Allegheny County Medical Society
Pennsylvania Orthopaedic Society
Pennsylvania Medical Society

## Professional and Academic Honors

| | |
|---|---|
| **6th Annual Wyeth-Ayerst Resident Reporter Program™** | Orlando, FL |
| ▪ AAOS National Meeting Resident Attendee | March 2000 |
| **14th Annual Meeting of North American Spine Society** | Chicago, IL |
| ▪ Outstanding Paper Award | Oct. 1999 |
| **Smith & Nephew Orthopedic Residents' Conference** | Memphis, TN |
| ▪ Invited Judge | Aug. 1998 |
| ▪ First Place | Aug. 1997 |
| **44th Annual Meeting of the Orthopaedic Research Society** | New Orleans, LA |
| ▪ New Investigator Recognition Award Finalist | April 1998 |
| ▪ Marshall Urist Young Investigator Award Paper | March 1998 |
| **5th Annual Orthopaedic Residents Research Day** | Pittsburgh, PA |
| ▪ Best Clinical Research Paper | April 1997 |

## Publications

Peris, M. D., Donaldson, W. F. III, Towers, J., Blanc, R., & Muzzonigro, T. S. (2002). Helmet and Shoulder Pad Removal in Suspected Cervical Spine Injury: Human Control Model. *Spine,* 27(9): 995-998.

Moon, S. H., Gilbertson, L. G., Nishida, K., Knaub, M., Muzzonigro, T. S., Robbins, P. D., & et al. (2002). Human Intervertebral Disc Cells Are Genetically Modifiable by Adenovirus-mediated Gene Transfer: Implications for the Clinical Management of Intervertebral Disc Disorders. *Spine,* 25(20): 2573-2579.

Evans, C. H., Ghivizzani, S. C., Jaffurs, D., Kang, R., Lechman, E. R., Muzzonigro, T. S., & et al. (2000). Animal Models of Arthritis Generated by Gene Transfer. In M. J. Parnham, C. H. Evans, & P. D. Robbins (Eds.), *Gene Therapy in Inflammatory Diseases*. Basel, Switzerland: Birkhauser Verlag AG.

Herndon, J. H., Kang, R., Muzzonigro, T. S., Reinecke, J., Wasko, M. C., & Wehling, P. (2000). Gene Therapy for Rheumatoid Arthritis: Clinical Studies. In M. J. Parnham, C. H. Evans, & P. D. Robbins (Eds.), *Gene Therapy in Inflammatory Diseases*. Basel, Switzerland: Birkhauser Verlag AG.

Kang, R., Ghivizzani, S. C., Muzzonigro, T. S., Herndon, J. H., Robbins, P. D., & Evans, C. H. (2000). Orthopaedic Applications of Gene Therapy: From Concept to Clinic. *Clinical Orthopaedics and Related Clinic,* 375(6): 324-337.

Baltzer, A. W. A., Whalen, J. D., Muzzonigro, T. S., Georgescu, H. I., Robbins, P. D., & Evans, C. H. (1999). In Vitro Transduktion Humaner Osteoblastarer Zellpopulationen Mit Retroviralen Vektoren. *Zeitschrift fur Rheumatologie,* 58(2): 88-94.

Evans, C. H., Ghivizzani, S. C., Kang, R., Muzzonigro, T. S., & et al. (1999). Gene Therapy for Rheumatic Diseases. *Arthritis & Rheumatism,* 42(1): 1-16.

Evans, C. H., Ghivizzani, S. C., Kang, R., Muzzonigro, T. S., & Robbins, P. D. (1999). Clinical Gene Therapy for Arthritis. *Drugs Today (Barc),* 35.

Muzzonigro, T. S., Ghivizzani, S. C., Robbins, P. D., & Evans, C. H. (1999). The Role of Gene Therapy. Fact or Fiction? *Clinics in Sports Medicine,* 18(1): 223-239.

Peris, M. D., Muzzonigro, T. S., & Donaldson, W. F. (1998). Complications of Cervical Spine Surgery. *Current Opinion in Orthopaedics,* 9(2): 12-15.

## Presentations

Muzzonigro, T. S. (2011, Oct. 20). *Midlevel Providers and Physician Extenders – How to Safely and Effectively Manage Increasing Patient Volumes.* Presentation given at the Pennsylvania Orthopaedic Society Fall Meeting, Philadelphia, PA.

Muzzonigro, T. S. (2011, Oct. 20). *Physician and Physician Assistant's Role the Day of Surgery – Integrating Anesthesia, Surgeon and the Surgical Team.* Presentation given at the Pennsylvania Orthopaedic Society Fall Meeting, Philadelphia, PA.

Muzzonigro, T. S., Giffin, R. J., Higgins, L. D., Irrgang, J. J., Francis, K., & Harner, C. D. (2001, March 3). *Combined Proximal and Distal Realignment for Patellofemoral Instability in Athletes*. Presentation given at the 68th Annual Meeting of the American Orthopaedic Society for Sports Medicine, San Francisco, CA.

Martinek, V., Muzzonigro, T. S., Armstrong, K., Pelinkovic, D., & Fu, F. H. (2000, April 15). *Failure of PLLA Screw Incorporation as a Mode of ACL Hamstring Autograft Failure*. Presentation given at the 19th Annual Meeting of the Arthroscopy Association of North America, Miami, FL.

Muzzonigro, T. S., Giffin, R. J., Higgins, L. D., Irrgang, J. J., Francis, K., & Harner, C. D. (2000, April 5 – 8). *Combined Proximal and Distal Realignment for Patellofemoral Instability in Athletes.* Presentation given at Sports Medicine 2000, Orlando, FL.

Cha, C. W., Deibel, C., Muzzonigro, T. S., & Kang, J. D. (1999, Oct. 20). *Allogenic Transfusion Requirements After Autologous Donations Posterior Lumbar Surgery*. Presentation given at the 14th Annual Meeting of the North American Spine Society, Chicago, IL.

Muzzonigro, T. S., Kang, R., Tomaino, M. M., & Herndon, J. H. (1999, Sept. 2). *Preliminary Results from the Clinical Trial of Gene Therapy for Rheumatoid Arthritis*. Presentation given at the 54th Annual Meeting of the American Society for Surgery of the Hand, Boston, MA.

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Megan Gauthier
Disability Claims
P.O. Box 7216
London, KY 40742-7216
(877) 353-6404 x18204
Fax: (603) 334-5121

Document Locations
- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | WAL-MART STORES, INC. | Date Sent: | 7/20/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | JANICE A THOMAS | Claim #: | 7125287 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | ( |
| State: | | Claimant DOD: | 8/12/2016 |
| Zip: | | Primary Diagnosis: | Nondisplaced bimalleolar fracture of unspecified lo |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Orthopedic Surgery - Joint | Physician: Phone/Fax | Dr. Mark Hontas 985-893-9922 fax 985-892-3806 |

Referral Questions:

Vendor Chosen: Compartners

Claimant Name: JANICE A THOMAS

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

Please contact tx provider(s) Dr. Mark Hontas 985-893-9922 fax 985-892-3806 . When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records

Please also contact any other providers who you feel may be beneficial to your claim review.

If you are unable to get in touch with the treating providers, please complete your review based on the available medical records.

Instructions For Vendor:

Claimant Name: JANICE A THOMAS

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: JANICE A THOMAS

ReleasePoint

## Medical Record Overview

**Date:** **July 19, 2017**

**Patient Name:** THOMAS, JANICE

**Records From:** Schultz Physical Therapy
414 Ave B
Bogalusa, LA
(985) 732-1651

**Request Scope:** From February 1, 2017 to Present

**Chart Range:** 02/02/2017 - 03/24/2017

**RP ID:** 3369227

**Client ID:** 7125287

**Source:** LIBMT3

**Req By:** M Gauthier

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 2 2017 | Mar 24 2017 | 31 | 2 |
| Other Records | | | 1 | 33 |
| Request Corr. | | | 5 | 34 |

**Total Page Count:** 37

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Discharge Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Physician Name:** M. Hontas, MD

**Date of Discharge Note:** 03/24/2017
**Injury/Onset Date:** New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Last Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 36

**Thomas, Janice has been discharged from our care for the following reasons:**

Patient discharged, at this time, from physical therapy services per patient request. Patient progressed with treatment, improving with gait efficiency and range of motion. Patient demonstrated continued gait deficits and inability to wear foot wear with a heel secondary to consistent c/o pain while wearing said footwear.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Document created on March 24, 2017 6:48 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

Schultz PHYSICAL THERAPY

# Plan of Care

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 03/07/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 36
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Patient would benefit from continued physical therapy services for increased functional use of right ankle and improved gait efficiency.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on March 8, 2017 at 6:46 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________
M. Hontas, MD
Date:______________

# Patient Outcomes

Report Date: 3/8/2017

**Janice Thomas** **38 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 3/7/2017 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 3/8/2017 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 4 | 4 | (0 to 10) |
| 2 | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| 3 | **Functional Improvement** | Excellent | 1 | (1 to 4) |
| 4 | **Goals Met** | Partially Met | 3 | (1 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Any of your usual work, housework, or school activities** | Moderate Difficulty | 2 | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | **Getting into or out of the bath** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 4 | **Walking between rooms** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 5 | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 6 | **Squatting** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| 8 | **Performing light activities around your home** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |

**Patient Outcomes** **Report Date: 3/8/2017**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | A Little Bit of Difficulty | 3 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 14 | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 03/07/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 36
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited with right ankle PF, i.e. wearing tennis shoes/cowboy boots, due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8 " step with use of Moses pole).<br><br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 0/10 today. Reports "it's been swollen for a few days or maybe about a week." |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

Post-Treatment — Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on March 8, 2017 at 6:46 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 03/07/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 36
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35.5 cm | 35.5 cm | *35.5 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *25 cm* | *22 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *49.5 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *38* |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

## Observation

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 02/08/2017*

| Ankle AROM | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 10 ° | 10 ° | *20 °* | *10 °* |
| Dorsiflexion at 90 Knee Flexion | 5 ° | 15 ° | *15 °* | *15 °* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *30 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *10 °* |

## Strength

**Previous Findings as of 02/08/2017*

**Gross Muscle Tests Lower**

**Ankle**

| | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4+/5 | 4+/5 | *4+/5* | *4+/5* |

## Neuro-Vascular

**Upper Reflexes**

| | Right | Left |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | Right | Left |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |

2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |

2: (Upon D/) | Eliminate swellling |

3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |

4: (D/C) | 10% | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Patient would benefit from continued physical therapy services for increased functional use of right ankle and improved gait efficiency.

## Plan

**Frequency:** 3 times a week

**Duration:** 5 weeks

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.



Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on March 8, 2017 at 6:46 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________
M. Hontas, MD

Date:_______________

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/22/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 35
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

Objective Findings

Noted limited with right ankle PF, i.e. wearing tennis shoes/cowboy boots, due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8 " step with use of Moses pole).

Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion.

Pre-Treatment

Pt reporting pain level rated at 0/10 today.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/22/2017

Post-Treatment — Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on February 22, 2017 at 5:41 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/21/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 34
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

Objective Findings

Noted limited with right ankle PF, i.e. wearing tennis shoes/cowboy boots, due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8 " step with use of Moses pole).

Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion.

Pre-Treatment

Pt reporting pain level rated at 0/10 today.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/21/2017

Post-Treatment — Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on February 21, 2017 at 5:39 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/20/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 33
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited with right ankle PF, i.e. wearing tennis shoes/cowboy boots, due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8 " step with use of Moses pole).<br><br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/20/2017

Post-Treatment Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 20, 2017 at 5:35 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 02/08/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 32

**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Please advise if patient is to continue physical therapy services.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 $w/cm^2$, Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 8, 2017 at 3:02 pm*

Physician Signature________________________
M. Hontas, MD
Date:______________

# Patient Outcomes

Report Date: 2/8/2017

**Janice Thomas** **38 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 2/8/2017 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 2/8/2017 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | Pain Level | 4 | 4 | (0 to 10) |
| 2 | Satisfaction | Very Satisfied | 1 | (1 to 4) |
| 3 | Functional Improvement | Excellent | 1 | (1 to 4) |
| 4 | Goals Met | Partially Met | 3 | (1 to 4) |
| 1 | Any of your usual work, housework, or school activities | Moderate Difficulty | 2 | (0 to 4) |
| 2 | Your usual hobbies, re creational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | Getting into or out of the bath | A Little Bit of Difficulty | 3 | (0 to 4) |
| 4 | Walking between rooms | A Little Bit of Difficulty | 3 | (0 to 4) |
| 5 | Putting on your shoes or socks | A Little Bit of Difficulty | 3 | (0 to 4) |
| 6 | Squatting | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| 8 | Performing light activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| 9 | Performing heavy activities around your home | Moderate Difficulty | 2 | (0 to 4) |

## Patient Outcomes

Report Date: 2/8/2017

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | A Little Bit of Difficulty | 3 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 14 | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/08/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 32
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF, i.e. wearing tennis shoes/cowboy boots, due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of Moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 0/10 today. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

Post-Treatment Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 8, 2017 at 3:02 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 02/08/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 32
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35.5 cm | 35.5 cm | *35 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *25 cm* | *22 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *49 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *34* |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

## Observation

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 01/05/2017*

| **Ankle AROM** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 20 ° | 10 ° | *10 °* | *10 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | 15 ° | *15 °* | *15 °* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *30 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *10 °* |

## Strength

**Previous Findings as of 01/05/2017*

**Gross Muscle Tests Lower**

**Ankle**

| | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4+/5 | 4+/5 | *4/5* | *4/5* |

## Neuro-Vascular

**Upper Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |
**Summary/Recommendations:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Please advise if patient is to continue physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 $w/cm^2$, Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 8, 2017 at 3:02 pm*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________

Physician Signature______________________
M. Hontas, MD
Date:______________

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/07/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 31
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 0/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/07/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on February 7, 2017 at 2:28 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/06/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 30
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 3/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/06/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 6, 2017 at 4:59 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/02/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 29
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/02/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |

2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |

2: (Upon D/) | Eliminate swellling |

3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |

4: (D/C) | Improve strength and ROM to WNL

## Plan

**Instructions:** Progressing Patient Next Visit

PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on February 2, 2017 at 2:38 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA, 70427-3702
P: (985)732-1651
F: (985)241-5400

**Home Exercise Program**

Schultz PHYSICAL THERAPY

## 1. Lower Extremity, Knee, Ankle, Foot: Standing Calf Stretch Against Wall



- Stand and place both hands on a wall, keep your feet about 1 meter from the wall.
- Place one leg behind the other, keep your toes pointed forward and maintain heel contact with the floor. Lean your body forward without bending the back knee.
- Continue the movement until you feel a gentle stretch.
- Maintain the stretch and relax.

**Sets: 3 Reps: 30 seconds**

## 2. Lower Extremity: Standing Heel Raise With Support



-Sit in a chair with feet slightly less than hip width apart.
-Shift all your weight to your toes and balls of your feet.
-Weight is equally distributed between both feet.
-Raise both your heels off the ground. Then raise toes off the ground
-Slowly lower down and repeat.

**Sets: 2 Reps: 2 mins**

## 3. Ankle: AROM Supination-Pronation on Balance Board



- Start Position: Place the balance board in front of you so the board rocks side to side. with 1 foot and then the other so that you are in the center of the board.
- Rotate clockwise and counter clockwise on the board so the sides of the board do not touch.
- Carefully remove one foot and place the other foot on board one foot at a time.
- Repeat.

NOTE: Sitting in a chair

**Sets: 2 Reps: 2 mins**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

Schultz PHYSICAL THERAPY

# Fax Cover Sheet

**To: Avey**
**Organization: Liberty Mutual - Liberty Life Assurance**
**Fax: 2135193632**

**From: Clint Gallo, DPT**
**Sent on: July 19, 2017**

**Regarding: Discharge Note: 03/24/2017, Daily Note: 02/02/2017, Daily Note: 02/06/2017, Daily Note: 02/07/2017, Plan of Care: 02/08/2017, Lower Extremity Functional Scale: 02/08/2017, Daily Note: 02/08/2017, Recertification Note: 02/08/2017, Daily Note: 02/20/2017, Daily Note: 02/21/2017, Daily Note: 02/22/2017, Plan of Care: 03/07/2017, Lower Extremity Functional Scale: 03/07/2017, Daily Note: 03/07/2017, Recertification Note: 03/07/2017, Home Exercise Program: 03/07/2017, med rec request & release from Long Term Disability ins 7 11 17.pdf for Thomas, Janice (Discharged)**

Ref# 3369227 - second fax transmittal of records per your request due to technical issues on receiving all originally faxed documents.

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 11, 2017

SCHULTZ PT
414 AVE B
MEDICAL RECORDS
BOGALUSA, LA

**Re: Long Term Disability Benefits**
Claim# 7125207 3369227
Claimant: THOMAS, JANICE
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2017 to Present**

Please provide records. - Seen By : Schultz Physical Therapy

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 269-3267 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Europa
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 269-3267

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas
Claimant Name (Print)

Date of Birth

Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

releasePOINT

**Request Information**

Report Date: July 19, 2017

**RP ID:** 3369227

Patient Name: THOMAS, JANICE

Provider Name: SCHULTZ PT

**Quality Assurance Information**

Special Request: Please provide records. - Seen By : Schultz Physical Therapy

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: MLGER

**From February 1, 2017 to Present**

ReleasePoint

**Medical Record Overview**

**Date:** July 13, 2017

**Patient Name:** THOMAS, JANICE

**Records From:** HONTAS, DR MARK
71211 LOUISIANA 21
COVINGTON, LA 70433
(985) 893-9922

**RP ID:** 3369226

**Client ID:** 7125287

**Source:** LIBMT3

**Req By:** M Gauthier

**Request Scope:** From July 11, 2012 to Present

**Chart Range:** 07/05/2017 - 07/05/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 5 2017 | Jul 5 2017 | 3 | 2 |
| Request Corr. | | | 4 | 5 |
| | | **Total Page Count:** | 7 | |

# Thomas, Janice

MRN: 10235707
Description: 47 year old female

**Progress Notes** Encounter Date: 7/5/2017

## Mark J. Hontas, MD

Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**
Patient presents with:
- Post-op Evaluation
  *s/p Decompression/Neurolysis right anterior tibial nerve 4/2/17. C/o swelling most of the time*

**HPI**
Janice Thomas is a 47 y.o. female who presents with above

**Past Medical History**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |

| | |
|---|---|
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is slight swelling to the ankle. She has good range of motion. The incision in the front of the ankle is well-healed. However she still has numbness in the dorsum of the foot. She is 11 months out from her injury. At this point she is unable to stand or walk for long periods

of time. She cannot climb stairs frequently. Uneven ground is also going to be a problem. It is very likely in my opinion that these problems will be permanent and that will disqualify her from her present job. At this point she is continuing with home exercises. I've refilled her medicine and we will slowly try to wean away from that as well. I will check her in 2 months

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 7/5/2017 2:46 PM

Office Visit on 7/5/2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 11, 2017

HONTAS, DR MARK
71211 LOUISIANA 21
ATTN: MEDICAL RECORDS
COVINGTON, LA 70433

**Re: Long Term Disability Benefits**
Claim# 7125287 3369226
Claimant: THOMAS, JANICE
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From July 11, 2012 to Present**

- Seen By: HONTAS, DR MARK

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (626) 768-7083 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angellie Calimlim
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (626) 768-7083

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report

releasePOINT

**Request Information**

Report Date: July 13, 2017 **RP ID:** 3369226

Patient Name: THOMAS, JANICE

Provider Name: HONTAS, DR MARK

**Quality Assurance Information**

Special Request: - Seen By: HONTAS, DR MARK

Special Request Included?

Secondary ID Confirmed?

QC Notes: Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: APLAZ

**From July 11, 2012 to Present**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

July 11, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your ongoing eligibility for disability benefits, and are in need of additional information.

Wal-Mart Stores, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in assisting us in obtaining the requested information is essential to our claim investigation as we are unable to evaluate your ongoing eligibility for benefits without it.

On July 11, 2017, we began requested updated medical records dated February 1, 2017 through the present from your treating provider[s] currently on file: Dr. Hontas and Schultz Physical Therapy

Wal-Mart Stores, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in assisting us in obtaining the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you assist in obtaining this information no later than August 24, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If we do not receive all of the requested information by August 24, 2017, 45 days from the date of our initial request, your claim may be closed.

If you have any questions about your LTD benefits or the review for continued eligibility, please feel free to contact me. Additionally, information regarding your LTD benefit payments can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through walmartone.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

9P156170134

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return To:** Megan Gauthier

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas
**CLAIM NO:** 7125287
**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

**CHECK ONE:** ☒ New ☐ Ch
**YOUR TELE**
**ADDRESS:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ Checking ☐ Savings **BANK NAME:** Capital One Bank
**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 400 Austin St Bogalusa
**YOUR ACCOUNT NUMBER:** **CITY:** Bogalusa **STATE:** La **ZIP:** 70427
**BANK PHONE:** 985 674-7620

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Janice Thomas Date: 5-25-17

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

JANICE THOMAS 03-01

4310

14-9/650

Date

Pay to the Order of VOID $

Dollars

Capital One Bank

For

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Janice Thomas ______________ Date of Birth ______

Employer: Wal-Mart Stores, Inc. ______________ Policy/Plan Sponsor No. 05 - 290765

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Janice Thomas

(Address) ______________

(Date) 5-25-17

***Please retain a copy for your records or one can be provided upon request.***

# FAMILY INFORMATION QUESTIONNAIRE

**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return to:** Megan Gauthier

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas
**CLAIM NO:** 7125287
**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ✓ (Separated at this time) Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____ DOB: ____

Do you have children or dependents*? Yes ____ No ✓
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Janice Thomas (signature) Date: 6-25-17