9P156170106

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 9th Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☒ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Wal-Mart Department: Front End From: 2007 To: 2017
   Job Title(s): CSM
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): key trun, geting money for the cashier when need doing Votes for them and the rest of the Store.

2. Company: Hardees Department: ________ From: 1972 To: 2006
   Job Title(s): Cashier, Meat Cook, Shift mgt.
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): take orders, cook, clean, pull the page at the end of Shift.

A Liberty Mutual Company

3. Company: Gas-N-Shop Department: ______ From: 2006 To: 2005
Job Title(s): Cashier
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): take money, take orders for Food, Cook read gas pumps, Stock the stock and can food

4. Company: Main Steet Department: ______ From: 2005 To: 2005
Job Title(s): Cashier
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): take Mony, Stock the food, sweep floors Moop Floors

5. Company: Clinton oil gas Department: ______ From: 2004 To: 2005
Job Title(s): Cashier
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): Sell gas take Mony, read the gas pump fill the Coke outside sweep parking Lot.

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☑ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Anicel [redacted] Work: ______

SIGNATURE: Anice Thomas PHONE NO:



Liberty/Thomas 348

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Thursday, May 25, 2017 1:51:02 PM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Wal-Mart Stores, Inc. Claim No. 7125287 Janice Thomas |
| **Attachments:** | f1281b6af9fb4e7b68de139c84bccdcfc7cb2b428890917d_3747688.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

May 25, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

To Whom it May Concern::

This letter certifies that Ms. Thomas is currently on an approved Long Term Disability claim. She began receiving monthly Long Term Disability benefits as of February 17, 2017. She is eligible for $1,443.80 per month. Please be advised ongoing benefits are not a guarantee.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

## Initial Payment Set up Worksheet

**Claimant's Name** Janice Thomas **DOB** ___

**Customer** WAL-MART STORES, INC.

**LTD Claim #** 7125287 **Class** A2

**Associated Claims** n/a Type STD ___ Type ___

Sedgewick Claim Info

**Benefit End date of associated claims** 2/16/2017 ___

**Contractual EP** > end of STD or 182 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 2/17/2017 ☑ **DOD** 8/12/2016 **AGE** 46

**Max Benefit date** 6/27/2037 ☑ SSNRA to age 67

**BME Amount** $2,406.33

**Sources used to verify BME amount**

Updated Earnings History 5/17/2017 in Doc List - Monthly Salary $2406.33 - LDW 8/10/2016 - no offsets or deductions -

**Benefit percentage** 60.00 % **Gross modal benefit** $1,443.80

**Benefit Begin date** 2/17/2017

**Approved thru date** 2/16/2018 12 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | |
| | |
| | |

**Resident / Work State:** **LA**

**Deductions entered**

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** n/a **State** n/a

**Completed by** **Luke Howarth** **Approved by** ___

| Date Begin | Date End | Amount | Type | FMLA | Frequency | Value | Unit | Off Cycle | Payroll Date |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2015 | 8/21/2015 | $1,124.56 | GRS | | 1 | 0 | | N | 8/21/2015 |
| 8/22/2015 | 9/4/2015 | $1,306.96 | GRS | | 1 | 0 | | N | 9/4/2015 |
| 9/5/2015 | 9/18/2015 | $1,339.10 | GRS | | 1 | 0 | | N | 9/18/2015 |
| 9/19/2015 | 10/2/2015 | $1,142.87 | GRS | | 1 | 0 | | N | 10/2/2015 |
| 10/3/2015 | 10/16/2015 | $579.11 | GRS | | 1 | 0 | | N | 10/16/2015 |
| 10/17/2015 | 10/30/2015 | $563.20 | GRS | | 1 | 0 | | N | 10/30/2015 |
| 10/31/2015 | 11/13/2015 | $574.73 | GRS | | 1 | 0 | | N | 11/13/2015 |
| 11/14/2015 | 11/27/2015 | $1,586.85 | GRS | | 1 | 0 | | N | 11/27/2015 |
| 11/28/2015 | 12/11/2015 | $1,132.11 | GRS | | 1 | 0 | | N | 12/11/2015 |
| 12/12/2015 | 12/25/2015 | $1,097.73 | GRS | | 1 | 0 | | N | 12/25/2015 |
| 12/26/2015 | 1/8/2016 | $1,000.10 | GRS | | 1 | 0 | | N | 1/8/2016 |
| 1/9/2016 | 1/22/2016 | $1,125.01 | GRS | | 1 | 0 | | N | 1/22/2016 |
| 1/23/2016 | 2/5/2016 | $1,091.10 | GRS | | 1 | 0 | | N | 2/5/2016 |
| 2/6/2016 | 2/19/2016 | $1,018.83 | GRS | | 1 | 0 | | N | 2/19/2016 |
| 2/20/2016 | 3/4/2016 | $1,580.01 | GRS | | 1 | 0 | | N | 3/4/2016 |
| 3/5/2016 | 3/18/2016 | $1,342.31 | GRS | | 1 | 0 | | N | 3/18/2016 |
| 3/19/2016 | 4/1/2016 | $995.24 | GRS | | 1 | 0 | | N | 4/1/2016 |
| 4/2/2016 | 4/15/2016 | $1,541.10 | GRS | | 1 | 0 | | N | 4/15/2016 |
| 4/16/2016 | 4/29/2016 | $1,259.90 | GRS | | 1 | 0 | | N | 4/29/2016 |
| 4/30/2016 | 5/13/2016 | $1,092.33 | GRS | | 1 | 0 | | N | 5/13/2016 |
| 5/14/2016 | 5/27/2016 | $1,497.86 | GRS | | 1 | 0 | | N | 5/27/2016 |
| 5/28/2016 | 6/10/2016 | $1,217.13 | GRS | | 1 | 0 | | N | 6/10/2016 |
| 6/11/2016 | 6/24/2016 | $752.64 | GRS | | 1 | 0 | | N | 6/24/2016 |
| 6/25/2016 | 7/8/2016 | $0.00 | GRS | | 1 | 0 | | N | 7/8/2016 |
| 7/9/2016 | 7/22/2016 | $1,898.40 | GRS | | 1 | 0 | | N | 7/22/2016 |
| 7/23/2016 | 8/5/2016 | $1,016.83 | GRS | | 1 | 0 | | N | 8/5/2016 |
| | yearly | $28,876.01 | | | | | | | |
| | monthly | $2,406.33 | | | | | | | |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

May 17, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
> *1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> *"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc .*

Based on the medical and vocational information contained in our claim file, we have determined

that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 12, 2016 and your benefits begin on February 17, 2017. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, Liberty Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due. Regarding payment for any other premiums, such as Healthcare, Dental, or Life Insurance, please contact your benefits helpline at (800) 421-1362 or contact your human resources manager. These premiums are not withheld from your LTD benefits.

We ask that you complete the forms indicated below and return them to our office by July 15, 2017.

- ___ Wal-Mart Vocational Rehab Form
- _X_ Training Education Experience
- _X_ Family Information Questionnaire
- _X_ SS Reimbursement Agreement
- _X_ Direct Deposit Application (optional)
- ___ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

**Information Regarding Your Leave of Absence**

Effective March 1, 2016, leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence. Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: Wal-Mart Vocational Rehab Form
Training Education Experience
Family Information Questionnaire
SS Reimbursement Agreement
Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return To:** Megan Gauthier

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________**
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE: ( ) ____________**

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

**Return to:** Megan Gauthier

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Janice Thomas **Date of Birth:** ____________

**Employer:** Wal-Mart Stores, Inc. **Policy/Plan Sponsor No.** 05 - 290765

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

EMPLOYEE/CLAIMANT NAME: Janice Thomas

CLAIM NO: 7125287

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Liberty Mutual Company

3. Company: ________________ Department: ________________ From: ________ To: ______
   Job Title(s): ________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________
   ________________________________

4. Company: ________________ Department: ________________ From: ________ To: ______
   Job Title(s): ________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________
   ________________________________

5. Company: ________________ Department: ________________ From: ________ To: ______
   Job Title(s): ________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________
   ________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________ Work: ________________

**SIGNATURE:** ________________ **PHONE NO: (    )** ________________



Liberty/Thomas 362

# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment. Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job. These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager. If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer. If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part. If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services. Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

ATT. Megan Gauthier

To: Liberty Life Assurance Company of Boston Group Benefits Disablity Claims

Fax Number: (603) 334-5121

Pages: (including this cover sheet) 125

From : Washington Parish Library
304 Avenue F
Bogalusa, LA. 70427
Fax (985) 735-1996

Comments:

FAX TRANSMISSION

**St. Tammany-Bone and Joint**
**71211 Highway 21, Suite A**
**Covington LA 70433**
**985-893-9922**

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000522655** | Room & Bed | Accession Number:<br>**25946703** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Pain of right tibia [M89.8X6 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Tibia Fibula 2 View Right** | Exam Date:<br>**08/30/2016** | Reason for Exam:<br>**Right Tib/Fib Pain** |

**RESULTS:**
History: Right leg pain.

Procedure: Right leg 2 views

Findings:

The examination is performed in a cast.

There is a fracture of the lateral malleolus. No definite signs for healing of the fracture noted. Slight widening of the lateral aspect of the ankle mortise is noted. No medial malleolar fractures recognized on this radiograph. The proximal tibia and fibula are unremarkable.
IMPRESSION:

As above.

---

Electronically signed by: JASH I PATEL MD
Date: 08/30/16
Time: 14:15

Signed By: Jash I. Patel, MD on 8/30/2016 2:15 PM



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 02

**St. Tammany-Bone and Joint**
**71211 Highway 21, Suite A**
**Covington LA 70433**
**985-893-9922**

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000574648** | Room & Bed | Accession Number:<br>**26049083** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Pain of right lower extremity [M79.604 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Tibia Fibula 2 View Right** | Exam Date:<br>**09/27/2016** | Reason for Exam:<br>**None Specified** |

**RESULTS:**

Procedure: 3 views of the right ankle and 2 views of the right tibia and fibula.

History: Distal tibia-fibula fracture.

Comparison: Tibia-fibula radiograph A./30/2016.

Findings:

Examination of the right tibia and fibula and right ankle demonstrate worsening alignment of the distal tibia and distal fibular fractures. The mortise joint is asymmetric. This has progressed from the prior exam. There is diffuse soft tissue swelling. There is no bony mass lesion.

IMPRESSION:

Worsening alignment of the distal right tibia and fibular fractures.

---

Electronically signed by: JOHN BECK MD
Date: 09/27/16
Time: 15:13

Signed By: John L. Beck, MD on 9/27/2016 3:13 PM

**St. Tammany-Bone and Joint**
**71211 Highway 21, Suite A**
**Covington LA 70433**
**985-893-9922**

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000574648** | Room & Bed | Accession Number:<br>**26049422** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Pain of right lower extremity [M79.604 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Ankle Complete Right** | Exam Date:<br>**09/27/2016** | Reason for Exam:<br>**None Specified** |

**RESULTS:**
Procedure: 3 views of the right ankle and 2 views of the right tibia and fibula.

History: Distal tibia-fibula fracture.

Comparison: Tibia-fibula radiograph A./30/2016.

Findings:

Examination of the right tibia and fibula and right ankle demonstrate worsening alignment of the distal tibia and distal fibular fractures. The mortise joint is asymmetric. This has progressed from the prior exam. There is diffuse soft tissue swelling. There is no bony mass lesion.
IMPRESSION:
Worsening alignment of the distal right tibia and fibular fractures.

---

Electronically signed by: JOHN BECK MD
Date: 09/27/16
Time: 15:13

Signed By: John L. Beck, MD on 9/27/2016 3:13 PM

**St. Tammany-Bone and Joint**
**71211 Highway 21, Suite A**
**Covington LA 70433**
**985-893-9922**

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000617351** | Room & Bed | Accession Number:<br>**26133833** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Right ankle pain, unspecified chronicity [M25.571 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Ankle Complete Right** | Exam Date:<br>**10/19/2016** | Reason for Exam:<br>**Right Ankle Pain** |

**RESULTS:**
Right Ankle

CPT: 73610

Clinical data: Right ankle pain. Fracture followup.

Comparison: 09/27/2016

Findings: There appears to be comminuted and apex dorsal /medial angulated fracture of the distal tibia in similar alignment. There appears to be slightly greater interval sclerosis and evidence of calcification about the tibial fracture. There is a comminuted and apex medially angulated fracture of the distal fibula with similar alignment, but there appears to be interval slightly greater sclerosis at the fracture. No gross ankle mortise widening is visualized. Soft tissue swelling is noted. Visualized osseous structures appear demineralized..
IMPRESSION:
Distal tibial and fibular fractures in similar alignment are seen with interval sclerosis and slightly greater callus formation..

Electronically signed by: JIGAR PATEL MD
Date: 10/19/16
Time: 16:59

Signed By: Jigar N. Patel, MD on 10/19/2016 4:59 PM



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 05

Liberty/Thomas 368

## St. Tammany-Bone and Joint
71211 Highway 21, Suite A
Covington LA 70433
985-893-9922

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000658250** | Room & Bed | Accession Number:<br>**26212104** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Right ankle pain, unspecified chronicity [M25.571 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Ankle Complete Right** | Exam Date:<br>**11/09/2016** | Reason for Exam:<br>**Right Ankle Pain** |

**RESULTS:**
Right Ankle

CPT: 73610

Clinical data: 10/19/2016

Findings: 3 views of the right ankle were obtained. Comminuted and apex dorsal-medial angulated fracture of the distal tibia similar in alignment. There appears to be further sclerosis about the tibial fracture. There is a comminuted apex medially angulated fracture of the distal fibula in similar-appearing alignment and grossly similar appearance. No gross ankle mortise widening is appreciated on these nonstressed views. The visualized osseous structures appear demineralized. Soft tissue swelling is noted..

IMPRESSION:

Distal tibial and fibular fractures are seen with interval sclerosis and slightly greater callus formation about at least the tibial fracture.

Electronically signed by: JIGAR PATEL MD
Date: 11/09/16
Time: 16:07

Signed By: Jigar N. Patel, MD on 11/9/2016 4:07 PM

**St. Tammany-Bone and Joint**
**71211 Highway 21, Suite A**
**Covington LA 70433**
**985-893-9922**

## Radiology Result

| | | |
|---|---|---|
| Name:<br>**Thomas, Janice** | DOB: | Patient MRN:<br>**10235707** |
| Account Number:<br>**11000886931** | Room & Bed | Accession Number:<br>**26651319** |
| Authorizing Physician:<br>**Mark J. Hontas** | Patient Class:<br>**OP- Outpatient Diagnostic Testing** | Diagnosis:<br>**Right ankle pain, unspecified chronicity [M25.571 (ICD-10-CM)]** |
| Procedure:<br>**X-Ray Ankle Complete Right** | Exam Date:<br>**03/09/2017** | Reason for Exam:<br>**None Specified** |

**RESULTS:**
Right ankle radiograph, 3 views

Comparison: 11/9/2016

Clinical information: Right ankle pain

Findings 3 views of the right ankle were submitted. There has been continued interval healing/sclerosis of the comminuted and slightly medially angulated fracture of the distal tibia with no significant change in alignment. There is also been continued healing/sclerosis of the comminuted, medially angulated distal fibular fracture, also with unchanged alignment.

No new fractures are identified. Osseous structures demonstrate diffuse decreased mineralization, particularly distal to the fracture site, likely from disuse. Soft tissues are unremarkable.
IMPRESSION:
Continued interval healing of distal tibial and fibular fractures without significant change in alignment. Disuse osteopenia appreciated distal to the fracture site.

Electronically signed by: NATALIE FITTON MD
Date: 03/09/17
Time: 15:21

Signed By: Natalie Y. Fitton, MD on 3/9/2017 3:21 PM



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 07

Liberty/Thomas 370

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000924364
Adm: 4/12/2017

**Order** — **ABNORMAL Basic metabolic panel [LAB15] (Order 269497295)**

**Basic metabolic panel [269497295]**

Electronically signed by: **Mark J. Hontas, MD on 04/12/17 1031** — Status: **Completed**
Mode: Ordering in Verbal with readback mode — Communicated by: Christy Jordan, RN
Ordering user: Christy Jordan, RN 03/29/17 1115 — Ordering provider: Mark J. Hontas, MD
Authorized by: Mark J. Hontas, MD — Ordering mode: Verbal with readback
Diagnoses:
Injury of tibial nerve at right lower leg level, subsequent encounter [S84.01XD]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | MMD1 04/12/17 0553 |

**Result** — **ABNORMAL Basic metabolic panel (Order 269497295)**

**Basic metabolic panel [269497295] (Abnormal)** — Resulted: 04/12/17 0639, Result status: Final result

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 — Resulting lab: ST. TAMMANY PARISH HOSPITAL

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 145 | 136 - 145 mmol/L | | STLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | STLB |
| Chloride | 114 | 95 - 110 mmol/L | H | STLB |
| CO2 | 24 | 22 - 31 mmol/L | | STLB |
| Glucose | 76 | 70 - 110 mg/dL | | STLB |

Comment:
The ADA recommends the following guidelines for fasting glucose:
Normal: less than 100 mg/dL
Prediabetes: 100 mg/dL to 125 mg/dL
Diabetes: 126 mg/dL or higher

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BUN, Bld | 19 | 7 - 18 mg/dL | H | STLB |
| Creatinine | 0.62 | 0.50 - 1.40 mg/dL | | STLB |
| Calcium | 8.5 | 8.4 - 10.2 mg/dL | | STLB |
| Anion Gap | 7 | 8 - 16 mmol/L | L | STLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | STLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | STLB |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 270 - STLB | ST. TAMMANY PARISH HOSPITAL | Dale J Morvant, M.D. | 1202 South Tyler Street Covington LA 70433 | 07/23/15 1646 - Present |




05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 08

**Testing Performed By (continued)**

**Order** — **ABNORMAL CBC auto differential [LAB1748] (Order 269497296)**

**CBC auto differential [269497296]**

Electronically signed by: **Mark J. Hontas, MD on 04/12/17 1031** Status: **Completed**
Mode: Ordering in Verbal with readback mode — Communicated by: Christy Jordan, RN
Ordering user: Christy Jordan, RN 03/29/17 1115 — Ordering provider: Mark J. Hontas, MD
Authorized by: Mark J. Hontas, MD — Ordering mode: Verbal with readback
Diagnoses:
Injury of tibial nerve at right lower leg level, subsequent encounter [S84.01XD]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | MMD1 04/12/17 0553 |

**Result** — **ABNORMAL CBC auto differential (Order 269497296)**

**CBC auto differential [269497296] (Abnormal)** — Resulted: 04/12/17 0626, Result status: Final result

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 — Resulting lab: ST. TAMMANY PARISH HOSPITAL

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.07 | 3.90 - 12.70 K/uL | | STLB |
| RBC | 3.22 | 4.00 - 5.40 M/uL | L | STLB |
| Hemoglobin | 10.5 | 12.0 - 16.0 g/dL | L | STLB |
| Hematocrit | 32.2 | 37.0 - 48.5 % | L | STLB |
| MCV | 100 | 82 - 98 fL | H | STLB |
| MCH | 32.6 | 27.0 - 31.0 pg | H | STLB |
| MCHC | 32.6 | 32.0 - 36.0 % | | STLB |
| RDW | 13.8 | 11.5 - 14.5 % | | STLB |
| Platelets | 215 | 150 - 350 K/uL | | STLB |
| MPV | 9.5 | 9.2 - 12.9 fL | | STLB |
| Gran # | 2.7 | 1.8 - 7.7 K/uL | | STLB |
| Lymph # | 1.9 | 1.0 - 4.8 K/uL | | STLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | | STLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | STLB |
| Baso # | 0.06 | 0.00 - 0.20 K/uL | | STLB |
| nRBC | 0 | 0 /100 WBC | | STLB |
| Gran% | 54.2 | 38.0 - 73.0 % | | STLB |
| Lymph% | 37.7 | 18.0 - 48.0 % | | STLB |
| Mono% | 4.9 | 4.0 - 15.0 % | | STLB |
| Eosinophil% | 2.0 | 0.0 - 8.0 % | | STLB |
| Basophil% | 1.2 | 0.0 - 1.5 % | | STLB |
| Differential Method | Automated | | | STLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 270 - STLB | ST. TAMMANY PARISH HOSPITAL | Dale J Morvant, M.D. | 1202 South Tyler Street Covington LA 70433 | 07/23/15 1646 - Present |

**Testing Performed By (continued)**

## X-Ray Tibia Fibula 2 View Right

**Results**

Status: **Final result**
**(Exam End: 8/30/2016 12:54 PM)**

### Radiology Results

Resulted: 08/30/16 1415, Result status: Final result

**X-Ray Tibia Fibula 2 View Right**

| | | | |
|---|---|---|---|
| Ordering provider: | Mark J. Hontas, MD 08/30/16 1250 | Resulted by: | Jash I. Patel, MD |
| Performed: | 08/30/16 1251 - 08/30/16 1254 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
History: Right leg pain.

Procedure: Right leg 2 views

Findings:

The examination is performed in a cast.

There is a fracture of the lateral malleolus. No definite signs for healing of the fracture noted. Slight widening of the lateral aspect of the ankle mortise is noted. No medial malleolar fractures recognized on this radiograph. The proximal tibia and fibula are unremarkable.
Impression:

As above.

---

Electronically signed by: JASH I PATEL MD
Date: 08/30/16
Time: 14:15

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

## X-Ray Tibia Fibula 2 View Right

**Results**

Status: **Final result**
**(Exam End: 9/27/2016 2:17 PM)**

### Radiology Results

Resulted: 09/27/16 1513, Result status: Final result

**X-Ray Tibia Fibula 2 View Right**

| | | | |
|---|---|---|---|
| Ordering provider: | Mark J. Hontas, MD 09/27/16 1407 | Resulted by: | John L. Beck, MD |
| Performed: | 09/27/16 1414 - 09/27/16 1417 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
Procedure: 3 views of the right ankle and 2 views of the right tibia and fibula.

History: Distal tibia-fibula fracture.



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 10

## Radiology Results (continued)

**X-Ray Tibia Fibula 2 View Right (continued)** — Resulted: 09/27/16 1513, Result status: Final result

Comparison: Tibia-fibula radiograph A./30/2016.

Findings:

Examination of the right tibia and fibula and right ankle demonstrate worsening alignment of the distal tibia and distal fibular fractures. The mortise joint is asymmetric. This has progressed from the prior exam. There is diffuse soft tissue swelling. There is no bony mass lesion.
Impression:
Worsening alignment of the distal right tibia and fibular fractures.

---

| | |
|---|---|
| Electronically signed by: | JOHN BECK MD |
| Date: | 09/27/16 |
| Time: | 15:13 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

## X-Ray Ankle Complete Right

**Results**

Status: **Final result**
**(Exam End: 9/27/2016 2:52 PM)**

## Radiology Results

**X-Ray Ankle Complete Right** — Resulted: 09/27/16 1513, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Mark J. Hontas, MD 09/27/16 1446 | Resulted by: | John L. Beck, MD |
| Performed: | 09/27/16 1449 - 09/27/16 1452 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
Procedure: 3 views of the right ankle and 2 views of the right tibia and fibula.

History: Distal tibia-fibula fracture.

Comparison: Tibia-fibula radiograph A./30/2016.

Findings:

Examination of the right tibia and fibula and right ankle demonstrate worsening alignment of the distal tibia and distal fibular fractures. The mortise joint is asymmetric. This has progressed from the prior exam. There is diffuse soft tissue swelling. There is no bony mass lesion.
Impression:
Worsening alignment of the distal right tibia and fibular fractures.

---

| | |
|---|---|
| Electronically signed by: | JOHN BECK MD |
| Date: | 09/27/16 |
| Time: | 15:13 |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 11

## Radiology Results (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

## X-Ray Ankle Complete Right

**Results**

Status: **Final result**
**(Exam End: 10/19/2016 3:39 PM)**

### Radiology Results

Resulted: 10/19/16 1659, Result status: Final result

**X-Ray Ankle Complete Right**

Ordering provider: Mark J. Hontas, MD 10/19/16 1534
Performed: 10/19/16 1535 - 10/19/16 1539
Resulted by: Jigar N. Patel, MD
Resulting lab: OCHS TALK TECHNOLOGY

Narrative:
Right Ankle

CPT: 73610

Clinical data: Right ankle pain. Fracture followup.

Comparison: 09/27/2016

Findings: There appears to be comminuted and apex dorsal/medial angulated fracture of the distal tibia in similar alignment. There appears to be slightly greater interval sclerosis and evidence of calcification about the tibial fracture. There is a comminuted and apex medially angulated fracture of the distal fibula with similar alignment, but there appears to be interval slightly greater sclerosis at the fracture. No gross ankle mortise widening is visualized. Soft tissue swelling is noted. Visualized osseous structures appear demineralized..
Impression:
Distal tibial and fibular fractures in similar alignment are seen with interval sclerosis and slightly greater callus formation..

Electronically signed by: JIGAR PATEL MD
Date: 10/19/16
Time: 16:59

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

## X-Ray Ankle Complete Right

**Results**

Status: **Final result**
**(Exam End: 11/9/2016 1:14 PM)**

### Radiology Results

Resulted: 11/09/16 1607, Result status: Final result

**X-Ray Ankle Complete Right**

## Radiology Results (continued)

Resulted: 11/09/16 1607, Result status: Final result

### X-Ray Ankle Complete Right (continued)

| | | | |
|---|---|---|---|
| Ordering provider: | Mark J. Hontas, MD 11/09/16 1307 | Resulted by: | Jigar N. Patel, MD |
| Performed: | 11/09/16 1310 - 11/09/16 1314 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
Right Ankle

CPT: 73610

Clinical data: 10/19/2016

Findings: 3 views of the right ankle were obtained. Comminuted and apex dorsal-medial angulated fracture of the distal tibia similar in alignment. There appears to be further sclerosis about the tibial fracture. There is a comminuted apex medially angulated fracture of the distal fibula in similar-appearing alignment and grossly similar appearance. No gross ankle mortise widening is appreciated on these nonstressed views. The visualized osseous structures appear demineralized. Soft tissue swelling is noted..
Impression:
Distal tibial and fibular fractures are seen with interval sclerosis and slightly greater callus formation about at least the tibial fracture.

| | |
|---|---|
| Electronically signed by: | JIGAR PATEL MD |
| Date: | 11/09/16 |
| Time: | 16:07 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

## X-Ray Ankle Complete Right

**Results**

Status: **Final result**
**(Exam End: 3/9/2017 2:14 PM)**

## Radiology Results

Resulted: 03/09/17 1521, Result status: Final result

### X-Ray Ankle Complete Right

| | | | |
|---|---|---|---|
| Ordering provider: | Mark J. Hontas, MD 03/09/17 1401 | Resulted by: | Natalie Y. Fitton, MD |
| Performed: | 03/09/17 1412 - 03/09/17 1414 | Resulting lab: | OCHS TALK TECHNOLOGY |

Narrative:
Right ankle radiograph, 3 views

Comparison: 11/9/2016

Clinical information: Right ankle pain

Findings 3 views of the right ankle were submitted. There has been continued interval healing/sclerosis of the comminuted and slightly medially angulated fracture of the distal tibia with no significant change in alignment. There is also been continued healing/sclerosis of the comminuted, medially angulated distal fibular fracture, also with unchanged alignment.

## Radiology Results (continued)

Resulted: 03/09/17 1521, Result status: Final result

### X-Ray Ankle Complete Right (continued)

No new fractures are identified. Osseous structures demonstrate diffuse decreased mineralization, particularly distal to the fracture site, likely from disuse. Soft tissues are unremarkable.
Impression:
Continued interval healing of distal tibial and fibular fractures without significant change in alignment. Disuse osteopenia appreciated distal to the fracture site.

| | |
|---|---|
| Electronically signed by: | NATALIE FITTON MD |
| Date: | 03/09/17 |
| Time: | 15:21 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | n/a | n/a | 04/15/15 1157 - Present |

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient-Level Documents:

There are no patient-level documents.

**Results**

## Visit Summary

### Reason for Visit

| | |
|---|---|
| **Ankle Pain** | New pt . Right ankle pain. Injured 8/12/16. Pt driving Nissan Titan ,drove in a ditch & hit 3 trees . Went same day OLOA / xrays / Splint/ crutches. Xrays with pt |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter** - Primary | ICD-10-CM: S82.301A<br>ICD-9-CM: 824.8 | |

### Problem List as of 8/15/2016

Date Reviewed: **8/15/2016**

None

### Allergies as of 5/3/2017

No Known Allergies

### Immunizations as of 8/15/2016

Never Reviewed

No immunizations on file.

## Visit Summary (continued)

### Medications

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig: Take 250 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Dose adjustment** | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Duplicate Order** | | | 8/12/2016 | 1/9/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Dose adjustment** | 60 tablet | 0 | 8/15/2016 | 9/27/2016 |

### Progress Notes

**Progress Notes by Mark J. Hontas, MD at 8/15/2016 3:46 PM**

Author: Mark J. Hontas, MD　Service: (none)　Author Type: Physician
Filed: 8/15/2016 4:58 PM　Encounter Date: 8/15/2016　Status: Signed
Editor: Mark J. Hontas, MD (Physician)

## Chief Complaint

### Chief Complaint

Patient presents with

- Ankle Pain

  *New pt . Right ankle pain. Injured 8/12/16. Pt driving Nissan Titan ,drove in a ditch & hit 3 trees . Went same day OLOA / xrays / Splint/ crutches. Xrays with pt*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |

No current facility-administered medications for this visit.

## Allergies

No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 16

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 8/15/2016 3:46 PM (continued)**

Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; **Take** 1 tablet by mouth every 4 to 6 hours as needed. Dispense: 60 tablet; Refill: 0

on examOn exam there is some expected swelling and ecchymosis to the distal ankle and leg. Neurovascular status intact. X-rays show nondisplaced fractures of the distal tibia and fibula. The mortise is intact. There is a small piece of the fibula that is just a millimeter or 2 displaced but it is nothing to do with the joint. I've put her in a short cast she will remain nonweightbearing I'll see her back in 2 weeks she is unable to work

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 8/15/2016 4:58 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

08/15/2016 1547 - Mark J. Hontas, MD

| | |
|---|---|
| Disposition: | Return in about 2 weeks (around 8/29/2016) |

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/15/2016 1423 | Admit Date/Time: | 08/15/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or | Admit Category: | |

**Admission Information - Patient Record Only (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Means of Arrival: | | Primary Service: | Clinic Referral | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 8/15/2016 3:46 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 8/15/2016 4:58 PM | Encounter Date: 8/15/2016 | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *New pt . Right ankle pain. Injured 8/12/16. Pt driving Nissan Titan ,drove in a ditch & hit 3 trees . Went same day OLOA / xrays / Splint/ crutches. Xrays with pt*

### HPI
Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History
History reviewed. No pertinent past medical history.

### Past Surgical History
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

### Medications
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10- | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 18

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 8/15/2016 3:46 PM (continued)**

325mg (NORCO) 10-325 mg Tab
- terbinafine HCl (LAMISIL) 250 mg tablet
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab — Take 1 tablet by mouth every 4 to 6 hours as needed.

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 4 to 6 hours as needed. Dispense: 60 tablet; Refill: 0

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 8/15/2016 3:46 PM (continued)**

on examOn exam there is some expected swelling and ecchymosis to the distal ankle and leg. Neurovascular status intact. X-rays show nondisplaced fractures of the distal tibia and fibula. The mortise is intact. There is a small piece of the fibula that is just a millimeter or 2 displaced but it is nothing to do with the joint. I've put her in a short cast she will remain nonweightbearing I'll see her back in 2 weeks she is unable to work

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 8/15/2016 4:58 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/15/2016 1423 | Admit Date/Time: | 08/15/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000494101
Enc. Date 08/30/16

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

## Results

### Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | f/u right distal tib /fib fx 8/12/16. Still hurting. SLFG cast intact. |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Pain of right tibia** - Primary | ICD-10-CM: M89.8X6<br>ICD-9-CM: 729.5 | |
| **Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter** | ICD-10-CM: S82.301A<br>ICD-9-CM: 824.8 | |

**Problem List as of 8/30/2016** Date Reviewed: **8/30/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 8/30/2016** Never Reviewed

No immunizations on file.

### Medications

**Outpatient Medications at Start of Encounter as of 8/30/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 8/12/2016 | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 21

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/30/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 8/15/2016 | 9/27/2016 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 8/30/2016 | 9/27/2016 |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 8/30/2016 1:37 PM    Encounter Date: 8/30/2016    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**

Patient presents with

- Leg Pain
  *f/u right distal tib /fib fx 8/12/16. Still hurting. SLFG cast intact.*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

History reviewed. No pertinent past medical history.

### Past Surgical History

Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM (continued)

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

## Allergies

No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM (continued)**

**Physical Exam**

**Vitals:**

| | 08/30/16 1244 |
|---|---|
| BP: | 136/64 |
| Pulse: | 71 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Pain of right tibia**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 8/30/16

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam there is still some swelling along the ankle and foot. There is pain laterally and medially. X-rays show no change in the alignment. We've put her back in a short leg cast on to continue with nonweightbearing and elevation. I also want her to take an aspirin a day. I will see her back in 2 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 8/30/2016 1:37 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

08/30/2016 1336 - Mark J. Hontas, MD

| | |
|---|---|
| Disposition: | Return in about 2 weeks (around 9/13/2016) |

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/30/2016 1243 | Admit Date/Time: | 08/30/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 8/30/2016 1:37 PM    Encounter Date: 8/30/2016    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Leg Pain
  *f/u right distal tib /fib fx 8/12/16. Still hurting. SLFG cast intact.*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

History reviewed. No pertinent past medical history.

### Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

### Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 25

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM (continued)**

| | |
|---|---|
| MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

## Allergies

No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

**Vitals:**

| | |
|---|---|
| | 08/30/16 1244 |
| BP: | 136/64 |
| Pulse: | 71 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 8/30/2016 1:35 PM (continued)**

**Assessment/Plan**
**Pain of right tibia**
- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 8/30/16

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam there is still some swelling along the ankle and foot. There is pain laterally and medially. X-rays show no change in the alignment. We've put her back in a short leg cast on to continue with nonweightbearing and elevation. I also want her to take an aspirin a day. I will see her back in 2 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 8/30/2016 1:37 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/30/2016 1243 | Admit Date/Time: | 08/30/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

## Results

### Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | f/u right dital tib/fib fx 8/12/16. C/o pain. SLFG cast intact |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 9/13/2016** Date Reviewed: **9/13/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 9/13/2016** Never Reviewed

No immunizations on file.

### Medications

**Outpatient Medications at Start of Encounter as of 9/13/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/13/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **escitalopram oxalate (LEXAPRO) 10 MG tablet**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 8/15/2016 | 9/27/2016 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 8/30/2016 | 9/27/2016 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 9/13/2016 1:43 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 9/13/2016 1:46 PM | Encounter Date: 9/13/2016 | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |

### Chief Complaint

### Chief Complaint
Patient presents with
- Leg Pain

  *f/u right dital tib/fib fx 8/12/16. C/o pain. SLFG cast intact*

### HPI
Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History
History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

## Allergies

No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 30

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/13/2016 1:43 PM (continued)**

Hematological: Negative
Endocrine: Negative

## Physical Exam

**Vitals:**

| | 09/13/16 1315 |
|---|---|
| BP: | **(!) 146/74** |
| Pulse: | **(!) 58** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/13/16

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam the swelling is down from 2 weeks ago. She is getting better motion in the ankle. She still has a certain amount of pain and she is still taking pain medications. I've changed a change her cast today and I'm going to see her in 2 weeks and get an x-ray. I've refilled her pain medicine she is to remain nonweightbearing until I see her in 2 weeks.

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 9/13/2016 1:46 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

09/13/2016 1346 - Mark J. Hontas, MD

| | |
|---|---|
| Disposition: | Return in about 2 weeks (around 9/27/2016). |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 31

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/13/2016 1313 | Admit Date/Time: | 09/13/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 9/13/2016 1:43 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 9/13/2016 1:46 PM    Encounter Date: 9/13/2016    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Leg Pain
  *f/u right dital tib/fib fx 8/12/16. C/o pain. SLFG cast intact*

### HPI
Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History
History reviewed. No pertinent past medical history.

### Past Surgical History
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

### Medications
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/13/2016 1:43 PM (continued)**

| | |
|---|---|
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 09/13/16 1315 |
|---|---|
| BP: | **(!) 146/74** |
| Pulse: | **(!) 58** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 33
Liberty/Thomas 396

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/13/2016 1:43 PM (continued)**

Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/13/16

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam the swelling is down from 2 weeks ago. She is getting better motion in the ankle. She still has a certain amount of pain and she is still taking pain medications. I've changed a change her cast today and I'm going to see her in 2 weeks and get an x-ray. I've refilled her pain medicine she is to remain nonweightbearing until I see her in 2 weeks.

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 9/13/2016 1:46 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/13/2016 1313 | Admit Date/Time: | 09/13/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

THOMAS,JANICE
MRN: 10235707
DOB: Sex: F
Acct # 11000572043
Enc. Date 09/27/16

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | (R) distal tib/fib fracture 8/12/16 Notes continued pain and swelling. States this past Friday evening, Mom hit by a car and patient attempted to assist afterwards. Uncertain if she reinjured leg in the process as she was trying to get to her Mom to help. |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Pain of right lower extremity** - Primary | ICD-10-CM: M79.604<br>ICD-9-CM: 729.5 | |
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 9/27/2016** Date Reviewed: **9/27/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 9/27/2016** Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 9/27/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)** | | | 8/12/2016 | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 35

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/27/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet (Taking)**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Dose adjustment** | 60 tablet | 0 | 8/15/2016 | 9/27/2016 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 8/30/2016 | 9/27/2016 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig: Take 250 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Dose adjustment** | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 36

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Reason for Discontinue: **Duplicate Order**

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)** | 60 tablet | 0 | 9/27/2016 | 1/9/2017 |

Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral
Class: Print
Reason for Discontinue: **Duplicate Order**

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 9/28/2016 12:22 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 9/28/2016 12:26 PM    Encounter Date: 9/27/2016    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Leg Pain
  *(R) distal tib/fib fracture 8/12/16 Notes continued pain and swelling. States this past Friday evening, Mom hit by a car and patient attempted to assist afterwards. Uncertain if she reinjured leg in the process as she was trying to get to her Mom to help.*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

History reviewed. No pertinent past medical history.

### Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

### Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 37

| | |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

## Allergies
No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 38

## Assessment/Plan

**Pain of right lower extremity**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/27/16
- X-Ray Ankle Complete Right; Future; Expected date: 9/27/16

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam today we have taken off the cast. This swelling is down but she still has pain in the ankle especially anteriorly. X-rays today seem to show continued healing of the fracture. It seems like there is a compressive-type fracture anteriorly in the ankle but the mortise view shows good alignment. I've gone over the x-rays with the patient and I still think we should continue to protect it for now and get some more healing in. It's been 6 weeks. I've put her in a removable boot. I want her to continue with crutches with only weightbearing as tolerated. I want her to start range of motion on her own and hopefully in 3 weeks we can get more aggressive with this.I have reviewed the x-ray report and I'm not sure I agree that the mortise has changed. I still think this is acceptable. However we are going go by her symptoms. I will see her back in 3 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 9/28/2016 12:26 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

09/28/2016 1225 - Mark J. Hontas, MD

Disposition: Return in about 3 weeks (around 10/18/2016)

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/27/2016 1325 | Admit Date/Time: | 09/27/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 9/28/2016 12:22 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 9/28/2016 12:26 PM Encounter Date: 9/27/2016 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Leg Pain
  *(R) distal tib/fib fracture 8/12/16 Notes continued pain and swelling. States this past Friday evening, Mom hit by a car and patient attempted to assist afterwards. Uncertain if she reinjured leg in the process as she was trying to get to her Mom to help.*

### HPI
Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History
History reviewed. No pertinent past medical history.

### Past Surgical History
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

### Medications
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10- | Take 1 tablet by mouth every 12 (twelve) hours as needed. |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 40

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 9/28/2016 12:22 PM (continued)**

325mg (NORCO) 10-325 mg Tab

No current facility-administered medications for this visit.

## Allergies

No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Pain of right lower extremity**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/27/16
- X-Ray Ankle Complete Right; Future; Expected date: 9/27/16

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 41

Liberty/Thomas 404

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 9/28/2016 12:22 PM (continued)**

On exam today we have taken off the cast. This swelling is down but she still has pain in the ankle especially anteriorly. X-rays today seem to show continued healing of the fracture. It seems like there is a compressive-type fracture anteriorly in the ankle but the mortise view shows good alignment. I've gone over the x-rays with the patient and I still think we should continue to protect it for now and get some more healing in. It's been 6 weeks. I've put her in a removable boot. I want her to continue with crutches with only weightbearing as tolerated. I want her to start range of motion on her own and hopefully in 3 weeks we can get more aggressive with this.I have reviewed the x-ray report and I'm not sure I agree that the mortise has changed. I still think this is acceptable. However we are going go by her symptoms. I will see her back in 3 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 9/28/2016 12:26 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/27/2016 1325 | Admit Date/Time: | 09/27/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 42

Liberty/Thomas 405

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | f/u right distal tib/fib fx 8/12/16. Still has some pain & swells. Wearing short boot with FWB |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Right ankle pain, unspecified chronicity** - Primary | ICD-10-CM: M25.571<br>ICD-9-CM: 719.47 | |
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 10/19/2016** Date Reviewed: **10/19/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 10/19/2016** Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 10/19/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med | | | 8/12/2016 | |
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med | | | 7/28/2016 | |
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 8/12/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/19/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/27/2016 | 1/9/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 10/19/2016 | 1/9/2017 |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 10/19/2016 3:53 PM**

Author: Mark J. Hontas, MD
Service: (none)
Author Type: Physician
Filed: 10/19/2016 3:54 PM
Encounter Date: 10/19/2016
Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

### Chief Complaint

Patient presents with

- Leg Pain

*f/u right distal tib/fib fx 8/12/16. Still has some pain & swells. Wearing short boot with FWB*

### HPI

Janice Thomas is a 46 y.o. female who presents with as above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 45

Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

**Vitals:**

| | 10/19/16 1528 |
|---|---|
| BP: | 120/61 |
| Pulse: | **(!) 57** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 10/19/16

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam we've taken off the boot and the swelling is down. There is still some heat around the ankle and distal tibia. She has excellent flexion of the ankle when she dorsiflex she'll have pain anteriorly especially anteromedially and I think that's where she had the comminution the comminuted compressed fracture fragment. The mortise view looks fine. I told her that in my opinion she'll probably have some posttraumatic degenerative changes in the ankle but we're treating this more like a distal tibia fracture rather than an ankle fracture and I think it's going to take a little longer to heal. When she is using the boot she seems to get around fairly well but I don't think she is ready to get out of the boot yet. I've gone over her x-rays with her and I will see her back in 3 weeks continue use the boot and I have written her prescription for pain

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 10/19/2016 3:54 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

10/19/2016 1554 - Mark J. Hontas, MD

Disposition: Return in about 3 weeks (around 11/9/2016).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 10/19/2016 1526 | Admit Date/Time: | 10/19/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 10/19/2016 3:53 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 10/19/2016 3:54 PM Encounter Date: 10/19/2016 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**

Patient presents with
- Leg Pain

*f/u right distal tib/fib fx 8/12/16. Still has some pain & swells. Wearing short boot with FWB*

### HPI

Janice Thomas is a 46 y.o. female who presents with as above

### Past Medical History

History reviewed. No pertinent past medical history.

### Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 10/19/2016 3:53 PM (continued)**

| | |
|---|---|
| • Cesarean section *x2* | |
| • Hysterectomy | |
| • Stomach surgery *gastric sleeve* | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 10/19/2016 3:53 PM (continued)**

## Physical Exam

**Vitals:**

| | 10/19/16 1528 |
|---|---|
| BP: | 120/61 |
| Pulse: | **(!) 57** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 10/19/16

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam we've taken off the boot and the swelling is down. There is still some heat around the ankle and distal tibia. She has excellent flexion of the ankle when she dorsiflex she'll have pain anteriorly especially anteromedially and I think that's where she had the comminution the comminuted compressed fracture fragment. The mortise view looks fine. I told her that in my opinion she'll probably have some posttraumatic degenerative changes in the ankle but we're treating this more like a distal tibia fracture rather than an ankle fracture and I think it's going to take a little longer to heal. When she is using the boot she seems to get around fairly well but I don't think she is ready to get out of the boot yet. I've gone over her x-rays with her and I will see her back in 3 weeks continue use the boot and I have written her prescription for pain

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 10/19/2016 3:54 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 10/19/2016 1526 | Admit Date/Time: | 10/19/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |

**Admission Information - Patient Record Only (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 50

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

## Results

### Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | f/u fx distal tib/fib fx 8/12/16. States hurting today. Short boot intact. Pt states fell 2 days ago as she was carrying bag of ice that had a hole in it & pt slipped on the ice |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Right ankle pain, unspecified chronicity** - Primary | ICD-10-CM: M25.571<br>ICD-9-CM: 719.47 | |
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 11/9/2016** Date Reviewed: **11/9/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 11/9/2016** Never Reviewed

No immunizations on file.

### Medications

**Outpatient Medications at Start of Encounter as of 11/9/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 8/12/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/9/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/27/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 10/19/2016 | 1/9/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 11/9/2016 | 1/9/2017 |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 11/9/2016 1:56 PM Encounter Date: 11/9/2016 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

### Chief Complaint

Patient presents with

- Leg Pain

  *f/u fx distal tib/fib fx 8/12/16. States hurting today. Short boot intact. Pt states fell 2 days ago as she was carrying bag of ice that had a hole in it & pt slipped on the ice*

Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM (continued)

**HPI**

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 53

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

**Vitals:**

| | 11/09/16 1300 |
|---|---|
| BP: | 123/64 |
| Pulse: | 62 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 11/9/16
- Ambulatory Referral to Physical/Occupational Therapy

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam she the swelling is down. She still has stiffness in the ankle and she has some numbness going into the dorsum of the foot going into the toes. I think this represents anterior tibial nerve is probably getting caught up in some of that new bone. She is still in the boot she is trying to get out of bed but I think therapy will help her do that I'm going to send her to therapy for month and I refilled her pain medicine. We will then check her back and see how things are coming

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 11/9/2016 1:56 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

11/09/2016 1356 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 12/9/2016).

**Admission Information - Patient Record Only**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arrival Date/Time: | 11/09/2016 1255 | Admit Date/Time: | 11/09/2016 | IP Adm. Date/Time: | | | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | | | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A | | |
| Transfer Source: | | Service Area: | | Unit: | | | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | | | |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 11/9/2016 1:56 PM | Encounter Date: 11/9/2016 | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |

### Chief Complaint

**Chief Complaint**

Patient presents with
- Leg Pain

  *f/u fx distal tib/fib fx 8/12/16. States hurting today. Short boot intact. Pt states fell 2 days ago as she was carrying bag of ice that had a hole in it & pt slipped on the ice*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM (continued)**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM (continued)**

Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

### Physical Exam

**Vitals:**

| | 11/09/16 1300 |
|---|---|
| BP: | 123/64 |
| Pulse: | 62 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

### Assessment/Plan

**Right ankle pain, unspecified chronicity**
- X-Ray Ankle Complete Right; Future; Expected date: 11/9/16
- Ambulatory Referral to Physical/Occupational Therapy

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam she the swelling is down. She still has stiffness in the ankle and she has some numbness going into the dorsum of the foot going into the toes. I think this represents anterior tibial nerve is probably getting caught up in some of that new bone. She is still in the boot she is trying to get out of bed but I think therapy will help her do that I'm going to send her to therapy for month and I refilled her pain medicine. We will then check her back and see how things are coming

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 11/9/2016 1:56 PM



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 57

Liberty/Thomas 420

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 11/9/2016 1:55 PM (continued)**

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 11/09/2016 1255 | Admit Date/Time: | 11/09/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 58

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | f/u Right fx distal tib/fib 8/12/16. States still hurts & swells. Wearing loafer today, as she states she can't wear a shoe with a heel. Going to Schultz PT in Bog. |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 12/8/2016** — Date Reviewed: **12/8/2016**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 12/8/2016** — Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 12/8/2016**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 8/12/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 12/8/2016 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 9/27/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 10/19/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 11/9/2016 | 1/9/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM**

Author: Mark J. Hontas, MD
Filed: 12/8/2016 1:23 PM
Editor: Mark J. Hontas, MD (Physician)
Service: (none)
Encounter Date: 12/8/2016
Author Type: Physician
Status: Signed

### Chief Complaint

**Chief Complaint**



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 60

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM (continued)**

Patient presents with

- Ankle Pain

  *f/u Right fx distal tib/fib 8/12/16. States still hurts & swells. Wearing loafer today, as she states she can't wear a shoe with a heel. Going to Schultz PT in Bog.*

**HPI**

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

- methocarbamol (ROBAXIN) 750 MG Tab
- terbinafine HCl (LAMISIL) 250 mg tablet

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 12/08/16 1302 |
|---|---|
| BP: | 120/68 |
| Pulse: | 64 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM (continued)**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0
- etodolac (LODINE) 500 MG tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily. Dispense: 60 tablet; Refill: 5

On exam today there is still swelling along the medial and lateral aspect of the ankle. There is pain with weightbearing for more than an hour. She is only able to wear certain shoes when she is walking. Any kind of heel causes increased pain. She is still having numbness and tingling across the dorsum of the foot suggesting that the anterior tibial nerve maybe caught up in some of the healing tissue. She still has some loss of motion with dorsiflexion and plantar flexion and she is continuing with physical therapy. She is unable to return to work at this time. A part-time job consisting of standing for 4 hours with 15 minute break is not possible at this time for her. She may be a surgical candidate in the future if she continues to experience the numbness and tingling and burning in the anterior aspect of the foot. I have refilled her medicines and given her a prescription for more therapy. I will see her in a month

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 12/8/2016 1:23 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

12/08/2016 1323 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 1/8/2017).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/08/2016 1241 | Admit Date/Time: | 12/08/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 12/8/2016 1:23 PM | Encounter Date: 12/8/2016 | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |




05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 63

Liberty/Thomas 426

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM (continued)**

## Chief Complaint

### Chief Complaint

Patient presents with
- Ankle Pain
  *f/u Right fx distal tib/fib 8/12/16. States still hurts & swells. Wearing loafer today, as she states she can't wear a shoe with a heel. Going to Schultz PT in Bog.*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

### Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM (continued)**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab — Take 1 tablet by mouth every 12 (twelve) hours as needed.
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab — Take 1 tablet by mouth every 12 (twelve) hours as needed.
- methocarbamol (ROBAXIN) 750 MG Tab
- terbinafine HCl (LAMISIL) 250 mg tablet

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 12/08/16 1302 |
|---|---|
| BP: | 120/68 |
| Pulse: | 64 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 12/8/2016 12:40 PM (continued)**

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0
- etodolac (LODINE) 500 MG tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily. Dispense: 60 tablet; Refill: 5

On exam today there is still swelling along the medial and lateral aspect of the ankle. There is pain with weightbearing for more than an hour. She is only able to wear certain shoes when she is walking. Any kind of heel causes increased pain. She is still having numbness and tingling across the dorsum of the foot suggesting that the anterior tibial nerve maybe caught up in some of the healing tissue. She still has some loss of motion with dorsiflexion and plantar flexion and she is continuing with physical therapy. She is unable to return to work at this time. A part-time job consisting of standing for 4 hours with 15 minute break is not possible at this time for her. She may be a surgical candidate in the future if she continues to experience the numbness and tingling and burning in the anterior aspect of the foot. I have refilled her medicines and given her a prescription for more therapy. I will see her in a month

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 12/8/2016 1:23 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/08/2016 1241 | Admit Date/Time: | 12/08/2016 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Self Referral |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 66

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Ankle Pain** | (R); distal tib/fib fx 8/12/16 Attending Schultz P.T. Notes increased discomfort with change of weather. Continued tingling/numbness over dorsum of foot. Soreness/slight swellling over lateral aspect of ankle. |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |

**Problem List as of 1/9/2017** Date Reviewed: **1/9/2017**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 1/9/2017** Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 1/9/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 12/1/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 1/9/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **escitalopram oxalate (LEXAPRO) 10 MG tablet (Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Dose adjustment**<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Duplicate Order**<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 9/13/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 9/27/2016 | 1/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 10/19/2016 | 1/9/2017 |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 68

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 1/9/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 11/9/2016 | 1/9/2017 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 12/1/2016 | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig: Take 750 mg by mouth daily as needed (pain).<br>Class: Historical Med<br>Route: Oral | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig: Take 250 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 1/9/2017 | 3/9/2017 |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 1/9/2017 1:20 PM**

Author: Mark J. Hontas, MD
Service: (none)
Author Type: Physician
Filed: 1/9/2017 2:28 PM
Encounter Date: 1/9/2017
Status: Signed
Editor: Mark J. Hontas, MD (Physician)

## Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *(R); distal tib/fib fx 8/12/16 Attending Schultz P.T. Notes increased discomfort with change of weather. Continued tingling/numbness over dorsum of foot. Soreness/slight swellling over lateral aspect of ankle.*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

There is still some swelling to the left ankle. She still has numbness dorsally. I think she has the anterior tibial nerve entrapment. She is married a lot of gains in therapy and has lost a lot of the compensatory gait that she was using previously. She still has a certain amount of pain. She takes pain medication and anti-inflammatories. I want her to continue with physical therapy and I will see her back in a month

**Progress Notes by Mark J. Hontas, MD at 1/9/2017 1:20 PM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 1/9/2017 2:28 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

01/09/2017 1428 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 2/9/2017).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/09/2017 1312 | Admit Date/Time: | 01/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 1/9/2017 1:20 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 1/9/2017 2:28 PM    Encounter Date: 1/9/2017    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *(R); distal tib/fib fx 8/12/16 Attending Schultz P.T. Notes increased discomfort with change of weather. Continued tingling/numbness over dorsum of foot. Soreness/slight swellling over lateral aspect of ankle.*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 72

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 1/9/2017 1:20 PM (continued)**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 1/9/2017 1:20 PM (continued)**

Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

## Assessment/Plan

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

There is still some swelling to the left ankle. She still has numbness dorsally. I think she has the anterior tibial nerve entrapment. She is married a lot of gains in therapy and has lost a lot of the compensatory gait that she was using previously. She still has a certain amount of pain. She takes pain medication and anti-inflammatories. I want her to continue with physical therapy and I will see her back in a month

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 1/9/2017 2:28 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/09/2017 1312 | Admit Date/Time: | 01/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

THOMAS,JANICE
MRN: 1[illegible]235707
DOB: , Sex: F
Acct #: 11000830728
Enc. Date 02/09/17

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

## Results

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Follow-up** | R distal tib/fib fx 8/12/16, having numbness and tingling and lots of swelling, will elavate the leg while sitting and once home, in PT 3xweeks for about one month |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |
| **Traumatic closed displaced fracture of distal end of tibia with fibula, right, with routine healing, subsequent encounter** | ICD-10-CM: S82.301D<br>ICD-9-CM: V54.16 | |

**Problem List as of 2/9/2017** Date Reviewed: **2/9/2017**

None

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 2/9/2017** Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 2/9/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral | | | 12/1/2016 | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 75

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 2/9/2017 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med<br><br>Beverly Littlefield, RN 12/6/2016 1:05 PM<br>Received from: External Pharmacy | | | | |
| **etodolac (LODINE) 500 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 1/9/2017 | 3/9/2017 |
| **potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking)**<br>Class: Historical Med<br><br>Christy Jordan, RN 1/9/2017 1:39 PM<br>Received from: External Pharmacy | | | 1/5/2017 | 4/11/2017 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet (Taking)**<br>Sig: Take 1 tablet (500 mg total) by mouth 2 (two) times daily.<br>Class: Print<br>Route: Oral | 60 tablet | 5 | 12/8/2016 | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig: Take 750 mg by mouth daily as needed (pain).<br>Class: Historical Med<br>Route: Oral | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig: Take 250 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 1/9/2017 | 3/9/2017 |
| **potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Patient no longer taking** | | | 1/5/2017 | 4/11/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM**

Author: Mark J. Hontas, MD    Service: (none)    Author Type: Physician
Filed: 2/9/2017 5:03 PM    Encounter Date: 2/9/2017    Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**

Patient presents with

- Follow-up
  *R distal tib/fib fx 8/12/16, having numbness and tingling and lots of swelling, will elavate the leg while sitting and once home, in PT 3xweeks for about one month*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

**Vitals:**

| | 02/09/17 1426 |
|---|---|
| BP: | 118/88 |
| Pulse: | 68 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
I have recommended the physical therapist's report. Over the past month it seems that she has acquired a more normal gait. However she cannot stand or walk on that leg for more than 30 minutes at a time without besting. She has trouble with stairs. She has trouble with lifting heavier objects because of pain in the ankle. She still complains of some numbness in the anterior aspect of the ankle and dorsum of the foot. I feel that it might be the anterior tibial nerve getting caught up in some of the healing there. She is not able to return to work. Her progress is slow at therapy. She is probably experiencing some posttraumatic degenerative changes in the ankle. I want to continue with physical therapy and get x-rays when she returns. I will see her back in 1 month. I've refilled her pain medicine

## Assessment/Plan

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 2/9/2017 5:03 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

02/09/2017 1703 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 3/9/2017).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/09/2017 1403 | Admit Date/Time: | 02/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 2/9/2017 5:03 PM Encounter Date: 2/9/2017 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**
Patient presents with
- Follow-up
  *R distal tib/fib fx 8/12/16, having numbness and tingling and lots of swelling, will elavate the leg while sitting and once home, in PT 3xweeks for about one month*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM (continued)**

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:
No Known Allergies

## Review of Systems

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM (continued)**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

### Physical Exam

**Vitals:**

| | 02/09/17 1426 |
|---|---|
| BP: | 118/88 |
| Pulse: | 68 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
I have recommended the physical therapist's report. Over the past month it seems that she has acquired a more normal gait. However she cannot stand or walk on that leg for more than 30 minutes at a time without besting. She has trouble with stairs. She has trouble with lifting heavier objects because of pain in the ankle. She still complains of some numbness in the anterior aspect of the ankle and dorsum of the foot. I feel that it might be the anterior tibial nerve getting caught up in some of the healing there. She is not able to return to work. Her progress is slow at therapy. She is probably experiencing some posttraumatic degenerative changes in the ankle. I want to continue with physical therapy and get x-rays when she returns. I will see her back in 1 month. I've refilled her pain medicine

### Assessment/Plan

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 82
Liberty/Thomas 445

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 2/9/2017 1:20 PM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 2/9/2017 5:03 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/09/2017 1403 | Admit Date/Time: | 02/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 83

**Encounter-Level Documents:**
There are no encounter-level documents.

**Order-Level Documents:**
There are no order-level documents.

**Patient-Level Documents:**
There are no patient-level documents.

**Results**

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Leg Pain** | (R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Right ankle pain, unspecified chronicity** - Primary | ICD-10-CM: M25.571<br>ICD-9-CM: 719.47 | |

**Problem List as of 3/9/2017** Date Reviewed: **3/9/2017**
None

**Allergies as of 5/3/2017**
No Known Allergies

**Immunizations as of 3/9/2017** Never Reviewed
No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 3/9/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 12/1/2016 | |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 84

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 3/9/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking)**<br>Class: Historical Med<br>Christy Jordan, RN 1/9/2017 1:39 PM<br>Received from: External Pharmacy | | | 1/5/2017 | 4/11/2017 |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 12/8/2016 | 3/9/2017 |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print<br>Reason for Discontinue: **Duplicate Order** | 60 tablet | 0 | 1/9/2017 | 3/9/2017 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet (Taking)**<br>Sig: Take 25 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap (Taking)**<br>Class: Historical Med | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med | | | 12/1/2016 | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab (Taking)**<br>Sig: Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>Class: Print<br>Route: Oral | 60 tablet | 0 | 2/9/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)**<br>Sig: Take 750 mg by mouth daily as needed (pain).<br>Class: Historical Med<br>Route: Oral | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet (Taking)**<br>Sig: Take 250 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 8/12/2016 | |
| **potassium chloride (KLOR-CON) 10 MEQ TbSR (Taking/Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Patient no longer taking** | | | 1/5/2017 | 4/11/2017 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 3/13/2017 12:55 PM Encounter Date: 3/9/2017 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

## Chief Complaint

### Chief Complaint

Patient presents with

- Leg Pain

  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION *x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY *gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:
No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative

Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

## Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

## Assessment/Plan

**Right ankle pain, unspecified chronicity**
- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

Electronically signed by Mark J. Hontas, MD on 3/13/2017 12:55 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

03/13/2017 1255 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 4/9/2017).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 03/09/2017 1314 | Admit Date/Time: | 03/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 3/13/2017 12:55 PM Encounter Date: 3/9/2017 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

### Chief Complaint

**Chief Complaint**

Patient presents with

- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

### HPI

Janice Thomas is a 46 y.o. female who presents with above

### Past Medical History

History reviewed. No pertinent past medical history.

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

### Physical Exam

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

### Assessment/Plan

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 91
Liberty/Thomas 454

## Progress Notes (continued)

**Progress Notes by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

Electronically signed by Mark J. Hontas, MD on 3/13/2017 12:55 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 03/09/2017 1314 | Admit Date/Time: | 03/09/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Krupa Gandhi, MD |



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 92

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433
Lab Orders & Results

THOMAS,JANICE
MRN: 10235707
DOB: I, Sex: F
Acct #: 11000924364
Adm: 4/12/2017

## Laboratory Results

Resulted: 04/12/17 0626, Result status: Final result

**CBC auto differential [269497296] (Abnormal)**

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 Resulting lab: ST. TAMMANY PARISH HOSPITAL

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.07 | 3.90 - 12.70 K/uL | | STLB |
| RBC | 3.22 | 4.00 - 5.40 M/uL | L | STLB |
| Hemoglobin | 10.5 | 12.0 - 16.0 g/dL | L | STLB |
| Hematocrit | 32.2 | 37.0 - 48.5 % | L | STLB |
| MCV | 100 | 82 - 98 fL | H | STLB |
| MCH | 32.6 | 27.0 - 31.0 pg | H | STLB |
| MCHC | 32.6 | 32.0 - 36.0 % | | STLB |
| RDW | 13.8 | 11.5 - 14.5 % | | STLB |
| Platelets | 215 | 150 - 350 K/uL | | STLB |
| MPV | 9.5 | 9.2 - 12.9 fL | | STLB |
| Gran # | 2.7 | 1.8 - 7.7 K/uL | | STLB |
| Lymph # | 1.9 | 1.0 - 4.8 K/uL | | STLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | | STLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | STLB |
| Baso # | 0.06 | 0.00 - 0.20 K/uL | | STLB |
| nRBC | 0 | 0 /100 WBC | | STLB |
| Gran% | 54.2 | 38.0 - 73.0 % | | STLB |
| Lymph% | 37.7 | 18.0 - 48.0 % | | STLB |
| Mono% | 4.9 | 4.0 - 15.0 % | | STLB |
| Eosinophil% | 2.0 | 0.0 - 8.0 % | | STLB |
| Basophil% | 1.2 | 0.0 - 1.9 % | | STLB |
| Differential Method | Automated | | | STLB |

Resulted: 04/12/17 0639, Result status: Final result

**Basic metabolic panel [269497295] (Abnormal)**

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 Resulting lab: ST. TAMMANY PARISH HOSPITAL

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 145 | 136 - 145 mmol/L | | STLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | STLB |
| Chloride | 114 | 95 - 110 mmol/L | H | STLB |
| CO2 | 24 | 22 - 31 mmol/L | | STLB |
| Glucose | 76 | 70 - 110 mg/dL | | STLB |

Comment:
The ADA recommends the following guidelines for fasting glucose:

## Laboratory Results (continued)

**Basic metabolic panel [269497295] (Abnormal) (continued)**

Resulted: 04/12/17 0639, Result status: Final result

Normal: less than 100 mg/dL
Prediabetes: 100 mg/dL to 125 mg/dL
Diabetes: 126 mg/dL or higher

| | | | | |
|---|---|---|---|---|
| BUN, Bld | 19 | 7 - 18 mg/dL | H | STLB |
| Creatinine | 0.62 | 0.50 - 1.40 mg/dL | | STLB |
| Calcium | 8.5 | 8.4 - 10.2 mg/dL | | STLB |
| Anion Gap | 7 | 8 - 16 mmol/L | L | STLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | | STLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | | STLB |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are giver for each creatinine result.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **270 - STLB** | ST. TAMMANY PARISH HOSPITAL | Dale J Morvant, M.D. | 1202 South Tyler Street Covington LA 70433 | 07/23/15 1646 - Present |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/12/2017 0514 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Orthopedic Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | St. Tammany Service Area | Unit: | Stph Periop Services |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | Mark J. Hontas, MD | Referring Provider: | Mark J. Hontas, MD |

**Discharge Information - Patient Record Only**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/12/2017 1225 | Home Or Self Care | None | None | Stph Periop Services |

**Discharge Information - Patient Record Only (continued)**

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S84.01XD [Principal] | Injury of tibial nerve at lower leg level, right leg, subsequent encounter | | | | |

**Hospital Problem List as of 4/12/2017** Reviewed: **4/12/2017 by Patrick P. McCaslin, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| * **(Principal)Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | 4/12/2017 | Not Applicable |
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | 4/12/2017 | Yes |

**Non-Hospital Problem List as of 4/12/2017** Reviewed: **4/12/2017 by Patrick P. McCaslin, MD**

None

**History & Physicals**

**H&P by Mark J. Hontas, MD at 4/12/2017 9:12 AM**

Author: Mark J. Hontas, MD Service: Orthopedic Surgery Author Type: Physician
Filed: 4/12/2017 9:12 AM Status: Signed Editor: Mark J. Hontas, MD (Physician)

**Progress Notes**
**Encounter Date: 3/9/2017**
**Mark J. Hontas, MD**
**Orthopedic Surgery**

☐Hide copied text

**Chief Complaint**

**Chief Complaint**
Patient presents with
- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Fsels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History:**

## History & Physicals (continued)

**H&P by Mark J. Hontas, MD at 4/12/2017 9:12 AM (continued)**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

### Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

## Allergies

Review of patient's allergies indicates:
No Known Allergies

## Review of Systems

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI

Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

**Assessment/Plan**
**Right ankle pain, unspecified chronicity**
- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

**H&P by Mark J. Hontas, MD at 4/12/2017 9:12 AM (continued)**

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD at 3/13/2017 12:55 PM

Office Visit on 3/9/2017

Detailed Report

Electronically signed by Mark J. Hontas, MD on 4/12/2017 9:12 AM

**H&P filed by Historical Provider, MD at 4/14/2017 4:51 PM**

Author: Historical Provider, MD | Service: (none) | Author Type: Physician
Filed: 4/14/2017 4:51 PM | Status: Signed | Editor: Interface, Transcription Incoming
Scan on 4/14/2017 4:26 PM : HONTAS, MARK (below)



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 98

## History & Physicals (continued)

**H&P filed by Historical Provider, MD at 4/14/2017 4:51 PM (continued)**

**PATIENT HISTORY**

PRESENT ILLNESS:

PAST HISTORY (include previous illnesses and previous operations):

ALLERGIES: ☐ NONE

CURRENT MEDICATIONS:

FAMILY/SOCIAL HISTORY:
Non-contributory except

REVIEW OF SYSTEMS:
Non-contributory except

PHYSICAL EXAMINATION (required items (*) must be documented):

| | | | |
|---|---|---|---|
| General: | ☐ WNL | Breasts: | ☐ WNL |
| Skin: | ☐ WNL | Abdomen: | ☐ WNL |
| HEENT: | ☐ WNL | Genitalia: | ☐ WNL |
| Neck: | ☐ WNL | Rectal: | ☐ WNL |
| *Chest Lungs: | ☐ WNL | Extremities: | ☐ WNL |
| *Heart: | ☐ WNL | Neurological: | ☐ WNL |

PHYSICAL EXAM- PERTINENT TO CHIEF COMPLAINT:

ADMITTING DIAGNOSIS:

PLAN:

OPHTHALMOLOGY:

| | | | |
|---|---|---|---|
| Visual acuity best corrected w/o glare | Visual acuity best correct with glare | IOL Style & Power | Pertinent Physical Findings: |
| Right | Right | MAIN: | K: A/L: |
| Left | Left | ANT: | I.P. |
| | | SULCUS: | Lens: DVM: |

**Physician Signature:** Date: Time:

**H & P Update on Admission:** [ ] **Patient Examined, No Changes to Patient's Condition**
[ ] **Update to Patient's Condition Note:**

**Physician Signature:** **Date/Time:**

St. Tammany Parish Hospital
World-Class Healthcare. Close To Home.

HAR:

THOMAS, JANICE
HAR: 11000924364
CSN: 79177806 Female
DOB: 0/ /1970 (46 yrs)
MRN:
Adm D

**SHORT FORM HISTORY AND PHYSICAL**

STPH.00180 Rev. 03/2013 Page 1 of 2

Electronically signed by Interface, Transcription Incoming on 4/14/2017 4:51 PM

## Brief Op Note

**Brief Op Note by Mark J. Hontas, MD at 4/12/2017 9:08 AM**

Author: Mark J. Hontas, MD
Filed: 4/12/2017 9:10 AM
Service: Orthopedic Surgery
Status: Signed
Author Type: Physician
Editor: Mark J. Hontas, MD (Physician)

## St. Tammany Parish Hospital
## Brief Operative Note

### SUMMARY

**Surgery Date:** 4/12/2017

Surgeon(s) and Role:
* Mark J. Hontas, MD - Primary

Assisting Surgeon: None

**Pre-op Diagnosis:** Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

**Post-op Diagnosis:** Post-Op Diagnosis Codes:
* Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

Procedure(s) (LRB):
Decompression Nerve - Anteriotibial Nerve - Ankle (Right)

**Anesthesia:** General

**Description of the findings of the procedure:** neurolysis ant tib nerve

**Findings/Key Components:** injury to ant tib nerve

**Estimated Blood Loss:** * No values recorded between 4/12/2017 7:37 AM and 4/12/2017 8:43 AM *

**Specimens:**
**Specimen**
None

## Discharge Note

### SUMMARY

**Admit Date**: 4/12/2017

**Discharge Date and Time:** 04/12/2017 9:09 AM

**Hospital Course** (synopsis of major diagnoses, care, treatment, and services provided during the course of the hospital stay): as above

**Final Diagnosis:** Post-Op Diagnosis Codes:
* Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

**Disposition:** Home or Self Care

**Follow Up/Patient Instructions:**

**Medications:**
Reconciled Home Medications:

**Current Discharge Medication List**

**START taking these medications**

| | Details |
|---|---|
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. *Qty:* 60 tablet, *Refills:* 0 |

**!! - Potential duplicate medications found. Please discuss with provider.**

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet** | Take 25 mg by mouth every evening. |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap** | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet** | Take 20 mg by mouth once daily. |
| **etodolac (LODINE) 500 MG tablet** | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. *Qty:* 60 tablet, *Refills:* 5 |
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 12 (twelve) hours as needed. *Qty:* 60 tablet, *Refills:* 0 |
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 12 (twelve) hours as needed. *Qty:* 60 tablet, *Refills:* 0 |
| **terbinafine HCl (LAMISIL) 250 mg tablet** | Take 250 mg by mouth once daily. |
| **methocarbamol (ROBAXIN) 750 MG Tab** | Take 750 mg by mouth daily as needed (pain). |

**!! - Potential duplicate medications found. Please discuss with provider.**

**Discharge Procedure Orders**

***Diet general***

***Call MD for: temperature >100.4***

***Call MD for: persistent nausea and vomiting***

***Call MD for: severe uncontrolled pain***

***Call MD for: difficulty breathing, headache or visual disturbances***

***Call MD for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)***

***Call MD for: hives***

***Call MD for: persistent dizziness or light-headedness***

***Call MD for: extreme fatigue***

## Follow-up Information

**Follow up with Mark J. Hontas, MD in 2 weeks.**
Specialty: Orthopedic Surgery
Contact information:
71211 HIGHWAY 21
SUITE A
Covington LA 70433
985-893-9922

Electronically signed by Mark J. Hontas, MD on 4/12/2017 9:10 AM

## Operative Notes

**Op Note by Mark J. Hontas, MD at 4/12/2017 9:16 AM**

Author: Mark J. Hontas, MD
Filed: 4/12/2017 9:16 AM
Service: Orthopedic Surgery
Status: Signed
Author Type: Physician
Editor: Mark J. Hontas, MD (Physician)

Dictation #1
MRN:10235707 CSN:79977606

Electronically signed by Mark J. Hontas, MD on 4/12/2017 9:16 AM

**Op Note signed by Mark J. Hontas, MD at 4/13/2017 4:21 PM**

Author: Mark J. Hontas, MD
Filed: 4/13/2017 4:21 PM
Service: (none)
Status: Signed
Author Type: Physician
Editor: Mark J. Hontas, MD (Physician)



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99
Liberty/Thomas 465

DATE OF PROCEDURE: 04/12/2017

PREOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

POSTOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

PROCEDURE PERFORMED: Decompression and neurolysis of the anterior tibial nerve.

SURGEON: Mark Hontas, M.D.

ASSISTANT: Samantha Dickens.

DESCRIPTION OF PROCEDURE: After proper consents were signed, the patient was taken to the Operating Room and was placed supine on the operating room table. Under general endotracheal anesthesia, the right lower extremity was prepped and draped in the usual sterile fashion. We found her pulses on the dorsalis pedis pulse and marked that and then the leg was exsanguinated. A tourniquet was placed up to 350 mmHg. An anterior incision was made over the ankle joint. Subcutaneous tissues divided. Dissection was carried down to the retinaculum, which was carefully split. We identified the anterior tibial tendon, the extensor hallucis longus tendon and the extensor digitorum communis tendons. We were careful to protect the superficial peroneal nerve as we first made our incision and protected this laterally. We dissected down between the extensor hallucis tendon and the communis tendon and identified the neurovascular bundle. We isolated the nerve and dissected this out going proximally in the incision and then carefully tracing this out distally distal to the ankle joint. There was an area where there was some swelling of that nerve suggesting some injury to that area. We made sure that all the area was completely decompressed. We then irrigated the wound thoroughly and let the tourniquet down. We partially closed the retinaculum proximally keeping the rest open so as not to cause any more pressure on the nerve. A 2-0 Vicryl suture was used to close subcutaneous tissues and 3-0 PDS suture was used to close the skin. Soft dressing was applied and the patient was taken to Recovery Room in stable condition. She was placed in a boot for comfort with the instructions to weightbear as tolerated.

MH/HN dd: 04/12/2017 09:16:07 (CDT) td: 04/12/2017 20:57:00 (CDT) Doc ID #2016832 Job ID #093872

CC:

Electronically signed by Mark J. Hontas, MD on 4/13/2017 4:21 PM

## Operative Notes (continued)

**Op Note signed by Mark J. Hontas, MD at 4/13/2017 4:21 PM (continued)**

## Lab Results

**CBC auto differential [269497296] (Abnormal)** Resulted: 04/12/17 0626, Result status: Final result

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 Resulting lab: ST. TAMMANY PARISH HOSPITAL

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.07 | 3.90 - 12.70 K/uL | | |
| RBC | 3.22 | 4.00 - 5.40 M/uL | L | |
| Hemoglobin | 10.5 | 12.0 - 16.0 g/dL | L | |
| Hematocrit | 32.2 | 37.0 - 48.5 % | L | |
| MCV | 100 | 82 - 98 fL | H | |
| MCH | 32.6 | 27.0 - 31.0 pg | H | |
| MCHC | 32.6 | 32.0 - 36.0 % | | |
| RDW | 13.8 | 11.5 - 14.5 % | | |
| Platelets | 215 | 150 - 350 K/uL | | |
| MPV | 9.5 | 9.2 - 12.9 fL | | |
| Gran # | 2.7 | 1.8 - 7.7 K/uL | | |
| Lymph # | 1.9 | 1.0 - 4.8 K/uL | | |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | | |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | | |
| Baso # | 0.06 | 0.00 - 0.20 K/uL | | |
| nRBC | 0 | 0 /100 WBC | | |
| Gran% | 54.2 | 38.0 - 73.0 % | | |
| Lymph% | 37.7 | 18.0 - 48.0 % | | |
| Mono% | 4.9 | 4.0 - 15.0 % | | |
| Eosinophil% | 2.0 | 0.0 - 8.0 % | | |
| Basophil% | 1.2 | 0.0 - 1.9 % | | |
| Differential Method | Automated | | | |

**Basic metabolic panel [269497295] (Abnormal)** Resulted: 04/12/17 0639, Result status: Final result

Ordering provider: Mark J. Hontas, MD 04/12/17 0529 Resulting lab: ST. TAMMANY PARISH HOSPITAL

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/17 0553 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 145 | 136 - 145 mmol/L | | |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | | |
| Chloride | 114 | 95 - 110 mmol/L | H | |
| CO2 | 24 | 22 - 31 mmol/L | | |
| Glucose | 76 | 70 - 110 mg/dL | | |

Comment:
The ADA recommends the following guidelines for fasting glucose:
Normal: less than 100 mg/dL
Prediabetes: 100 mg/dL to 125 mg/dL
Diabetes: 126 mg/dL or higher

## Lab Results (continued)

**Basic metabolic panel [269497295] (Abnormal) (continued)** Resulted: 04/12/17 0639, Result status: Final result

| | | | |
|---|---|---|---|
| BUN, Bld | 19 | 7 - 18 mg/dL | H |
| Creatinine | 0.62 | 0.50 - 1.40 mg/dL | |
| Calcium | 8.5 | 8.4 - 10.2 mg/dL | |
| Anion Gap | 7 | 8 - 16 mmol/L | L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 270 - STLB | ST. TAMMANY PARISH HOSPITAL | Dale J Morvant, M.D. | 1202 South Tyler Street Covington LA 70433 | 07/23/15 1646 - Present |

## All Cardiac Results

**EKG 12-LEAD [269534243]** Resulted: 04/12/17 0000, Result status: Final result

Ordering provider: Historical Provider, MD 04/12/17 0000



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433
Continuity of Care

THOMAS,JANICE
MRN: 10235707
DOB: Sex: F
Acct #: 11000924364
Adm: 4/12/2017

**Discharge Instructions** Thomas, Janice (MR # 10235707)

| Date | Status | User | User Type | Discharge Note |
| --- | --- | --- | --- | --- |
| 04/12/17 1052 | Pended | Kathleen Turgeau, RN | Registered Nurse | Original |
| **Note:** | | | | |

**Discharge Instructions: After Your Surgery**

You've just had surgery. During surgery you were given medicine called anesthesia to keep you relaxed and free of pain. After surgery you may have some pain or nausea This is common. Here are some tips for feeling better and getting well after surgery.



**Stay on schedule with your medication.**

**Going home**

Your doctor or nurse will show you how to take care of yourself when you go home. He or she will also answer your questions. Have an adult family member or friend drive you home. For the first 24 hours after your surgery:

- Do not drive or use heavy equipment.
- Do not make important decisions or sign legal papers.
- Do not drink alcohol.
- Have someone stay with you, if needed. He or she can watch for problems and help keep you safe.

Be sure to go to all follow-up visits with your doctor. And rest after your surgery for as long as your doctor tells you to.

**Coping with pain**

If you have pain after surgery, pain medicine will help you feel better. Take it as told, before pain becomes severe. Also, ask your doctor or pharmacist about other ways to control pain. This might be with heat, ice, or relaxation. And follow any other instructions your surgeon or nurse gives you.

**Tips for taking pain medicine**

To get the best relief possible, remember these points:

- Pain medicines can upset your stomach. Taking them with a little food may help.
- Most pain relievers taken by mouth need at least 20 to 30 minutes to start to work.
- Taking medicine on a schedule can help you remember to take it. Try to time your medicine so that you can take it before starting an activity. This might be before you get dressed, go for a walk, or sit down for dinner.
- Constipation is a common side effect of pain medicines. Call your doctor before taking any medicines such as laxatives or stool softeners to help ease constipation. Also ask if you should skip any foods.

Drinking lots of fluids and eating foods such as fruits and vegetables that are high in fiber can also help. Remember, do not take laxatives unless your surgeon has prescribed them.

- Drinking alcohol and taking pain medicine can cause dizziness and slow your breathing. It can even be deadly. Do not drink alcohol while taking pain medicine.
- Pain medicine can make you react more slowly to things. Do not drive or run machinery while taking pain medicine.

Your health care provider may tell you to take acetaminophen to help ease your pain. Ask him or her how much you are supposed to take each day. Acetaminophen or other pain relievers may interact with your prescription medicines or other over-the-counter (OTC) drugs Some prescription medicines have acetaminophen and other ingredients. Using both prescription and OTC acetaminophen for pain can cause you to overdose. Read the labels on your OTC medicines with care. This will help you to clearly know the list of ingredients, how much to take, and any warnings. It may also help you not take too much acetaminophen. If you have questions or do not understand the information, ask your pharmacist or health care provider to explain it to you before you take the OTC medicine.

**Managing nausea**

Some people have an upset stomach after surgery. This is often because of anesthesia, pain, or pain medicine, or the stress of surgery. These tips will help you handle nausea and eat healthy foods as you get better. If you were on a special food plan before surgery, ask your doctor if you should follow it while you get better. These tips may help:

- Do not push yourself to eat. Your body will tell you when to eat and how much.
- Start off with clear liquids and soup. They are easier to digest.
- Next try semi-solid foods, such as mashed potatoes, applesauce, and gelatin, as you feel ready.
- Slowly move to solid foods. Don't eat fatty, rich, or spicy foods at first.
- Do not force yourself to have 3 large meals a day. Instead eat smaller amounts more often.
- Take pain medicines with a small amount of solid food, such as crackers or toast, to avoid nausea.

**Call your surgeon if...**

- You still have pain an hour after taking medicine. The medicine may not be strong enough.
- You feel too sleepy, dizzy, or groggy. The medicine may be too strong.
- You have side effects like nausea, vomiting, or skin changes, such as rash, itching, or hives.

**If you have obstructive sleep apnea**

You were given anesthesia medicine during surgery to keep you comfortable and free of pain. After surgery, you may have more apnea spells because of this medicine and other medicines you were given. The spells may last longer than usual.

At home:

- Keep using the continuous positive airway pressure (CPAP) device when you sleep. Unless your health care provider tells you not to, use it when you sleep, day or night. CPAP is a common device used to treat obstructive sleep apnea.
- Talk with your provider before taking any pain medicine, muscle relaxants, or sedatives. Your provider will tell you about the possible dangers of taking these medicines.

**Date Last Reviewed:** 10/16/2014

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433
Continuity of Care

THOMAS,JANICE
MRN: 0235707
DOB: , Sex: F
Acct #: 11000924364
Adm: 4/12/2017

**Encounter-Level Documents - 04/12/2017:**

History and Physical - Scan on 4/14/2017 4:26 PM : HONTAS, MARK (below)

PATIENT HISTORY

PRESENT ILLNESS: [illegible]

PAST HISTORY (include previous illnesses and previous operations): [illegible]

ALLERGIES: ☐ NONE

CURRENT MEDICATIONS: [illegible]

FAMILY/SOCIAL HISTORY:
✓ Non-contributory except

REVIEW OF SYSTEMS:
Non-contributory except ✓

PHYSICAL EXAMINATION (required items (*) must be documented):

| | | | |
|---|---|---|---|
| General: | ☑ WNL | Breasts: | ☑ WNL |
| Skin: | ☑ WNL | Abdomen: | ☑ WNL |
| HEENT: | ☑ WNL | Genitalia: | ☑ WNL |
| Neck: | ☑ WNL | Rectal: | ☑ WNL |
| *Chest Lungs: | ☑ WNL | Extremities: | ☑ WNL |
| *Heart: | ☑ WNL | Neurological: | ☑ WNL |

PHYSICAL EXAM- PERTINENT TO CHIEF COMPLAINT: [illegible]

ADMITTING DIAGNOSIS: [illegible]

PLAN: [illegible]

OPHTHALMOLOGY:

| Visual acuity best corrected w/o glare | Visual acuity best correct with glare | IOL Style & Power | Pertinent Physical Findings: |
|---|---|---|---|
| Right | Right | MAIN: | K: AC: |
| Left | Left | ANT: | IJ: |
| | | SULCUS: | D: |

Physician Signature: [signature] Date: [illegible] Time: [illegible]

II & P Update on Admission: [ ✓ ] Patient Examined, No Changes to Patient's Condition
[ ] Update to Patient's Condition Noted:

Physician Signature: [signature] Date/Time: [illegible]

St. Tammany Parish Hospital
World-Class Healthcare. Close to Home.

HAR:

THOMAS,JANICE
HAR: 11000924364
CSN: 7997780 Female
DOB:
MRN:
Adm I

SHORT FORM HISTORY AND PHYSICAL

STPH.00180 Rev. 03/2013 Page 1 of 2

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/12/2017 0514 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Orthopedic | Secondary | N/A |

**Admission Information - Patient Record Only (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Transfer Source: | | Service Area: | Surgery St. Tammany Service Area | Service: Unit: | Stph Periop Services |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | Mark J. Hontas, MD | Referring Provider: | Mark J. Hontas, MD |

## Progress Notes

**Progress Notes by Kathleen Turgeau, RN at 4/12/2017 10:25 AM**

Author: Kathleen Turgeau, RN  Service: Nursing  Author Type: Registered Nurse
Filed: 4/12/2017 10:55 AM  Status: Signed  Editor: Kathleen Turgeau, RN (Registered Nurse)

Patient here from PACU. Report received from John RN. No complaints of pain nor nausea. Scope patch in progress. Ice chips given and instructed to take slowly. Right leg with dressing and boot. Pedal pulse palpatable and foot warm to touch with pink toes.

Electronically signed by Kathleen Turgeau, RN on 4/12/2017 10:55 AM

**Progress Notes by Kathleen Turgeau, RN at 4/12/2017 10:55 AM**

Author: Kathleen Turgeau, RN  Service: Nursing  Author Type: Registered Nurse
Filed: 4/12/2017 10:56 AM  Status: Signed  Editor: Kathleen Turgeau, RN (Registered Nurse)

No change in assess.

Electronically signed by Kathleen Turgeau, RN on 4/12/2017 10:56 AM

**Progress Notes by Kathleen Turgeau, RN at 4/12/2017 11:59 AM**

Author: Kathleen Turgeau, RN  Service: Nursing  Author Type: Registered Nurse
Filed: 4/12/2017 12:02 PM  Status: Signed  Editor: Kathleen Turgeau, RN (Registered Nurse)

Patient's family and patient given all DC instructions along with RX,reccommended follow up appt,nerve block instructions and precautions,elevate right leg,verbalizes understanding. Assisted patient up to sit at bedside and now dresses.

Electronically signed by Kathleen Turgeau, RN on 4/12/2017 12:02 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/12/2017 0514 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Orthopedic Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | St. Tammany Service Area | Unit: | Stph Periop Services |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | Mark J. Hontas, MD | Referring Provider: | Mark J. Hontas, MD |

**Brief Op Note**

**Brief Op Note by Mark J. Hontas, MD at 4/12/2017 9:08 AM**

Author: Mark J. Hontas, MD
Filed: 4/12/2017 9:10 AM
Service: Orthopedic Surgery
Status: Signed
Author Type: Physician
Editor: Mark J. Hontas, MD (Physician)

## St. Tammany Parish Hospital
## Brief Operative Note

### SUMMARY

**Surgery Date:** 4/12/2017

Surgeon(s) and Role:
* Mark J. Hontas, MD - Primary

Assisting Surgeon: None

**Pre-op Diagnosis:** Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

**Post-op Diagnosis:** Post-Op Diagnosis Codes:
* Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

Procedure(s) (LRB):
Decompression Nerve - Anteriotibial Nerve - Ankle (Right)

**Anesthesia:** General

**Description of the findings of the procedure:** neurolysis ant tib nerve

**Findings/Key Components:** injury to ant tib nerve

**Estimated Blood Loss:** * No values recorded between 4/12/2017 7:37 AM and 4/12/2017 8:43 AM *

**Specimens:**

**Specimen**
None

## Discharge Note

### SUMMARY

**Admit Date**: 4/12/2017

**Discharge Date and Time:** 04/12/2017 9:09 AM

**Hospital Course** (synopsis of major diagnoses, care, treatment, and services provided during the course of the hospital stay): as above

**Final Diagnosis:** Post-Op Diagnosis Codes:



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99

**Brief Op Note (continued)**

**Brief Op Note by Mark J. Hontas, MD at 4/12/2017 9:08 AM (continued)**

* Posterior tibial nerve injury, right, subsequent encounter [S84.01XD]

**Disposition:** Home or Self Care

**Follow Up/Patient Instructions:**

**Medications:**
Reconciled Home Medications:

**Current Discharge Medication List**

## START taking these medications

| | Details |
|---|---|
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 4 (four) hours as needed for Pain.<br>*Qty:* 60 tablet, *Refills:* 0 |

**!! - Potential duplicate medications found. Please discuss with provider.**

## CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet** | Take 25 mg by mouth every evening. |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap** | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet** | Take 20 mg by mouth once daily. |
| **etodolac (LODINE) 500 MG tablet** | Take 1 tablet (500 mg total) by mouth 2 (two) times daily.<br>*Qty:* 60 tablet, *Refills:* 5 |
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>*Qty:* 60 tablet, *Refills:* 0 |
| **!! hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | Take 1 tablet by mouth every 12 (twelve) hours as needed.<br>*Qty:* 60 tablet, *Refills:* 0 |
| **terbinafine HCl (LAMISIL) 250 mg tablet** | Take 250 mg by mouth once daily. |
| **methocarbamol (ROBAXIN) 750 MG Tab** | Take 750 mg by mouth daily as needed (pain). |

**!! - Potential duplicate medications found. Please discuss with provider.**

**Discharge Procedure Orders**

***Diet general***

***Call MD for: temperature >100.4***

**Brief Op Note (continued)**

**Brief Op Note by Mark J. Hontas, MD at 4/12/2017 9:08 AM (continued)**

***Call MD for: persistent nausea and vomiting***

***Call MD for: severe uncontrolled pain***

***Call MD for: difficulty breathing, headache or visual disturbances***

***Call MD for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)***

***Call MD for: hives***

***Call MD for: persistent dizziness or light-headedness***

***Call MD for: extreme fatigue***

## Follow-up Information

**Follow up with Mark J. Hontas, MD In 2 weeks.**
Specialty: Orthopedic Surgery
Contact information:
71211 HIGHWAY 21
SUITE A
Covington LA 70433
985-893-9922

Electronically signed by Mark J. Hontas, MD on 4/12/2017 9:10 AM

**Operative Notes**

**Op Note by Mark J. Hontas, MD at 4/12/2017 9:16 AM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: Orthopedic Surgery | Author Type: Physician |
| Filed: 4/12/2017 9:16 AM | Status: Signed | Editor: Mark J. Hontas, MD (Physician) |

Dictation #1
MRN:10235707 CSN:79977606

Electronically signed by Mark J. Hontas, MD on 4/12/2017 9:16 AM

**Op Note signed by Mark J. Hontas, MD at 4/13/2017 4:21 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 4/13/2017 4:21 PM | Status: Signed | Editor: Mark J. Hontas, MD (Physician) |

DATE OF PROCEDURE: 04/12/2017

PREOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

POSTOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

PROCEDURE PERFORMED: Decompression and neurolysis of the anterior tibial nerve.

SURGEON: Mark Hontas, M.D.

ASSISTANT: Samantha Dickens.

DESCRIPTION OF PROCEDURE: After proper consents were signed, the patient was taken to the Operating Room and was placed supine on the operating room table. Under general endotracheal anesthesia, the right lower extremity was prepped and draped in the usual sterile fashion. We found her pulses on the dorsalis pedis pulse and marked that and then the leg was exsanguinated. A tourniquet was placed up to 350 mmHg. An anterior incision was made over the ankle joint. Subcutaneous tissues divided. Dissection was carried down to the retinaculum, which was carefully split. We identified the anterior tibial tendon, the extensor hallucis longus tendon and the extensor digitorum communis tendons. We were careful to protect the superficial peroneal nerve as we first made our incision and protected this laterally. We dissected down between the extensor hallucis tendon and the communis tendon and identified the neurovascular bundle. We isolated the nerve and dissected this out going proximally in the incision and then carefully tracing this out distally distal to the ankle joint. There was an area where there was some swelling of that nerve suggesting some injury to that area. We made sure that all the area was completely decompressed. We then irrigated the wound thoroughly and let the tourniquet down. We partially closed the retinaculum proximally keeping the rest open so as not to cause any more pressure on the nerve. A 2-0 Vicryl suture was used to close subcutaneous tissues and 3-0 PDS suture was used to close the skin. Soft dressing was applied and the patient was taken to Recovery Room in stable condition. She was placed in a boot for comfort with the instructions to weightbear as tolerated.

MH/HN dd: 04/12/2017 09:16:07 (CDT) td: 04/12/2017 20:57:00 (CDT) Doc ID #2016832 Job ID #093872

CC:

Electronically signed by Mark J. Hontas, MD on 4/13/2017 4:21 PM

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

**Results**

## Visit Summary

**Diagnoses**

None.

**Problem List as of 4/12/2017** — Date Reviewed: **4/12/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | | | 4/12/2017 - Present |
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | | | 4/12/2017 - 4/12/2017 |

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 4/12/2017** — Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 4/12/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med<br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 7/28/2016 | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 4/12/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

## Notes

**H&P Notes**

No notes of this type exist for this encounter.

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/12/2017 | IP Adm. Date/Time: | |
| Admission Type: | | Point of Origin: | | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | | Attending Provider: | | Referring Provider: | |


**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/12/2017 | IP Adm. Date/Time: | |
| Admission Type: | | Point of Origin: | | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | | Attending Provider: | | Referring Provider: | |

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

There are no patient-level documents.

## Results

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| **Post-op Evaluation** | s/p Decompression & neurolysis right ant tib nerve 4/12/17. PO # 1. C/o some soreness. Drsg & boot intact. Running suture removed |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter - Primary** | ICD-10-CM: S82.201D, S82.401D<br>ICD-9-CM: V54.16 | |
| **Injury of tibial nerve at right lower leg level, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | |

**Problem List as of 4/24/2017** Date Reviewed: **4/24/2017**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Injury of tibial nerve at lower leg level, right leg, subsequent encounter** | ICD-10-CM: S84.01XD<br>ICD-9-CM: V58.89, 956.5 | | | 4/12/2017 - Present |
| RESOLVED: Injury of posterior tibial nerve | ICD-10-CM: S84.00XA, S81.809A<br>ICD-9-CM: 956.2 | | | 4/12/2017 - 4/12/2017 |

**Allergies as of 5/3/2017**

No Known Allergies

**Immunizations as of 4/24/2017** Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 4/24/2017**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 25 MG tablet**<br>Sig - Route: Take 25 mg by mouth every evening. - Oral<br>Class: Historical Med | | | 8/12/2016 | |
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Class: Historical Med | | | 7/28/2016 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 4/24/2017 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | | |
| **escitalopram oxalate (LEXAPRO) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **etodolac (LODINE) 500 MG tablet**<br>Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral<br>Class: Print | 60 tablet | 5 | 12/8/2016 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 2/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 3/9/2017 | |
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. - Oral<br>Class: Print | 60 tablet | 0 | 4/12/2017 | |
| **methocarbamol (ROBAXIN) 750 MG Tab**<br>Sig - Route: Take 750 mg by mouth daily as needed (pain). - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 12/8/2016 1:05 PM<br>Received from: External Pharmacy | | | 12/1/2016 | |
| **terbinafine HCl (LAMISIL) 250 mg tablet**<br>Sig - Route: Take 250 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>Beverly Littlefield, RN 8/15/2016 2:49 PM<br>Received from: External Pharmacy | | | 8/12/2016 | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Sig - Route: Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral<br>Class: Print | 60 tablet | 0 | 4/24/2017 | |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 4/24/2017 5:51 PM Encounter Date: 4/24/2017 Status: Signed
Editor: Mark J. Hontas, MD (Physician)

## Chief Complaint

## Chief Complaint

Patient presents with

- Post-op Evaluation
  *s/p Decompression & neurolysis right ant tib nerve 4/12/17. PO # 1. C/o some soreness. Drsg & boot intact. Running suture removed*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

| | |
|---|---|
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | |
|---|---|
| | 04/24/17 1542 |
| BP: | 113/63 |
| Pulse: | **(!) 50** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
She is now about 12 days from her surgery. We have removed the subcuticular stitch. The incision is well-healed. There is some discoloration and some localized swelling. There is some tenderness along the extensor hallucis longus tendon. Movement of the big toe is stiff. I have put her into a better fitting boot and she can ambulate as tolerated and wean away from the boot. I am sending her to physical therapy and I



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99
Liberty/Thomas 483

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

refilled her pain medication. I will see her in 1 month

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Injury of tibial nerve at right lower leg level, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 4/24/2017 5:51 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

04/24/2017 1751 - Mark J. Hontas, MD

Disposition: Return in about 1 month (around 5/24/2017).

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 04/24/2017 1500 | Admit Date/Time: | 04/24/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Aaareferral Self |

## Progress Notes

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 4/24/2017 5:51 PM Encounter Date: 4/24/2017 Status: Signed
Editor: Mark J. Hontas, MD (Physician)



05/04/2017 13:19 9857351996 BOGALUSA LIBRARY PAGE 99

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

## Chief Complaint

**Chief Complaint**
Patient presents with
- Post-op Evaluation
  *s/p Decompression & neurolysis right ant tib nerve 4/12/17. PO # 1. C/o some soreness. Drsg & boot intact. Running suture removed*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • PONV (postoperative nausea and vomiting) | |

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ankle surgery<br>*decompression & neurolysis anterior tibial nerve* | Right | 04/12/2017 |
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 25 mg by mouth every evening. |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | Take 20 mg by mouth once daily. |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

| | |
|---|---|
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 (four) hours as needed for Pain. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | Take 750 mg by mouth daily as needed (pain). |
| • terbinafine HCl (LAMISIL) 250 mg tablet | Take 250 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 04/24/17 1542 |
|---|---|
| BP: | 113/63 |
| Pulse: | **(!) 50** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
She is now about 12 days from her surgery. We have removed the subcuticular stitch. The incision is well-

**Progress Notes (continued)**

**Progress Notes by Mark J. Hontas, MD at 4/24/2017 3:00 PM (continued)**

healed. There is some discoloration and some localized swelling. There is some tenderness along the extensor hallucis longus tendon. Movement of the big toe is stiff. I have put her into a better fitting boot and she can ambulate as tolerated and wean away from the boot. I am sending her to physical therapy and I refilled her pain medication. I will see her in 1 month

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Injury of tibial nerve at right lower leg level, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD on 4/24/2017 5:51 PM

**Admission Information - Patient Record Only**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 04/24/2017 1500 | Admit Date/Time: | 04/24/2017 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Mark J. Hontas, MD | Attending Provider: | | Referring Provider: | Aaareferral Self |

**END OF REPORT**

Please go ahead with my appeal. This is all the Medical records and Doctor notes that I can get. This is all that they have at this time. these are from August 14 till Present date

Thanks
Janice Thomas

To: Liberty life Assurance Company of Boston ATTN: Megan Gauthie

Fax Number (603) 334-5121

Pages: (including this cover sheet) 39

From : Washington Parish Library
304 Avenue F
Bogalusa, LA. 70427
Fax (985) 735-1996

LTD Disability Benefits Claim # 7125287

Comments:

04-18-2017

FAX TRANSMISSION

therefore, your claim for LTD benefits has been denied.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination. You must submit your written appeals within 180 days of the date of this letter to the following address.

Liberty Life Assurance Company of Boston
P.O. Box 7216
London, KY 40742-7216
ATTN: Megan Gauthier

Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

- Updated treatment notes, diagnostic test results, therapy records, and procedure notes from all treating providers and facilities, as available
- Objective medical information showing that you are unable to perform the material and substantial duties of your occupation
- Any other information you would like considered

Right to request documents. You have the right to request from Liberty copies of all documents, records, or other information relevant to the determination which will be provided at no charge.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied. Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you are a salaried associate, your leave of absence is managed internally at Wal-Mart Stores, Inc., please contact your HR Leadership to submit and further process your leave of absence.

If you are an hourly associate, your leave of absence is managed by Sedgwick; Liberty has notified Sedgwick of your absence. Sedgwick will review your leave to determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of that determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status

Schultz Physical Therapy
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 03/07/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 36

**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35.5 cm | 35.5 cm | *35.5 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *25 cm* | *22 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *49.5 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *38* |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

## Observation

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 02/08/2017*

| **Ankle AROM** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 10 ° | 10 ° | *20 °* | *10 °* |
| Dorsiflexion at 90 Knee Flexion | 5 ° | 15 ° | *15 °* | *15 °* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *30 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *10 °* |

## Strength

**Previous Findings as of 02/08/2017*

**Gross Muscle Tests Lower**

**Ankle**

| | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4+/5 | 4+/5 | *4+/5* | *4+/5* |

## Neuro-Vascular

**Upper Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 02/08/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 32

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35.5 cm | 35.5 cm | *35 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *25 cm* | *22 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *49 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *34* |



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

## Observation

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 01/05/2017*

| **Ankle AROM** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 20 ° | 10 ° | *10 °* | *10 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | 15 ° | *15 °* | *15 °* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *30 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *10 °* |

## Strength

**Previous Findings as of 01/05/2017*

**Gross Muscle Tests Lower**

| **Ankle** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4+/5 | 4-/5 | *4/5* | *4/5* |

## Neuro-Vascular

| **Upper Reflexes** | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

| **Lower Reflexes** | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability ("LTD") benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). The Wal-Mart Stores, Inc. Associates' Health and Welfare Policy provides STD benefits for a maximum period of 26 weeks after completion of the STD elimination period.

Your LTD Policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer. As such, during the remainder of the Elimination Period, we will be reviewing your claim for consideration under the LTD Policy. Based on your reported date of disability of August 12, 2016, you would be eligible for LTD benefits effective February 15, 2017.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you assist in obtaining medical information. We are in need of all medical records from August 12, 2016 through the present from all treating providers and facilities to assess your eligibility for LTD benefits. A formal request was sent to your treating provider[s] currently on file: Dr. Hontas and Schultz Physical Therapy. Please consider following up with your providers to ensure the following information is sent to Liberty Mutual:

- All treatment notes, diagnostic test results, and procedure reports from Dr. Hontas dated December 9, 2016 through the present
- All physical therapy notes, evaluations, and assessments dated September 1, 2016 through the present from Schultz Physical
- Any other available medical records from August 12, 2016 through the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided

by March 3, 2017. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 3, 2017.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Information regarding your claim status and your benefit payments (if applicable), can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through Walmartone.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10° in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swelling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |
**Summary/Recommendations:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Please advise if patient is to continue physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 8, 2017 at 3:02 pm*

Physician Signature________________________
M. Hontas, MD
Date:______________

Powered by **WebPT**™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

Physician Signature________________________
M. Hontas, MD
Date:______________

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 03/07/2017

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10° in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates decreased right ankle AROM, today, secondary to increased c/o swelling over the past week. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patient also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Patient would benefit from continued physical therapy services for increased functional use of right ankle and improved gait efficiency.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on March 8, 2017 at 6:46 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________
M. Hontas, MD

Date:_______________

After consulting with my Physician, Dr Ma
Hontas, I have decided to appeal your
dicusion to deny my LTD. On 8/12/16
i suffered a fracture of the right distal tibi
and fuebulia in a motor vehicle accerdend, as
a result I have suffered from injury to the
anterior tibial nerve at the ankle, I have
tried various other treatment (casting, physical
therapy) with no relief from the tingling,
numbness and swelling to my right foot
and leg disabling me from standing, walking
and even sitting for long periods of time, on
April 12th 2017 Dr Mark Hontas performed a
decompression and neurolysis of the anterior
tibial nerve, at this time Dr Mark Hontas believes
nature of the fracture ankle joint condition
that I will not be able to perform the job duties
required and LTD is the best option

Janice Thomas

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/12/17 | 4490 | 0710 | 71000049 | POSTOP RECOVERY, ADDL 30 | 3 | 342.00 |
| 04/12/17 | 4370 | 0370 | 37000008 | HC ANESTHESIA 1ST 15 MIN | 1 | 1,550.00 |

Total hospital charges: 15,431.44

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 04/05/17 | Account/Patient | -1,200.00 |

Total hospital payments: -1,200.00

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|

No adjustments on this account.

Total balance: 14,231.44

STPC BONE AND JOINT

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000762513
Enc. Date 01/09/17

**Progress Notes signed by Mark J. Hontas, MD at 1/9/2017 1:20 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 1/9/2017 2:28 PM | Encounter Date: 1/9/2017 | Note Type: Progress Notes |
| Status: Signed | Editor: Mark J. Hontas, MD (Physician) | |

## Chief Complaint

### Chief Complaint

Patient presents with

- Ankle Pain

  *(R); distal tib/fib fx 8/12/16 Attending Schultz P.T. Notes increased discomfort with change of weather. Continued tingling/numbness over dorsum of foot. Soreness/slight swellling over lateral aspect of ankle.*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

### Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

**Progress Notes signed by Mark J. Hontas, MD at 1/9/2017 1:20 PM (continued)**

- potassium chloride (KLOR-CON) 10 MEQ TbSR

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

There is still some swelling to the left ankle. She still has numbness dorsally. I think she has the anterior tibial nerve entrapment. She is married a lot of gains in therapy and has lost a lot of the compensatory gait that she was using previously. She still has a certain amount of pain. She takes pain medication and anti-

**Progress Notes signed by Mark J. Hontas, MD at 1/9/2017 1:20 PM (continued)**

inflammatories. I want her to continue with physical therapy and I will see her back in a month

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD at 1/9/2017 2:28 PM

**Progress Notes signed by Mark J. Hontas, MD at 2/9/2017 1:20 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 2/9/2017 5:03 PM | Encounter Date: 2/9/2017 | Note Type: Progress Notes |
| Status: Signed | Editor: Mark J. Hontas, MD (Physician) | |

## Chief Complaint

### Chief Complaint

Patient presents with

- Follow-up
  *R distal tib/fib fx 8/12/16, having numbness and tingling and lots of swelling, will elavate the leg while sitting and once home, in PT 3xweeks for about one month*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

## Medications

### Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

**Progress Notes signed by Mark J. Hontas, MD at 2/9/2017 1:20 PM (continued)**

besting. She has trouble with stairs. She has trouble with lifting heavier objects because of pain in the ankle. She still complains of some numbness in the anterior aspect of the ankle and dorsum of the foot. I feel that it might be the anterior tibial nerve getting caught up in some of the healing there. She is not able to return to work. Her progress is slow at therapy. She is probably experiencing some posttraumatic degenerative changes in the ankle. I want to continue with physical therapy and get x-rays when she returns. I will see her back in 1 month. I've refilled her pain medicine

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD at 2/9/2017 5:03 PM

**Progress Notes signed by Mark J. Hontas, MD at 3/9/2017 1:20 PM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: (none) | Author Type: Physician |
| Filed: 3/13/2017 12:55 PM | Encounter Date: 3/9/2017 | Note Type: Progress Notes |
| Status: Signed | Editor: Mark J. Hontas, MD (Physician) | |

**Chief Complaint**

**Chief Complaint**

Patient presents with

- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

**HPI**

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**

History reviewed. No pertinent past medical history.

STPC BONE AND JOINT

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000884129
Enc. Date 03/09/17

**Progress Notes signed by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION *x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY *gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative



This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD at 3/13/2017 12:55 PM

Office Visit on 3/9/2017

Detailed Report

Electronically signed by Mark J. Hontas, MD at 4/12/2017 9:12 AM

**END OF REPORT**

by March 3, 2017. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 3, 2017.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Information regarding your claim status and your benefit payments (if applicable), can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through Walmartone.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

yes I want to appeal this,

In 8/12/16 I had a wreck and broke my foot, ankle. I have been off work from that day. I have had a lot of trouble with it. I can not walk for a long distance an I can not sit for a long time. It stay swollen all the time. I have numbness in the top of my foot where it was crushed. I can wear anything but a flat shoe on it. It hurt all the time. On 4-12-17 Dr Mark did nerve surgery on my foot. and I am not able to go back to work at this time. I thinks that I should be able to get my LTD I have paid for this Insurance for a lon time and that is what it is for when you can n work and at this time I can not work and stand and walk all of walmart to do my Job. I am a cms and we have have to walk all over the store to do key tune, take money to the cashier in all Departments of the store. I dont have a sit down Job there is not a Job at work that you sit at. and I dont see how some one else that is not a Dr. are my Dr. can look at what my Dr. mark

ST. TAMMANY SERVICE AREA
1202 South Tyler St

COVINGTON, LA 70433
Ph:(985)898-4000

Account ID
1629905

Guarantor Name & Address
THOMAS,JANICE

Visit ID
11000924364

Detailed Bill For

Patient Name: THOMAS,JANICE
Account Class: OP- Hospital Outpatient S Admission Date: 04/12/2017
Attending Physician: Discharge Date: 04/12/2017

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges | | | | | | |
| 04/12/17 | 4250 | 0250 | 25000003 | LACTATED RINGERS SOLP | 1 | 36.16 |
| 04/12/17 | 4250 | 0250 | 25000003 | SCOPOLAMINE 1.5 MG (1 MG | 1 | 123.95 |
| 04/12/17 | 4250 | 0636 | 63600175 | ONDANSETRON 4 MG/2 ML SO | 4 | 36.16 |
| 04/12/17 | 4250 | 0636 | 63600175 | CEFAZOLIN 1 GRAM SOLR | 4 | 69.59 |
| 04/12/17 | 4250 | 0250 | 25000003 | LACTATED RINGERS SOLP | 1 | 36.16 |
| 04/12/17 | 4250 | 0250 | 25000003 | HYDROMORPHONE IN 0.9 % N | 1 | 97.65 |
| 04/12/17 | 4370 | 0270 | 27000561 | CONTINUOUS NERVE BLOCK B | 1 | 1,712.00 |
| 04/12/17 | 4250 | 0636 | 63600175 | MIDAZOLAM 1 MG/ML SOLN | 2 | 42.79 |
| 04/12/17 | 4250 | 0636 | 63600175 | DEXAMETHASONE 4 MG/ML SO | 4 | 36.16 |
| 04/12/17 | 4250 | 0636 | 63600175 | FENTANYL 50 MCG/ML SOLN | 3 | 46.30 |
| 04/12/17 | 4250 | 0250 | 25000003 | GLYCOPYRROLATE 0.2 MG/ML | 1 | 141.96 |
| 04/12/17 | 4250 | 0636 | 63600175 | PROPOFOL 10 MG/ML IV EMU | 15 | 49.51 |
| 04/12/17 | 4250 | 0250 | 25000003 | LIDOCAINE (CARDIAC) 100 | 1 | 36.16 |
| 04/12/17 | 4300 | 0300 | 30000323 | HC COMPL CBC W/PLT W/AUT | 1 | 109.00 |
| 04/12/17 | 4300 | 0300 | 30001311 | HC VENIPUNCTURE/BL COLL | 1 | 21.00 |
| 04/12/17 | 4300 | 0300 | 30000158 | HC BASIC METABOLIC PANEL | 1 | 60.00 |
| 04/12/17 | 4710 | 0272 | 27202009 | PERIPHERAL NERVE SHEATH | 1 | 156.00 |
| 04/12/17 | 4370 | 0370 | 37000009 | HC ANESTHESIA EA ADD 15 | 6 | 1,890.00 |
| 04/12/17 | 4360 | 0272 | 27201423 | BANDAGE ACE 6X5 LUM | 1 | 13.24 |
| 04/12/17 | 4360 | 0272 | 27201423 | PADDING CAST 6" | 1 | 11.14 |
| 04/12/17 | 4360 | 0272 | 27201423 | SOL IRR NS 1000ML | 1 | 19.02 |
| 04/12/17 | 4360 | 0272 | 27201423 | DRAPE SPLIT IMPER 60X70 | 1 | 19.70 |
| 04/12/17 | 4360 | 0272 | 27201423 | LOOP VESSEL RED MINI | 1 | 12.57 |
| 04/12/17 | 4360 | 0272 | 27201423 | SUT PDS II 3-0 PS-2 CLR | 1 | 56.49 |
| 04/12/17 | 4360 | 0272 | 27201423 | PACK BASIC SURGERY | 1 | 316.73 |
| 04/12/17 | 4360 | 0270 | 27000080 | 1500CC RIGID CANNISTER | 1 | 15.51 |
| 04/12/17 | 4360 | 0272 | 27201423 | CHLORAPREP ORANGE TINT 2 | 1 | 68.26 |
| 04/12/17 | 4360 | 0272 | 27201423 | SPONGE GAUZE 8X4 LUM | 1 | 2.62 |
| 04/12/17 | 4360 | 0272 | 27201423 | DRAPE STOCKINETTE IMPERV | 1 | 29.43 |
| 04/12/17 | 4360 | 0272 | 27201423 | DRESSING OIL EMLSN 3X8 | 1 | 9.18 |
| 04/12/17 | 4360 | 0360 | 35000892 | HC OR TIME LEV II 1ST 60 | 1 | 4,140.00 |
| 04/12/17 | 4360 | 0360 | 35000707 | HC OR TIME LEV II EA ADD | 3 | 1,863.00 |
| 04/12/17 | 4710 | 0710 | 71000033 | HC RECOVERY, INTIAL HOUR | 1 | 975.00 |
| 04/12/17 | 4710 | 0710 | 71000032 | HC RECOVERY ROOM, ADD'L | 3 | 834.00 |
| 04/12/17 | 4490 | 0710 | 71000015 | HC POSTOP RECOV 1ST HR | 1 | 453.00 |

STPC BONE AND JOINT

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000884129
Enc. Date 03/09/17

**Progress Notes signed by Mark J. Hontas, MD at 3/9/2017 1:20 PM (continued)**

Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

**Assessment/Plan**

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Electronically signed by Mark J. Hontas, MD at 3/13/2017 12:55 PM

**Op Note filed by Mark J. Hontas, MD at 4/12/2017 8:57 PM / Draft: Not Electronically Signed**

has Put in his note and can say that I can go back to work and do my Job when they have not seen me or look at my foot and see Just how bad it was broken, Crus and fractured. So yes I do want to appea this decision on my LTD.

Thanks
Janice Thomas

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000924364
Adm: 4/12/2017

**H&P signed by Mark J. Hontas, MD at 4/12/2017 9:12 AM (continued)**

Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

**Assessment/Plan**

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 3/13/2017 12:55 PM

Office Visit on 3/9/2017

Detailed Report

Electronically signed by Mark J. Hontas, MD at 4/12/2017 9:12 AM

**END OF REPORT**

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000924364
Adm: 4/12/2017

**Op Note filed by Mark J. Hontas, MD at 4/12/2017 8:57 PM / Draft: Not Electronically Signed (continued)**

Author: Mark J. Hontas, MD Service: (none) Author Type: Physician
Filed: 4/12/2017 8:57 PM Note Type: Op Note Status: Unsigned Transcription
Editor: Mark J. Hontas, MD (Physician)

DATE OF PROCEDURE: 04/12/2017

PREOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

POSTOPERATIVE DIAGNOSIS: Injury to anterior tibial nerve at the ankle secondary to comminuted distal tib-fib fracture.

PROCEDURE PERFORMED: Decompression and neurolysis of the anterior tibial nerve.

SURGEON: Mark Hontas, M.D.

ASSISTANT: Samantha Dickens.

DESCRIPTION OF PROCEDURE: After proper consents were signed, the patient was taken to the Operating Room and was placed supine on the operating room table. Under general endotracheal anesthesia, the right lower extremity was prepped and draped in the usual sterile fashion. We found her pulses on the dorsalis pedis pulse and marked that and then the leg was exsanguinated. A tourniquet was placed up to 350 mmHg. An anterior incision was made over the ankle joint. Subcutaneous tissues divided. Dissection was carried down to the retinaculum, which was carefully split. We identified the anterior tibial tendon, the extensor hallucis longus tendon and the extensor digitorum communis tendons. We were careful to protect the superficial peroneal nerve as we first made our incision and protected this laterally. We dissected down between the extensor hallucis tendon and the communis tendon and identified the neurovascular bundle. We isolated the nerve and dissected this out going proximally in the incision and then carefully tracing this out distally distal to the ankle joint. There was an area where there was some swelling of that nerve suggesting some injury to that area. We made sure that all the area was completely decompressed. We then irrigated the wound thoroughly and let the tourniquet down. We partially closed the retinaculum proximally keeping the rest open so as not to cause any more pressure on the nerve. A 2-0 Vicryl suture was used to close subcutaneous tissues and 3-0 PDS suture was used to close the skin. Soft dressing was applied and the patient was taken to Recovery Room in stable condition. She was placed in a boot for comfort with the instructions to weightbear as tolerated.

MH/HN dd: 04/12/2017 09:16:07 (CDT) td: 04/12/2017 20:57:00 (CDT) Doc ID #2016832 Job ID #093872

**Op Note filed by Mark J. Hontas, MD at 4/12/2017 8:57 PM / Draft: Not Electronically Signed (continued)**

CC:

**H&P signed by Mark J. Hontas, MD at 4/12/2017 9:12 AM**

| | | |
|---|---|---|
| Author: Mark J. Hontas, MD | Service: Orthopedic Surgery | Author Type: Physician |
| Filed: 4/12/2017 9:12 AM | Note Type: H&P | Status: Signed |
| Editor: Mark J. Hontas, MD (Physician) | | |

**Progress Notes**
**Encounter Date: 3/9/2017**
**Mark J. Hontas, MD**
**Orthopedic Surgery**

☐Hide copied text∨∧

**Chief Complaint**

**Chief Complaint**
Patient presents with
- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION *x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY *gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|

STPH PERIOP SERVICES
1202 South Tyler Street
COVINGTON LA 70433

THOMAS,JANICE
MRN: 10235707
DOB: , Sex: F
Acct #: 11000924364
Adm: 4/12/2017



| | |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry

St. Tammany PARISH HOSPITAL
WORLD-CLASS HEALTHCARE. CLOSE TO HOME.

# Peripheral Nerve Block (single shot) Home Instructions

The numb extremity must be protected. Follow your surgeon's activity orders, which may include using crutches, wearing an immobilizer or sling and using a walker. THE EXTREMITY WITH NUMBING MEDICINE WILL BE WEAKER. Protect this extremity from injury, extreme cold, or heat. No weight bearing on the extremity with the nerve block until you have full strength and stability and allowed by your surgeon. This may take more than 24 hours.

Your extremity may not be as numb after the first 12-16 hours. You may also take the prescribed pain medication from your doctor.

Notify the Anesthesia department if you experience any of the following symptoms:

- Numbness that lasts more than 30 hours
- Difficulty breathing
- Temperature greater than 101 degrees for 8 hours
- Excessive pain at the catheter insertion site
- Skin rash or hives

Anesthesia department contact information:
Daytime phone: **985-898-4421** (surgery desk)
After hours/weekends: **985-898-4000** (main operator)
Ask for the anesthesiologist on call

© 2015 Truven Health Analytics Inc. This patient education document was created using the MICROMEDEX(R) System and may contain MICROMEDEX proprietary information. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

**STPH - Peripheral Nerve Block (single shot) Home Instructions - Discharge Care, English (SaveNote version)**
**Generated on Wednesday, October 21, 2015 12:17:00 PM**

St. Tammany PARISH HOSPITAL
WORLD-CLASS HEALTHCARE. CLOSE TO HOME.

**St. Tammany Hospital**
**1202 South Tyler Street**
**Covington LA 70433**

# Patient Discharge Instructions

Our goal is to set you up for success. This packet includes information on your condition, medications, and your home care. It will help you care for yourself to prevent having to return to the hospital.

Please ask your nurse if you have any questions.

There are many details to remember when preparing to leave the hospital. Here is what you will need to do:

1. **Take your medicine.** If you are prescribed medications, review your **Medication List** on the following pages. You may have new medications to pick up at the pharmacy and others that you'll need to stop taking. Review the instructions for how and when to take your medications. Talk with your doctor or nurses if you are unsure of what to do.

2. **Go to your follow-up appointments.** Specific follow-up information is listed in the following pages. Your may be contacted by a nurse or clinical provider about future appointments. Be sure we have all of the phone numbers to reach you. Please contact your provider's office if you are unable to make an appointment.

3. **Watch for warning signs.** Your doctor or nurse will give you detailed warning signs to watch for and when to call for assistance. These instructions may also include educational information about your condition. If you experience any of warning signs to your health, call your doctor.

** Verify the list of medication(s) below is accurate and up to date. Carry this with you in case of emergency. If your medications have changed, please notify your healthcare provider.

## Medication List

### CHANGE how you take these medications

| | Additional Info | | | | | |
|---|---|---|---|---|---|---|
| *** hydrocodone-acetaminophen 10-325mg 10-325 mg Tab**<br>Commonly known as: NORCO<br>Quantity: 60 tablet<br>Refills: 0<br>Dose: 1 tablet<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** | Instructions: Take 1 tablet by mouth every 12 (twelve) hours as needed. | Begin Date | AM | Noon | PM | Bedtime |
| *** hydrocodone-acetaminophen 10-325mg 10-325 mg Tab**<br>Commonly known as: NORCO<br>Quantity: 60 tablet<br>Refills: 0<br>Dose: 1 tablet<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** | Instructions: Take 1 tablet by mouth every 12 (twelve) hours as needed. | Begin Date | AM | Noon | PM | Bedtime |

| | | | | | | |
|---|---|---|---|---|---|---|
| *** hydrocodone-acetaminophen 10-325mg 10-325 mg Tab**<br>Commonly known as: NORCO<br>Quantity: 60 tablet<br>Refills: 0<br>Dose: 1 tablet<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** | Instructions: Take 1 tablet by mouth every 4 (four) hours as needed for Pain. | Begin Date | AM | Noon | PM | Bedtime |

*** Notice: This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**CONTINUE taking these medications**

| | | | | | | |
|---|---|---|---|---|---|---|
| **amitriptyline 25 MG tablet**<br>Commonly known as: ELAVIL<br>Refills: 0<br>Dose: 25 mg | Additional Info<br>Instructions: Take 25 mg by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |
| **butalbital-acetaminophen-caff 50-300-40 mg Cap**<br>Refills: 0 | | Begin Date | AM | Noon | PM | Bedtime |
| **escitalopram oxalate 20 MG tablet**<br>Commonly known as: LEXAPRO<br>Refills: 0<br>Dose: 20 mg | Instructions: Take 20 mg by mouth once daily. | Begin Date | AM | Noon | PM | Bedtime |
| **etodolac 500 MG tablet**<br>Commonly known as: LODINE<br>Quantity: 60 tablet<br>Refills: 5<br>Dose: 500 mg | Instructions: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. | Begin Date | AM | Noon | PM | Bedtime |

| | | | | | | |
|---|---|---|---|---|---|---|
| **methocarbamol 750 MG Tab**<br>Commonly known as: ROBAXIN<br>Refills: 0<br>Dose: 750 mg | Instructions: Take 750 mg by mouth daily as needed (pain). | Begin Date | AM | Noon | PM | Bedtime |
| **terbinafine HCl 250 mg tablet**<br>Commonly known as: LAMISIL<br>Refills: 0<br>Dose: 250 mg | Instructions: Take 250 mg by mouth once daily. | Begin Date | AM | Noon | PM | Bedtime |

## Where to Get Your Medications

**You can get these medications from any pharmacy**

***Bring a paper prescription for each of these medications***

- hydrocodone-acetaminophen 10-325mg 10-325 mg Tab

**Please bring to all follow up appointments:**

1. A copy of your discharge instructions.
2. All medicines you are currently taking in their original bottles.
3. Identification and insurance card.

Please arrive 15 minutes ahead of scheduled appointment time.

Please call 24 hours in advance if you must reschedule your appointment and/or time.

## Follow-up Information

**Follow up with Mark J. Hontas, MD In 2 weeks.**
Specialty: Orthopedic Surgery
Contact information:
71211 HIGHWAY 21
SUITE A
Covington LA 70433
985-893-9922

## Discharge Instructions

Future Orders
**Call MD for: difficulty breathing, headache or visual disturbances**
**Call MD for: extreme fatigue**
**Call MD for: hives**
**Call MD for: persistent dizziness or light-headedness**
**Call MD for: persistent nausea and vomiting**
**Call MD for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)**
**Call MD for: severe uncontrolled pain**
**Call MD for: temperature >100.4**
**Diet general**
Questions:
Total calories:
Fat restriction, if any:
Protein restriction, if any:
Na restriction, if any:
Fluid restriction:
Additional restrictions:

## Discharge Instructions

**Discharge Instructions: After Your Surgery**
You've just had surgery. During surgery you were given medicine called anesthesia to keep you relaxed and free of pain. After surgery you may have some pain or nausea. This is common. Here are some tips for feeling better and getting well after surgery.



**Stay on schedule with your medication.**
**Going home**
Your doctor or nurse will show you how to take care of yourself when you go home. He or she will also answer your questions. Have an adult family member or friend drive you home. For the first 24 hours after your surgery:

- Do not drive or use heavy equipment.
- Do not make important decisions or sign legal papers.
- Do not drink alcohol.
- Have someone stay with you, if needed. He or she can watch for problems and help keep you safe.

Be sure to go to all follow-up visits with your doctor. And rest after your surgery for as long as your doctor tells you to.

**Coping with pain**

If you have pain after surgery, pain medicine will help you feel better. Take it as told, before pain becomes severe. Also, ask your doctor or pharmacist about other ways to control pain. This might be with heat, ice, or relaxation. And follow any other instructions your surgeon or nurse gives you.

**Tips for taking pain medicine**

To get the best relief possible, remember these points:

- Pain medicines can upset your stomach. Taking them with a little food may help.
- Most pain relievers taken by mouth need at least 20 to 30 minutes to start to work.
- Taking medicine on a schedule can help you remember to take it. Try to time your medicine so that you can take it before starting an activity. This might be before you get dressed, go for a walk, or sit down for dinner.
- Constipation is a common side effect of pain medicines. Call your doctor before taking any medicines such as laxatives or stool softeners to help ease constipation. Also ask if you should skip any foods. Drinking lots of fluids and eating foods such as fruits and vegetables that are high in fiber can also help. Remember, do not take laxatives unless your surgeon has prescribed them.
- Drinking alcohol and taking pain medicine can cause dizziness and slow your breathing. It can even be deadly. Do not drink alcohol while taking pain medicine.
- Pain medicine can make you react more slowly to things. Do not drive or run machinery while taking pain medicine.

Your health care provider may tell you to take acetaminophen to help ease your pain. Ask him or her how much you are supposed to take each day. Acetaminophen or other pain relievers may interact with your prescription medicines or other over-the-counter (OTC) drugs. Some prescription medicines have acetaminophen and other ingredients. Using both prescription and OTC acetaminophen for pain can cause you to overdose. Read the labels on your OTC medicines with care. This will help you to clearly know the list of ingredients, how much to take, and any warnings. It may also help you not take too much acetaminophen. If you have questions or do not understand the information, ask your pharmacist or health care provider to explain it to you before you take the OTC medicine.

**Managing nausea**

Some people have an upset stomach after surgery. This is often because of anesthesia, pain, or pain medicine, or the stress of surgery. These tips will help you handle nausea and eat healthy foods as you get better. If you were on a special food plan before surgery, ask your doctor if you should follow it while you get better. These tips may help:

- Do not push yourself to eat. Your body will tell you when to eat and how much.
- Start off with clear liquids and soup. They are easier to digest.
- Next try semi-solid foods, such as mashed potatoes, applesauce, and gelatin, as you feel ready.
- Slowly move to solid foods. Don't eat fatty, rich, or spicy foods at first.
- Do not force yourself to have 3 large meals a day. Instead eat smaller amounts more often.
- Take pain medicines with a small amount of solid food, such as crackers or toast, to avoid nausea.

**Call your surgeon if...**

- You still have pain an hour after taking medicine. The medicine may not be strong enough.
- You feel too sleepy, dizzy, or groggy. The medicine may be too strong.
- You have side effects like nausea, vomiting, or skin changes, such as rash, itching, or hives.

**If you have obstructive sleep apnea**

You were given anesthesia medicine during surgery to keep you comfortable and free of pain. After surgery, you may have more apnea spells because of this medicine and other medicines you were given. The spells may last longer than usual.

At home:

- Keep using the continuous positive airway pressure (CPAP) device when you sleep. Unless your health care provider tells you not to, use it when you sleep, day or night. CPAP is a common device used to treat obstructive sleep apnea.
- Talk with your provider before taking any pain medicine, muscle relaxants, or sedatives. Your provider will tell you about the possible dangers of taking these medicines.

**Date Last Reviewed:** 10/16/2014

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Primary Diagnosis

Your primary diagnosis was: Injury Of Tibial Nerve At Lower Leg Level, Right Leg, Subsequent Encounter

## Admission Information

| Date & Time | Provider | Department | CSN |
|---|---|---|---|
| **4/12/2017 5:14 AM** | Mark J. Hontas, MD | St. Tammany Parish Hospital | 79977606 |

## Care Providers

| Provider | Role | Specialty | Primary office phone |
|---|---|---|---|
| Mark J. Hontas, MD | Attending Provider | Orthopedic Surgery | 985-893-9922 |
| Mark J. Hontas, MD | Surgeon | Orthopedic Surgery | 985-893-9922 |

## Your Vitals Were

| BP | Pulse | Temp | Resp | Height | Weight |
|---|---|---|---|---|---|
| 106/36 (BP Location: Left arm, Patient Position: Lying, BP Method: Automatic) | 59 | 97.8 °F (36.6 °C) (Oral) | 18 | 5' 2" (1.575 m) | 51.7 kg (114 lb) |
| SpO2 | BMI | | | | |
| 97% | 20.85 kg/m2 | | | | |

## Recent Lab Values

No lab values to display.

## Allergies as of 4/12/2017

No Known Allergies

## MyChart Sign-Up

**Activating your MyChart account is as easy as 1-2-3!**

**1) Visit mychart.stph.org,** select Sign Up Now, enter this activation code and your date of birth, then select Next.

**3SGVZ-JPJR7-FJDMD**
**Expires: 5/27/2017 10:52 AM**

**2) Create a username and password** to use when you visit MyChart in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**

If you have questions, please call **877-339-2637** to talk to our MyChart staff. **Remember, MyChart is NOT to be used for urgent needs**. MyChart is not for non-life threatening issues outside of normal clinic hours. **For medical emergencies, dial 911.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

April 19, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within 60 days of this letter. If no additional information is received by June 17, 2017, your claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

February 8, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Wal-Mart Stores, Inc.'s Long Term Disability (LTD) Policy requires that to receive benefits you must meet the definition of disability.

<u>Specific reason for the denial of LTD benefits under the Policy:</u>

You do not meet the definition of "Disability".

<u>Reference to specific Policy Provision upon which the denial is based.</u>

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the*

therefore, your claim for LTD benefits has been denied.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination. You must submit your written appeals within 180 days of the date of this letter to the following address.

Liberty Life Assurance Company of Boston
P.O. Box 7216
London, KY 40742-7216
ATTN: Megan Gauthier

Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

- Updated treatment notes, diagnostic test results, therapy records, and procedure notes from all treating providers and facilities, as available
- Objective medical information showing that you are unable to perform the material and substantial duties of your occupation
- Any other information you would like considered

Right to request documents. You have the right to request from Liberty copies of all documents, records, or other information relevant to the determination which will be provided at no charge.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action
You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied. Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you are a salaried associate, your leave of absence is managed internally at Wal-Mart Stores, Inc., please contact your HR Leadership to submit and further process your leave of absence.

If you are an hourly associate, your leave of absence is managed by Sedgwick; Liberty has notified Sedgwick of your absence. Sedgwick will review your leave to determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of that determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status

*001041*

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7216
LONDON, KY 40742-7216

MS. JANICE THOMAS

*40000010003000001001041041*

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Progress Notes** Encounter Date: 3/9/2017
Status: Unsigned

Mark J. Hontas, MD
Orthopedic Surgery

## Chief Complaint

**Chief Complaint**
Patient presents with:
- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION<br>*x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY<br>*gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • | |

| | |
|---|---|
| terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her

symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

**Assessment/Plan**

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Office Visit on 3/9/2017

# Thomas, Janice

MRN:10235707
Description:46 year old female

**Office Visit** 3/9/2017
Status: Open
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Right ankle pain, unspecified chronicity
Reason for visit: Leg Pain; Referred by Krupa Gandhi, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2 |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies, Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Printed 3/9/2017)

## Progress Notes

Mark J. Hontas, MD (Physician) •Orthopedic Surgery

Unsigned

**Chief Complaint**

**Chief Complaint**

Patient presents with:

- Leg Pain
  *(R) distal tib/fib fx 8/12/16 Attending P.T. 3 x weekly @ Schultz Feels P.T. helping; last visit was Tues (3/7) due to meeting insurance maximum visits. States has had increased swelling since last week; increased pain. Recalls no injury*

**HPI**

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION *x2* | | |
| • HYSTERECTOMY | | |
| • STOMACH SURGERY *gastric sleeve* | | 09/25/2015 |
| • TUBAL LIGATION | | |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|

| | |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
On exam today there is some swelling along the ankle joint. There is numbness along the distribution of the anterior tibial nerve at the anterior ankle joint. Although she is better with

physical therapy she is still having trouble with prolonged standing and walking. I believe that in my previous notes I have not been specific describing the fracture fracture that she is dealing with. There is a fracture consisting of a lateral malleolar fracture with a slight amount of angulation. There is a distal tibia fracture that goes across the metaphysis of the distal tibia and there is also some displacement of the very anterior lip of the distal tibia at the ankle joint. This goes with her mechanism of injury as her foot was placed hard on the brake as she was trying to stop when her accident occurred. Previous descriptions of a nondisplaced fracture were not entirely accurate. Basically the alignment was good enough to treat this conservatively without the addition of additional trauma to the ankle with surgery but I do feel that with that anterior lip being displaced slightly dorsally that she is getting some irritation of that anterior tibial nerve perhaps in the scar tissue and healing tissue of the fracture and that is probably causing her symptoms of numbness. We have talked about going in and freeing up the nerve at that site. The fracture seems to be healed and the position seems to be acceptable but I think based on the nature of the fracture she is still experiencing some robins with the ankle joint and this is why we are continuing with physical therapy and not seeing her getting back to work at this time. I will check her back in 1 month

**Assessment/Plan**

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 3/9/17

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.

Not recorded

## Level of Service

None

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 3/9/2017 2:52 PM | After Visit Summary | Printed | Liz Hellbach |

## Visit Diagnoses and Associated Orders

**Right ankle pain, unspecified chronicity** - Primary

ICD-10-CM: M25.571

ICD-9-CM: 719.47

X-Ray Ankle Complete Right [IMG144 Custom] - *Future Order*

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**

hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab [28384]

## Problem List as of 3/9/2017

None

## Orders Placed

X-Ray Ankle Complete Right(Resulted 3/9/2017)

## Medication Changes

As of 3/9/2017 2:52 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Discontinued: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** (Duplicate Order) | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 2/9/2017 | |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 3/9/2017 | |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |

## Visit Diagnoses

Right ankle pain, unspecified chronicityM25.571

**n0204711**

**From:** LibertyMutualGBDisabilityClaims
**Sent:** Monday, February 20, 2017 1:55:53 PM
**To:** '
**Subject:** Janice Thomas claim 7125287
**Attachments:** Janice denial.pdf

**n0135036**

**From:** RightFax E-mail Gateway
**Sent:** Wednesday, February 08, 2017 1:46:01 PM
**To:** Bomar, David
**Subject:** Your fax has been successfully sent to Dr. Mark Hontas at 985-892-3806.

Your fax has been successfully sent to Dr. Mark Hontas at 985-892-3806.
------------------------------------------------------------
From: C. David Bomar MD
Matter: 7125287
------------------------------------------------------------
Time: 2/8/2017 1:44:56 PM
Sent to 985-892-3806 with remote ID "985 892 3806"
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:59 on channel 25

St. Tammany
PARISH HOSPITAL
*Excellence In Healthcare... Close To Home*

**Bone and Joint Clinic**

# FAX TRANSMISSION COVER SHEET

- ☒ Dr. Mark Hontas
- ☐ Dr. Roch Hontas
- ☐ Dr. McCall G. McDaniel
- ☐ Dr. Joey LaMartina

Date: 2/10/17

Number of pages (including cover sheet) 7

To: Liberty Mutual

Attn: ____________

FROM **Melanie S.**

Phone No.: ( )

Phone No.:: (985) 893-9922

Fax No.: (603) 334-5121

Fax No.: (985) 892-3806

**REMARKS:**

Urgent ____ For Your Review ____ Please Reply ASAP ____ Per your request ✓

Re: 7125287
JANice Thomas

Office note + Physical therapy Report

Please call sender if any part of this transmission is incom is incomplete

*CONFIDENTIALITY NOTICE*

THIS FACSIMILE TRANSMISSION (AND/OR DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED.
IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY CONTACT US AT THE NUMBER LISTED ABOVE OR CONTACT HOSPITAL ADMINISTRATION AT (985) 898-4402.

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Progress Notes** Encounter Date: 2/9/2017

Mark J. Hontas, MD
Orthopedic Surgery

## Chief Complaint

**Chief Complaint**
Patient presents with
- Follow-up
  *R distal tib/fib fx 8/12/16, having numbness and tingling and lots of swelling, will elavate the leg while sitting and once home, in PT 3xweeks for about one month*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • | |

| | |
|---|---|
| potassium chloride (KLOR-CON) 10 MEQ TbSR | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**

Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 02/09/17 1426 |
|---|---|
| BP: | 118/88 |
| Pulse: | 68 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft
I have recommended the physical therapist's report. Over the past month it seems that she has acquired a more normal gait. However she cannot stand or walk on that leg for more than 30 minutes at a time without besting. She has trouble with stairs. She has trouble with lifting heavier objects because of pain in the ankle. She still complains of some numbness in the anterior aspect of the ankle and dorsum of the foot. I feel that it might be the anterior tibial nerve getting caught up in some of the healing there. She is not able to return to work. Her progress is slow at therapy. She is probably experiencing some posttraumatic degenerative changes in the ankle. I want to continue with physical therapy and get x-rays when she returns. I will see her back in 1 month. I've refilled her pain medicine

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 2/9/2017 5:03 PM

Office Visit on 2/9/2017

Schultz Physical Therapy
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 02/08/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 32

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35.5 cm | 35.5 cm | *35 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *25 cm* | *22 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *49 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *34* |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

## Observation

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 01/05/2017*

| Ankle AROM | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 20 ° | 10 ° | *10 °* | *10 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | 15 ° | *15 °* | *15 °* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *30 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *10 °* |

## Strength

**Previous Findings as of 01/05/2017*

**Gross Muscle Tests Lower**

**Ankle**

| | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4+/5 | 4+/5 | *4/5* | *4/5* |

## Neuro-Vascular

**Upper Reflexes**

| | Right | Left |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | Right | Left |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/08/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 55% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | 10% | Improve strength and ROM to WNL |
**Summary/Recommendations:** Patient demonstrates improved right ankle AROM. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. Patient reports continued right anterior talocrural joint pain and right Achilles pain with right plantar flexion, i.e. wearing cowboy boots or tennis shoes, her preferred choice of foot wear. Please advise if patient is to continue physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

✓ I have no revisions to the plan of care.
__Revise the plan of care as follows__________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on February 8, 2017 at 3:02 pm*

Physician Signature__________
M. Thomas, MD
Date 2/8/17

Powered by WebPT

## Memorandum

***From:*** C. David Bomar, MD ***Date: 2/8/107***

***To:*** Megan Gauthier

***Re:*** ***Claimant: Janice Thomas***
***Claim #: 7125287***
***DOB:***
***Date of Disability: 8/12/16***

---

This is an addendum to document contact with the claimant's orthopedist, Dr. Mark Hontas, today. He noted that the claimant's fracture of the right leg was a distal tibia and fibula fracture and not a bimalleolar fracture. Although there was minimal displacement, there was some intra-articular involvement in the ankle. There is a possibility of post-traumatic arthritis but this remains to be seen. When last seen on 1/9/17 she had just given up the need for a cane and still had a limp. Dr. Hontas did not feel that she was able to return to a job involving more than occasional standing or walking and will probably not be able to do so for another few months.

Dr. Hontas' call does alter the conclusions in my initial report. The fracture was more severe than seemed to be described in the medical records. The claimant remains limited to only occasional standing or walking for now and for 1-2 more months. Updated records will be needed to determine the duration.

Please feel free to contact me if there are additional records or questions.

Electronically signed:

C. David Bomar, MD
Board Certified Orthopedic Surgery Consultant

Liberty Mutual
INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

February 8, 2017

Dr. Mark Hontas
Fax: 985-892-3806

Re: Disability Benefits
Claimant Name: Janice Thomas
Claimant DOB:
Claim Number: 7125287

Dear Dr. Hontas,

Thank you for taking my call. I am an orthopedic surgery consultant for Liberty Mutual, the above patient's disability insurance carrier. They have asked me to review the medical records and speak to attending physician's to help determine your patient's work capacity and prospects for a return to work. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

- You noted that Ms. Thomas' fracture of the right leg was a distal tibia and fibula fracture and not a bimalleolar fracture. Although there was minimal displacement, there was some intra-articular involvement in the ankle. There is a possibility of post-traumatic arthritis but this remains to be seen.
- When last seen on 1/9/17 she had just given up the need for a cane and still had a limp.
- You did not feel that she was able to return to a job involving more than occasional standing or walking and will probably not be able to do so for another few months.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. Thank you for your help. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

Electronically Signed

Dr. Mark Hontas Date

C. David Bomar MD.
Board Certified Orthopedic Consultant
860-940-9992

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

February 8, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Wal-Mart Stores, Inc.'s Long Term Disability (LTD) Policy requires that to receive benefits you must meet the definition of disability.

Specific reason for the denial of LTD benefits under the Policy:

You do not meet the definition of "Disability".

Reference to specific Policy Provision upon which the denial is based.

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Material and Substantial Duties**" means responsibilities that are normally required to perform the*

*Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*

Medical evidence upon which the denial is based:

You submitted a claim for a fracture of the right distal tibia and fibula following a motor vehicle accident on August 12, 2016. Your claim file contains the following medical documentation:

- Treatment notes dated August 15, 2016 through January 9, 2017 from Dr. Hontas
- Physical therapy notes dated November 4, 2016 through February 2, 2017

To further understand your current medical condition and how it prevented you from performing your occupation as a Customer Service Manager, your file was reviewed by a board-certified consulting physician specializing in Orthopedic Surgery. During the course of your review, the consulting physician attempted to contact Dr. Hontas to gain further insight into your condition, however contact has not been achieved to date. The consulting physician reviewed all medical records in your claim file and concluded the following:

*"The claimant is a 46-year-old woman who suffered a fracture of the right distal tibia and fibula on or about 8/12/16 in a motor vehicle accident. She has been treated by an orthopedist, Dr. Mark Hontas, with cast treatment. His office notes stated she had a closed, nondisplaced distal tibia and fibula fracture. This most likely refers to a bimalleolar fracture but there was no more detailed description of the fracture. From follow-up notes it appears the bones healed within a few months. As of 12/8/16 she was wearing shoes but complained of pain with prolonged weight bearing. There was a follow-up on 1/9/17 noting some complaints of pain and numbness and tingling on the dorsum of the right foot.*

*With a nondisplaced bimalleolar fracture, a return to unrestricted work duties by four or five months after the injury would be a reasonable expectation. The reasons for continued impairment and need for work restrictions are not apparent.*

*The available records do not support any continued impairment after about January 12, 2017. Prior to that date, the records supported no more than occasional standing or walking."*

The available medical records do not provide objective medical evidence of functional or physical impairment to support occupational restrictions and limitations as of your benefit begin date. All diagnostic test results are normal and there is no escalation in treatment consistent with a condition of a severity that would require prolonged restrictions and limitations.

Based on the above medical information, you are able to perform the duties of your Own Occupation as a Sales Manager as of your LTD benefit begin date of February 17, 2017,

therefore, your claim for LTD benefits has been denied.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination. You must submit your written appeals within 180 days of the date of this letter to the following address.

Liberty Life Assurance Company of Boston
P.O. Box 7216
London, KY 40742-7216
ATTN: Megan Gauthier

Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

- Updated treatment notes, diagnostic test results, therapy records, and procedure notes from all treating providers and facilities, as available
- Objective medical information showing that you are unable to perform the material and substantial duties of your occupation
- Any other information you would like considered

Right to request documents. You have the right to request from Liberty copies of all documents, records, or other information relevant to the determination which will be provided at no charge.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action
You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied. Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you are a salaried associate, your leave of absence is managed internally at Wal-Mart Stores, Inc., please contact your HR Leadership to submit and further process your leave of absence.

If you are an hourly associate, your leave of absence is managed by Sedgwick; Liberty has notified Sedgwick of your absence. Sedgwick will review your leave to determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of that determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status

can be obtained anytime through the Sedgwick “viaOne voice” interactive voice response (IVR) system or “viaOne” website accessed through WalmartOne.com or the WIRE.

**Information Regarding Your Leave of Absence**

Effective March 1, 2016, leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence. Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center’s phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or “viaOne” website accessed through WalmartOne.com or the WIRE.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

## Memorandum

***From:*** C. David Bomar, MD ***Date: 2/5/107***

***To:*** Megan Gauthier

***Re:*** ***Claimant: Janice Thomas***
***Claim #: 7125287***
***DOB:***
***Date of Disability: 8/12/16***

---

***Referral Questions:***

1. Please note all diagnoses supported by the medical evidence (including co-morbids). – *fracture distal tibia and fibula or bimalleolar fracture S82.846*
2. Please clarify which diagnoses are causing impairment. *–see above*
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. *–The available records do not support any continued impairment after about 1/12/17. Prior to that date the records supported no more than occasional standing or walking.*

Please contact tx provider(s): Dr Mark Hontas, Ph#985-893-9922, Fax#985-892-3806 . When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. *–Calls are pending. An addendum will be sent after contact is completed.*

Please also contact any other providers who you feel may be beneficial to your claim review. *–n/a*

If you are unable to get in touch with the treating providers, please complete your review based on the available medical records.

***Analysis:***

The claimant is a 46-year-old woman who suffered a fracture of the right distal tibia and fibula on or about 8/12/16 in a motor vehicle accident. She has been treated by an orthopedist, Dr. Mark Hontas, with cast treatment. His office notes stated she had a closed, nondisplaced distal tibia and fibula fracture. This most likely refers to a bimalleolar fracture but there was no more detailed description of the fracture. From follow-up notes it appears the bones healed within a few months. As of 12/8/16 she was wearing shoes but complained of pain with prolonged weight bearing. There was a

follow-up on 1/9/17 noting some complaints of pain and numbness and tingling on the dorsum of the right foot.

With a nondisplaced bimalleolar fracture, a return to unrestricted work duties by four or five months after the injury would be a reasonable expectation. The reasons for continued impairment and need for work restrictions are not apparent. Attending physician contact is needed.

***Medical Records Reviewed:***

There were office notes from Dr. Hontas starting on 8/15/16. He stated she was in a motor vehicle accident on 8/12/16 when her car hit a tree. He stated she had a closed, nondisplaced distal tibia and fibula fracture. The mortise was intact. She was treated with a cast . There were visits with cast changes on 8/30/16 and 9/13/16. On 9/27/16 he stated he reviewed the x-ray report and did not agree that the mortise had changed. She was weight-bearing as tolerated. On 11/9/16 swelling was decreased but she was stiff. On 12/8/16 the ankle hurt. She was wearing loafers. She complained of pain with weight-bearing more than one hour. There was still some decreased motion and complaints of numbness and tingling on the dorsum of the right foot. On 1/9/17 there were similar symptoms. She was to continue physical therapy. There were physical therapy notes through 2/2/17.

Please feel free to contact me if there are additional records or questions.

Electronically signed:

C. David Bomar, MD
Board Certified Orthopedic Surgery Consultant

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

Schultz PHYSICAL THERAPY

# Fax Cover Sheet

**To: Gauthier, Megan**
**Organization: Liberty Mutual - LTD**
**Fax: 6033345121**

**From: Clint Gallo, DPT**
**Sent on: February 2, 2017**

**Regarding: Initial Examination: 11/14/2016, Medication List 11 14 16.pdf, Referral 11 09 16.pdf, Past Medical History 11 14 16.pdf, LEFS Initial 11 14 16.pdf, Signed IE 11 14 16.pdf, Signed Recert 12 07 16.pdf, Script 12 08 16.pdf, Signed Recert 01 05 17.pdf, Script 01 09 17.pdf, med rec req - Liberty Mutual -LTD.pdf, Daily Note: 02/02/2017, Daily Note: 01/31/2017, Daily Note: 01/25/2017, Daily Note: 01/24/2017, Daily Note: 01/18/2017, Daily Note: 01/17/2017, Daily Note: 01/16/2017, Daily Note: 01/11/2017, Daily Note: 01/10/2017, Daily Note: 01/09/2017, Recertification Note: 01/05/2017, Daily Note: 01/05/2017, Lower Extremity Functional Scale: 01/05/2017, Plan of Care: 01/05/2017, Daily Note: 01/04/2017, Daily Note: 01/03/2017, Daily Note: 12/29/2016, Daily Note: 12/28/2016, Daily Note: 12/27/2016, Daily Note: 12/22/2016, ~Daily Note: 12/22/2016, Daily Note: 12/20/2016, Daily Note: 12/19/2016, Daily Note: 12/15/2016, Daily Note: 12/14/2016, Daily Note: 12/08/2016, Recertification Note: 12/07/2016, Daily Note: 12/07/2016, Lower Extremity Functional Scale: 12/07/2016, Plan of Care: 12/07/2016, Daily Note: 12/06/2016, Daily Note: 12/01/2016, Daily Note: 11/30/2016, Daily Note: 11/29/2016, Daily Note: 11/16/2016, Daily Note: 11/14/2016, Lower Extremity Functional Scale: 11/14/2016, Plan of Care: 11/14/2016 for Thomas, Janice**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Fax Cover Sheet

Med records as requested for all therapy notes, evaluations, and assessments dated after september 1, 2016 for Ms. Janice Thomas

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Visit No.:** 1

**Date of Initial Examination:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Primary Concern/Chief Complaint:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Pain Location:** right ankle
**Pain Scale: Worst:** 10 **Best:** 3 **Current:** 8
**Pain Follow-up Plan:** reassess regularly
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)
**Patient Goals:** Increase gait efficiency, eliminate pain, increase functional mobility

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left |
|---|---|---|
| Mid Calf | 37 cm | 38 cm |
| Mid Malleoli | 25.5 cm | 23.5 cm |
| Ankle Figure 8 | 52 cm | 52 cm |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 21/80 |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

| | **Right** | **Left** |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

**Brace Immobilizer**

| | |
|---|---|
| Type | walking boot |
| Compliant with use | No |

**Range of Motion**

| **Ankle AROM** | **Right** | **Left** |
|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 4° | 5 ° |
| Dorsiflexion at 90 Knee Flexion | 7° | Not Tested |
| Plantarflexion | 30 ° | 55 ° |
| Inversion | 19° | 38° |
| Eversion | (4)° | 6 ° |

**Strength**

**Comments** MMT deferred at this time.

**Neuro-Vascular**

**Upper Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

**Palpation**

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain
2: (Upon D/) | Eliminate swellling
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain
4: (D/C) | Improve strength and ROM to WNL

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________

Physician Signature________________________
M. Hontas, MD
Date:______________

Med list

Escitalopram 10mg

Omeprazole 20mg

Amitriptylin 25mg

Terbinafine 250mg

**Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159462)**
**Outpatient Referral**

Date and Time: **11/9/2016 1:27 PM**
Department: **Stpc Bone And Joint**
Ref By/Authorizing: **Mark J. Hontas, MD**

## Dept Order Information

| Date | Department |
|---|---|
| 11/9/2016 | Stpc Bone And Joint |

## Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | | | ) *Preferred* |

## Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St Tammany Bone and Joint | 71211 Highway 21, Suite A Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

## Referral Details

| Referred By | | Referred To |
|---|---|---|
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone: 985-893-9922<br>Fax: 985-892-3806 | Diagnoses: Right ankle pain, unspecified chronicity<br>Order: Ambulatory Referral To Physical/Occupational Therapy<br>Reason: Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone: 985-732-1651<br>Fax: 985-241-5400 |
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone: 985-893-9922<br>Fax: 985-892-3806 | Diagnoses: Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter<br>Order: Ambulatory Referral To Physical/Occupational Therapy<br>Reason: Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone: 985-732-1651<br>Fax: 985-241-5400 |

## Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

## Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

## Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | S82.201DS82.401D | V54.16 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |

Thomas, Janice (MR # 10235707)

Order Questions (continued)

| Question | Answer | Comment |
|---|---|---|
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |
| **U/S** | **Yes** | |

*Electronically signed by:* Mark J. Hontas, MD *Lic #* MD.015471 *NPI:* 1417042706

Physician Signature

Signature: [signature] Date: 11/9/16

Print Name: Mark Hontas

# PAST MEDICAL HISTORY FORM

Patient Name: Janice Thomas Date: 11/14/16

Are you presently working? ☐ Yes ☑ No Date of next Physician's visit: 12/8/16

Date of injury / onset: 8/12/16 Have you ever had these symptoms before? ☐ Yes ☑ No

Check which apply to your symptoms:

- ☐ Work related injury
- ☐ Recurrence of previous injury
- ☑ Motor vehicle accident
- ☐ Injury related to lifting
- ☐ Injury related to falling
- ☐ Cause unknown
- ☐ Athletic / recreational injury
- ☐ Other: ____________

Have you had a related surgery? ☐ Yes ☑ No

Do you have, or have had any of the following?

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Diabetes (type 1 / type 2) | | ✓ | Allergies to Tape | | ✓ |
| Chest Pain / Angina | | ✓ | Other Allergies | | ✓ |
| High Blood Pressure | | ✓ | Current Infection | | ✓ |
| Heart Disease | | ✓ | Hernia | | ✓ |
| Heart Attack | | ✓ | Seizures | | ✓ |
| A - Fib | | ✓ | Joint Replacements | | ✓ |
| Pacemaker | | ✓ | Dizziness / Fainting | ✓ | |
| Headaches | ✓ | | Recent Fractures | | ✓ |
| Kidney Problems | | ✓ | Surgeries | | ✓ |
| Are you pregnant? | | ✓ | Skin Abnormalities | | ✓ |
| Cancer | | ✓ | Nausea / Vomiting | ✓ | |
| Osteoporosis | | ✓ | Ringing in your ears | ✓ | |
| Bowel / Bladder Abnormalities / Changes | | ✓ | Osteoarthritis | | ✓ |
| Urine Leakage | | ✓ | Rheumatoid Arthritis | | ✓ |
| Asthma / Breathing Difficulties | ✓ | | Special Diet Guidelines | | ✓ |
| Liver / Gallbladder Problems | | ✓ | Hypoglycemia | | ✓ |
| Smoking | ✓ | | Tested Positive for HIV | | ✓ |
| Stroke / CVA | | ✓ | Other: ____________ | | ✓ |

Approximate ounces of water consumed each day: (4) 16 oz

Patient Name: Janice Thomas Date: 11-14-16

Please mark area below where you are experiencing symptoms and briefly describe

Pain description: it has stabbing, numbness, tingling, tight aching
(numbness, burning, stabbing, aching, pins & needles, sore, tight, tingling, dull)

pins needles



If you are having pain, please rate the intensity of your pain on a scale of 0 to 10, with 0 being no pain and 10 being the worst pain possible 8

**PATIENT NAME:** Janice Thomas **ID#:** ________ **DATE:** 11/14/16

**Description:** This survey is meant to help us obtain information from our patients regarding their current levels of discomfort and capability. **Please circle the answers below that best apply.**

## LEFS – INITIAL VISIT

**Please rate your pain level with activity:** NO PAIN = 0 1 2 3 4 5 6 7 8 9 10 = VERY SEVERE PAIN

| | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|
| 1. Any of your usual work, housework or school activities | 0 | 1 | 2 | 3 | 4 |
| 2. Your usual hobbies, recreational or sporting activities | 0 | 1 | 2 | 3 | 4 |
| 3. Getting into or out of the bath | 0 | 1 | 2 | 3 | 4 |
| 4. Walking between rooms | 0 | 1 | 2 | 3 | 4 |
| 5. Putting on your shoes or socks | 0 | 1 | 2 | 3 | 4 |
| 6. Squatting | 0 | 1 | 2 | 3 | 4 |
| 7. Lifting an object, like a bag of groceries from the floor | 0 | 1 | 2 | 3 | 4 |
| 8. Performing light activities around your home | 0 | 1 | 2 | 3 | 4 |
| 9. Performing heavy activities around your home | 0 | 1 | 2 | 3 | 4 |
| 10. Getting into or out of a car | 0 | 1 | 2 | 3 | 4 |
| 11. Walking 2 blocks | 0 | 1 | 2 | 3 | 4 |
| 12. Walking a mile | 0 | 1 | 2 | 3 | 4 |
| 13. Going up or down 10 stairs (about 1 flight of stairs) | 0 | 1 | 2 | 3 | 4 |
| 14. Standing for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 15. Sitting for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 16. Running on even ground | 0 | 1 | 2 | 3 | 4 |
| 17. Running on uneven ground | 0 | 1 | 2 | 3 | 4 |
| 18. Making sharp turns while running fast | 0 | 1 | 2 | 3 | 4 |
| 19. Hopping | 0 | 1 | 2 | 3 | 4 |
| 20. Rolling over in bed | 0 | 1 | 2 | 3 | 4 |

*Source: Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383*

**Therapist Use Only**

Comorbidities:
- ☐ Cancer
- ☐ Diabetes
- ☐ Heart Condition
- ☐ High Blood Pressure
- ☐ Multiple Treatment Areas
- ☐ Neurological Disorders (e.g., Parkinson's, Muscular Dystrophy, Huntington's, CVA, Alzheimer's, TBI)
- ☐ Obesity
- ☐ Surgery for this Problem
- ☐ Systemic Disorders (e.g., Lupus, Rheumatoid Arthritis, Fibromyalgia)

ICD Code: ________

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Short Term Goals:**
1: **(2 Weeks)** | Decrease pain to no greater than 7/10
2: **(2 Weeks)** | improve range of motion by 5-10° in all appropriate directions

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain
2: (Upon D/) | Eliminate swelling
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain
4: (D/C) | Improve strength and ROM to WNL

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To improve (Pain Relief, Decrease inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Please sign and return. Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows____

Physician Signature________
M. Hontas, MD

Date:________

**Schultz Physical Therapy**
114 Avenue B
Bogalusa, LA 70427 3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swelling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732 1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows ____________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 0:42 am*

Physician Signature____________
M. Hontas, MD

Date:____________

PT

**Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159467)**
**Outpatient Referral**

Date and Time **12/8/2016 1:21 PM**
Department **Stpc Bone And Joint**
Ref By/Authorizing **Mark J. Hontas, MD**

## Dept Order Information

| Date | Department |
|---|---|
| 12/8/2016 | Stpc Bone And Joint |

## Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | | | |
| | | | | *Preferred* |

## Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St.Tammany Bone and Joint | 71211 Highway 21, Suite A<br>Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

## Referral Details

| Referred By | | Referred To |
|---|---|---|
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone 985-893-9922<br>Fax 985-892-3806 | Diagnoses Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter<br>Order Ambulatory Referral To Physical/Occupational Therapy<br>Reason Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone 985-732-1651<br>Fax 985-241-5400 |

## Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

## Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

## Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | S82.201DS82.401D | V54.16 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10° in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swelling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

**Plan**
**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain Counterstrain), Massage, Splinting/Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Physician Signature________
M. Hontas, MD

Date:________

PT

Thomas, Janice (MR # 10235707)

**Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159469)**
**Outpatient Referral**

Date and Time **1/9/2017 2:26 PM**
Department **Stpc Bone And Joint**
Ref By/Authorizing **Mark J. Hontas, MD**

## Dept Order Information

| Date | Department |
|---|---|
| 1/9/2017 | Stpc Bone And Joint |

## Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | | | *Preferred* |

## Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St Tammany Bone and Joint | 71211 Highway 21, Suite A<br>Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

## Referral Details

Referred By
Mark J. Hontas, MD
71211 HIGHWAY 21
SUITE A
COVINGTON LA 70433
Phone 985-893-9922
Fax 985-892-3806

Diagnoses Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter
Order Ambulatory Referral To Physical/Occupational Therapy
Reason Specialty Services Required

Referred To
Jay P Schultz, MPT
414 AVENUE B
SCHULTZ PHYSICAL THERAPY
BOGALUSA LA 70427
Phone 985-732-1651
Fax 985-241-5400

## Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

## Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

## Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | S82.201DS82.401D | V54.16 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Schultz Physical Therapy
414 AVE B.
BOGALUSA, LA 70427

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287
Claimant: Janice Thomas
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Janice Thomas.

To evaluate Ms. Thomas's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All physical therapy notes, evaluations, and assessments from September 1, 2016 through the present

We ask that you provide this information by January 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5121 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Thomas allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: 7125287-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.17.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 02/02/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 29
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step utilizing moses pole and right LE up and left LE down. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 02/02/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on February 2, 2017 at 2:38 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/31/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 27
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step with utilizing moses pole and right LE up and left LE down; Performed dynamic balance activities including side stepping and walking backwards in order to increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Reported being sore and stiff in ankles due to much more walking on a trip. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/31/2017

Post-Treatment — Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on January 31, 2017 at 3:30 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/25/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 27
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step with utilizing moses pole and right LE up and left LE down; Performed dynamic balance activities including side stepping and walking backwards in order to increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 3/10 today. Pt reporting "Increased pulling and stretching in front and back of ankle when wearing boots." |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/25/2017

Post-Treatment — Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 25, 2017 at 2:45 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/24/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 26
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step with utilizing moses pole and right LE up and left LE down; Performed dynamic balance activities including side stepping and walking backwards in order to increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. Pt reporting nausea with migraine. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/24/2017

Post-Treatment Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 24, 2017 at 1:57 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD
**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Date of Daily Note:** 01/18/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 25
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step with utilizing moses pole and right LE up and left LE down; Side stepping activity performed 15' x 3 trials for increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 3/10 today. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/18/2017

Post-Treatment Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 18, 2017 at 2:25 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/17/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 24
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down; Side stepping activity performed 15' x 3 trials for increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/17/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 17, 2017 at 2:43 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/16/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 23
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/16/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 16, 2017 at 2:17 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/11/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 22
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/11/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 11, 2017 at 2:36 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/10/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 21
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 0/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/10/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 10, 2017 at 5:28 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/09/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 20
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reports residual pain at right ankle with pain level rated at 5/10 today. "I had to take a 8 hour car ride yesterday." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/09/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 9, 2017 at 11:14 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 19

**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35 cm | 35.5 cm | *34.5 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *24 cm* | *22 cm* |
| Ankle Figure 8 | 49 cm | 52 cm | *49.5 cm* | *52 cm* |

### Outcome Measurement Tools

| Lower Extremity | | |
|---|---|---|
| Lower Extremity Functional Scale | 34/80 | *29* |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 12/07/2016*

| Ankle AROM | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 10 ° | 10 ° | *8 °* | *5 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | 15 ° | *15 °* | *Not Tested* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *26 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *6 °* |

## Strength

**Previous Findings as of 12/07/2016*

**Gross Muscle Tests Lower**

**Ankle**

| | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4/5 | 4/5 | | |

## Neuro-Vascular

**Upper Reflexes**

| | Right | Left |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | Right | Left |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |
**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 $w/cm^2$, Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Physician Signature______________________________
M. Hontas, MD
Date:_______________

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 19
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*



Powered by WebPT

# Patient Outcomes

Report Date: 1/6/2017

**Janice Thomas** **34 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 1/5/2017 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 1/6/2017 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No   **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 4 | 4 | (0 to 10) |
| 2 | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| 3 | **Functional Improvement** | Excellent | 1 | (1 to 4) |
| 4 | **Goals Met** | Partially Met | 3 | (1 to 4) |
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | **Getting into or out of the bath** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 4 | **Walking between rooms** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 5 | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 6 | **Squatting** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | 2 | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |

**Patient Outcomes** **Report Date: 1/6/2017**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | Moderate Difficulty | 2 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 14 | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 19
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________________

Physician Signature______________________________
M. Hontas, MD
Date:_______________

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/04/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 18
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/04/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 4, 2017 at 5:02 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/03/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 17
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/03/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on January 3, 2017 at 2:40 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/29/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 16
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/29/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 29, 2016 at 4:08 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/28/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 15
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/28/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on December 28, 2016 at 2:49 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD
**Date of Daily Note:** 12/27/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Date of Original Eval:** 11/14/2016
**Visit No.:** 14
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/27/2016

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on December 27, 2016 at 2:24 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/22/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 13
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. Patient reports intense migraine today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/22/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 22, 2016 at 3:11 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet Addendum

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/22/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 13
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. Patient reports intense migraine today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet Addendum

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/22/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Original Note Completed On: December 22, 2016 3:11pm
Addendum Completed On: December 22, 2016 3:12pm

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 22, 2016 at 3:12 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/20/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 12
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | *Units* |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/20/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 20, 2016 at 5:33 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/19/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 11
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 6/10 today. "It's the weather." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/19/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 19, 2016 at 3:14 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/15/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 10
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | *Units* |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 3-4/10 today. "Today has been the best day yet." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/15/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 15, 2016 at 10:05 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD
**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Date of Daily Note:** 12/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 9
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/14/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 14, 2016 at 12:32 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/08/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 8
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/08/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 8, 2016 at 10:09 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 7
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 34.5 cm | 35.5 cm | *37 cm* | *38 cm* |
| Mid Malleoli | 24 cm | 22 cm | *25.5 cm* | *23.5 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *52 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 29/80 | *21* |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

| | **Right** | **Left** |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 11/14/2016*

| **Ankle AROM** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 8° | 5 ° | *4°* | *5 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | Not Tested | *7°* | *Not Tested* |
| Plantarflexion | 45 ° | 55 ° | *30 °* | *55 °* |
| Inversion | 26 ° | 38° | *19°* | *38°* |
| Eversion | 10 ° | 6 ° | *(4)°* | *6 °* |

## Strength

**Previous Findings as of 11/14/2016*

**Comments** MMT deferred at this time. *MMT deferred at this time.*

## Neuro-Vascular

**Upper Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________
M. Hontas, MD
Date:________________

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 7
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | **Units** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 6/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*



Powered by WebPT

# Patient Outcomes

Report Date: 12/8/2016

**Janice Thomas** **29 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 12/7/2016 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 12/8/2016 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 7 | 7 | (0 to 10) |
| 2 | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| 3 | **Functional Improvement** | Excellent | 1 | (1 to 4) |
| 4 | **Goals Met** | Partially Met | 3 | (1 to 4) |
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | **Getting into or out of the bath** | Moderate Difficulty | 2 | (0 to 4) |
| 4 | **Walking between rooms** | Moderate Difficulty | 2 | (0 to 4) |
| 5 | **Putting on your shoes or socks** | Moderate Difficulty | 2 | (0 to 4) |
| 6 | **Squatting** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | 2 | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 14 | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 7

**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
M. Hontas, MD
Date:______________

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/06/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 6
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | *Units* |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. Pt reporting increased swelling in RLE. Pt with c/o migraine this afternoon. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/06/2016

- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 6, 2016 at 3:26 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/01/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 5
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/01/2016

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 1, 2016 at 3:32 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/30/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 4
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/30/2016

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on November 30, 2016 at 1:50 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/29/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 3
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/29/2016

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on November 29, 2016 at 2:08 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/16/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 2
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Patient thoroughly educated on need for therapeutic exercise, as well as, proper execution of prescribed exercises. | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Reports no new c/o. |
| Post-Treatment | Patient agreeable to physical therapy POC. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/16/2016

- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 16, 2016 at 3:53 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 1
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Pain Location:** right ankle
**Pain Scale: Worst:** 10 **Best:** 3 **Current:** 8
**Pain Follow-up Plan:** reassess regularly
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Patient thoroughly educated on need for therapeutic exercise, as well as, proper execution of prescribed exercises. | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97001 | PT Evaluation | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | See initial evaluation. |
| Pre-Treatment | See initial evaluation. |
| Post-Treatment | Patient agreeable to physical therapy POC. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*



Powered by WebPT

# Patient Outcomes

Report Date: 11/15/2016

**Janice Thomas** **21 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 11/14/2016 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 11/15/2016 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 7 | **7** | (0 to 10) |
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 3 | **Getting into or out of the bath** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 4 | **Walking between rooms** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 5 | **Putting on your shoes or socks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 6 | **Squatting** | Moderate Difficulty | **2** | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | **4** | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | **2** | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 10 | **Getting into or out of a car** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 11 | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 12 | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 13 | **Going up or down 10 stairs (about 1 flight of stairs))** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 14 | **Standing for 1 hour** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 15 | **Sitting for 1 hour** | No Difficulty | **4** | (0 to 4) |
| 16 | **Running on even ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 17 | **Running on uneven ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 18 | **Making sharp turns while running fast** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 19 | **Hopping** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 20 | **Rolling over in bed** | No Difficulty | **4** | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 1
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Physician Signature______________________________
M. Hontas, MD
Date:________________

Powered by WebPT

# Liberty Mutual Consulting Physician Referral

## File Review - Standard

**Physician Specialty: Orthopedic Surgery - Joint**

| | | | |
|---|---|---|---|
| Office: | 0587 | Claim #: | 7125287 |
| Claimant Name: | JANICE A THOMAS | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 8/12/2016 | Date Sent: | 1/23/2017 |
| Claimant SSN: | | Date Benefits Began: | 2/17/2017 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations

- [x] Document List
- [x] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: GAUTHIER, MEGAN 88D 0*000-0000

Assigned Nurse Case Manager:

Diagnosis: S82.301A Unspecified fracture of lower end of right tibia, initial encounter for closed fra

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

1. Please note all diagnoses supported by the medical evidence (including co-morbids).
2. Please clarify which diagnoses are causing impairment.
3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

Please contact tx provider(s): Dr Mark Hontas, Ph#985-893-9922, Fax#985-892-3806 . When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records

Please also contact any other providers who you feel may be beneficial to your claim review.

If you are unable to get in touch with the treating providers, please complete your review based on the available medical records.

**Walmart Associate Earnings History Calculation**
Report Generation Date: 01/20/2017

**Associate Name: JANICE THOMAS**
**Emp ID/WIN#: 104861063**
**Claim#: 7125287**
**Product: LTD**

**Date of Disability: 8/12/2016**
**Last Day Worked: 8/10/2016**
**Date of Hire: 8/2/2007**

| **Monthly Salary Amount:** | **$2,416.75** |
|---|---|

## LTD Earnings History Detail

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 7125287 | 104861063 | THOMAS | JANICE | 7/23/2016 | 8/5/2016 | $ 1,016.83 |
| 7125287 | 104861063 | THOMAS | JANICE | 7/9/2016 | 7/22/2016 | $ 1,898.40 |
| 7125287 | 104861063 | THOMAS | JANICE | 6/25/2016 | 7/8/2016 | $ - |
| 7125287 | 104861063 | THOMAS | JANICE | 6/11/2016 | 6/24/2016 | $ 752.64 |
| 7125287 | 104861063 | THOMAS | JANICE | 5/28/2016 | 6/10/2016 | $ 1,217.13 |
| 7125287 | 104861063 | THOMAS | JANICE | 5/14/2016 | 5/27/2016 | $ 1,497.86 |
| 7125287 | 104861063 | THOMAS | JANICE | 4/30/2016 | 5/13/2016 | $ 1,092.33 |
| 7125287 | 104861063 | THOMAS | JANICE | 4/16/2016 | 4/29/2016 | $ 1,259.90 |
| 7125287 | 104861063 | THOMAS | JANICE | 4/2/2016 | 4/15/2016 | $ 1,541.10 |
| 7125287 | 104861063 | THOMAS | JANICE | 3/19/2016 | 4/1/2016 | $ 995.24 |
| 7125287 | 104861063 | THOMAS | JANICE | 3/5/2016 | 3/18/2016 | $ 1,342.31 |
| 7125287 | 104861063 | THOMAS | JANICE | 2/20/2016 | 3/4/2016 | $ 1,580.01 |
| 7125287 | 104861063 | THOMAS | JANICE | 2/6/2016 | 2/19/2016 | $ 1,018.83 |
| 7125287 | 104861063 | THOMAS | JANICE | 1/23/2016 | 2/5/2016 | $ 1,091.10 |
| 7125287 | 104861063 | THOMAS | JANICE | 1/9/2016 | 1/22/2016 | $ 1,125.01 |
| 7125287 | 104861063 | THOMAS | JANICE | 12/12/2015 | 12/25/2015 | $ 1,097.73 |
| 7125287 | 104861063 | THOMAS | JANICE | 11/28/2015 | 12/11/2015 | $ 1,132.11 |
| 7125287 | 104861063 | THOMAS | JANICE | 11/14/2015 | 11/27/2015 | $ 1,586.85 |
| 7125287 | 104861063 | THOMAS | JANICE | 10/31/2015 | 11/13/2015 | $ 574.73 |
| 7125287 | 104861063 | THOMAS | JANICE | 10/17/2015 | 10/30/2015 | $ 563.20 |
| 7125287 | 104861063 | THOMAS | JANICE | 10/3/2015 | 10/16/2015 | $ 579.11 |
| 7125287 | 104861063 | THOMAS | JANICE | 9/19/2015 | 10/2/2015 | $ 1,142.87 |
| 7125287 | 104861063 | THOMAS | JANICE | 9/5/2015 | 9/18/2015 | $ 1,339.10 |
| 7125287 | 104861063 | THOMAS | JANICE | 8/22/2015 | 9/4/2015 | $ 1,306.96 |
| 7125287 | 104861063 | THOMAS | JANICE | 8/8/2015 | 8/21/2015 | $ 1,124.56 |
| 7125287 | 104861063 | THOMAS | JANICE | 7/25/2015 | 8/7/2015 | $ 1,125.06 |
| | | | | | **Average Monthly Amt:** | **$ 2,416.75** |

# CP INITIAL ASSESSMENT (TRIAGE) – LTD PENDED CLAIM

**REFERRAL DATE:** 1/18/2017
**DCM NAME:** Megan Gauthier
**SDN/TEL#:** 7318204
**EMAIL:**
Megan.Gauthier@LibertyMutual.com
**CLAIMANT:** Janice Thomas
**CLAIM#:** 7125287

**ELIMINATION PERIOD:** 182 Days
**DOB:**
**DOD:** 8/12/2016
**BBD:** 2/17/2017
**JOB TITLE:** Cust Svc Mgr
**PHYSICAL DEMANDS:** Medium
**No**

**IDENTIFIED EE/ER ISSUE?** No
**IF YES, DESCRIBE:**

**AVAILABLE MEDICAL RECORDS:**
Records from main AP Hontas thru 12/8/16.
**ADDITIONAL COMMENTS:**
P.T. records requested. Please advise if these are needed to assess ongoing R&LS.

---

**CP REVIEWER:** Dr. David Bomar
**SPECIALTY: ortho**

**RECORDS REVIEWED: Dr. Hontas office notes 8/15/16 to 1/9/17**

**PRIMARY DIAGNOSIS / ICD10 Codes:**

| ICD 10 Diagnosis Name | ICD 10 Diagnosis Code |
|---|---|
| Fracture tibia and fibula | S82.3 |
| Click here to enter text. | Click here to enter text. |

**CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY: no**

**ARE LIMITATIONS AND/OR RESTRICTIONS SUPPORTED? AT THE TIME OF THIS REVIEW?** ○ **Yes** ◉ **No** ○ **Uncertain**

**AT THE TIME OF THE BBD 2/17/2017?** ○ **Yes** ◉ **No** ○ **Uncertain**

**USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION[S]:**
**4-6 months**

**CURRENT ESTIMATED WORK CAPACITY:**
○ **NONE** ○ **S** ○ **L** ◉ **M** ○ **H** ○ **VH** ○ **BEHAVIORAL LIMITATIONS**

**POTENTIAL ACCOMMODATIONS THAT WOULD FACILITATE A RTW:**

○ **NOW** ○ **FUTURE** ◉ **NOT ASSESSED**

**CURRENT ESTIMATED R/Ls: none**

**ESTIMATED DURATION OF R/Ls: n/a**

**ESTIMATED WORK CAPACITY AFTER RECOVERY:**
◉ **NONE** ○ **S** ○ **L** ○ **M** ○ **H** ○ **VH** ○ **BEHAVIORAL LIMITATIONS**

**SUGGESTED ACTION PLAN: The claimant had an undisplaced fracture of the tibia and fibula treated in a cast. The fracture has healed and she is in normal shoes. A return to pre-disability level of function by now is a reasonable expectation. If she is not released to rtw by the BBD, then AP contact will be needed.**

☐**DCM to consider attempting to get consensus on the above R&L's to facilitate a RTW with accommodations**
☐**Refer to me for full file review**
- ☐**now**
- ☐**on the following date ____________________________________**
- ☐**when the following becomes available _______________________**
- ☐**comments ________________________________________________**

☐**Refer to _________________ specialty for full file review**
- ☐**now**
- ☐**on the following date ____________________________________**
- ☐**when the following becomes available _______________________**
- ☐**comments ________________________________________________**

☐**Refer for nurse case manager review:**
- ☐**now**
- ☐**on the following date ____________________________________**
- ☐**when the following becomes available _______________________**
- ☐**comments ________________________________________________**

**CP ASSESSMENT DATE: 1/21/17**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

Schultz
PHYSICAL THERAPY

# Fax Cover Sheet

**To: Gauthier, Megan**
**Organization: Liberty Mutual - LTD**
**Fax: 6033345121**

**From: Clint Gallo, DPT**
**Sent on: January 19, 2017**

**Regarding: med rec req - Liberty Mutual -LTD.pdf, medical record cost itemization 1 19 17.pdf, Referral 11 09 16.pdf, Past Medical History 11 14 16.pdf, LEFS Initial 11 14 16.pdf, Signed IE 11 14 16. pdf, LEFS Follow Up 12 07 16.pdf, Signed Recert 12 07 16.pdf, Script 12 08 16.pdf, LEFS Follow Up 01 05 17.pdf, Signed Recert 01 05 17. pdf, Script 01 09 17.pdf, Daily Note: 01/18/2017, Daily Note: 01/17/2017, Daily Note: 01/16/2017, Daily Note: 01/11/2017, Daily Note: 01/10/2017, Daily Note: 01/09/2017, Recertification Note: 01/05/2017, Daily Note: 01/05/2017, Lower Extremity Functional Scale: 01/05/2017, Plan of Care: 01/05/2017, Daily Note: 01/04/2017, Daily Note: 01/03/2017, Daily Note: 12/29/2016, Daily Note: 12/28/2016, Daily Note: 12/27/2016, Daily Note: 12/22/2016, ~Daily Note: 12/22/2016, Daily Note: 12/20/2016, Daily Note: 12/19/2016, Daily Note: 12/15/2016, Daily Note: 12/14/2016, Daily Note: 12/08/2016, Recertification Note: 12/07/2016, Daily Note: 12/07/2016, Lower Extremity Functional Scale: 12/07/2016, Plan of Care: 12/07/2016, Daily Note: 12/06/2016, Daily Note: 12/01/2016, Daily Note: 11/30/2016, Daily Note: 11/29/2016, Daily Note: 11/16/2016, Initial Examination: 11/14/2016, Daily Note: 11/14/2016, Lower Extremity Functional Scale: 11/14/2016, Plan of Care: 11/14/2016 for Thomas, Janice**

Powered by WebPT