# Schultz Physical Therapy

414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400


## Fax Cover Sheet

LTD Benefits medical records for Claim # 7125287 - Janice Thomas DOB:


Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Schultz Physical Therapy
414 AVE B.
BOGALUSA, LA 70427

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287
Claimant: Janice Thomas
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Janice Thomas.

To evaluate Ms. Thomas's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All physical therapy notes, evaluations, and assessments from September 1, 2016 through the present

We ask that you provide this information by January 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5121 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Thomas allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: 7125287-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.17.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Authorization to Obtain and Release Psychotherapy Notes**

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Schultz
PHYSICAL THERAPY

# Medical Records Cost Itemization

| | |
|---|---|
| 25.00 | Handling Charge $25.00 |
| 25.00 | First Twenty-Five Pages ($1.00 per page) |
| 24.00 | Pages 26 – 500 ($.50 per page) |
| — | Pages 500 – End ($.25 per page) |
| — | Actual Postage Incurred |
| $ 74.00 | Total Cost Allowed By R.S. 40:1165.1 |

Re: Claim # 7125287 - Janice Thomas - DOB: [illegible]

Date of Service: 11 / 14 / 2016 through 01 / 18 / 2017

Date Records Mailed / Faxed / E-mail: 01 / 19 / 2017

Mailed / Faxed / E-mailed To: Megan Gauthier / Liberty Life Assurance
Liberty Mutual Ins - LTD -
fx: 603-334-5121

Office Representative: Annette Knight

Tax ID #: 46-4645770

414 Ave. B, Bogalusa, LA 70427 • P.O. Box 10, Bogalusa, LA 70429 • PH: 985-732-1651 • Fax: 985-241-5400

Thomas, Janice (MR # 10235707)

## Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159462)

**Outpatient Referral**

Date and Time: **11/9/2016 1:27 PM**
Department: **Stpc Bone And Joint**
Ref By/Authorizing: **Mark J. Hontas, MD**

### Dept Order Information

| Date | Department |
|---|---|
| 11/9/2016 | Stpc Bone And Joint |

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | / | | *Preferred* |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St Tammany Bone and Joint | 71211 Highway 21, Suite A<br>Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

### Referral Details

| Referred By | | Referred To |
|---|---|---|
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone: 985-893-9922<br>Fax: 985-892-3806 | Diagnoses: Right ankle pain, unspecified chronicity<br>Order: Ambulatory Referral To Physical/Occupational Therapy<br>Reason: Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone: 985-732-1651<br>Fax: 985-241-5400 |
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone: 985-893-9922<br>Fax: 985-892-3806 | Diagnoses: Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter<br>Order: Ambulatory Referral To Physical/Occupational Therapy<br>Reason: Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone: 985-732-1651<br>Fax: 985-241-5400 |

### Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

### Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

### Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** | S82.201DS82.401D | V54.16 |

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |

Thomas, Janice (MR # 10235707)

Order Questions (continued)

| Question | Answer | Comment |
|---|---|---|
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |
| **U/S** | **Yes** | |

*Electronically signed by:* Mark J. Hontas, MD *Lic #* MD.015471 *NPI:* 1417042706

Physician Signature

Signature: [signature] Date: 11/9/16

Print Name: Mark Hontas

# PAST MEDICAL HISTORY FORM

Patient Name: Janice Thomas Date: 11/14/16

Are you presently working? ☐ Yes ☑ No Date of next Physician's visit: 12/8/16

Date of injury / onset: 8/12/16 Have you ever had these symptoms before? ☐ Yes ☑ No

Check which apply to your symptoms:

- ☐ Work related injury
- ☐ Recurrence of previous injury
- ☑ Motor vehicle accident
- ☐ Injury related to lifting
- ☐ Injury related to falling
- ☐ Cause unknown
- ☐ Athletic / recreational injury
- ☐ Other: ____________

Have you had a related surgery? ☐ Yes ☑ No

Do you have, or have had any of the following?

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Diabetes (type 1 / type 2) | | ✓ | Allergies to Tape | | ✓ |
| Chest Pain / Angina | | ✓ | Other Allergies | | ✓ |
| High Blood Pressure | | ✓ | Current Infection | | ✓ |
| Heart Disease | | ✓ | Hernia | | ✓ |
| Heart Attack | | ✓ | Seizures | | ✓ |
| A - Fib | | ✓ | Joint Replacements | | ✓ |
| Pacemaker | | ✓ | Dizziness / Fainting | ✓ | |
| Headaches | ✓ | | Recent Fractures | | ✓ |
| Kidney Problems | | ✓ | Surgeries | | ✓ |
| Are you pregnant? | | ✓ | Skin Abnormalities | | ✓ |
| Cancer | | ✓ | Nausea / Vomiting | ✓ | |
| Osteoporosis | | ✓ | Ringing in your ears | ✓ | |
| Bowel / Bladder Abnormalities / Changes | | ✓ | Osteoarthritis | | ✓ |
| Urine Leakage | | ✓ | Rheumatoid Arthritis | | ✓ |
| Asthma / Breathing Difficulties | ✓ | | Special Diet Guidelines | | ✓ |
| Liver / Gallbladder Problems | | ✓ | Hypoglycemia | | ✓ |
| Smoking | ✓ | | Tested Positive for HIV | | ✓ |
| Stroke / CVA | | ✓ | Other: ____________ | | ✓ |

Approximate ounces of water consumed each day: (4) 16 oz

Patient Name: Janice Thomas Date: 11-14-16

Please mark area below where you are experiencing symptoms and briefly describe

Pain description: it has stabbing, numbness, tingling, tight, aching, pins needles
(numbness, burning, stabbing, aching, pins & needles, sore, tight, tingling, dull)



If you are having pain, please rate the intensity of your pain on a scale of 0 to 10, with 0 being no pain and 10 being the worst pain possible 8

**PATIENT NAME:** Janice Thomas **ID#:** ____________ **DATE:** 11/14/16

**Description:** This survey is meant to help us obtain information from our patients regarding their current levels of discomfort and capability. **Please circle the answers below that best apply.**

**LEFS – INITIAL VISIT**

**Please rate your pain level with activity:** NO PAIN = 0 1 2 3 4 5 6 7 8 9 10 = VERY SEVERE PAIN

| | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|
| 1. Any of your usual work, housework or school activities | 0 | 1 | 2 | 3 | 4 |
| 2. Your usual hobbies, recreational or sporting activities | [illegible] | 1 | 2 | 3 | 4 |
| 3. Getting into or out of the bath | 0 | 1 | 2 | 3 | 4 |
| 4. Walking between rooms | 0 | 1 | 2 | 3 | 4 |
| 5. Putting on your shoes or socks | 0 | [illegible] | 2 | 3 | 4 |
| 6. Squatting | [illegible] | 1 | 2 | 3 | 4 |
| 7. Lifting an object, like a bag of groceries from the floor | [illegible] | 1 | 2 | 3 | 4 |
| 8. Performing light activities around your home | 0 | 1 | 2 | 3 | 4 |
| 9. Performing heavy activities around your home | 0 | 1 | 2 | 3 | 4 |
| 10. Getting into or out of a car | 0 | [illegible] | 2 | 3 | 4 |
| 11. Walking 2 blocks | 0 | [illegible] | 2 | 3 | 4 |
| 12. Walking a mile | 0 | 1 | 2 | 3 | 4 |
| 13. Going up or down 10 stairs (about 1 flight of stairs) | 0 | 1 | 2 | 3 | 4 |
| 14. Standing for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 15. Sitting for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 16. Running on even ground | 0 | 1 | 2 | 3 | 4 |
| 17. Running on uneven ground | 0 | 1 | 2 | 3 | 4 |
| 18. Making sharp turns while running fast | 0 | 1 | 2 | 3 | 4 |
| 19. Hopping | 0 | 1 | 2 | 3 | 4 |
| 20. Rolling over in bed | 0 | 1 | 2 | 3 | 4 |

*Source: Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383*

**Therapist Use Only**

Comorbidities:
- ☐ Cancer
- ☐ Diabetes
- ☐ Heart Condition
- ☐ High Blood Pressure
- ☐ Multiple Treatment Areas
- ☐ Neurological Disorders (e.g., Parkinson's, Muscular Dystrophy, Huntington's, CVA, Alzheimer's, TBI)
- ☐ Obesity
- ☐ Surgery for this Problem
- ☐ Systemic Disorders (e.g., Lupus, Rheumatoid Arthritis, Fibromyalgia)

ICD Code: ____________

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10
2: (2 Weeks) | improve range of motion by 5-10° in all appropriate directions

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain
2: (Upon D/) | Eliminate swelling
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain
4: (D/C) | improve strength and ROM to WNL

**Plan**
**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To improve (Pain Relief, Decrease inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return. Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows____

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Physician Signature_________
M. Hontas, MD

Date:________

PT

**PATIENT NAME:** Janice Thomas **ID#:** ______ **DATE:** 12/07/16

**Description:** This survey is meant to help us obtain information from our patients regarding their current levels of discomfort and capability. **Please circle the answers below that best apply.**

1. Please rate your pain level with activity: NO PAIN = 0 1 2 3 4 5 6 7 8 9 10 – VERY SEVERE PAIN
2. How satisfied are you with the level of care and service provided? Very Satisfied / Satisfied / Unsatisfied / Very Unsatisfied
3. Please rate your progress with functional activities from start of therapy to this point in time: Excellent / Good / Fair / Poor
4. At this point in your treatment, have your therapy goals been met? Completely Met / Mostly Met / Partially Met / Not Met

## LEFS – FOLLOW-UP AND DISCHARGE VISIT

| | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|
| 1. Any of your usual work, housework or school activities | 0 | 1 | 2 | 3 | 4 |
| 2. Your usual hobbies, recreational or sporting activities | 0 | 1 | 2 | 3 | 4 |
| 3. Getting into or out of the bath | 0 | 1 | 2 | 3 | 4 |
| 4. Walking between rooms | 0 | 1 | 2 | 3 | 4 |
| 5. Putting on your shoes or socks | 0 | 1 | 2 | 3 | 4 |
| 6. Squatting | 0 | 1 | 2 | 3 | 4 |
| 7. Lifting an object, like a bag of groceries from the floor | 0 | 1 | 2 | 3 | 4 |
| 8. Performing light activities around your home | 0 | 1 | 2 | 3 | 4 |
| 9. Performing heavy activities around your home | 0 | 1 | 2 | 3 | 4 |
| 10. Getting into or out of a car | 0 | 1 | 2 | 3 | 4 |
| 11. Walking 2 blocks | 0 | 1 | 2 | 3 | 4 |
| 12. Walking a mile | 0 | 1 | 2 | 3 | 4 |
| 13. Going up or down 10 stairs (about 1 flight of stairs) | 0 | 1 | 2 | 3 | 4 |
| 14. Standing for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 15. Sitting for 1 hour | 0 | 1 | 2 | 3 | 4 |
| 16. Running on even ground | 0 | 1 | 2 | 3 | 4 |
| 17. Running on uneven ground | 0 | 1 | 2 | 3 | 4 |
| 18. Making sharp turns while running fast | 0 | 1 | 2 | 3 | 4 |
| 19. Hopping | 0 | 1 | 2 | 3 | 4 |
| 20. Rolling over in bed | 0 | 1 | 2 | 3 | 4 |

*Source: Binkley et al (1999). The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383.*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427 3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swelling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732 1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows __________

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 0:42 am*

Physician Signature________
M. Hontas, MD

Date:________

PT

## Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159467)
**Outpatient Referral**

Date and Time **12/8/2016 1:21 PM**
Department **Stpc Bone And Joint**
Ref By/Authorizing **Mark J. Hontas, MD**

### Dept Order Information

| Date | Department |
|---|---|
| 12/8/2016 | Stpc Bone And Joint |

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | | | *Preferred* |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St.Tammany Bone and Joint | 71211 Highway 21, Suite A<br>Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

### Referral Details

| Referred By | | Referred To |
|---|---|---|
| Mark J. Hontas, MD<br>71211 HIGHWAY 21<br>SUITE A<br>COVINGTON LA 70433<br>Phone 985-893-9922<br>Fax 985-892-3806 | Diagnoses Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter<br>Order Ambulatory Referral To Physical/Occupational Therapy<br>Reason Specialty Services Required | Jay P Schultz, MPT<br>414 AVENUE B<br>SCHULTZ PHYSICAL THERAPY<br>BOGALUSA LA 70427<br>Phone: 985-732-1651<br>Fax 985-241-5400 |

### Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

### Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

### Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | S82.201DS82.401D | V54.16 |

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |

**PATIENT NAME:** Janice Thomas **ID#:** ______ **DATE:** 01/05/17

**Description:** This survey is meant to help us obtain information from our patients regarding their current levels of discomfort and capability. **Please circle the answers below that best apply.**

1. Please rate your pain level with activity: NO PAIN = 0 1 2 3 (4) 5 6 7 8 9 10 = VERY SEVERE PAIN
2. How satisfied are you with the level of care and service provided? (Very Satisfied) / Satisfied / Unsatisfied / Very Unsatisfied
3. Please rate your progress with functional activities from start of therapy to this point in time. (Excellent) / Good / Fair / Poor
4. At this point in your treatment, have your therapy goals been met? Completely Met / Mostly Met / (Partially Met) / Not Met

## LEFS – FOLLOW-UP AND DISCHARGE VISIT

| | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|
| 1. Any of your usual work, housework or school activities | 0 | (1) | 2 | 3 | 4 |
| 2. Your usual hobbies, recreational or sporting activities | 0 | (1) | 2 | 3 | 4 |
| 3. Getting into or out of the bath | 0 | 1 | (2) | (3) | 4 |
| 4. Walking between rooms | 0 | 1 | (2) | (3) | 4 |
| 5. Putting on your shoes or socks | 0 | 1 | (2) | (3) | 4 |
| 6. Squatting | 0 | 1 | 2 | (3) | 4 |
| 7. Lifting an object, like a bag of groceries from the floor | 0 | 1 | 2 | 3 | (4) |
| 8. Performing light activities around your home | 0 | 1 | (2) | 3 | 4 |
| 9. Performing heavy activities around your home | 0 | 1 | (2) | 3 | 4 |
| 10. Getting into or out of a car | 0 | (1) | (2) | 3 | 4 |
| 11. Walking 2 blocks | 0 | (1) | 2 | 3 | 4 |
| 12. Walking a mile | (0) | 1 | 2 | 3 | 4 |
| 13. Going up or down 10 stairs (about 1 flight of stairs) | (0) | (1) | 2 | 3 | 4 |
| 14. Standing for 1 hour | (0) | 1 | 2 | 3 | 4 |
| 15. Sitting for 1 hour | 0 | 1 | 2 | 3 | (4) |
| 16. Running on even ground | (0) | 1 | 2 | 3 | 4 |
| 17. Running on uneven ground | (0) | 1 | 2 | 3 | 4 |
| 18. Making sharp turns while running fast | (0) | 1 | 2 | 3 | 4 |
| 19. Hopping | (0) | 1 | 2 | 3 | 4 |
| 20. Rolling over in bed | 0 | 1 | 2 | 3 | (4) |

*Source: Binkley et al (1999). The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79;371-383.*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10° in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swelling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Physician Signature______
M. Hontas, MD

Date:______

PT

Thomas, Janice (MR # 10235707)

**Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 242159469)**
**Outpatient Referral**

Date and Time **1/9/2017 2:26 PM**
Department **Stpc Bone And Joint**
Ref By/Authorizing **Mark J. Hontas, MD**

## Dept Order Information

| Date | Department |
|---|---|
| 1/9/2017 | Stpc Bone And Joint |

## Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Thomas, Janice | Female | | | *Preferred* |

## Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| St Tammany Bone and Joint | 71211 Highway 21, Suite A<br>Covington LA 70433-7121 | 985-893-9922 | 985-892-3806 |

## Referral Details

Referred By
Mark J. Hontas, MD
71211 HIGHWAY 21
SUITE A
COVINGTON LA 70433
Phone 985-893-9922
Fax 985-892-3806

Diagnoses Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter
Order Ambulatory Referral To Physical/Occupational Therapy
Reason Specialty Services Required

Referred To
Jay P Schultz, MPT
414 AVENUE B
SCHULTZ PHYSICAL THERAPY
BOGALUSA LA 70427
Phone 985-732-1651
Fax 985-241-5400

## Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809280001 | |

## Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW10502191W00 | THOMAS,JANICE | |

## Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary | S82.201DS82.401D | V54.16 |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Post Surgical?** | **No** | |
| **Eval and Treat** | **Yes** | |
| **Duration:** | **30 days** | |
| **Frequency (times per week):** | **Three** | |
| **Location:** | **Ankle** | |
| **Restore Functional ADL Training?** | **Yes** | |
| **Gait Training** | **Yes** | |
| **Therapeutic Exercises** | **Passive**<br>**Active**<br>**Resistive** | |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/18/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 25
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic x 300' with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6" without AD and 8" step with utilizing moses pole and right LE up and left LE down; Side stepping activity performed 15' x 3 trials for increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 3/10 today. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/18/2017

Post-Treatment    Patient reporting decreased pain and increased mobility following therapy session.

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 18, 2017 at 2:25 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/17/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 24
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down; Side stepping activity performed 15' x 3 trials for increased hip/gait stability. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle, proximal and distal tib-fib joints; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/17/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 17, 2017 at 2:43 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/16/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 23
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/16/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 16, 2017 at 2:17 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/11/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 22
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient reporting decreased pain and increased mobility following therapy session. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/11/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 11, 2017 at 2:36 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/10/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 21
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reporting pain level rated at 0/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/10/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 10, 2017 at 5:28 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/09/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 20
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt reports residual pain at right ankle with pain level rated at 5/10 today. "I had to take a 8 hour car ride yesterday." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/09/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 9, 2017 at 11:14 am*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 19
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 35 cm | 35.5 cm | *34.5 cm* | *35.5 cm* |
| Mid Malleoli | 25 cm | 22 cm | *24 cm* | *22 cm* |
| Ankle Figure 8 | 49 cm | 52 cm | *49.5 cm* | *52 cm* |

### Outcome Measurement Tools

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 34/80 | *29* |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 12/07/2016*

| Ankle AROM | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 10 ° | 10 ° | *8 °* | *5 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | 15 ° | *15 °* | *Not Tested* |
| Plantarflexion | 45 ° | 55 ° | *45 °* | *55 °* |
| Inversion | 30 ° | 38° | *26 °* | *38°* |
| Eversion | 10 ° | 10 ° | *10 °* | *6 °* |

## Strength

**Previous Findings as of 12/07/2016*

**Gross Muscle Tests Lower**

**Ankle**

| | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Ankle Dorsiflexion | 4/5 | 4/5 | | |

## Neuro-Vascular

**Upper Reflexes**

| | Right | Left |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | Right | Left |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Physician Signature____________________________
M. Hontas, MD
Date:_______________

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 19
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*



Powered by WebPT™

# Patient Outcomes

Report Date: 1/6/2017

**Janice Thomas** **34 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 1/5/2017 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 1/6/2017 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 4 | 4 | (0 to 10) |
| 2 | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| 3 | **Functional Improvement** | Excellent | 1 | (1 to 4) |
| 4 | **Goals Met** | Partially Met | 3 | (1 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | **Getting into or out of the bath** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 4 | **Walking between rooms** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 5 | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 6 | **Squatting** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | 2 | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | Moderate Difficulty | 2 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 14 | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 01/05/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 19
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Goal Met | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 45% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/05/2017

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 $w/cm^2$, Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on January 6, 2017 at 12:08 pm*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Physician Signature________________________
M. Hontas, MD
Date:______________

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/04/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 18
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 6-8" step with moses pole utilizing and right LE up and left LE down | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/04/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on January 4, 2017 at 5:02 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 01/03/2017
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 17
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2016 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility, but much improved (ascend/descending 8" step with use of moses pole).<br>Right ankle strength: DF = 4/5, PF = 3+/5.<br>Patient exhibits limited right hindfoot PF and excessive midfoot plantarflexion. |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 01/03/2017

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on January 3, 2017 at 2:40 pm*



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/29/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 16
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt continues to report residual pain at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/29/2016

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 29, 2016 at 4:08 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/28/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 15
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off; Step/stair training over 4" step with use of right LE up and left LE down, use of moses pole and HHA for support | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.



Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/28/2016

**Rehab Potential:** Good

**Patient Problems:**

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on December 28, 2016 at 2:49 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/27/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 14
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 2 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-IV joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior; MFS to right calf and ant. tib. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Noted limited right ankle PF due to tight anterior tibialis and extensors. Limited with ankle DF due to soleus flexibility and gastroc tightness. Antalgic gait pattern due to lack of fluid ankle motion. Also limited with negotiating stairs due to lack of mobility. Right ankle strength: DF = 4/5, PF = 3+/5 |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/27/2016

**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jay Schultz, MPT
License #06707
*Completed by Jay Schultz, MPT on December 27, 2016 at 2:24 pm*

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/22/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 13
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. Patient reports intense migraine today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/22/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 22, 2016 at 3:11 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet Addendum

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/22/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 13
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |
| GP:97116 | Gait Training<br>Gait activity performed in clinic with emphasis on efficiency of gait and VC for proper toe off. | 1 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today, at right ankle. Patient reports intense migraine today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet Addendum

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/22/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Original Note Completed On: December 22, 2016 3:11pm
Addendum Completed On: December 22, 2016 3:12pm

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 22, 2016 at 3:12 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/20/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 12
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 4/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/20/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 20, 2016 at 5:33 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/19/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 11
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 6/10 today. "It's the weather." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/19/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 19, 2016 at 3:14 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/15/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 10
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 3-4/10 today. "Today has been the best day yet." |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/15/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 15, 2016 at 10:05 am*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 9
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | *Units* |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/14/2016

- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 14, 2016 at 12:32 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD
**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Date of Daily Note:** 12/08/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 8
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 5/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/08/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 8, 2016 at 10:09 am*



Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Recertification:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 7
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)

## Objective

### Inspection

**Patient Consent**

Patient/Parent/Guardian Consent Yes

| Girth Measurement Lower | Right | Left | *Right* | *Left* |
|---|---|---|---|---|
| Mid Calf | 34.5 cm | 35.5 cm | *37 cm* | *38 cm* |
| Mid Malleoli | 24 cm | 22 cm | *25.5 cm* | *23.5 cm* |
| Ankle Figure 8 | 49.5 cm | 52 cm | *52 cm* | *52 cm* |

### Outcome Measurement Tools

| Lower Extremity | | |
|---|---|---|
| Lower Extremity Functional Scale | 29/80 | *21* |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

| | **Right** | **Left** |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

## Range of Motion

**Previous Findings as of 11/14/2016*

| **Ankle AROM** | **Right** | **Left** | ***Right*** | ***Left*** |
|---|---|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 8° | 5 ° | *4°* | *5 °* |
| Dorsiflexion at 90 Knee Flexion | 15 ° | Not Tested | *7°* | *Not Tested* |
| Plantarflexion | 45 ° | 55 ° | *30 °* | *55 °* |
| Inversion | 26 ° | 38° | *19°* | *38°* |
| Eversion | 10 ° | 6 ° | *(4)°* | *6 °* |

## Strength

**Previous Findings as of 11/14/2016*

**Comments** MMT deferred at this time. *MMT deferred at this time.*

## Neuro-Vascular

**Upper Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | **Right** | **Left** |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

## Palpation

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |
**Long Term Goals:**



Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Recertification Note

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________

Physician Signature________________________
M. Hontas, MD
Date:______________

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 7
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Functional Deficits / Gains:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits.
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Immobilizer: walking boot

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | *1* |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | *3* |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right posterior talocrural joint with PROM right ankle PF. Stretch sign diminished following TrP right anterior tibialis. Noted tenderness at ATF with PROM right ankle eversion. |
| Pre-Treatment | Pt reporting pain level rated at 6/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

# Patient Outcomes

Report Date: 12/8/2016

**Janice Thomas** **29 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 12/7/2016 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 12/8/2016 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 7 | 7 | (0 to 10) |
| 2 | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| 3 | **Functional Improvement** | Excellent | 1 | (1 to 4) |
| 4 | **Goals Met** | Partially Met | 3 | (1 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 3 | **Getting into or out of the bath** | Moderate Difficulty | 2 | (0 to 4) |
| 4 | **Walking between rooms** | Moderate Difficulty | 2 | (0 to 4) |
| 5 | **Putting on your shoes or socks** | Moderate Difficulty | 2 | (0 to 4) |
| 6 | **Squatting** | A Little Bit of Difficulty | 3 | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | 2 | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 10 | Getting into or out of a car | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 11 | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| 12 | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 14 | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 12/07/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 7

**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | 10% | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | 35% | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Summary/Recommendations:** Patient demonstrates improved right ankle AROM and decreased swelling of right ankle. Patient continues to demonstrate limited right ankle mobility and strength, with c/o pain. Patine also continues to demonstrate gait deficits. I believe patient would benefit from continued physical therapy services.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/07/2016

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 5 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on December 8, 2016 at 6:42 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_________________
_________________________________________

Physician Signature_____________________________
M. Hontas, MD
Date:_______________



Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/06/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 6
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior. Retrograde massage to RLE in order to decrease swelling. | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. Pt reporting increased swelling in RLE. Pt with c/o migraine this afternoon. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/06/2016

- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 6, 2016 at 3:26 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 12/01/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 5
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

## Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 12/01/2016

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on December 1, 2016 at 3:32 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/30/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 4
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/30/2016

- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on November 30, 2016 at 1:50 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/29/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 3
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia;TrP to right gastroc, soleus and tibialis anterior | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Pt reporting pain level rated at 7/10 today. |
| Post-Treatment | Patient tolerated therapy session without increase in pain. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Daily Note / Billing Sheet**

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/29/2016

- Gait and Balance deficits

**Short Term Goals:**

1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**

1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit
PT/PTA performed face to face meeting in order to update pt's status and plan of care.

Jeffery Ledet
License #A3626
*Completed by Jeffery Ledet on November 29, 2016 at 2:08 pm*

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Referring Physician(s):** Hontas, Mark MD

**Date of Daily Note:** 11/16/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Visit No.:** 2
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Patient thoroughly educated on need for therapeutic exercise, as well as, proper execution of prescribed exercises. | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Positive stretch sign noted at right anterior talocrural joint with PROM right ankle DF at 0° knee flexion and at 70° knee flexion. Stretch sign diminished following TrP right gastroc and right soleus. |
| Pre-Treatment | Reports no new c/o. |
| Post-Treatment | Patient agreeable to physical therapy POC. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/16/2016

- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan

**Instructions:** Progressing Patient Next Visit

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 16, 2016 at 3:53 pm*

Powered by WebPT

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Visit No.:** 1

**Date of Initial Examination:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Patient reports MVA 8/12/2016 with resulting fractures in right ankle.
**Primary Concern/Chief Complaint:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Pain Location:** right ankle
**Pain Scale: Worst:** 10 **Best:** 3 **Current:** 8
**Pain Follow-up Plan:** reassess regularly
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (See eDocs)
**Patient Goals:** Increase gait efficiency, eliminate pain, increase functional mobility

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

| Girth Measurement Lower | Right | Left |
|---|---|---|
| Mid Calf | 37 cm | 38 cm |
| Mid Malleoli | 25.5 cm | 23.5 cm |
| Ankle Figure 8 | 52 cm | 52 cm |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 21/80 |

### Observation

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

| | Right | Left |
|---|---|---|
| Foot Descriptors | Numbness, Tingling | |

**Gait** Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing, Shortened Stride Length

**Brace Immobilizer**

| | |
|---|---|
| Type | walking boot |
| Compliant with use | No |

**Range of Motion**

| Ankle AROM | Right | Left |
|---|---|---|
| Dorsiflexion at 0 Knee Flexion | 4° | 5 ° |
| Dorsiflexion at 90 Knee Flexion | 7° | Not Tested |
| Plantarflexion | 30 ° | 55 ° |
| Inversion | 19° | 38° |
| Eversion | (4)° | 6 ° |

**Strength**

**Comments** MMT deferred at this time.

**Neuro-Vascular**

**Upper Reflexes**

| | Right | Left |
|---|---|---|
| Biceps C5,6 | 3 + Increased | 3 + Increased |
| Brachial Radialis C5,6 | 3 + Increased | 3 + Increased |

**Lower Reflexes**

| | Right | Left |
|---|---|---|
| Knee Jerk (L4) | 3 + Increased | 3 + Increased |
| Ankle Jerk (S1) | Not Tested | 3 + Increased |

**Palpation**

**Comments** Tenderness noted right gastroc, right soleus, right anterior tibialis, right RF

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Physical Therapy Initial Examination

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions
**Long Term Goals:**
1: (Upon D/C) | Eliminate pain
2: (Upon D/) | Eliminate swellling
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain
4: (D/C) | Improve strength and ROM to WNL

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________

Physician Signature______________________________
M. Hontas, MD
Date:______________

Powered by WebPT™

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Date of Original Eval:** 11/14/2016
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

**Date of Daily Note:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing
**Visit No.:** 1
**Insurance Name:** BlueCross BlueShield of La PPO

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Increased right ankle/foot pain; decreased functional mobility of right foot/ankle; gait deficits
**Pain Location:** right ankle
**Pain Scale: Worst:** 10 **Best:** 3 **Current:** 8
**Pain Follow-up Plan:** reassess regularly
**Occupation/Social History:**
**Is Patient a Tobacco User:** Yes
**Is Patient a Smoker:** Yes
Recommendation made to stop smoking
Reports smoking 1.5 packs per day.
**Home Health Care:** No
**Medical History:** Reports Asthma
**Complicating Factors:** Surgical History (Reports 2 Cesarean Sections, partial hysterectomy, Gastric sleeve sx (lost over 100 lbs in past year since sx))
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97035 | Ultrasound/Phonophoresis<br>right ankle | 1 |
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Patient thoroughly educated on need for therapeutic exercise, as well as, proper execution of prescribed exercises. | 3 |
| GP:97140 | Manual Therapy<br>Grade I-II joint mobilizations right ankle; STM right soleus, right gastroc, right anterior tibialis, plantar fascia | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97001 | PT Evaluation | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | See initial evaluation. |
| Pre-Treatment | See initial evaluation. |
| Post-Treatment | Patient agreeable to physical therapy POC. |

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Daily Note / Billing Sheet

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

**Rehab Potential:** Good
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

## Plan
**Instructions:** Progressing Patient Next Visit

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*



Powered by WebPT

# Patient Outcomes

Report Date: 11/15/2016

**Janice Thomas** **21 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 803055 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 12770264 | **Area:** | Lower Extremity |
| **Visit Date:** | 11/14/2016 | **Clinician:** | Gallo, Clint |
| **Entry Date:** | 11/15/2016 | **Clinic:** | Schultz Physical Therapy |
| **ICD Code:** | S82201D - Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing | **Referral Source:** | Hontas, Mark |
| **Gender:** | F | **Payer Class:** | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | **Pain Level** | 7 | **7** | (0 to 10) |
| 1 | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 2 | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 3 | **Getting into or out of the bath** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 4 | **Walking between rooms** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 5 | **Putting on your shoes or socks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 6 | **Squatting** | Moderate Difficulty | **2** | (0 to 4) |
| 7 | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | **4** | (0 to 4) |
| 8 | **Performing light activities around your home** | Moderate Difficulty | **2** | (0 to 4) |
| 9 | **Performing heavy activities around your home** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| 10 | **Getting into or out of a car** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 11 | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| 12 | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 13 | Going up or down 10 stairs (about 1 flight of stairs)) | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 14 | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 15 | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| 16 | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 17 | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 18 | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 19 | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| 20 | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

# Plan of Care

Schultz PHYSICAL THERAPY

**Patient Name:** Thomas, Janice
**Date of Birth:**

**Referring Physician(s):** Hontas, Mark MD

**Date of Plan of Care:** 11/14/2016
**Injury/Onset/Change of Status Date:** 08/12/2016 New Injury, MVA
**Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing

**Date of Original Eval:** 11/14/2016
**Visit No.:** 1
**Treatment Diagnosis:** ICD10: S82.201D: Unspecified fracture of shaft of right tibia, subsequent encounter for closed fracture with routine healing, S82.401D: Unspecified fracture of shaft of right fibula, subsequent encounter for closed fracture with routine healing, M99.06: Segmental and somatic dysfunction of lower extremity, S96.801D: Unspecified injury of other specified muscles and tendons at ankle and foot level, right foot, subsequent encounter, S93.401D: Sprain of unspecified ligament of right ankle, subsequent encounter

## Assessment

**Assessment/Diagnosis:** Patient exhibits impaired joint mobility, motor function, muscle performance, and range of motion associated with localized inflammation, somatic dysfunction, and fracture.
**Patient Education:** Patient thoroughly educated on current condition, prognosis, and plan of care.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Increased pain
- Increased swelling
- Decreased strength
- Decreased range of motion
- Decreased proprioception
- Gait and Balance deficits

**Short Term Goals:**
1: (2 Weeks) | Decrease pain to no greater than 7/10 |
2: (2 Weeks) | Improve range of motion by 5-10º in all appropriate directions |

**Long Term Goals:**
1: (Upon D/C) | Eliminate pain |
2: (Upon D/) | Eliminate swellling |
3: (upon D/C) | Able to ambulate x community distances with normalized gait on level and unlevel ground with no limitations or pain |
4: (D/C) | Improve strength and ROM to WNL |

**Schultz Physical Therapy**
414 Avenue B
Bogalusa, LA 70427-3702
Phone: (985)732-1651
Fax: (985)241-5400

**Patient Name:** Thomas, Janice
**Date of Birth:**
**Document Date:** 11/14/2016

# Plan of Care

## Plan

**Frequency:** 3 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Gait Training (Even Surfaces, Uneven Surfaces, Stairs, Curbs), Neuromuscular Rehabilitation (Balance/Proprioception Training, Coordination), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Patellar Mobs, Dry Needling/Intramuscular Manual Therapy, Strain-Counterstrain), Massage, Splinting/ Taping (kinesiotape), Patient Education (Home Exercise Program)

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Pre-Modulated, Interferential), Ultrasound/Phonophoresis (1MHz, 3MHz, Intensity: 1.5 w/cm², Duty Cycle: 100%, Duration: 8 minutes), Cryotherapy (Ice Pack, Ice Massage, Duration: 10 minutes), Hot Packs (Duration: 15 minutes)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (985)732-1651.

Clint Gallo, PT

Clint Gallo, DPT
License #08180
*Completed by Clint Gallo, DPT on November 15, 2016 at 7:29 am*

Please sign and return: Fax#: (985)241-5400

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Physician Signature______________________________
M. Hontas, MD
Date:_______________

Powered by WebPT

St. Tammany
PARISH HOSPITAL
Excellence In Healthcare... Close To Home

Bone and Joint Clinic

# FAX TRANSMISSION COVER SHEET

- ☒ Dr. Mark Hontas
- ☐ Dr. Roch Hontas
- ☐ Dr. McCall G. McDaniel

Date 1/19/17

Number of pages (including cover sheet) 9

TO Liberty Mutual

FROM Melanie S.

Fax No. (603) 334-5121

Phone No. ( )

Phone No. (985) 893-9922

Fax No. (985) 892-3806

**REMARKS:**

Urgent ___ For Your Review ___ Please Reply ASAP ___ Please comment ___

Per your request (Re: Claim# 7125287, Janica Thomas)

Please call the sender if any part of this transmission is incomplete.

ORIGINAL SENT VIA U. S. MAIL YES ___ NO ___ DATE MAILED ___

*CONFIDENTIALITY NOTICE*

THIS FACSIMILE TRANSMISSION (AND/OR DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED.
IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY CONTACT US AT THE NUMBER LISTED ABOVE OR CONTACT HOSPITAL ADMINISTRATION AT (985) 898-4402.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Dr. Mark Hontas
St. Tammany Parish Hospital

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287
Claimant: Janice Thomas
Claimant D.O.B.:

Dear Dr. Mark Hontas:

We are the Disability Claim Administrator for your patient, Janice Thomas.

To evaluate Ms. Thomas's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 9, 2016 through the present

We ask that you provide this information by January 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5121 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Thomas allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: 7125287-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.17.2017

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Progress Notes** Encounter Date: 12/8/2016

Mark J. Hontas, MD
Orthopedic Surgery

## Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *f/u Right fx distal tib/fib 8/12/16. States still hurts & swells. Wearing loafer today, as she states she can't woar a shoe with a heel. Going to Schultz PT in Bog.*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • | |

| | |
|---|---|
| hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | |
|---|---|
| | 12/08/16 1302 |
| BP: | 120/68 |
| Pulse: | 64 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0
- etodolac (LODINE) 500 MG tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily. Dispense: 60 tablet; Refill: 5

On exam today there is still swelling along the medial and lateral aspect of the ankle. There is pain with weightbearing for more than an hour. She is only able to wear certain shoes when she is walking. Any kind of heel causes increased pain. She is still having numbness and tingling across the dorsum of the foot suggesting that the anterior tibial nerve maybe caught up in some of the healing tissue. She still has some loss of motion with dorsiflexion and plantar flexion and she is continuing with physical therapy. She is unable to return to work at this time. A part-time job consisting of standing for 4 hours with 15 minute break is not possible at this time for her. She may be a surgical candidate in the future if she continues to experience the numbness and tingling and burning in the anterior aspect of the foot. I have refilled her medicines and given her a prescription for more therapy. I will see her in a month

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 12/8/2016 1:23 PM

Office Visit on 12/8/2016

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Progress Notes** Encounter Date: 1/9/2017

Mark J. Hontas, MD
Orthopedic Surgery

## Chief Complaint

**Chief Complaint**
Patient presents with
- Ankle Pain
  *(R); distal tib/fib fx 8/12/16 Attending Schultz P.T. Notes increased discomfort with change of weather. Continued tingling/numbness over dorsum of foot. Soreness/slight swellling over lateral aspect of ankle.*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |

| | |
|---|---|
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • potassium chloride (KLOR-CON) 10 MEQ TbSR | |

No current facility-administered medications for this visit.

**Allergies**
Review of patient's allergies indicates:
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

There is still some swelling to the left ankle. She still has numbness dorsally. I think she has the anterior tibial nerve entrapment. She is married a lot of gains in therapy and has lost a lot of the compensatory gait that she was using previously. She still has a certain amount of pain. She takes pain medication and anti-inflammatories. I want her to continue with physical therapy and I will see her back in a month

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 1/9/2017 2:28 PM

Office Visit on 1/9/2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
(877) 353-6404
Secure Fax No.: (603) 334-5121

| | |
|---|---|
| Date: | January 18, 2017 |
| To: | SCHULTZ PHYSICAL THERAPY<br>414 AVE B.<br>BOGALUSA LA 70427 |
| Attn: | |
| Fax: | (985) 241-5400 |
| From: | Megan Gauthier<br>Senior Long Term Disability Case Manager II<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-5121 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 7125287<br>Claimant: Janice Thomas<br><br>Wal-Mart Stores, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Schultz Physical Therapy
414 AVE B.
BOGALUSA, LA 70427

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287
Claimant: Janice Thomas
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Janice Thomas.

To evaluate Ms. Thomas's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All physical therapy notes, evaluations, and assessments from September 1, 2016 through the present

We ask that you provide this information by January 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5121 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Thomas allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: 7125287-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.17.2017

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
(877) 353-6404
Secure Fax No.: (603) 334-5121

| | |
|---|---|
| Date: | January 18, 2017 |
| To: | DR. MARK HONTAS<br>ST. TAMMANY PARISH HOSPITAL |
| Attn: | |
| Fax: | (985) 892-3806 |
| From: | Megan Gauthier<br>Senior Long Term Disability Case Manager II<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-5121 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 7125287<br>Claimant: Janice Thomas<br><br>Wal-Mart Stores, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Dr. Mark Hontas
St. Tammany Parish Hospital

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287
Claimant: Janice Thomas
Claimant D.O.B.:

Dear Dr. Mark Hontas:

We are the Disability Claim Administrator for your patient, Janice Thomas.

To evaluate Ms. Thomas's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 9, 2016 through the present

We ask that you provide this information by January 28, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5121 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Thomas allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Thomas's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

Attachments: 7125287-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.17.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-5121

January 18, 2017

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Long Term Disability (“LTD”) benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan (“LTD Policy”). The Wal-Mart Stores, Inc. Associates' Health and Welfare Policy provides STD benefits for a maximum period of 26 weeks after completion of the STD elimination period.

Your LTD Policy has an Elimination Period of 26 weeks or the end of your STD benefits, whichever is longer. As such, during the remainder of the Elimination Period, we will be reviewing your claim for consideration under the LTD Policy. Based on your reported date of disability of August 12, 2016, you would be eligible for LTD benefits effective February 15, 2017.

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you assist in obtaining medical information. We are in need of all medical records from August 12, 2016 through the present from all treating providers and facilities to assess your eligibility for LTD benefits. A formal request was sent to your treating provider[s] currently on file: Dr. Hontas and Schultz Physical Therapy. Please consider following up with your providers to ensure the following information is sent to Liberty Mutual:

- All treatment notes, diagnostic test results, and procedure reports from Dr. Hontas dated December 9, 2016 through the present
- All physical therapy notes, evaluations, and assessments dated September 1, 2016 through the present from Schultz Physical
- Any other available medical records from August 12, 2016 through the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided

by March 3, 2017. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, March 3, 2017.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Information regarding your claim status and your benefit payments (if applicable), can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through Walmartone.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Megan Gauthier
Senior Long Term Disability Case Manager II
Phone No.: (877) 353-6404 Ext. 18204
Secure Fax No.: (603) 334-5121

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty: Orthopedic Surgery - Joint**

| | | | |
|---|---|---|---|
| Office: | 0587 | Claim #: | 7125287 |
| Claimant Name: | JANICE A THOMAS | | |
| Date of Birth: | | Claim Status: | IP |
| Date of Disability: | 8/12/2016 | Date Sent: | 1/18/2017 |
| Claimant SSN: | | Date Benefits Began: | 1/1/1900 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: GAUTHIER, MEGAN 88D 0*000-0000

Assigned Nurse Case Manager:

Diagnosis: S82.301A Unspecified fracture of lower end of right tibia, initial encounter for closed fra

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

WM CPIA -- please assign to Dr. David Bomar

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 9, 2016 12:40:26 PM EST | 985 892 3806 | 129 | 5 | Received |



[redacted]



sedgwick.

## Request for Medical Information to support Disability

Walmart Disability and Leave Service Center at Sedgwick
P.O. Box 14028, Lexington, KY 40512
Telephone: (800) 492-5678 Facsimile: (859) 264-4372 Email: Walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| Today's Date: | November 09, 2016 | Pages: | # (10) total |
| To: | Dr Mark Hontas | From: | Jack Edelman |
| Fax: | 9858923806 | Fax: | (859) 264-4372 |
| Patient: | Janice Thomas | Telephone: | (800) 492-5678 |
| Patient DOB: | | Claim Number: | B608120204800679AA |

**Medical Information Due Date:** **12/01/2016**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

**To consider approving this claim, we need the following checked item(s) returned, ASAP:**

☒ Office Visit Notes Dated: 11/09/2016

Next scheduled office visit: 12/8/16

Estimated return to work date: 12/15/16

**Please fax all clinical information after each visit or patient contact to:**
**Fax (859) 264-4372 or Email to Walmartforms@sedgwicksir.com.**

Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."



THOMAS, JANICE MRN: 10235707

12-9-2016 301663388870001 5220161209012516

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Office Visit** 12/8/2016
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter
Reason for visit: Ankle Pain; Referred by Self Referral

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/68 Pulse 64 Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2 More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies, Patient-Entered Questionnaires |

## Instructions

Return in about 1 month (around 1/8/2017).

After Visit Summary (Printed 12/8/2016)

## Progress Notes

Mark J. Hontas, MD (Physician) • Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**
Patient presents with
- Ankle Pain
  *f/u Right fx distal tib/fib 8/12/16. States still hurts & swolls. Wearing loafer today, as she states she can't wear a shoe with a heel. Going to Schultz PT in Bog.*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

**Medications**

Thomas, Janice (MR # 10235707) DOB:

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • escitalopram oxalate (LEXAPRO) 20 MG tablet | |
| • etodolac (LODINE) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • methocarbamol (ROBAXIN) 750 MG Tab | |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

12/08/16 1302

| | |
|---|---|
| BP: | 120/68 |
| Pulse: | 64 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0
- etodolac (LODINE) 500 MG tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily. Dispense: 60 tablet; Refill: 5

On exam today there is still swelling along the medial and lateral aspect of the ankle. There is pain with weightbearing for more than an hour. She is only able to wear certain shoes when she is walking. Any kind of heel causes increased pain. She is still having numbness and tingling across the dorsum of the foot suggesting that the anterior tibial nerve maybe caught up in some of the healing tissue. She still has some loss of motion with dorsiflexion and plantar flexion and she is continuing with physical therapy. She is unable to return to work at this time. A part-time job consisting of standing for 4 hours with 15 minute break is not possible at this time for her. She may be a surgical candidate in the future if she continues to experience the numbness and tingling and burning in the anterior aspect of the foot. I have refilled her medicines and given her a prescription for more therapy. I will see her in a month

This note was dictated using voice recognition software and may contain grammatical errors.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE/OUTPT VISIT,EST,LEVL III | 12/8/2016 | Mark J. Hontas, MD | | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 12/8/2016 | Mark J. Hontas, MD | PBBFAC | 1 |

## Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

Thomas, Janice (MR # 10235707) DOB:

| Date/Time | Report | Action | User |
|---|---|---|---|
| 12/8/2016 1:26 PM | After Visit Summary | Printed | Liz Hellbach |

## Visit Diagnoses and Associated Orders

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary
ICD-10-CM: S82.201D, S82.401D
ICD-9-CM: V54.16
Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**
hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab [28384]
etodolac (LODINE) 500 MG tablet [17448]

## Problem List as of 12/8/2016

None

## Orders Placed

Ambulatory Referral to Physical/Occupational Therapy Authorized

## Medication Changes

As of 12/8/2016 1:21 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: etodolac (LODINE) 500 MG tablet**<br>Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral | 5 | 12/8/2016 | |
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | | 8/12/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 0 | 9/13/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 0 | 9/27/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 0 | 10/19/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 0 | 11/9/2016 | |
| **Added: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab**<br>Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | 0 | 12/8/2016 | |

## Visit Diagnoses

Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter S82.201D, S82.401D

St. Tammany
PARISH HOSPITAL
Excellence In Healthcare... Close To Home

Bone and Joint Clinic

# FAX TRANSMISSION COVER SHEET

☒ Dr. Mark Hontas
☐ Dr. Roch Hontas
☐ Dr. McCall G. McDaniel

Date 8/22/16

Number of pages (including cover sheet) 16

TO Sedgwick

FROM Melanie S.

Fax No. (859) 264-4372

Phone No. ( )

Fax No. ( 985 ) 893-9922

Phone No. ( 985 ) 892-3806

**REMARKS:**

Urgent ____ For Your Review ____ Please Reply ASAP ____ Please comment ____

Re: Claim # 30166338887-0001 (Janice Thomas, DOB:

Please call the sender if any part of this transmission is incomplete.

ORIGINAL SENT VIA U. S. MAIL YES ____ NO ____ DATE MAILED ____

*CONFIDENTIALITY NOTICE*

THIS FACSIMILE TRANSMISSION (AND/OR DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED.
IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY CONTACT US AT THE NUMBER LISTED ABOVE OR CONTACT HOSPITAL ADMINISTRATION AT (985) 898-4402.

THOMAS, JANICE MRN: 10235707

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Progress Notes** Encounter Date: 11/9/2016

Mark J. Hontas, MD
Orthopedic Surgery

## Chief Complaint

**Chief Complaint**
Patient presents with
- Leg Pain
  *f/u fx distal tib/fib fx 8/12/16. States hurting today. Short boot intact. Pt states fell 2 days ago as she was carrying bag of ice that had a hole in it & pt slipped on the ice*

## HPI

Janice Thomas is a 46 y.o. female who presents with above

## Past Medical History

History reviewed. No pertinent past medical history.

## Past Surgical History

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

## Medications

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • | |

| | |
|---|---|
| hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

- terbinafine HCl (LAMISIL) 250 mg tablet

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 11/09/16 1300 |
|---|---|
| BP: | 123/64 |
| Pulse: | 62 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Right ankle pain, unspecified chronicity**

- X-Ray Ankle Complete Right; Future; Expected date: 11/9/16
- Ambulatory Referral to Physical/Occupational Therapy

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- Ambulatory Referral to Physical/Occupational Therapy

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam she the swelling is down. She still has stiffness in the ankle and she has some numbness going into the dorsum of the foot going into the toes. I think this represents anterior tibial nerve is probably getting caught up in some of that new bone. She is still in the boot she is trying to get out of bed but I think therapy will help her do that I'm going to send her to therapy for month and I refilled her pain medicine. We will then check her back and see how things are coming

This note was dictated using voice recognition software and may contain grammatical errors.
Electronically signed by Mark J. Hontas, MD at 11/9/2016 1:56 PM

Office Visit on 11/9/2016

Sedgwick Claims Management Services, Inc.
PO Box 14028
Lexington, KY 40512

sedgwick

Phone: (800) 492-5678
Fax: (859) 264-4372
Alternate Fax: (859) 280-3270
Email: walmartforms@sedgwicksir.com

August 15, 2016

JANICE A THOMAS

**RE: Notice of Eligibility and Rights & Responsibilities**
**Case Number: B608120204800679AA**

Dear Janice:

Walmart's short-term disability (STD) benefit and leaves of absence are managed by Sedgwick. Sedgwick received notification that you recently missed work because of a disability and would like to file a claim. Before we can review your claim, we need certain medical documentation to support your claim. This information is due on or before September 01, 2016. Benefits will not be paid until this information is received for approval determination.

**Actions required for your claim:**

1. **Complete and return the enclosed "Authorization for Release and Use of Medical Information"** form to the Walmart Disability and Leave Service Center at Sedgwick. This form allows us to assist you by requesting medical information on your behalf. **You can return the form via e-mail to** walmartforms@sedgwicksir.com **or by Fax to (859)264-4372 or (859) 280-3270.**

2. **Ensure your provider completes and returns the enclosed "Attending Physician Statement" by September 01, 2016** to the Walmart Disability and Leave Service Center at Sedgwick. Failure to provide the "Attending Physician Statement" or other supportive medical documentation may result in missed pay. **If you chose to have Sedgwick fax your Attending Physician Statement to your provider, you do not need to have the attached form completed.**

3. **Please remember to follow up with your doctor to ensure he/she completed your medical certification and faxed it back to Sedgwick to support your leave request.** It is your responsibility to ensure the medical information we request is sent to us. Any charges for medical documentation requested to process your claim are your responsibility. While on disability, periodic requests may be made for updated medical records. Failure to provide the requested documentation, may impact your ability to receive benefits during your absence.

**Leave of absence:**

On August 12, 2016, Sedgwick became aware of your need to take leave beginning on August 12, 2016 with an estimated end date of September 10, 2016 due a serious health condition that makes you unable to perform the essential functions of your job..

There are two items that need to occur before a final leave decision can be made:

St. Tammany PARISH HOSPITAL

BONE AND JOINT CLINIC

# FAX TRANSMISSION COVER SHEET.

Date 10/5/16

Number of pages (Including cover sheet) 17

TO Sedgwick

FROM Dr. Mark Hontas

Fax No. 859-264-4372

Fax No. 985-892-3806

Phone No.

Phone No. 985-893-9922

REMARKS:

Urgent ____ For Your Review ____ Please Reply ASAP ____ Please comment ____

Regarding Janice Thomas

Please call the sender if any part of this transmission is incomplete.

ORIGINAL SENT VIA U.S. MAIL YES ____ NO ____ DATE MAILED ____

*CONFIDENTIALITY NOTICE*

THIS FACSIMILE TRANSMISSION (AND/OR DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY CONTACT US AT THE NUMBER LISTED ABOVE OR IF NO NUMBER, PLEASE CONTACT HOSPITAL ADMINISTRATION AT (985) 898-4402.

K/MKT and Public Relations/ Forms For Marketing and PR/Fax Cover Sheet Department

10-5-2016 301663388870001 5220161005028419

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Office Visit** 8/15/2016
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter
Reason for visit: Ankle Pain; Referred by Self Referral

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2 |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies |

## Instructions

Return in about 2 weeks (around 8/29/2016).

After Visit Summary (Printed 8/15/2016)

## Progress Notes

Mark J. Hontas, MD (Physician) • Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**

Patient presents with:
- Ankle Pain
  *New pt . Right ankle pain. Injured 8/12/16. Pt driving Nissan Titan ,drove in a ditch & hit 3 trees . Went same day OLOA / xrays / Splint/ crutches. Xrays with pt*

**HPI**

Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**

History reviewed. No pertinent past medical history.

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**

**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |

- butalbital-acetaminophen-caff 50-300-40 mg Cap
- escitalopram oxalate (LEXAPRO) 10 MG tablet
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab
- terbinafine HCl (LAMISIL) 250 mg tablet
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab — Take 1 tablet by mouth every 4 to 6 hours as needed.

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**
- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 4 to 6 hours as needed. Dispense: 60 tablet; Refill: 0

on examOn exam there is some expected swelling and ecchymosis to the distal ankle and leg. Neurovascular status intact. X-rays show nondisplaced fractures of the distal tibia and fibula. The mortise is intact. There is a small piece of the fibula that is just a millimeter or 2 displaced but it is nothing to do with the joint. I've put her in a short cast she will remain nonweightbearing I'll see her back in 2 weeks she is unable to work

This note was dictated using voice recognition software and may contain grammatical errors.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 29405 | PR APPLY SHORT LEG CAST | 8/15/2016 | Mark J. Hontas, MD | RT, S$GLB | 1 |
| 99203 | PR OFFICE/OUTPT VISIT,NEW,LEVL III | 8/15/2016 | Mark J. Hontas, MD | 25, S$GLB | 1 |
| 999999203 | PR PBB SHADOW E&M-NEW PATIENT-LVL III | 8/15/2016 | Mark J. Hontas, MD | PBBFAC | 1 |

## Level of Service

**PR OFFICE/OUTPT VISIT,NEW,LEVL III [99203]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/15/2016 3:55 PM | After Visit Summary | Printed | Courtney Bagley |

## Visit Diagnoses and Associated Orders

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter -** Primary
ICD-10-CM: S82.301A
ICD-9-CM: 824.8

## Problem List as of 8/15/2016

None

## Orders Placed

None

## Medication Changes

As of 8/15/2016 3:46 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | | 8/12/2016 | |
| **Added: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 8/15/2016 | 9/27/2016 |
| Take 1 tablet by mouth every 4 to 6 hours as needed - Oral | | | |

## Visit Diagnoses

Primary: **Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter** S82.301A