# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Office Visit** 8/30/2016
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Pain of right tibia
Reason for visit: Leg Pain; Referred by Krupa Gandhi, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/64 Pulse 71 Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2<br>More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies |

## Instructions

Return in about 2 weeks (around 9/13/2016).

After Visit Summary (Printed 8/30/2016)

## Progress Notes

Mark J. Hontas, MD (Physician) • Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**
Patient presents with
- Leg Pain
  *f/u right distal tib /fib fx 8/12/16. Still hurting. SLFG cast intact.*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section<br>*x2* | | |
| • Hysterectomy | | |
| • Stomach surgery<br>*gastric sleeve* | | 09/25/2015 |

**Medications**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |

| | |
|---|---|
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 08/30/16 1244 |
|---|---|
| BP: | 136/64 |
| Pulse: | 71 |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Pain of right tibia**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 8/30/16

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam there is still some swelling along the ankle and foot. There is pain laterally and medially. X-rays show no change in the alignment. We've put her back in a short leg cast on to continue with nonweightbearing and elevation. I also want her to take an aspirin a day. I will see her back in 2 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

## Communications

Letter sent to Krupa Gandhi, MD

AMB Visit Summary: Provider Version

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 29405 | PR APPLY SHORT LEG CAST | 8/30/2016 | Mark J. Hontas, MD | RT, S$GLB | 1 |
| 99213 | PR OFFICE/OUTPT VISIT,EST,LEVL III | 8/30/2016 | Mark J. Hontas, MD | 25, S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 8/30/2016 | Mark J. Hontas, MD | PBBFAC | 1 |

## Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/30/2016 1:41 PM | After Visit Summary | Printed | Liz Hellbach |

## Visit Diagnoses and Associated Orders

**Pain of right tibia** - Primary

ICD-10-CM: M89.8X6

ICD 9-CM: 729.5

X-Ray Tibia Fibula 2 View Right [IMG138 Custom] - *Future Order*

**Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter**

ICD-10-CM: S82.301A
ICD-9-CM: 824.8

## Problem List as of 8/30/2016

None

## Orders Placed

X-Ray Tibia Fibula 2 View Right (Resulted 8/30/2016)

## Medication Changes

As of 8/30/2016 1:35 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | | 8/12/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 8/15/2016 | 9/27/2016 |
| Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral | | | |
| **Added: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 8/30/2016 | 9/27/2016 |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |

## Visit Diagnoses

Primary: **Pain of right tibia** M89.8X6
Traumatic closed displaced fracture of distal end of tibia with fibula, right, initial encounter S82.301A

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Office Visit** 9/13/2016
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter
Reason for visit: Leg Pain; Referred by Self Referral

## Additional Documentation

| | |
|---|---|
| Vitals: | BP **146/74** (Abnormal) Pulse **58** (Abnormal) Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2 More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies |

## Instructions

Return in about 2 weeks (around 9/27/2016).

After Visit Summary (Printed 9/13/2016)

## Progress Notes

Mark J. Hontas, MD (Physician) • Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**
Patient presents with:
- Leg Pain
  *f/u right dital tib/fib fx 8/12/16. C/o pain. SLFG cast intact*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

**Medications**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|

| | |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |

No current facility-administered medications for this visit.

**Allergies**

No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

**Vitals:**

| | 09/13/16 1315 |
|---|---|
| BP: | **(!) 146/74** |
| Pulse: | **(!) 58** |

Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/13/16

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam the swelling is down from 2 weeks ago. She is getting better motion in the ankle. She still has a certain amount of pain and she is still taking pain medications. I've changed a change her cast today and I'm going to see her in 2 weeks and get an x-ray. I've refilled her pain medicine she is to remain nonweightbearing until I see her in 2 weeks.

This note was dictated using voice recognition software and may contain grammatical errors.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | PR OFFICE/OUTPT VISIT,EST,LEVL II | 9/13/2016 | Mark J. Hontas, MD | 25, S$GLB | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 9/13/2016 | Mark J. Hontas, MD | PBBFAC | 1 |

## Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 9/13/2016 1:44 PM | After Visit Summary | Printed | Liz Hellbach |

## Visit Diagnoses and Associated Orders

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** - Primary

ICD-10 CM: S82.201D, S82.401D

ICD-9-CM: V54.16

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**

hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab [28384]

## Problem List as of 9/13/2016

None

## Orders Placed

None

## Medication Changes

As of 9/13/2016 1:39 PM

Thomas, Janice (MR # 10235707) DOB:

| | Refills | Start Date | End Date |
|---|---|---|---|
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | | 8/12/2016 | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 8/15/2016 | 9/27/2016 |
| Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 8/30/2016 | 9/27/2016 |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |
| **Added: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 9/13/2016 | |
| Take 1 tablet by mouth every 12 (twelve) hours as needed - Oral | | | |

## Visit Diagnoses

Primary: **Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter** S82.201D, S82.401D

# Thomas, Janice

MRN: 10235707
Description: 46 year old female

**Office Visit** 9/27/2016
St.Tammany Bone and Joint

Provider: Mark J. Hontas, MD (Orthopedic Surgery)
Primary diagnosis: Pain of right lower extremity
Reason for visit: Leg Pain; Referred by Krupa Gandhi, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 5' 2" (1.575 m) Wt 57.2 kg (126 lb) BMI 23.05 kg/m2 BSA 1.58 m2 |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS HARRIS HIP QUESTIONNAIRE |
| Encounter Info: | Billing Info, History, Detailed Report, Patient Education, Care Plan, Allergies |

## Instructions

Return in about 3 weeks (around 10/18/2016).

After Visit Summary (Printed 9/27/2016)

## Progress Notes

Mark J. Hontas, MD (Physician) • Orthopedic Surgery

**Chief Complaint**

**Chief Complaint**
Patient presents with:
- Leg Pain
  *(R) distal tib/fib fracture 8/12/16 Notes continued pain and swelling. States this past Friday evening, Mom hit by a car and patient attompted to assist afterwards. Uncertain if she reinjured leg in the process as she was trying to got to her Mom to help.*

**HPI**
Janice Thomas is a 46 y.o. female who presents with above

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Tubal ligation | | |
| • Cesarean section *x2* | | |
| • Hysterectomy | | |
| • Stomach surgery *gastric sleeve* | | 09/25/2015 |

**Medications**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | |

| | |
|---|---|
| • butalbital-acetaminophen-caff 50-300-40 mg Cap | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |
| • terbinafine HCl (LAMISIL) 250 mg tablet | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | |
| • hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab | Take 1 tablet by mouth every 12 (twelve) hours as needed. |

No current facility-administered medications for this visit.

**Allergies**
No Known Allergies

**Review of Systems**

Constitutional: Negative
HENT: Negative
Eyes: Negative
Respiratory: Negative
Cardiovascular: Negative
Musculoskeletal: HPI
Skin: Negative
Neurological: Negative
Hematological: Negative
Endocrine: Negative

**Physical Exam**

There were no vitals filed for this visit.
Physical Examination:

General appearance - well appearing, and in no distress
Mental status - awake
Neck - supple
Chest - symmetric air entry
Heart - normal rate
Abdomen - soft

**Assessment/Plan**
**Pain of right lower extremity**
- X-Ray Tibia Fibula 2 View Right; Future; Expected date: 9/27/16
- X-Ray Ankle Complete Right; Future; Expected date: 9/27/16

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**

**Other orders**

- hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab; Take 1 tablet by mouth every 12 (twelve) hours as needed. Dispense: 60 tablet; Refill: 0

On exam today we have taken off the cast. This swelling is down but she still has pain in the ankle especially anteriorly. X-rays today seem to show continued healing of the fracture. It seems like there is a compressive-type fracture anteriorly in the ankle but the mortise view shows good alignment. I've gone over the x-rays with the patient and I still think we should continue to protect it for now and get some more healing in. It's been 6 weeks. I've put her in a removable boot. I want her to continue with crutches with only weightbearing as tolerated. I want her to start range of motion on her own and hopefully in 3 weeks we can get more aggressive with this.I have reviewed the x-ray report and I'm not sure I agree that the mortise has changed. I still think this is acceptable. However we are going go by her symptoms. I will see her back in 3 weeks

This note was dictated using voice recognition software and may contain grammatical errors.

## Communications

Letter sent to Krupa Gandhi, MD

AMB Visit Summary: Provider Version
Sent 9/28/2016

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE/OUTPT VISIT,EST,LEVL III | 9/27/2016 | Mark J. Hontas, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 9/27/2016 | Mark J. Hontas, MD | PBBFAC | 1 |

## Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 9/27/2016 3:21 PM | After Visit Summary | Printed | Liz Hellbach |

## Visit Diagnoses and Associated Orders

**Pain of right lower extremity** - Primary
ICD-10-CM: M79.604
ICD-9-CM: 729.5

X-Ray Tibia Fibula 2 View Right [IMG138 Custom] - *Future Order*
X-Ray Ankle Complete Right [IMG144 Custom] - *Future Order*

Thomas, Janice (MR # 10235707) DOB: /

**Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter**
ICD-10-CM: S82.201D, S82.401D
ICD-9-CM: V54.16

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**
hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab [28384]

## Problem List as of 9/27/2016

None

## Orders Placed

X-Ray Ankle Complete Right (Resulted 9/27/2016)
X-Ray Tibia Fibula 2 View Right (Resulted 9/27/2016)

## Medication Changes

As of 9/27/2016 3:15 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **HYDROCODONE/ACETAMINOPHEN** | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | | 8/12/2016 | |
| **Discontinued: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** (Dose adjustment) | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 9/13/2016 | |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |
| **Unchanged: hydrocodone-acetaminophen 10-325mg (NORCO) 10-325 mg Tab** | 0 | 9/27/2016 | |
| Take 1 tablet by mouth every 12 (twelve) hours as needed. - Oral | | | |

## Visit Diagnoses

Primary: **Pain of right lower extremity** M79.604
Tibia/fibula fracture, right, closed, with routine healing, subsequent encounter S82.201D, S82.401D



# Janice Turnage Thomas

Add Friend | Message | ···

Timeline | About | Friends | Photos | More ▾

Sponsored



How Vegas nigh
mashable.com
An arresting com
sight, sound and
plunges visitors i
immersive a...



Target Style
target.com
Gotta-have home
2017, right here.

**DO YOU KNOW JANICE?**

To see what she shares with friends, send her a friend request.

Add Friend

## Intro

- Former Cashier at Walmart
- Went to Bogalusa High School
- Lives in Bogalusa, Louisiana
- Married
- From Bogalusa, Louisiana

Add details about you to your profile. Add Details

## Photos









**Janice Turnage Thomas** updated her profile picture.
February 5, 2016 ·



m/photo.php?fbid=402749083114374&set=a.402749079781041.106693.100001378560468&type=3

# Job Description
## Customer Service Manager

This position is responsible for the operation of a department. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides customer service by acknowledging the customer, identifying customer needs, assisting with purchasing decisions, locating merchandise, resolving customer issues and concerns, and promoting products and services, while maintaining a safe shopping environment.

Supervises associates in the area of responsibility by assigning duties, communicating goals, providing feedback and follow-up, monitoring performance, teaching and supporting company policies and procedures, ensuring compliance, and participating in the hiring, promotion, coaching, teaching, and evaluation of associates.

Operates equipment, such as cash registers and related tools, to process customer purchases using appropriate procedures for different payment types and items sold.

Fulfills customer service requirements by greeting customers, approving monetary transactions, providing support to associates for completing monetary transactions, assisting with cashier training, balancing customer traffic across the front-end, conducting registers audits, maintaining front end keys, coordinating cashier meals and breaks, assisting customers with multi-channel questions and concerns, and assisting management with control of front end.

Maintains the front-end in accordance with company policies and procedures by properly handling claims and returns, zoning the area, overseeing the parking lot, arranging and organizing merchandise/supplies, identifying shrink and damages, and ensuring a safe work environment.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Leads Front-End Operations - Encourages other Associates to use ways to prevent shrink when monitoring, cleaning, and stocking the Front-End area, and does the same in own work. Provides accurate information to others on keeping the Front-End area clean, monitoring loss controls, and helping Customers find, purchase, and load items. Identifies security and shrink risks and problems with products, services, and work areas, and reports them with ideas for corrective action. Ensures Front-End equipment is in proper working order and supplies are stocked, and uses these practices in own work.

Leads Point-of-Sale - Operations - Helps Associates understand and apply ways to prevent shrink and follow applicable laws and regulations when selling items to Customers, and does the same in own work. Identifies Customers who need help and shares accurate information with them on payment methods, return policies, and location of items. Helps others perform cash register functions and complete Customer sales. Identifies shrink opportunities and problems with products, services, and work areas, and reports them with ideas for corrective action. Ensures cash register equipment is in proper working order and supplies are stocked.

Leads Refunds Operations - Identifies Customers who need help and shares accurate information with them on refunds policies and procedures. Provides accurate information to others on Customer merchandise returns, refunds, exchanges, and warranty repairs. Identifies shrink risks and problems with products, services, and work areas, and reports them with ideas for corrective action. Ensures returned goods are processed, distributed, and secured in correct ways, and uses these practices in own work.

Enhance Experience in the Store - Supports the store of the community merchandising concept and suggests merchandise to management that meets the needs of local customers. Plans for customer service and sales based on events outside the store (for example, weather, gas prices, local events). Stays current on competitors' prices, products, and displays to suggest to management ways to improve the store. Recommends ways to provide a convenient, safe, and pleasant shopping experience for customers. Shows associates how to address customer, merchandise, and store issues.

Leads Financial Services Operations - Teaches associates how to follow applicable laws and regulations when completing and maintaining financial records and files, and practices them in own work. Identifies customers who need help and shares accurate information with them on financial services (for example, money orders, gift registries). Provides accurate information to others on taking and filling customer financial services orders and completing necessary documentation. Identifies problems with financial services and procedures, and reports them with ideas for corrective action. Ensures financial services equipment is working properly and supplies are stocked and organized, and uses these practices in own work.

Talent: Provide Information and Feedback - Guides and teaches associates on how to perform their work. Assigns tasks to associates and provides the tools they need to carry them out. Gives clear, constructive feedback on performance to associates and leaders. Recognizes associates for their positive contributions. Shows concern for associates and is available to meet with them. Looks for and follows up on developmental opportunities.



Liberty/Thomas 801

Judgment: Make Informed Choices - Makes timely and effective decisions, even when information is not clear. Identifies and uses policies, procedures, and guides to make the right choices. Uses resources, data, tools, and facts to set priorities and make informed decisions. Identifies what might be a problem and corrects it or clearly describes it to those who can correct it.

Customer/Member Centered: Satisfy the Customer/Member - Uses information and feedback to determine customer/member expectations. Works with others to exceed customer/member expectations. Seeks out ways to improve customer/member service. Teaches others how to find and use resources to respond to customer/member requests.

Execution and Results: Oversee Work and Get Results - Makes sure work is completed to expectations. Executes plans and manages own and others' time so that priorities are met. Gives others the support and information they need to get results. Organizes tasks and makes sure they are completed on time.

Planning and Improvement: Plan for and Improve Team Performance - Plans work based on business priorities and explains to others what is needed to get work done. Identifies and oversees the tasks needed to reach goals. Looks for and suggests ways to improve performance and results.

Influence and Communicate: Communicate and Promote Commitment - Gives the information needed to gain support for ideas or plans. Builds trusting relationships and works with others to reach goals. Shares clear priorities and work practices with others. Prepares written work that is accurate and complete. Communicates in a respectful and professional manner.

Adaptability: Adapt to Requirements - Adapts to changing demands and business needs. Encourages and embraces change, even when others hesitate. Builds the knowledge and skills to handle challenges and tasks. Sets an example for others when implementing changes (for example, readily carries out improvement efforts, handles change-related issues). Shows support for, commitment to, and trust in changes.

Ethics and Compliance: Oversee Performance to Ethical Standards - Clearly explains policies and procedures and teaches others how to act in accordance with them. Guides associates on how to use the highest standards of integrity and ethics in their work. Helps managers find and correct ethical and legal problems. Treats all associates fairly and with respect.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Observes associate, customer, or supplier behavior.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Enters and locates information on computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

Communicates effectively in person or by using telecommunications equipment.

Presents information to small or large groups and individuals.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Works overnight and on varying shifts as required.



Liberty/Thomas 802

## Signature

I have read and understand the essential functions for this position and certify that:

____________________ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

____________________ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |
|---|---|---|



Liberty/Thomas 803

PCCI PERSONAL CHOICE INQUIRY1 01/18/17 07:10:09

SSN: 4[redacted]8 Work State: LA Work Store: 00803 Pay Frequency: 2

BID: 10502191 W Plan Year: 2016 Division: 01 Store: 00803 Status: 1NF

Name: THOMAS, JANICE A Sex: F Age: 46 BirthDate: [redacted]

Addr: [redacted] Hire Date: 08/02/07 Term Date: 00/00/00

[redacted] , [redacted] Expat: N Peak Time: 00/00/00

[redacted] WIN: 104861063 Family Chg: 00/00/00 Reason Code: AE

ASC HEALTH FLAG: N LAST UPDT: 10/20/15 SPO HEALTH FLAG: T LAST UPDT: 11/02/11

BROKER ID: 0017 CODE: HRA6 NAME: HRA PLAN

PROVIDER ID: 0000 CODE: BAAPPO NAME: BLUE ADVANTAGE OF ARKANSAS - PPO

| Pln | Rsp | Wait | Late | Cov Beg | Orig Cov | Arr Canc | Cov End | Chg Id | Chg Date |
|---|---|---|---|---|---|---|---|---|---|
| MED | 3X00 | 365 | Y | 01/01/14 | 01/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| | | | | | | | | | |
| VIS | 2B | 0 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| DEN | 2B | 90 | Y | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| ALI | 7 | 90 | | 10/31/13 | 06/15/13 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| ADD | 7D | 90 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| DLI | 7A | 90 | | 03/24/14 | 03/24/14 | 00/00/00 | 00/00/00 | BE625 | 10/14/15 |
| STD | 5 | 365 | N | 01/01/16 | 10/30/14 | 00/00/00 | 00/00/00 | WEBSITE | 10/21/15 |
| LTD | 5 | 365 | N | 01/01/16 | 10/30/14 | 00/00/00 | 00/00/00 | WEBSITE | 10/21/15 |
| STP | | | | | | | | | |

ENTER=Rtrv PF4=IEHS/EBH PF5=SUPI PF6=Commt PF7=Bwd PF9=IEHI PF11=LFHI

*** Personal Choice Info Retrieved ***

*** Comments Exist *** BE815

TI » 0 2,8 A

PCCI [redacted] PERSONAL CHOICE INQUIRY1 01/18/17 07:10:59

SSN: [redacted] Work State: LA Work Store: 00803 Pay Frequency: 2

BID: 10502191 W Plan Year: 2015 Division: 01 Store: 00803 Status: 1NF

Name: THOMAS, JANICE A Sex: F Age: 46 BirthDate: [redacted]

Addr: [redacted] [redacted] 08/02/07 Term Date: 00/00/00

[redacted] Expat: N Peak Time: 00/00/00

[redacted] WIN: 104861063 Family Chg: 00/00/00 Reason Code: AE

ASC HEALTH FLAG: T LAST UPDT: 11/02/11 SPO HEALTH FLAG: T LAST UPDT: 11/02/11

BROKER ID: 0017 CODE: HRA6 NAME: HRA PLAN

PROVIDER ID: 0000 CODE: BAAPPO NAME: BLUE ADVANTAGE OF ARKANSAS - PPO

| Pln | Rsp | Wait | Late | Cov Beg | Orig Cov | Arr Canc | Cov End | Chg Id | Chg Date |
|---|---|---|---|---|---|---|---|---|---|
| MED | 3X00 | 365 | Y | 01/01/14 | 01/01/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| VIS | 2B | 0 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| DEN | 2B | 90 | Y | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| ALI | 7 | 90 | | 10/31/13 | 06/15/13 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| ADD | 7D | 90 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| DLI | 7A | 90 | | 03/24/14 | 03/24/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| STD | 2 | 365 | Y | 10/30/14 | 10/30/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| LTD | 2 | 365 | Y | 10/30/14 | 10/30/14 | 00/00/00 | 00/00/00 | BE625 | 10/15/14 |
| STP | 3B | 365 | Y | 10/30/14 | 10/30/14 | 00/00/00 | 12/31/15 | BE621 | 10/31/13 |

ENTER=Rtrv PF4=IEHS/EBH PF5=SUPI PF6=Commt PF7=Bwd PF9=IEHI PF11=LFHI

*** Personal Choice Info Retrieved ***

*** Comments Exist *** BE815

TI » 0 2,8 A

8 IBM 3270 Terminal - tnp1.wal-mart.com via Telnet NUM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7125287

**Employee/Claimant Name:** Janice Thomas

**Provider's Name:** Janice Thomas

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/12/2016 to 12/23/16. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Mark Hontas
Specialty: Bone + Joint Clinic
Address: 71211 LA-21, Covington, La 70433
Telephone No.: (985) 893-9922 Fax No.: (985) 892-3806

Name: Schultz Physical therapy
Specialty: Therapy
Address: 414 Ave B, Bogalusa, La 70427
Telephone No.: (985) 732-1651 Fax No.: ( )

Name: Our Lady of the Angels Hospital
Specialty:
Address: 433 Plaza Street Bogalusa La 70427
Telephone No.: (985) 730-6700 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BlueCross BlueShield
Specialty: WalMart
Address: PO Box 1460 Little Rock, Ar 72203 1460
Telephone No.: (866) 240-8397 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Wal Mart
Specialty:
Address: 401 Ontario Ave Bogalusa La 70427
Telephone No.: (985) 732-7627 Fax No.: ( )

Name: Rocky Med Shoppe
Specialty:
Address: 133 Cumberland St, Bogalusa La 70427
Telephone No.: (985) 732-5604 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Janice Thomas DATE: 1-13-17

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Janice Thomas
Claimant Signature

7125287
Claim Number

Date of Birth

1-13-17
Date

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas **CLAIM #:** 7125287
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) Thomas Janice A [illegible]

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married

Spouse's Full Name and Date of Birth Laquine Willie Thomas | Number of Children 2 | [illegible]

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Laquine Thomas Relationship to you? husband

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) ________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Janice Thomas
**DATE:** 1-13-17 **EMPLOYEE'S SIGNATURE:** Janice Thomas

DP 409

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** [illegible] Thomas | **Name:** |
| | **Address:** |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | |
|---|---|
| **Name:** Amanda Bush | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| **Telephone Number:** | |
| **Name:** Shana Turnage | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| **Telephone Number:** | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?** YES__ NO ✓ **DO YOU HAVE A TRUST?** YES__ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 1-13-17 **EMPLOYEE'S PRINTED NAME:** [illegible] Thomas

**EMPLOYEE'S SIGNATURE:** [illegible]

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412



**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Janice Thomas

CLAIM NO: 7125287 DATE OF BIRTH: /

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit around 1 hour stand 20 to 25 min walk 10 to 15 min

How many hours a day do you:

sit around 8 often or stand about 1 hour walk around 1½ hours

Do you take a nap during the day?

Yes yes No ______

If Yes, for how long? 1 hour At what time of the day? around 4pm

How many hours a day do you spend in bed? 8 to 9 hour

Do you require any assistive devices such as a:

cane ______ walker ______ crutches yes wheelchair yes other Walking Boot

How long are you able to sit in a car? 30 min

Do you hold a valid driver's license?

Yes yes No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? around one hour and have to get out and move arour

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone, Computer

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth 9-3-88 8-27-92

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 3 to 4

On the weekends? 1

How often do you run errands? 3 to 4 time

Please describe what errands you most commonly run: going to the Dr. and going to Physical thera 3 time a week and Grocery Store when I have to

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 3 to 4 time a week

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ |
| Are you able to work in your garden? | Yes | | No | ✓ |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | | No | ✓ |

How much time is spent daily on your home computer?
___ None ___ 0-1 hours ___ 1-2 hours ✓ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
___ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ___ Read news/articles ___ Use search engines ___ Send emails
___ Visit chat rooms ___ Photos Other: Face Book

What computer software applications do you utilize. Please check all that apply:
___ Word processing (Word) ___ Spreadsheets (Excel) ___ Database (Access) ___ Graphics
___ Photo software (Photoshop) ___ Programming Other: None

Do you have a working home copy machine/fax machine? ___ Yes ✓ No

If yes, please explain purpose and usage: ___

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Janice & Laquine | My husband has to help |
| Carrying groceries into the house | Laquine | My husband does this |
| Cooking meals | Laquine | My husband cook the meals cant stand |
| Cleaning after meals | Laquine | my husband does the Cleaning after mea |
| Cleaning bathrooms | Laquine | My husband has to do this |
| Vacuuming | | |
| Doing the laundry | Laquine | |
| Opening and responding to mail | Janice | |
| Managing your finances | Janice | |
| Balancing your checkbook | Janice | |
| Bathing yourself | Janice | |
| Styling your own hair | Janice | |
| Getting dressed | Janice | |
| Going up and down stairs | | Can't go up stairs without help |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ___

If Yes, please provide reason and hospital contact Information: Our lady of the Angels
400 Memphis Street Bogalusa La 70427 Behavioral Health (985) 730-7152 (985) 730-7159
Depression

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

How often do you travel or take vacation? I dont

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I have a broken foot, ankle in 3 place and can not walk on it

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

My daily routine is that I go to Physical therapy 3 time a week and to the Dr that I see. other than that I am at home.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

(985) 515 7509

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Laquine Thomas 985) 516 9197

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Janice Thomas Date: 1-13-17

Signature: Janice Thomas


Louisiana
PERSONAL
DRIVER'S LICENSE
THOMAS
JANICE A
NONE
NONE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Janice Thomas Janice Thomas
Claimant Name (Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas Janice Thomas
Claimant Name ( Print)

Date of Birth

Janice Thomas
Claimant Signature

1-13-17
Date

7125287
Claim Number

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216

JANICE THOMAS

*4000002002880D*

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 27, 2016

JANICE THOMAS

RE: WAL-MART STORES, INC.
Long Term Disability Benefits
Claim #: 7125287

MS. THOMAS

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

T. Hall

Tiffany Hall
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

**n0256719**

| | |
|---|---|
| **From:** | WMRTcsu |
| **Sent:** | Friday, December 23, 2016 7:08:01 AM |
| **To:** | WMRTcsu |
| **Subject:** | - Walmart LTD Claim Creation Request for JANICE THOMAS, WIN: 104861063 |

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** In-Process B
**SSN:**
**Last Name:** THOMAS
**First Name:** JANICE
**WIN:** 104861063
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**LDW:** 8/10/2016
**DOD:** 08/12/2016
**Approve Through Date:** 01/09/2017
**STD Max Date:** 2/16/2017
**LTD Max Date:** 6/27/2037
**Work State:** LA
**ICD Code:** S82.301A
**ICD Description:** Unspecified fracture of lower end of right tibia, initial encounter for closed fracture
**Work Related:** n
**Job Description:** CUSTOMER SERVICE MANAGER
**Loc Code:** A
**Escalation Date:** 12/18/2016
**Days of Benefits:** 125
**LTD Effective Date:**
**HR LTD Benefit Plan:** 5
**LTD Class:** A2
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDA2
**Assc Status Code:** A
**Sys1 Effective Date:** 10/30/2014
**RTW Status:** LEAVE OF ABSENCE
**Late Enrollee:** N
**Manual Work:** N

**Relapse Claim:** N
**Benefit Begin Date:**

If you have further questions, please contact your Manager.

GB Internal Claims Solutions
Email: GB_Internal_Claims_Solutions@LibertyMutual.com



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. JANICE THOMAS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

December 23, 2016

Ms. Janice A. Thomas

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7125287

Dear Ms. Janice Thomas:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a 14 day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 17, 2017, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 17, 2017, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before February 17, 2017, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877) 353-6412 or mail them in the enclosed envelope by January 21, 2017:

- X Survivor / Estate Information Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization - Psych
- __ Response Coversheet
- X Authorization - Medical
- X Activities Questionnaire Form
- __ Resources for Living
- __ Other

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you will qualify for LTD benefits.

If you will be returning to work on or before February 17, 2017, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans; please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time.

Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

Sincerely,

Tiffany Hall
Technical Assistant II
Phone No.: (877) 353-6404 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Survivor / Estate Information Form
Claimant Information Form
Claimant Supplementary Statement
Authorization - Psych
Response Coversheet
Authorization - Medical
Activities Questionnaire Form
Resources for Living

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412



**Return To:** Tiffany Hall ______

EMPLOYEE/CLAIMANT NAME: Janice Thomas ______

CLAIM NO: 7125287 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long?______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? ___________

how many hours per week? ___________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Janice Thomas Claim No 7125287

Employer/Sponsor/Customer Name Wal-Mart Stores, Inc.

Return to: Tiffany Hall

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Janice Thomas
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

7125287
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Janice Thomas
CLAIM NO: 7125287
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/12/2016 to 12/23/16. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Janice Thomas **CLAIM #:** 7125287
**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | $ ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Janice Thomas **Claim** 7125287

**EMPLOYER/SPONSOR/CUSTOMER** Wal-Mart Stores, Inc.

**Return** Tiffany Hall

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Janice Thomas**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**7125287**
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7125287

**Employee/Claimant Name:** Janice Thomas

**Provider's Name:** Janice Thomas

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**

Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**

When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**

We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:

**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**

This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**