UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE THOMAS | CIVIL ACTION |
| VS. | NO. 19-CV-12133-JTM-KWR |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |

**PLAINTIFF'S STATEMENT REGARDING THE COMPLETENESS OF THE ADMINISTRATIVE RECORD**

Plaintiff, Janice Thomas submits this statement regarding the completeness of the administrative record. Plaintiff submits that she has received 835 pages of documents from Liberty Life, which Liberty Life claims to comprise the administrative record in this matter. It appears that this is the entire administrative record in regards to Plaintiff's claim for long term disability benefits. However, when preparing to try this matter, and/or when this matter is tried, it is possible that it will be discovered that additional documents/information should have been included in the administrative record. In such case, Plaintiff would respectfully request the ability to move to supplement the record as soon as such missing information is discovered.

Respectfully submitted,

/s/ Reagan L. Toledano
Reagan Toledano (#29687)
James F. Willeford (#13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170
Telephone: (504) 582-1286
Facsimile: (313) 692-5927
E-mail: rtoledano@willefordlaw.com