**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANICE THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-12133** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **SECTION: "H" (4)** |

## ORDER

The undersigned Chief Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #17)** scheduled for February 28, 2020, at 10:00 AM is **CANCELLED.**

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 27th day of February 2020

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**District Judge Jane Triche Milazzo**