**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE THOMAS | CIVIL ACTION |
| VERSUS | NO. 19-12133 "H"(4) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |

**ORDER OF DISMISSAL**

The Court having been advised by U.S. Magistrate Judge Karen Wells Roby that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

New Orleans, Louisiana, this 3rd day of March, 2020.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE